Morgan Ricketts, Esq. (S.B. # 268892)
**HADSELL STORMER RENICK & DAI LLP**
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: mricketts@hadsellstormer.com

Attorney for Plaintiff Ashley Blackmon

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BLACKMON, an individual,<br>Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY HILLS; BEVERLY HILLS POLICE SERGEANT KEVIN ORTH, JAMES KEENAGHAN, BEVERLY HILLS POLICE OFFICER ADAM FALOSSI (#04678), BEVERLY HILLS POLICE OFFICER STEPHEN COMP, BEVERLY HILLS POLICE OFFICER JONATHAN DE LA CRUZ, BEVERLY HILLS POLICE OFFICER MICHAEL DOWNS, all sued in their individual capacities; and DOES 1-10, inclusive;<br>Defendants. | Case No.: 2:21-CV-08381-AB (AFMx)<br><br>[Assigned to the Honorable André Birotte Jr. – Courtroom 7B]<br><br>**DECLARATION OF MORGAN RICKETTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; EXHIBITS 1-7, 10-17, 19-23**<br><br>*[Opposition to MSJ/Plaintiff's MPSJ, Plaintiff's Separate Statement of Undisputed Facts, Declaration of Ashley Blackmon, Request for Judicial Notice, Proposed Order filed concurrently herewith]*<br><br>Date:       June 16, 2023<br>Time:       10:00 a.m.<br>Ctrm.:       7B<br><br>Trial Date: October 3, 2023 |

# <u>DECLARATION OF MORGAN RICKETTS</u>

I, Morgan Ricketts, declare as follows:

1.      I am a partner at the law firm of Hadsell Stormer Renick & Dai LLP. I am an attorney licensed to practice law in California and before this Court and am counsel of record for Plaintiff in this action. The information contained herein is based on my personal knowledge, or upon review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2.      I submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment. The statistics and raw numbers that appear in paragraphs 3-18 of this Declaration are sourced from Plaintiff's Second Amended Spreadsheet, a true and correct copy of which is being lodged concurrently herewith as **Exhibit 3** to this Declaration.

3.      In the five years leading up to the stop of Plaintiff Ashley Blackmon, Beverly Hills police officers conducted 310 traffic stops of individuals driving cars that had generated an ALPR "hit", where the individual cooperated with the officer's order to stop the car.

4.      Of the 310 stops analyzed, 232 (75%) were conducted using a "high risk traffic stop" procedure; the remaining 78 (25%) did not use this procedure.

5.      Sixty-four stops, 20% of the 310 total stops, involved civil disputes over car rentals in which car rental companies reported a missed payment as a stolen car. Of these 64 overdue renters, 38 (59%) were arrested.

6.      At least one passenger was present in 57% of the stops, representing a minimum of 178 people who were stopped but not suspected of stealing a car; conversely, 132 drivers (43%) were alone when stopped.

7.      Out of 310 ALPR hit stops, 66 drivers (21%) were registered owners or otherwise in lawful possession of the car; 25 had been cold plated by thieves, 11 were mistakenly entered or retained in the stolen vehicle database; 11 registered owners had

1

forgotten to notify police that their car had been recovered; and 19 drivers were pulled over on suspicion of being a stolen vehicle for other reasons, despite being in lawful possession of the car.

8.      Out of 310 ALPR hit stops, 207 (67%) involved an arrest of some kind. Thirteen of those arrests were not for car theft or driving a stolen vehicle.

9.      Out of 310 ALPR hit stops, 103 (33%) involved no arrest at all.

10.     A total of 39 stops (13% overall) involved the police impounding the car, but releasing the driver rather than arresting them.

11.     Of the 310 stops, 140 resulted in a charge of Vehicle Code 10851, driving a stolen vehicle – a misdemeanor. Thirty five resulted in an arrest for felony grand theft auto, PC 487. The charges of 19 drivers are unknown because other agencies responded to take custody of them. Thirteen drivers were arrested for something besides car theft – most often, outstanding warrants. The remaining 104 stops did not involve arrests at all.

12.     The category "armed and dangerous" is only applied to a tiny number of ALPR hit stops. Only one out of the 310 drivers stopped in the analysis was classified as "armed and dangerous."

13.     Of the 310 ALPR hit stops, 16 cars (5%) were found to have any kind of weapon or tool that could be repurposed as a weapon, including "construction tools". But only three, at most, were actually charged with any crime relating to a weapon.

14.     In the reports produced by Beverly Hills, none of the ALPR hit traffic stops in which drivers obeyed the order to pull over involved any violent resistance. None resulted in an injury to an officer.

15.     One (2020-00000253, Bates range BH02813-BH02818) involved a man who approached officers impounding his empty car; the incident was not a traffic stop. (The officer then began to pursue the man on foot; first walking, then jogging, then running, for a half mile before chasing him into a parking garage, where he grabbed, hit, and brought him to the ground. During the handcuffing process, while on his stomach

2

RICKETTS DECL. ISO OPP MSJ

with the officer on top of him, the man threw one elbow back in a possible attempt to elbow the officer. The officer sustained a small abrasion to his hand.) This incident could have been considered an empty car and excluded, but was instead included because officers did make contact with a person at the scene who was associated with the car.

16.    A second incident (2017-00034150, Bates range BH03862-BH03871) involved a person who attempted to evade; that person was said to have violently resisted a police canine that was released. No injuries to the canine were reported, although the suspect was injured by the canine. This incident was not excluded from the data set because the decision to use a high risk stop was made prior to the evading, so it was relevant for purposes of arriving at an accurate ratio of high risk to non high risk stops.

17.    These two were included in the analysis for greatest possible clarity, even though technically they could have been excluded as dissimilar.

18.    Cases where the driver chose not to cooperate and instead attempted to evade police, resulting in a chase, were not included in the 310 stops, but none of those incidents resulted in assaults or injuries to officers, either.

19.    Of the 16 drivers who were found to be in possession of some sort of weapon or tool that could be used as a weapon, 6 (37%) were not treated as "high risk" stops. This is a greater percentage than drivers overall, who were treated as high risk 75% of the time.

20.    Out of 16 cars found with "weapons," two guns, a bb gun, and seven knives, including folding knives, tool knives, pocket knives, etc, were found. The other "weapons" were tools. If tools are not counted, 3% of suspects are "armed"; if tools are counted, 5% of suspects are "armed." Regardless, none have tried to resist.

21.    I learned the above data from police reports provided by Defendant City of Beverly Hills in discovery. Prior to being produced to Plaintiff, these police reports had been redacted for victim and witness information, as well as minor suspects. A true and

3

RICKETTS DECL. ISO OPP MSJ

correct copy of the reports I received as redacted will be lodged on a flash drive concurrently herewith, conditionally under seal pursuant to this Court's Protective Order and agreement of the parties, as **Exhibit 4** to this Declaration.

22.     First, I requested from Defendant a record of all ALPR hits from January 1, 2015 through February 9, 2020 (the date of Blackmon's stop). Then, I reviewed the list, which was produced at BH02067-BH02072, for report numbers of incidents in which an ALPR hit had resulted in a police response, unless the incident was coded "GOA" – Gone on Arrival, "UTL" – unable to locate, or "CANCEL". Then, in Plaintiff's RFPs Set Five, RFP No. 58, a true and correct copy of the relevant portions of which is attached as **Exhibit 22** to this Declaration, I identified 469 reports believed to be represent all incidents in the 5+ year time period in which an ALPR hit had generated a Beverly Hills police response in which a person or vehicle had been located. However, RFP No. 58 specifically indicated that the 469 report numbers were for Responding Party's convenience only, and explicitly reminding the Responding Party to produce all responsive documents even if the provided list of report numbers was incomplete or incorrect. Beverly Hills, through its then-attorney Brian Moore, responded and agreed to produce responsive documents.

23.     Eventually, after hours of meet and confer with Mr. Moore, counsel for Defendant, and at least five months of waiting, 445 total reports were ultimately produced. Plaintiff requested the remaining 24 reports several times, but has never received them, nor any explanation for why they are missing. I repeatedly offered to incorporate them into Plaintiff's analysis if Beverly Hills would produce them, but Beverly Hills has never produced the remaining 24 reports. Therefore I have proceeded without them on the assumption that they would not materially alter the conclusions of the analysis. I reviewed the reports and determined that 21 pertained to stops in which the driver began to evade police before a stop could be conducted; 10 pertained to abandoned or parked vehicles; 27 pertained to ALPR hits generated as a result of a felony want; and 74 did not contain narratives that could be analyzed. Three reports

RICKETTS DECL. ISO OPP MSJ

were duplicative of incidents already documented elsewhere. Thus, the number of comparable ALPR stops by Beverly Hills officers between January 1, 2015 and February 9, 2020 is 310.

24.     The bulk of the data entry into what is now the Second Amended Spreadsheet, a true and correct copy of which is concurrently filed herewith as **Exhibit 3**, was performed by my assistant, Courtney Redman-Howard. We went through many iterations of the Spreadsheet in which I asked her to review specific columns again for quality control, to use a different criteria in making entries, or to add additional columns to capture additional data. I have personally reviewed each of the entries for accuracy with respect to whether the "high risk" procedure was used; whether "weapons" were found; and whether there was "resistance" by a suspect. I have not reviewed the height, weight, or date of arrest columns, except in a few instances when I noted that there was no arrest, only a detention, because the suspect was later found innocent and released, in which case I changed the arrest date to "None Made." I have not specifically reviewed the Bates range or report number columns, but I have used them extensively throughout this litigation and to prepare this Motion and have not found any mistakes. I would expect that if more than a mistake or two had existed in those two columns specifically I would have noticed them in the course of my work.

25.     Another person, Chase Ziegler, assisted me with two additional columns, added later: Charges and Other Charges. I instructed Mr. Ziegler to review each report for evidence of arrests for PC 487, a felony grand theft auto charge, and then to review all remaining reports for evidence of arrests for VC 10851, a misdemeanor charge of driving a stolen vehicle, and to note which incidents resulted in which charge. He and I together additionally noted other charges that arose from these incidents in a separate column. I have reviewed the majority, if not all, of these entries, for quality control, and many of them I input myself.

26.     In determining whether a given incident involved a high risk stop, any report that indicated the officer had performed a "high risk" or "felony" stop in any

5

iteration of that phrasing was considered a high risk stop. Additionally, if an airship was requested or the report indicated waiting for additional units to arrive, the stop was considered high risk, as routine traffic stops do not involve air support or additional units.

27.     In determining whether weapons were found, any object that was sharp or could be used as a blunt object weapon was captured. This would have captured box cutters, razorblades, baseball bats, sledgehammers, anything described as "tools", and so on.

28.     No report indicated resistance except the two I explain above in ¶¶ 13-14; neither of these involved cooperative drivers but were included in the analysis for other reasons, as I felt they were arguably relevant to the analysis and did not want to exclude anything that could be arguably relevant.

29.     If a cell is blank, it means the same as Not Applicable – in other words, the specified criteria was not met in that particular incident. This occurs, for example, in the "Rental Car Overdue?" column. A blank cell means that the incident did not involve an overdue rental car. The same is true for the "In Lawful Possession?" column: if the cell is blank, it indicates that the driver was not noted to be in lawful possession of the car. The same is true for "Impound + Driver Released?" and "Additional Charges" columns.

30.     The Second Amended Spreadsheet is an Excel spreadsheet formatted as a table, meaning each column can be sorted in ascending or descending order. This allows the reader to group like incidents with like, such as, incidents that involved a finding of a tool or weapon, or incidents that were treated as high risk vs. those that were not. In row A, each column heading has a small down arrow icon in a "box" in the right corner of the cell. Clicking this down arrow will offer the option to "Sort" the entries in Ascending or Descending order; sometimes this nomenclature appears instead as "A-Z" vs. "Z-A" or, if the data is in a date format, it may appear as "Oldest to Newest" vs. "Newest to Oldest". All are more or less equivalent tools for reviewing the data, but in the SUF I exclusively direct that the sorting be done in Descending order because it

6

tends to immediately show the more relevant incidents. <u>If the cited Sort command is not performed, the row citations listed in the Plaintiff's Statement of Fact will not be accurate.</u>

31.     I took the deposition of Beverly Hills through its Rule 30(b)(6) designee, Lieutenant Giovanni Trejo, in this action on March 14, 2023. This was considered "Phase II" of the deposition of Beverly Hills. True and correct copies of the relevant pages of that transcript are attached hereto as **Exhibit 1**.

32.     On January 22, 2021, I took the deposition of Defendant Officer Adam Falossi. True and correct copies of the relevant pages of that transcript are attached hereto as **Exhibit 2**.

33.     On January 26, 2021, I took the deposition of Defendant Sergeant Kevin Orth. True and correct copies of the relevant pages of that transcript are attached hereto as **Exhibit 5**.

34.     Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Negar Nosrat, dated March 13, 2023.

35.     I received a Law Enforcement Officer Killed or Assaulted (LEOKA) report from January 1, 2015 through February 9, 2020 (BH 02073-BH 02075) from Defendants in response to Plaintiff's Requests for Production in this action. A true and correct copy of this document is attached as **Exhibit 7**.

36.     Attached hereto as **Exhibit 10** is a true and correct copy of Exhibits 70-73 to the deposition of Defendant Sergeant Kevin Orth, taken January 26, 2021.

37.     Attached hereto as **Exhibit 11** is a true and correct copy of the Declaration of Chase Ziegler, dated March 14, 2023 and which Plaintiff produced in the course of discovery as P001406-P001409.

38.     I received a report of Calls for Service ALPR Hit from January 1, 2015 to February 9, 2020 (BH 02067-BH 02072) from Defendants in response to Plaintiff's Requests for Production in this action. A true and correct copy of this document is attached as **Exhibit 12**.

RICKETTS DECL. ISO OPP MSJ

39. I received a BHPD Case Report, dated February 9, 2020 (BH 00026-BH 00029) from Defendants in response to Plaintiff's Requests for Production in this action. A true and correct copy of this document is attached as **Exhibit 13**.

40. I received a call report of stolen vehicle, dated February 9, 2020 (BH 00021) from Defendants in response to Plaintiff's Requests for Production in this action. A true and correct copy of this document is attached as **Exhibit 14**.

41. I received an ALPR report of a stolen vehicle (BH 00038-BH00039) from Defendants in response to Plaintiff's Requests for Production in this action. A true and correct copy of this document is attached as **Exhibit 15**.

42. I received a BHPD Case Report, dated February 9, 2020 (BH 00030-BH 00034) from Defendants in response to Plaintiff's Requests for Production in this action. A true and correct copy of this document is attached as **Exhibit 16**.

43. I downloaded a City of Beverly Hills zone map, a copy of which is attached hereto as **Exhibit 17**, and publicly available on the city's official website at https://www.google.com/search?q= just+in+case+city+of+beverly+ hills+zone+map&tbm=isch&ved=2ahUKEwi4wtDDv4L_AhXMiO4BHQCiCpsQ2- cCegQIABAA&oq=just+in+case+city+of+ beverly+hills+ zone+map&gs_lcp= CgNpbWcQAzoECCMQJ1D9D1jiHmDoH2gAcAB4AIABPIgB0AWSAQIxNJgBAK ABAaoBC2d3cy13aXotaW1nwAEB&sclient=img&ei=8gBoZLiBHsyRur8PgMSq2Ak &bih=880&biw=1920&rlz=1C1GCEA_enUS945US945#imgrc=03s8bAdVhQJsQM. I am concurrently filing a Request for Judicial Notice relating to the boundaries of the City of Beverly Hills as depicted in this map.

44. Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiff's complaint submission and email communications with the City of Beverly Hills.

45. Attached hereto as **Exhibit 20** are Defendants' combined responses to Plaintiff's Requests for Admission (Set 1), served February 21, 2023. Each of the six Defendants admit, subject to certain objections, that they were not disciplined as a result of anything they did or failed to do with respect to the stop of Ashley Blackmon.

8

46.     Roger Clark, Plaintiff's police practices expert in this case, prepared an expert report, which was provided to Defendants' counsel. A true and correct copy of Mr. Clark's report is attached to this Declaration as **Exhibit 23**. Additionally, Mr. Clark's deposition was taken by counsel for Defendants on May 17, 2023 from 10:00 a.m. to 1:30 p.m. I defended Mr. Clark at that deposition and heard his testimony. Mr. Clark has testified over 1200 times and has been qualified as an expert on police practices in courts all over the country and specifically in the Central District dozens, if not hundreds, of times, and has testified on many aspects of policing. I do not have his deposition transcript available yet, as it is only May 19, 2023 at the time of filing, but Mr. Clark testified clearly that, in his view and according to firearm safety principles and POST training, the "low-ready" position means the gun is unholstered, pointed "straight down at the ground" – as in not in the direction of the subject, not at the ground in front of the subject, etc. He also testified that for purposes of safety it is important to always have the gun pointed in a direction that can't reasonably be



anticipated to possibly cause injury to a person if it accidentally discharges and ricochets.

47.   On May 19, 2023, I googled "2019 gray Toyota Rav4" and found the adjacent image for comparison as to what a Rav4 "gray" Toyota looks like.

48.   Also on May 19, 2023, I searched the internet for mention of Keith Boyer, Whittier Police Department, 2017. I found publicly available information, including a statement from then-Governor Brown, a statement from the California Peace Officers' Memorial Foundation, and a statement from the Whittier Police Officers' Association regarding his death. These publicly available statements indicate that Officer Boyer was killed while responding to a traffic collision, not during a traffic stop. This information is not being offered for its truth but

9

for its effect on Beverly Hills Police Department's reasonableness in relying on it to inform their policies and procedures. True and correct copies of the information publicly available on the internet about this incident are attached as **Exhibit 21**. Based on the information stated therein, the driver had not already demonstrated willingness to cooperate by pulling over, and in fact had attempted to leave the scene of the accident at the time he was approached. In addition, the officers were not aware that it was a stolen vehicle when they responded, so unless Defendants believe the high risk procedure should be used for all traffic collision responses, this incident has no relevance here. Finally, the shooting occurred while the officer attempted to handcuff the suspect; the suspect was shot and wounded. Thus, the high risk procedure may not have prevented the shooting, as Officer Boyer may have still approached to pat down the suspect and handcuff him.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

_Morgan Ricketts_                                           _5/19/23_
Morgan Ricketts                                           Date

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| 1 | Excerpts from the deposition of Beverly Hills [through 30(b)(6) designee: Lt. Giovanni Trejo, taken March 14, 2023 |
| 2 | Excerpts from the deposition of Defendant Officer Adam Falossi, taken January 22, 2021 |
| 3 | Second Amended Spreadsheet of police reports (Excel) **[Filed manually under separate cover]** |
| 4 | Police Reports (flash drive) **[Filed manually conditionally under seal]** |
| 5 | Excerpts from the deposition of Defendant Sergeant Kevin Orth, taken January 26, 2021 |
| 6 | Declaration of Negar Nosrat, dated March 13, 2023 |

10

| 7 | Law Enforcement Officer Killed or Assaulted (LEOKA) report from January 1, 2015 through February 9, 2020 |
| 8 | Exhibit filed as part of Plaintiff's Request for Judicial Notice |
| 9 | Exhibit filed as part of Plaintiff's Request for Judicial Notice |
| 10 | Exhibits 70-73 to the deposition of Defendant Sergeant Kevin Orth, taken January 26, 2021 |
| 11 | Declaration of Chase Ziegler, dated March 14, 2023 |
| 12 | Report of Calls for Service ALPR Hit from January 1, 2015 to February 9, 2020 |
| 13 | BHPD Case Report, dated February 9, 2020 |
| 14 | Call report of stolen vehicle, dated February 9, 2020 |
| 15 | ALPR report of stolen vehicle |
| 16 | BHPD Case Report, dated February 9, 2020 |
| 17 | Exhibit filed as part of Plaintiff's Request for Judicial Notice |
| 18 | Exhibit filed as part of Plaintiff's Request for Judicial Notice |
| 19 | Plaintiff's complaint submission and email communications with the City of Beverly Hills |
| 20 | Defendants' combined responses to Plaintiff's Requests for Admission (Set 1), served February 21, 2023 |
| 21 | Three public statements regarding Whittier Police officer Keith Boyer's death by California Governor Jerry Brown; the California Peace Officers' Memorial Foundation; and the Whittier Police Officers' Association |
| 22 | Defendant City of Beverly Hills' Responses to Plaintiff's RFPs, Set 5, RFP No. 58 |
| 23 | Expert Report of Roger Clark, dated April 5, 2023 |

11

Ex. 1

**CERTIFIED COPY**

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3

4    ASHLEY BLACKMON, an individual,

5            Plaintiff,

6        v.                    CASE NO. 2:21-CV-08381

7    CITY OF BEVERLY HILLS; BEVERLY HILLS POLICE SERGEANT
     KEVIN ORTH, JAMES KEENAGHAN, BEVERLY HILLS POLICE
8    OFFICER ADAM FALOSSI (#04678), BEVERLY HILLS POLICE
     OFFICER STEPHEN COMP, BEVERLY HILLS POLICE OFFICER
9    JONATHAN DE LA CRUZ, BEVERLY HILLS POLICE OFFICER
     MICHAEL DOWNS, all sued in their individual capacities;
10   and DOES 1-10, inclusive,

11           Defendants.

12   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

13

14           VIDEOTAPE AND AUDIOTAPE

15   REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF RULE 30(B)(6)

16           CAPT. GIOVANNI TREJO

17               VOLUME 3

18             March 14, 2023

19           10:40 a.m. - 2:44 p.m.

20

21   Magna Legal Services
     866-624-6221
22   www.MagnaLS.com

23   Reported by:
     Marceline F. Noble
24   CSR No. 3024

25   Job No. 946344

**BARKLEY**
Court Reporters
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco   (949) 955-0400 Irvine          (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose         (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez         (702) 366-0500 Las Vegas        (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson        (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn         (518) 490-1910 Albany           (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai         001+1+800 222 1231 Hong Kong

1       high-risk traffic stop procedure?

2           A.  Can -- can I ask for a clarifying question?

3               Are you asking for the -- the elements or the

4       step -- the steps to conduct a high-risk stop procedure?

5           Q.  Okay.  Why don't we -- why don't I ask a

6       different question.

7               What are the steps that officers take when they

8       have determined that a particular stop should be

9       conducted as a high-risk traffic stop?

10          A.  That could -- once the officer has determined

11      that a high-risk stop will be utilized, then the -- the

12      sequence of events begins with a traffic stop, which is

13      stopping the vehicle.

14              That may be, like, a police officer or a police

15      unit positioning themselves behind the -- the target

16      vehicle and initiating a traffic stop with police

17      lights, a siren, depending on the circumstances,

18      depending on what is happening.

19              Normally that requires additional police officers

20      to be present.  Then normally these -- the traffic stop

21      is not initiated until there are sufficient units, and

22      the number of sufficient units, it's dictated by the

23      officers who are involved.

24              After the vehicle stops, then there are a number

25      of steps to follow to try to control the situation, to

157

1   try to control the occupants of the vehicle, and to

2   safely extricate the occupants of the vehicle out in the

3   open.

4       Q.   Right.   And some of those steps and tactics

5   include taking a position of cover, right?

6       A.   Yes.

7       Q.   Having a firearm unholstered and pointed in a --

8   in some direction, correct?

9       A.   Yes.   It depends on the circumstances, but yes.

10      Q.   Okay.   And sometimes the gun needs to be pointed

11  directly at the driver of the vehicle, correct?

12      A.   Again, it depends on what is happening, but yes,

13  that's correct.

14      Q.   Okay.   Are there circumstances where a high-risk

15  traffic stop could involve the officer pointing the gun

16  instead at the ground in front of the driver or, you

17  know, at a low-ready position instead?

18      A.   Again, depending on what is happening, that is a

19  possibility, yes.

20      Q.   Okay.   Is that left up to the officer's

21  discretion?

22      A.   Yes.   Normally speaking, yes.

23      Q.   A high-risk felony traffic stop involves officers

24  directing the driver to throw the keys out of the

25  window, correct?

1     A.   That may be one of the steps, yes.

2     Q.   Okay.  Is that required?

3     A.   It depends on the circumstances.  It -- it is a

4     possibility that that is the first step to follow or

5     secondary to the vehicle coming to a complete stop,

6     officers may direct a driver to take the keys out of the

7     window -- excuse me, out of the ignition switch and

8     throw them out of the window.

9     Q.   Another tactic used in a high-risk vehicle stop

10    is directing the driver and any occupant to show their

11    hands, correct?

12    A.   That is correct.

13    Q.   And they also -- the officers also in a high-risk

14    traffic stop direct the driver and occupants to get out

15    of the vehicle, right?

16    A.   Again, depending on what is happening, that --

17    that may be a tactic.  Not -- not at the same time, but

18    one occupant at a time, yes.

19    Q.   Okay.  And so they -- if they have the person get

20    out of the car, they have the person face away from

21    police; is that right?

22    A.   It really depends on what is happening, but

23    that -- that's -- that can be done, yes.

24    Q.   Okay.  And then they have the person facing away

25    from the police, walk backwards towards police so that

1    they can be handcuffed, correct?

2        A.   That's one tactic.

3        Q.   Okay.   And another tactic is once the person

4    walks backwards towards police and reaches police to be

5    handcuffed, police will often have the person either

6    kneel or lie prone on the ground for handcuffing,

7    correct?

8        A.   Depending on the circumstances, that is correct.

9        Q.   Okay.   And once the person is handcuffed, police

10   will place the person in the back of a squad car for

11   containment while they continue their investigation,

12   correct?

13       A.   It depends.   It depends on what's happening, but

14   that is one tactic.

15       Q.   Okay.   So we've just discussed the high-risk

16   traffic stop and the tactics that can be used during a

17   high-risk traffic stop.   And you've mentioned that

18   officers may point weapons directly at the occupants, or

19   at the ground in front of the occupants; they may have

20   their weapons at low-ready; they may have the driver

21   toss the keys out of the window; they may have the

22   driver get out of the car; they may have the person walk

23   backwards; they may have the person kneel down or be

24   prone for handcuffing, and they may be put in the

25   back -- they may put the person in the back of the squad

160

1    the traffic stop that the -- the weapon may be pointed

2    in the direction of the occupant of the vehicle.

3    BY MS. RICKETTS:

4       Q.   Okay.  But you're using the word "may."

5            Is there a rule that the Beverly Hills police

6    officer that is participating in the high-risk traffic

7    stop, is there a rule that that guy has to point the gun

8    at the driver?

9            MS. TOLLISON:  Objection.  It lacks

10   foundation.  Calls for speculation.  It's an incomplete

11   hypothetical.

12           THE WITNESS:  I don't know -- I don't know

13   if I can answer the question, Counselor.

14   BY MS. RICKETTS:

15      Q.   Does Beverly Hills Police Department give

16   officers discretion to make decisions about whether they

17   will point their gun directly at the driver or the

18   occupant of the vehicle while they're doing a high-risk

19   stop?

20      A.   Yes.  That discretion is within the officer's

21   decision.

22      Q.   If the Beverly Hills Police Department learned

23   that a particular officer never unholstered his gun

24   during a high-risk traffic stop because he was always

25   using his discretion in deciding that it wasn't

174

1    necessary, would the Beverly Hills Police Department

2    have any problem with that?

3                    MS. TOLLISON:  Objection.  It lacks

4    foundation.  It calls for speculation.  It's an

5    incomplete hypothetical.

6                    And vague as to "problem with that."

7                    You can answer.

8                    THE WITNESS:  It -- it depends on why that

9    happened.

10   BY MS. RICKETTS:

11      Q.  If the Beverly Hills Police Department learned

12   that one of its officers was -- strike that.

13              If the Beverly Hills Police Department learned

14   that one of its supervising police officers was

15   directing everyone who participated in high-risk stops

16   with him to not point guns at the driver or the

17   occupants of the vehicle, if that supervisor were

18   telling the people he is supervising that the gun part,

19   "not necessary for this high-risk stop, I don't think we

20   need to be pointing guns," would the Beverly Hills

21   Police Department take any action to counsel or retrain

22   that supervisor?

23                    MS. TOLLISON:  Objection.  It's compound.

24   It lacks foundation.  Calls for speculation.  It's an

25   incomplete hypothetical.

175

1          THE WITNESS:  We would have to ask the

2   supervisor why that decision was made, but it -- it

3   depends.  It depends on why that was made, that

4   decision.

5   BY MS. RICKETTS:

6      Q.  Okay.  So it's possible that the Beverly Hills

7   Police Department would permit that supervisor to

8   continue that practice.  There's no rule against what

9   I've described?

10          MS. TOLLISON:  Objection.  It lacks

11  foundation.  It calls for speculation.  It's an

12  incomplete hypothetical.

13          THE WITNESS:  It is possible for the

14  supervisor to take over or to supervise and -- and allow

15  officers to holster weapons or unholster weapons.  It --

16  it really depends on why that is happening and we'd have

17  to look at the entire traffic stop to see why that

18  occurred.

19  BY MS. RICKETTS:

20     Q.  Okay.  But generally speaking, the Beverly Hills

21  Police Department allows its officers and supervisors to

22  make their own decisions in the field as to whether it's

23  necessary to point a gun at a driver while they're doing

24  a high-risk traffic stop?

25          MS. TOLLISON:  Objection.  It lacks

1    foundation.  Argumentative.  It's an incomplete

2    hypothetical.  And it calls for speculation.

3              THE WITNESS:  The -- the -- the tactics used

4    may be something that the -- the officers on scene

5    decide to utilize for a high-risk stop.

6    BY MS. RICKETTS:

7       Q.  Okay.  I'm not sure about that answer, so let me

8    just clarify.

9              You're saying that the officers on the scene who

10   are conducting a high-risk traffic stop have discretion

11   as to whether they're going to point their guns at the

12   driver and the occupants of the car.

13      A.  Again, it depends on why or how and what is

14   happening in front of them, but that is a possibility.

15      Q.  Okay.  So if the officers in this case testified

16   that the reason they pointed guns at the driver of the

17   car that they were doing a high-risk stop on was solely

18   because it was the policy of the Beverly Hills Police

19   Department to do so, that would be incorrect, true?

20              MS. TOLLISON:  Well, objection, that

21   misstates prior testimony in this case.

22              THE WITNESS:  Can you repeat the question,

23   Counselor.  I'm sorry.

24   BY MS. RICKETTS:

25      Q.  So if the officers in this case testified that

177

1    the reason they pointed guns at Ashley Blackmon was

2    because it was the Beverly Hills Police Department's

3    policy to treat every high-risk stop this way and point

4    guns at every driver when they're pulled over in a

5    high-risk stop, that testimony is incorrect, true?

6              MS. TOLLISON:  Objection.  That misstates

7    the testimony.  Also calls for speculation on the part

8    of this witness.

9              You can answer if you know.

10             THE WITNESS:  I don't know.  I'd have to

11   go -- I have to review their testimony, but I don't

12   know.

13   BY MS. RICKETTS:

14        Q.  Is it the Beverly Hills Police Department's

15   position that its policy requires officers to treat

16   every high-risk stop in Beverly Hills the same in the

17   sense that they must point guns at the driver during the

18   traffic stop?

19        A.  Using their primary weapons, drawing them out, is

20   part of the high-risk stop procedure that we utilize.

21        Q.  I'm sorry, did you say "drawing them out"?

22        A.  Yes.  Drawing their primary weapon out and -- and

23   pointing it at what the officer feels is the threat at

24   the time.

25        Q.  Okay.  So it is the Beverly Hills Police

                              178

1    Department's policy to have officers who are executing a

2    high-risk traffic stop draw their weapons and point the

3    weapon at whatever is the threat at the time, meaning

4    the driver?

5            MS. TOLLISON:  Well, objection.  Misstates

6    the testimony.  Lacks foundation.  It's argumentative.

7            THE WITNESS:  That's the -- the high-risk

8    stop procedures that we use.  That's the procedures.

9    BY MS. RICKETTS:

10       Q.  Do Beverly Hills police officers have Tasers

11   available to them to use?

12       A.  Beverly Hills police officers are issued Tasers,

13   yes.

14       Q.  Do Beverly Hills police officers have other

15   less-lethal weapons, such as a beanbag shotgun, issued

16   to them to carry in their car?

17       A.  Not every officer has or had that beanbag --

18   beanbag shotgun is no longer in service.

19            But not every police officer is equipped with a

20   beanbag shotgun.

21       Q.  Okay.  Which officers are equipped with beanbag

22   shotguns, generally speaking?

23       A.  Ideally you want to have a number of shotguns

24   deployed throughout the -- the city, but I can't tell

25   you who exactly had a shotgun or has a shotgun assigned

                            179

1    to them.

2        Q.  Do sergeants in general have more weapons issued

3    to them and available in their cars than line officers?

4        A.  Can you tell me what weapons you're referring to?

5        Q.  Well, specifically, right now, a beanbag shotgun.

6            MS. TOLLISON:  Are you asking if a sergeant

7    has a beanbag shotgun in the car?

8            MS. RICKETTS:  Yes.

9        Q.  Do sergeants carry beanbag shotguns in their

10   cars?

11       A.  Well, nobody carries it now, but when they were

12   deployed, sergeants had shotguns assigned or their

13   vehicles.

14       Q.  And what time frame was that?

15       A.  Prior to April 2022.

16       Q.  Okay.  So on February 9th, 2020,

17   Sergeant Keenaghan and Sergeant Orth would have had

18   beanbag shotguns in their cars available to them,

19   correct?

20           MS. TOLLISON:  Objection.  Calls for

21   speculation.

22           You can answer.

23           THE WITNESS:  I don't know.  I don't know if

24   they had it with them.

25   ///

180

1    BY MS. RICKETTS:

2        Q.  Okay.  But as a general policy, the police

3    department -- the Beverly Hills Police Department issued

4    beanbag shotguns to sergeants during the time frame that

5    included February 9th, 2020, right?

6        A.  As a matter of procedures, generally speaking,

7    yes.

8        Q.  Okay.  And same question with respect to 37s?

9        A.  I don't know what that is, Counselor.

10       Q.  Okay.  Do you have any other less-lethal weapons

11   at the Beverly Hills Police Department besides Tasers

12   and beanbag shotguns?

13       A.  Yes.

14       Q.  What other less-lethal weapons does the

15   Beverly Hills Police Department carry?

16       A.  Batons, OC spray, and 40 millimeter round

17   less-lethal weapons.

18       Q.  Did the Beverly Hills Police Department stock 40

19   millimeter round shotguns as of February 9th, 2020?

20       A.  No, not -- we don't have -- we're not -- we don't

21   deploy -- scratch that.

22           It's a limited number of -- of 40 millimeter

23   round weapons that are deployed throughout the city.

24       Q.  As of February 9th, 2020, did the Beverly Hills

25   Police Department have 40-millimeter shotguns?

181

1    it to a brand-new officer who maybe learned about it in

2    the academy but they want to know, "What is the Beverly

3    Hills Police Department's policy, when am I supposed to

4    use the high-risk stop procedure"?

5        A.  Are you asking me for a specific event or a case?

6        Q.  I'm asking you to give general rule (sic).  What

7    does the Beverly Hills Police Department expect its

8    officers -- I'm sorry, strike that.

9         When does the Beverly Hills Police Department

10   expect officers to use the high-risk traffic stop

11   procedure?

12       A.  It's -- it's the same answer.  It's when you have

13   a known number of factors, such as a stolen vehicle, and

14   an unknown number of factors, who else is in that

15   vehicle?  Are there any people hiding in the vehicle?

16   Are the occupants of the vehicle armed?

17       Q.  Okay.  So whenever there is a stolen vehicle,

18   Beverly Hills Police Department expects its officers to

19   utilize the high-risk traffic stop procedure, right?

20       A.  Yeah, that's -- that's the expectation that they

21   will use high-risk stop procedures.

22       Q.  Okay.  So any stolen car, according to Beverly

23   Hills Police Department, should be treated as high risk?

24       A.  Yes.

25       Q.  Doesn't matter if the person driving it appears

183

1   to be alone, right?

2           MS. TOLLISON:  Objection.  It calls -- lacks

3   foundation.  Calls for speculation.  It's an incomplete

4   hypothetical.

5           You can answer.

6           THE WITNESS:  No.  It -- it doesn't matter.

7   BY MS. RICKETTS:

8     Q.  Doesn't matter if the person driving is alone and

9   is a female or a male, young or old, right?

10          MS. TOLLISON:  Objection.  Compound.  Calls

11  for speculation.  Lacks foundation.

12          You can answer.

13          THE WITNESS:  Yeah, those facts are not

14  always known to the officers.

15  BY MS. RICKETTS:

16    Q.  Okay.  Let me ask it again.

17          It doesn't matter if the driver is a female or a

18  male, right?

19    A.  That's correct.

20    Q.  Doesn't matter what race the driver is?

21    A.  That's correct.

22    Q.  Doesn't matter if the driver is young or old?

23    A.  Correct.

24    Q.  Doesn't matter if the driver doesn't threaten

25  officers?

1    A.   No, it doesn't matter, but the threat there --

2    it's a different -- it is a different world now.

3    Q.   Doesn't matter if the driver complies at all

4    times with officer's directions?

5              MS. TOLLISON:   Objection.   It's an

6    incomplete hypothetical.   Lacks foundation.   Calls for

7    speculation.

8              THE WITNESS:   No.   It -- it doesn't matter.

9    BY MS. RICKETTS:

10    Q.   Doesn't matter if the car looks to be in pretty

11    good condition with no signs of damage?

12    A.   That -- that I don't know how to answer, to be

13    honest with you.

14    Q.   I'm saying if there's no scratches, no signs of

15    denting or, like, the car's been in an accident or

16    something's been taken off the car, none of that matters

17    in terms of if the car is stolen, it should be treated

18    as high risk per Beverly Hills Police Department policy,

19    right?

20    A.   The -- the condition of the vehicle, it -- it

21    makes no difference for the procedures.

22    Q.   Doesn't matter if the vehicle was not seen to

23    violate any kind of vehicle code regulations?

24              MS. TOLLISON:   Well, objection, lacks

25    foundation.   Calls for speculation.   Incomplete

185

1      hypothetical.

2                      MS. RICKETTS:   Strike that.

3                      MS. TOLLISON:   Are you asking moving vehicle

4      violations?

5                      MS. RICKETTS:   Strike that.

6          Q.   Doesn't matter if the driver of the stolen car

7      was driving perfectly?

8                      MS. TOLLISON:   Objection.   Vague as to

9      "perfectly."

10                     You can answer if you know.

11                     THE WITNESS:   No, I -- it doesn't matter.

12     BY MS. RICKETTS:

13         Q.   Okay.   So there's absolutely nothing that the

14     driver can do to avoid being treated with the high-risk

15     stop procedure if they're in a car that's reported as

16     stolen, right?

17         A.   To avoid the high-risk stop procedures, no.

18         Q.   So any time the Beverly Hills Police Department

19     comes across a license plate that's been reported as

20     stolen or associated with a stolen car, that driver is

21     going to have a gun pointed at them; isn't that true?

22                     MS. TOLLISON:   Objection.   It lacks

23     foundation.   Calls for speculation.   It's an incomplete

24     hypothetical.

25                     You can answer.

186

1    but you can answer.

2              THE WITNESS:  There -- for the academy,

3    there may be training on high-risk stops that's --

4    that's conducted at the -- at the academy.  I don't know

5    if POST mandates that training.

6    BY MS. RICKETTS:

7       Q.  Okay.  So it's not the Beverly Hills Police

8    Department that the basis for its expectation that all

9    stolen cars be treated with the high-risk procedure,

10   Beverly Hills isn't saying that that comes from POST

11   directly, right?

12      A.  No.  No.  That's -- those are procedures that we

13   implement.

14      Q.  Does Beverly Hills Police Department permit its

15   police officers to use the high-risk traffic stop

16   procedure on cars that have a license plate that has

17   been reported stolen?

18              MS. TOLLISON:  Objection.  It's an

19   incomplete hypothetical.

20              THE WITNESS:  That specific incident

21   requires an investigation.  And in order for the police

22   officer to initiate a traffic stop or to conduct the

23   investigation, high-risk stop procedures should be

24   followed.

25   ///

190

```
 1                    You can answer.
 2                    THE WITNESS:  Well, on a police report?
 3     BY MS. RICKETTS:
 4        Q.  Yes.
 5        A.  Yes.  On a police report, yes.
 6        Q.  And how is there -- how -- how are those two
 7     cases distinguished on a police report?
 8        A.  Well, the -- the most obvious part of that is the
 9     circumstances under which both of those cars were taken.
10        Q.  Okay.  So in the narrative section of the police
11     report, that's where it would show up, right?
12        A.  There -- there may be an entry at the -- on the
13     face sheet of the report for classification reasons.
14        Q.  Okay.
15        A.  But the narrative would have that distinction,
16     yes.
17        Q.  Okay.  Now, let me ask a different question --
18     line of questions.
19                    For a Beverly Hills police officer responding to
20     an ALPR hit reporting a stolen car -- let's back up.
21                    If I say "ALPR," you understand I mean an
22     automated license plate reader device, right?
23        A.  Yes.
24        Q.  Okay.  And Beverly Hills maintains a number of
25     ALPR devices, right?
```

1      A.  Yes.

2      Q.  And some of those are mounted throughout the city

3  at intersections?

4      A.  That's correct.

5      Q.  And some of them are in police cars, right?

6      A.  That's correct.

7      Q.  And what an ALPR device does is it scans the

8  passing license plates of cars and checks the license

9  plate number against a database, correct?

10     A.  In theory, yes.

11     Q.  In practice, does it do it differently?

12     A.  I don't know.

13     Q.  Okay.  Well, it -- it -- it's supposed to scan

14  the surrounding license plates and check them against

15  the database to see if they're reported wanted or

16  stolen, right?

17     A.  Yes.

18     Q.  Okay.  And so when ALPR device issues a hit,

19  basically what it's saying is there's something about

20  this car that needs to be investigated, right?

21     A.  Not in those words, but yes.

22     Q.  Okay.  And dispatch will tell officers about ALPR

23  hits, correct?

24     A.  Yes.

25     Q.  Do officers hear about ALPR hits from any source

194

1    other than dispatch?

2        A.  They may see it on their MDT, their mobile

3    digital or MDC, mobile digital computer.

4        Q.  Okay.  And when an officer sees that their mobile

5    digital computer is reporting there's been a hit on a

6    license plate that's passing near by them, can they see

7    whether the car is reported stolen as opposed to

8    generating interest for some other reason?

9        A.  If it's -- yes.  If it's connected to a crime or

10   reported stolen, again, ideally or theoretically, they

11   double in the -- in the hit, in the ALPR hit.

12       Q.  Okay.  So an officer who's looking at an ALPR hit

13   on their mobile digital computer mounted in their police

14   car can see, hey, the ALPR device hit on that license

15   plate because it's reported stolen?

16       A.  That's -- that's -- in theory, yes.

17       Q.  You keep saying "in theory" or "ideally."  Can

18   you explain why you're saying that?

19       A.  I have not seen -- or -- scratch that.

20           I -- I don't know what they see nowadays on their

21   computers, to be honest with you.

22           I have not seen MDT or a hit, an ALPR hit.

23       Q.  Okay.  But it's your understanding that that's

24   how this works, right?

25       A.  Generally, yes.

195

1          If a car is reported stolen by a rental company

2     because the person hasn't returned it on time, is that

3     information available to the officer in some way and

4     visible on their mobile digital computer?

5          A.  It may be in there, yes.

6          Q.  Does the Beverly Hills Police Department expect

7     its officers to distinguish between rental cars that

8     have been kept for too long and not returned and have

9     therefore been reported stolen by the rental car company

10    and other kinds of stolen cars?

11         A.  They're expected to conduct an investigation.

12         Q.  And that's the same investigation regardless of

13    how or why or from whom the car got stolen, right?

14         A.  It's -- it's an investigation, yes.

15         Q.  Does the Beverly Hills Police Department permit

16    officers to use the high-risk traffic stop procedure if

17    the ALPR hit shows that there was a misdemeanor

18    committed by this car?

19         Not about the car, but, you know, in association

20    with the car.

21         A.  I would have to say it depends.

22         Q.  What are the circumstances when Beverly Hills

23    Police Department permits its officers to use the

24    high-risk traffic stop procedure on a car just because

25    it was associated with a misdemeanor?

1       to what I said earlier about the factors that are known,

2       which elevate the traffic stop procedures to a high-risk

3       stop procedures and also the unknown factors within that

4       traffic stop.

5       BY MS. RICKETTS:

6           Q.   Okay.   And I appreciate that that's -- that's

7       when the high-risk traffic stop may be used.

8               What I'm asking is different.   What is the -- the

9       reason that high-risk traffic stop tactics are necessary

10      in the Beverly Hills Police Department's opinion?

11              MS. TOLLISON:   Are you asking what the

12      policy is behind the high-risk procedure?

13              MS. RICKETTS:   I suppose that's one way to

14      ask it, but I didn't ask it that way.

15              MS. TOLLISON:   Do you understand?

16              THE WITNESS:   No, I'm -- I'm not having a

17      hard time understooding (sic) the reason.   "Reason,"

18      just that word, meaning, why are we stopping a vehicle

19      using high-risk stop procedures?

20      BY MS. RICKETTS:

21          Q.   Right.   Why have a high-risk traffic stop

22      procedure at all?   Why not just do everything as a

23      regular traffic stop?

24          A.   No, that -- that's -- that places a lot of risks

25      on the officers and on everyone that's involved in that

                              206

1    specific incident.  If knowing what you know about the

2    vehicle that's stopping -- that you're stopping, that

3    the officer is stopping and also the -- the -- the

4    unknown factors associated with that traffic stop, if

5    everything was treated one way, it's just -- it places a

6    lot of risk on the officers involved.

7        Q.  Beverly Hills police officers are expected to

8    conduct traffic stops during their duties, right?

9            I'm sorry.  Let me -- let me ask that different.

10           Beverly Hills police officers, in the course and

11   scope of their employment, are expected to make traffic

12   stops, right?

13       A.  That's part of their job, yes.

14       Q.  And every traffic stop involves a driver?

15       A.  For a vehicle, yes.

16       Q.  And it's never possible for officers to know

17   whether there's an additional person hiding in a car,

18   right?

19           I'm sorry, let me -- let me rephrase that.

20           At the beginning of a traffic stop, Beverly Hills

21   officers can't know if there's an additional person

22   hiding somewhere in a car.  They only know if there's a

23   driver, right, and occupants that are visible?

24       A.  That's correct.  They only know what they can

25   see.

207

1     Q.  So there -- it's always possible that there's
2     another person hiding in the car somewhere, right?
3     A.  It is possible.
4     Q.  And it's always possible that the occupants of a
5     car may be armed and officers may not know that when
6     they initiate a traffic stop, right?
7     A.  That's possible, yes.
8     Q.  Is it Beverly Hills Police Department's position
9     that officers should conduct high-risk traffic stops
10    every time they conduct a traffic stop?
11    A.  Every time -- can you -- I'm sorry, repeat the
12    question, Counselor.  Am my -- my bad.
13    Q.  Is it Beverly Hills Police Department's policy
14    that every time officers do a traffic stop they should
15    use the tactics that we've talked about for the
16    high-risk traffic stop?
17    A.  For every traffic stop?
18    Q.  That's the question.
19    A.  No, not for every traffic stop.
20    Q.  Okay.  So even though officers can never know if
21    an occupant of a car may be armed and even though
22    officers can never know if there may be someone else
23    hiding in the car at the outset of the stop, that alone,
24    in Beverly Hills Police Department's thinking, doesn't
25    necessarily justify high-risk tactics every time, right?

1    A.  Well, those are the unknown factors that I

2  referred to.  It's the known factors that elevate it to

3  the high-risk stop.

4    Q.  Okay.  So the fact that officers at the beginning

5  of a stop don't know if the occupants of a car might be

6  armed, don't know if there might be additional unseen

7  occupants, that in and of itself isn't what elevates the

8  stop to a high risk, right?

9    A.  In combination with the other factors I spoke of,

10  that's what elevates it to the high risk.

11    Q.  Okay.  And the other factors being if a car is

12  known to -- to -- well, if a car is suspected to have

13  been stolen, right?

14    A.  The vehicle's reported stolen or used in a crime.

15    Q.  Okay.

16           MS. TOLLISON:  Can we take a break when you

17  get a chance?  We've been going almost an hour and a

18  half.

19           MS. RICKETTS:  Sure.

20           How long do you need?

21           MS. TOLLISON:  Just three or four minutes.

22           MS. RICKETTS:  Okay.  Do you want to come

23  back at 12:10?

24           MS. TOLLISON:  Yes.  That's fine.

25           MS. RICKETTS:  Okay.  Let's go off the

CAPT. GIOVANNI TREJO, 30(B)(6) - VOL. 3

1    record at 12:04, come back at 12:10.

2                (Recording stopped.)

3                (Off record at 12:04 till 12:13.)

4                THE REPORTER:  I am ready to go back on the

5    record, Counsel.

6                (Recording in progress.)

7                MS. RICKETTS:  We're back on the record at

8    12:13 p.m. in the deposition of Beverly Hills Police

9    Department.

10       Q.  Captain Trejo, you -- you know you're still under

11   oath?

12       A.  Yes, I do.

13       Q.  Okay.  Is Beverly Hills aware of any objective

14   data that would support the conclusion that car thieves

15   or license plate thieves are often armed?

16       A.  Sorry.  Can you repeat the question, Counselor,

17   one more time.

18       Q.  Is Beverly Hills Police Department aware of any

19   objective data that would support the conclusion that

20   car thieves or license plate thieves are often armed?

21       A.  I -- I am aware of a specific case that comes to

22   mind where a suspect who was driving a stolen vehicle

23   was armed and resulted in a shooting.

24       Q.  Is the Beverly Hills Police Department aware of

25   any other objective data that would support the

                                210

1  conclusion that car thieves or license plate thieves are
2  often armed?
3      A.  A police report may -- may have that information.
4      Q.  Okay.  Tell me about this shooting.  What year
5  did that take place in?
6      A.  In 2017, Whittier Police Officer Keith Boyer was
7  shot and killed by a suspect who was driving a stolen
8  vehicle and at the time no high-risk procedures were
9  utilized.
10     Q.  Is Beverly Hills aware of any objective data that
11 would support the conclusion that car thieves or license
12 plate thieves resist arrest at a rate higher than any
13 average person?
14              MS. TOLLISON:  Objection.  It lacks
15 foundation.  Calls for speculation.  It's an incomplete
16 hypothetical.  It's also not proportional to the needs
17 of this case.
18              You can answer.
19              THE WITNESS:  Counselor, may I ask.  You --
20 you asked two -- two separate crimes, stolen license
21 plates and stolen vehicles.
22 BY MS. RICKETTS:
23     Q.  Yes.  But -- okay.
24          Is the Beverly Hills Police Department aware of
25 any objective data that would support the conclusion

211

1  that either car thieves or license plate thieves often

2  resist arrest?

3            MS. TOLLISON:  Same objections.

4            THE WITNESS:  That information may be on a

5  police report.

6  BY MS. RICKETTS:

7     Q.  Is the Beverly Hills Police Department aware of

8  any objective data that would support the conclusion

9  that car thieves or license plate thieves often commit

10 violent crimes in addition to car theft, or license

11 plate theft?

12           MS. TOLLISON:  Same objections.

13           Let me state -- actually state for the

14 record, lacks foundation.  Calls for speculation.  It's

15 also not proportional to the needs of this case.

16           You can answer.

17           THE WITNESS:  Well, a stolen vehicle

18 associated with a carjacking is violent.

19 BY MS. RICKETTS:

20    Q.  Okay.  Is there any other objective data that the

21 Beverly Hills Police Department is aware of that would

22 support the conclusion that car thieves or license plate

23 thieves often commit violent crimes in addition to car

24 theft?

25    A.  Again, that -- that -- that is information that

212

1    may be found in a police report.

2        Q.   Okay.   When you say "it may be found on a police

3    report," you've said that for a few answers now.

4            You're saying that if that occurred, it might be

5    reflected in a police report, correct?

6        A.   That's correct.   It may be documented in the

7    police report associated with that specific incident.

8        Q.   Okay.   But as you sit here today, Beverly Hills

9    Police Department has not reviewed or itself conducted

10   any sort of systematic study of those police reports to

11   learn whether car thieves or license plate thieves often

12   commit violent crimes in addition to car theft, correct?

13           MS. TOLLISON:   Well, objection to the extent

14   it calls for any attorney-client communication, attorney

15   work product.

16           Outside of that, you can answer.

17           Do you understand?

18           THE WITNESS:   No.   I -- I -- I -- I missed a

19   lot -- the first portion of it.

20           MS. TOLLISON:   Repeat the question.

21   BY MS. RICKETTS:

22       Q.   Okay.   So let me ask again.

23           So as you sit here today, Beverly Hills Police

24   Department has never, to your knowledge, conducted a

25   systematic review of its police reports to find out

                              213

```
 1    BY MS. RICKETTS:
 2       Q.  Okay.  So Beverly Hills Police Department itself
 3    has never asked the question, "Do our police reports
 4    collectively support a conclusion that car thieves are
 5    more likely to resist arrest, commit violent crime, or
 6    have weapons?"
 7           Is that correct?
 8               MS. TOLLISON:  Objection.  It's vague.
 9               THE WITNESS:  To -- to answer that specific
10    question you just posed, I don't know.  Not to my
11    knowledge.
12    BY MS. RICKETTS:
13       Q.  Okay.  And Beverly Hills Police Department has
14    never reviewed a study or a survey, or some sort of
15    systematic information-gathering effort by anyone else
16    from other entity or police department that would
17    support that conclusion, right?
18               MS. TOLLISON:  Objection.  Vague as to
19    "conclusion."
20               What conclusion?
21               MS. RICKETTS:  One second.  I don't know if
22    I can turn off this --
23       Q.  Okay.  Let me ask again.  I've just asked you
24    whether Beverly Hills has ever conducted a study to
25    learn whether its police reports support a conclusion
```

CAPT. GIOVANNI TREJO, 30(B)(6) - VOL. 3

1    that car thieves are more likely to resist arrest, be

2    violent or be armed, and you've said that you're not

3    aware of any such study that Beverly Hills has

4    undertaken.

5         Now I'd like to know, is Beverly Hills aware of

6    any such study that has been undertaken by anyone else?

7              MS. TOLLISON:  Objection to the extent it

8    calls for any attorney-client communication or attorney

9    work product as it relates to this case.

10             You can answer outside of that.

11             THE WITNESS:  Well, there are DOJ --

12   Department of Justice statistics that I reviewed

13   consistently.

14   BY MS. RICKETTS:

15     Q.  Okay.  And what statistics are you referring to

16   specifically?

17     A.  DOJ does track a number of officers assaulted

18   during very specific events on a monthly basis and on a

19   yearly basis.

20         The FBI also conducts such studies.

21     Q.  Are you referring to what's called a -- a "LEOKA

22   list," law enforcement officers killed or assaulted?

23     A.  That's from DOJ, yes.

24     Q.  Okay.  And that study tracks the number of

25   officers killed or assaulted at traffic stops generally,

217

1      correct?

2          A.  To the best of my recollection, yes.

3          Q.  Okay.  And so that study does not break down the

4      number of officers killed or assaulted at traffic stops

5      by what type of investigation the officer's doing?

6          A.  Yeah, I -- I don't know if it gets that specific.

7          Q.  Let's move on to topic No. 2.

8              Captain Trejo, I'd like to ask you about the

9      department's total number of arrests and traffic stops

10     in about a five-year period, from January 1st, 2015, to

11     February 9th, 2020.

12             Are you prepared to testify on behalf of the

13     Beverly Hills Police Department on that subject?

14         A.  Yes.

15         Q.  How many total arrests have the Beverly Hills

16     Police Department officers make in 2015 (sic)?

17         A.  Close to 1500.

18         Q.  Do you have exact numbers?

19         A.  Yes, I can get the exact numbers.

20         Q.  That would be great.

21             Right now or no?

22         A.  No.  I have a general idea of what I -- what --

23     what these numbers are.

24         Q.  Okay.  Approximately how many total arrests do

25     Beverly Hills officers make in 2016?

1     A.   Approximately -- well, over a thousand.  Over

2     1200.

3     Q.   Approximately how many arrests did Beverly Hills

4     police officers make in 2017?

5     A.   Over 1500.

6     Q.   2018?

7     A.   I would say close to 2,000.

8     Q.   2019?

9     A.   Over 2,000.

10    Q.   And what about in 2020, between January 1st and

11    February 9th?

12    A.   I would say hundreds.

13    Q.   How many traffic stops did Beverly Hills Police

14    Department officers make in 2015?

15    A.   So that's going to be a very approximate number,

16    not -- not sure that we have exact number of traffic

17    stops, but it's in the thousands.

18         15,000.

19    Q.   2016?

20    A.   About there.  About 15,000.

21    Q.   2017?

22    A.   I'd have to say about the same.  About 15,000.

23    Q.   2018?

24    A.   Same number.

25    Q.   2019?

219

1    A.   Approximately over 15,000.

2    Q.   And what about 2020, between January 1st and

3    February 9th?

4    A.   Couple thousand.

5    Q.   What steps did you take to learn what these

6    numbers were before coming here today?

7    A.   I spoke to Sylvia Gelfman, the man- -- the

8    records manager of the police department.

9    Q.   And do you know what records she has at her

10   disposal to review in order to find the answer to that

11   question?

12   A.   Sorry, records or systems?

13   Q.   What -- what -- why did you consult with

14   Sylvia Gelfman on this question?

15   A.   Because she has access to the system that

16   provides such stats or statistics.

17   Q.   And does Beverly Hills Police Department keep

18   track of traffic stops in some systematic way?

19   A.   Yeah.  Other than what -- what I learned from

20   Sylvia, I don't know.  But -- but, yeah, the -- the

21   system -- these -- these traffic stops, these arrests

22   are entered into the system that Sylvia Gelfman has

23   access to.

24   Q.   Okay.  And so what is the reason that the number

25   for each year is approximate rather than exact?

1                    MS. RICKETTS:  Yes.

2                    MS. TOLLISON:  Okay.  For 2015?

3                    MS. RICKETTS:  For every year, 2015 through

4       2019 and then part of 2020.

5                    THE WITNESS:  I have the report.

6       BY MS. RICKETTS:

7           Q.  Okay.  Captain Trejo, how many Beverly Hills

8       Police Department officers were injured in 2015 by an

9       assault?

10          A.  According to the report, 16.

11          Q.  Okay.  And how many of those injuries by assault

12      occurred during a traffic stop?

13          A.  I'm looking at the -- category No. 10, "Traffic

14      Pursuits and Stops," and the number is one.

15          Q.  Thank you.

16              How many Beverly Hills Police Department officers

17      were injured by an assault in 2016?

18          A.  The total number is 22.

19          Q.  And how many of those assaults occurred at a

20      traffic stop?

21          A.  According to the report, zero.

22          Q.  How many Beverly Hills Police Department officers

23      were injured in 2017 by an assault?

24          A.  The report states 14.

25          Q.  Fourteen?

230

1    12:43 p.m. and we're back at 12:45 p.m. due to some

2    network issues.

3        Q.   Captain Trejo, you understand you're still under

4    oath testifying on behalf of the Beverly Hills Police

5    Department?

6        A.   Yes, I do.

7        Q.   Okay.  What was the total number of Beverly Hills

8    Police Department officers who were injured in 2017 by

9    assault?

10       A.   They've got fourteen.

11       Q.   And how many of those 14 occurred at a traffic

12   stop?

13       A.   In 2017, zero.

14       Q.   What about 2018, how many officers were injured

15   by assault?

16       A.   Thirty-two.

17       Q.   And how many of those occurred at a traffic stop?

18       A.   The report states zero.

19       Q.   What about 2019, how many Beverly Hills police

20   officers were injured because of an assault?

21       A.   Seventeen.

22       Q.   And how many of those 17 assaults occurred at a

23   traffic stop?

24       A.   Zero.

25       Q.   Okay.  And for 2020, between January 1st and

232

1   February 9th, are you able to provide the number of

2   officers that were assaulted?

3       A.  Within that date range, the report states one.

4       Q.  One assault.

5           And was it at a traffic stop?

6       A.  Not according to the report.

7       Q.  Okay.  So from January 1st, 2015, through

8   February 9th, 2020, there were a total of -- sorry, my

9   math is terrible -- there were a total of a 101 assaults

10  of officers on duty; is that right?

11      A.  Sorry, Counselor, can you -- with the date range

12  again, I -- I missed it.

13      Q.  Sure.

14          So between January 1st, 2015, and February 9th,

15  2020, the date of the stop of Ms. Blackmon in this case,

16  there were 101 assaults of Beverly Hills police

17  officers; is that right?

18      A.  I haven't done the math, but if your math is

19  accurate, then yes.

20      Q.  And only one of the assaults on officers between

21  January 1st, 2015, and February 9th, 2020, happened at a

22  traffic stop, true?

23      A.  Yes, according to the reports.

24      Q.  And you testified earlier that every year there's

25  approximately 15,000 traffic stops conducted by

233

1        A.   That's correct.

2        Q.   Captain Trejo, let's talk about the department's

3   awareness of vehicle theft practices and the

4   investigation of vehicle-related theft.

5             And when I ask you these questions, I want to

6   know what the state of affairs was as of February 9th,

7   2020.

8             So I'm directing your attention to how things

9   were at that time.

10            Is Beverly Hills Police Department aware that

11  vehicle thieves sometimes engage in a practice called

12  cold plating?

13       A.   Yes.

14       Q.   And what is "cold plating"?

15       A.   Well, essentially it is replacing the license

16  plate of the -- of a stolen vehicle with a license plate

17  from another vehicle that is not stolen but is similar

18  to the vehicle that is stolen.

19       Q.   And what's the reason for doing this?

20            MS. TOLLISON:   Objection to the extent it

21  calls for speculation.

22            THE WITNESS:   One reason is to conceal the

23  fact that the vehicle is stolen.

24  BY MS. RICKETTS:

25       Q.   So it helps car thieves avoid detection by things

235

1    like ALPR devices, right?

2       A.   Yes.

3       Q.   And cold plating is also called "plate swapping,"

4    right?

5       A.   That -- yes.

6       Q.   Does the department investigate stolen license

7    plates when they're found on cars that aren't stolen?

8       A.   Yes.

9       Q.   And what steps does the department take to

10   investigate those crimes?

11      A.   Well, the investigation begins with the traffic

12   stop.  And then as soon as it is discovered that the

13   license plate does not belong to the vehicle that is

14   detained, then the officers conduct a series of -- or

15   follow a series of -- of steps to determine how that

16   plate arrived, or how it got to the vehicle that they

17   have in front of them.

18           Sometimes they get to the bottom of it; sometimes

19   they don't.  But that's part of the investigation,

20   reaching out to the -- if -- if it's possible, reaching

21   out to the owner of the vehicle that the license plate

22   returns to by using the DMV system.

23      Q.   Was that done in this case with Ashley Blackmon's

24   car?

25      A.   I don't know to what extent, but there was an

1   investigation that was conducted that arrived to the

2   conclusion that that license plate did not belong on

3   Ms. Blackmon's vehicle.

4      Q.  Are you aware of whether any officer with the

5   Beverly Hills Police Department ever took further steps

6   to investigate the theft of that license plate that was

7   found on Ms. Blackmon's car?

8      A.  Other than what I saw on the videos and written

9   in the report, I am not aware.

10      Q.  Okay.  So the officers at the scene found out

11   that the license plate that was reported stolen that was

12   on Ms. Blackmon's car didn't belong to her car, right?

13      A.  Correct.

14      Q.  And then the officers confiscated the license

15   plate because it was stolen, right?

16      A.  Well, mostly because it didn't belong to the

17   light (sic) -- to the vehicle Ms. Blackmon was driving.

18      Q.  Right.  Ms. Blackmon didn't steal the license

19   plate, but someone else had stolen it and put it on the

20   wrong car, right?

21      A.  Yes.

22      Q.  So after removing the license plate from

23   Ms. Blackmon's car, did anyone take further steps to

24   investigate this license plate theft?

25      A.  Not to my knowledge.

237

1    Q.   And the person that originally stole that license
2    plate and put it on Ms. Blackmon's car has never been
3    caught, as far as you know, right?
4              MS. TOLLISON:   Object to the extent it calls
5    for speculation.
6              THE WITNESS:   No.   I don't know if that can
7    be found out.   I -- I -- I don't know.
8    BY MS. RICKETTS:
9    Q.   Was the license plate that was taken off of
10   Ms. Blackmon's car ever fingerprinted?
11   A.   Not to my knowledge.
12   Q.   Was the person who owned that license plate
13   contacted?
14             MS. TOLLISON:   Objection.   Calls for
15   speculation.
16             Do you mean by Beverly Hills Police
17   Department?
18             MS. RICKETTS:   Yes.
19   Q.   Did the -- did the Beverly Hills Police
20   Department ever take steps to contact the person that
21   owned the license plate that they found on
22   Ms. Blackmon's car?
23   A.   I don't know.
24   Q.   What resources were available to officers as of
25   February 9th, 2020, to investigate the theft of a

238

1    Q.  Was there any reason that the officers at the

2  scene of Ms. Blackmon's traffic stop did not prepare to

3  deploy less-lethal weapons instead of firearms?

4    A.  I do not know if they did not prepare.

5    Q.  Okay.  Is there any reason that the officers at

6  the scene of Ms. Blackmon's traffic stop could not have

7  used less-lethal -- less-lethal options instead of their

8  firearms?

9              MS. TOLLISON:  Objection.  It lacks

10  foundation.  That calls for speculation.  It's an

11  incomplete hypothetical.

12              You can answer.

13              THE WITNESS:  The -- the less-lethal weapons

14  were available.  The officers had them with them, and

15  this is based on my review of the videos.  But the

16  circumstances did not dictate for the officers at the

17  time to utilize less-lethal weapon.

18  BY MS. RICKETTS:

19    Q.  Okay.  And what circumstances were there at the

20  time of the stop of Ashley Blackmon that prevented the

21  officers from preparing less lethals (sic) as opposed to

22  firearms?

23              MS. TOLLISON:  Objection.  It misstates the

24  testimony.

25              You can answer.

265

1          Can you repeat the question or have the

2    question read back?

3    BY MS. RICKETTS:

4      Q.   What circumstances were present and known to the

5    officers at the time of Ms. Blackmon's stop that

6    militated against them using less-lethal weapons instead

7    of their firearms?

8      A.   Well, first thing less-lethal weapons never

9    replace primary duty weapons.

10          It's just another option that's available for

11   officers should the circumstances arise where the

12   officers need to use those less-lethal weapons.

13          That being said, specifically to the traffic stop

14   or the high-risk stop involving Ms. Blackmon, she was

15   compliant, she did not act in a violent way, so there

16   was no reason to utilize less-lethal weapons during this

17   specific time when they were calling her out of the

18   vehicle and -- and -- and she's walking back towards the

19   sound of the officer's voice.

20     Q.   But if her not being violent and complying with

21   orders meant there was no reason to get out the

22   less-lethal weapons, wouldn't that also mean there was

23   no reason to get out the firearms?

24     A.   No, not at all.  You're still in dealing with a

25   vehicle that has not been searched.

266

1    know at the time when they were dealing with

2    Ms. Blackmon, and the fact that that vehicle had not

3    been searched.

4        Q.   Okay.   And the reason that all these things are

5    concerns is because somebody at the traffic stop may

6    attack one of the officers, right, with a weapon, with

7    their hands or feet or whatever?

8            One of the officers may be attacked, right?

9    That's the risk.

10       A.   That's a possibility, yes.

11       Q.   Okay.   So the reason that the officers in this

12   case had their guns out and pointed in Ms. Blackmon or

13   her car's direction was because there was a risk to them

14   that they might be assaulted at the traffic stop?

15       A.   I -- I -- yes.   Yes.   For the -- within the

16   context that you're using it, yes.

17       Q.   Okay.   And just to be clear, in the five years

18   leading up to Ms. Blackmon's stop, only one Beverly

19   Hills officer had been assaulted at a traffic stop,

20   right?

21       A.   Based on that report that I read to you, yes.

22       Q.   And that's out of 15,000 or so traffic stops

23   every single year that Beverly Hills conducts, right?

24       A.   Based on that report, yes.

25       Q.   And there 's no data or evidence that Beverly

271

```
 1     Hills is aware of that supports the conclusion that a
 2     car thief being stopped at a traffic stop presents
 3     increased or additional risks to officers over and above
 4     those at a normal traffic stop, right?
 5              MS. TOLLISON:  Objection.  Misstates the
 6     evidence.  May call for attorney-client communication,
 7     attorney work product.
 8              You can answer.
 9              THE WITNESS:  I have to go back to what I
10     told you about this case that I know from Whittier
11     police that that's the concern, that's the risk.
12              If a high-risk stop is not utilized, I don't
13     want to find out later after the fact that a police
14     officer or somebody, or anybody, for that matter, not
15     just a police officer, but also the driver of that
16     vehicle, injuries could have been prevented if they --
17     if people would have only followed the procedures that
18     are in place.
19     BY MS. RICKETTS:
20        Q.  Sure.
21            And just to be clear, the -- are -- are you aware
22     of any cases where officers have been shot and killed at
23     a regular traffic stop?
24        A.  Yeah -- yeah, I don't have specifics, but yes.
25        Q.  First of all, as far as the department is aware,
```

DEPOSITION OFFICER'S CERTIFICATE

I, Marceline F. Noble, hereby certify:

I am a duly qualified Certified Shorthand Reporter in the State of California, holder of Certificate Number CSR 3024 issued by the Certified Court Reporters' Board of California and which is in full force and effect.  (Fed. R. Civ. P. 28(a)(1)).

I am authorized to administer oaths or affirmations pursuant to California Code of Civil Procedure, Section 2093(b) and prior to being examined, the witness was first duly sworn by me.  (Fed. R. Civ. P. 28(a)(a)).

I am not a relative or employee or attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel, nor am I financially interested in this action.  (Fed. R. Civ. P. 28).

I am the deposition officer that stenographically recorded the testimony in the foregoing deposition and the foregoing transcript is a true record

/ / /

295

of the testimony given by the witness.  (Fed. R. Civ. P. 30(f)(1)).

Before completion of the deposition, review of the transcript [xx] was [  ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed, are appended hereto.  (Fed. R. Civ. P. 30(e)).

Dated: March 27, 2023

*Marceline F. Noble*
_____

296

Ex. 2

Atkinson-Baker, Inc.
www.depo.com

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2            COUNTY OF LOS ANGELES, CENTRAL DISTRICT

 3

 4

 5   ASHLEY BLACKMON, an          )
     individual,                  )
 6                                )
                Plaintiff,        )
 7                                )
        vs.                       ) Case No. 20STCV33886
 8                                )
     BEVERLY HILLS POLICE         )
 9   DEPARTMENT; et al.,          )
                                  )
10              Defendants.       )
     _____)
11

12

13

14

15          VIDEOTAPED ZOOM DEPOSITION OF

16                  ADAM FALOSSI

17              COSTA MESA, CALIFORNIA

18               JANUARY 22, 2021

19

20

21   ATKINSON-BAKER, INC.
     (800) 288-3376
22   www.depo.com

23

24   REPORTED BY:  ROBIN L. BITTEL, CSR NO. 6419, CP, RPR

25   FILE NO.:  AF00411
```

1    A.   Okay.

2         What would you like me to answer?

3    Q.   Just what is your personal procedure that you

4    follow when you're conducting a routine traffic stop?

5    A.   I don't say or do the same things every traffic

6    stop for routine traffic stops.

7    Q.   Okay.                                                    11:59:50

8         So are you saying that it's up to your discretion

9    in how to conduct a routine traffic stop?

10   A.   I'm not sure I understand your question.

11   Q.   Am I understanding correctly that there's --

12   there's no -- there's no particular procedure that you

13   have to follow in conducting a routine traffic stop.

14        So it's just up to you, in your discretion, in

15   what you want to do every time you decide to conduct a   12:00:20

16   routine traffic stop; correct?

17   A.   That is not correct.

18   Q.   Okay.

19        What's not correct about that?

20   A.   There are certain things that we do every time.

21   Q.   Okay.

22        And what are those things?

23   A.   Activate our lights.

24   Q.   Anything else?

25   A.   Yeah.  I mean, generally speaking, we get the    12:00:51

1    identification for the person in the car and other

2    documents.

3         Q.   Other documents meaning registration?

4         A.   That's one of them.

5         Q.   Anything else?

6         A.   Insurance usually too.

7         Q.   Anything else?

8         A.   Each traffic stop is unique.  So maybe some --

9    some traffic stops I'd ask for something else.

10         Q.   What else might you ask for?

11         A.   So let's say someone maybe -- it's a          12:01:21

12    hypothetical -- hypothetical situation.  If I pull a car

13    over because -- and I discover that it has five or more

14    parking tickets on file, that car is subject to being

15    towed.

16              But I've had it where people show me some proof

17    that they've at least tried to pay some of the tickets,

18    are making some headway, in which case sometimes I -- I

19    will not tow the car based on that.  So that might be

20    some -- something I ask for as like proof that they're    12:01:51

21    paying their tickets, stuff like that.

22         Q.   Okay.

23              Aside from activating your lights and getting

24    these documents from the driver, is there anything else

25    that you do each time you have a routine traffic stop?

Atkinson-Baker, Inc.
www.depo.com

1        A.   Now that we have our body cameras, we -- we

2   activate our body cameras as well.

3        Q.   Okay.

4             Do you also notify dispatch that you're

5   conducting a traffic stop?

6        A.   Yes.

7        Q.   Is that every time?

8        A.   No.                                                    12:02:22

9        Q.   What -- what is a reason that you would not

10  notify dispatch when you're going to do a routine traffic

11  stop?

12       A.   So sometimes like the air is -- is -- is not

13  clear.  So it's too busy to put it out over the radio.

14  And then sometimes -- let's say there's an urgent call

15  that's -- that's happening right now where they need to

16  hold the air in case of an emergency.  And that's another   12:02:52

17  time where you wouldn't be able to broadcast it right

18  away.

19       Q.   I see.

20            Is there anything else that you do for all

21  routine traffic stops besides activate your lights,

22  activate your body-worn camera, notify dispatch, if

23  possible, and get certain documents from the driver?

24       A.   Not off the top of my head.  I'm not -- nothing

25  comes to mind right -- right now.                            12:03:22

1    might miss -- you're -- we're more likely to miss a knife

2    or a gun or any number of things if you just do a

3    pat-down.

4            So oftentimes we'll ask consent for the person to

5    search.  If they consent to a search, I'll usually -- it's

6    something I usually do because it just makes it much

7    easier.  That way I can guarantee that they don't have any

8    weapons or anything like that, you know, for the safety of

9    all parties involved.

10   Q.   So if you can get consent to do a full search,

11   you do that?                                                  12:15:32

12           That's preferable?

13   A.   That's -- that's how I like to do things.

14   Q.   Okay.

15           And earlier you were saying that you keep eyes on

16   the vehicle before you have it totally cleared of all

17   occupants.

18           Do you have it -- is there a specific number of

19   police officers or cars that have to be present for a

20   high-risk traffic stop for safety?

21   A.   Not a specific number, ma'am.

22   Q.   At least -- at least two different officers;           12:16:04

23   right?

24   A.   More than two.

25   Q.   More than two?

1          At least three?

2     A.   More than three is preferable.

3     Q.   Okay.

4          Is there some kind of rule that you have to have

5     a supervisor or that you try to wait for a supervisor if

6     possible?

7     A.   That is not a rule, to my knowledge.

8     Q.   Okay.                                              12:16:34

9          Is it generally what you do when you're

10    conducting a high-risk stop?

11    A.   In my experience, supervisors usually arrive

12    relatively quickly.  I -- I don't recall a situation where

13    I deliberately wait for a supervisor to arrive, though.

14    Q.   I -- I guess what I'm asking is, is it your

15    practice to call for a supervisor when you're planning to

16    do a high-risk stop?

17    A.   I think I usually do that.  But, ma'am, usually

18    they -- they're pretty good at just showing up on their   12:17:09

19    own once they hear a call like that go out.

20    Q.   I see.

21         So you broadcast to dispatch that you're going to

22    conduct a high-risk stop or dispatch knows somehow, and

23    then you don't even have to say anything about a

24    supervisor, but one will usually just come; is that right?

25    A.   Yeah.  A lot -- a lot of times I think I do

1    request a supervisor for high-risk stops.  I'm just --

2    I -- it's some -- some of the stuff is second nature.  I'm

3    trying to think if I do it every time.                          12:17:39

4            I'm not sure, but I know it is for sure standard

5    procedure for supervisors to show up to high-risk stops.

6    They almost always do, to my knowledge, in my experience.

7            I don't know if I ask on the radio every time.

8    I -- probably most of the time I do because that -- it

9    makes sense.  But a lot of the times, they -- they come on

10   their own.

11       Q.   When you do typically ask for one, is there a

12   reason in your mind that you're doing that, or is it just

13   kind of a habit?

14       A.   There's -- there's reasons.                            12:18:10

15       Q.   Okay.

16            What are the reasons to request a supervisor for

17   a high-risk stop?

18       A.   Ultimately, ma'am, you know, high-risk stops, you

19   know, which as -- in the name high-risk, things that

20   require high-risk also require some decision-making.  So

21   it's good to have a supervisor there to make major

22   decisions if needed.

23            Also, in this case, stolen cars or other

24   high-risk stops will also, a lot of the time, turn into

25   pursuits.  And for a pursuit policy, you want to have a     12:18:40

Atkinson-Baker, Inc.
www.depo.com

1   high-risk stop?

2      A.   Yes, ma'am.

3           To my knowledge, with a high-risk stop, you have

4   your weapons up.

5      Q.   Okay.

6           So that's the case even if the -- the driver is

7   cooperative?                                                12:27:45

8      A.   Yes, ma'am.

9      Q.   And when you say weapons out, do you mean there's

10  something called a low-ready position I understand?

11          What does that mean?

12     A.   Low-ready as I understand it or as you

13  understand it?

14     Q.   As you understand it.

15     A.   Yeah.   I mean -- so I -- I think it's -- maybe

16  this comes down to a preference.   I -- I -- you can either

17  have your gun -- I think at -- at the low-ready would be

18  when you have your gun like just lower than your face so

19  you're not looking down the sights.   It's kind of slightly   12:28:16

20  lower than your face so you're not staring directly down

21  the sights.

22     Q.   And if -- if that's how you're holding a gun, is

23  it correct that you're not ready to actually fire it at

24  that moment?

25     A.   I'm just not sure I understand the question.

1      Q.   Okay.

2           Before we took the break, we were talking about

3  high-risk vehicle stops and specifically the use of

4  weapons at high-risk vehicle stops.

5           Can you just tell me what is your understanding

6  of the procedure with regard to the use of weapons at

7  high-risk vehicle stops?

8      MR. SPRADLIN:   It's overly broad, vague and ambiguous.

9           You can answer the question to the best of your          13:28:02

10  ability.

11     THE WITNESS:   Can you be more specific?

12     MS. RICKETTS:

13     Q.   Well, we were going through a fairly standard

14  procedure that you said has been mostly used at the 50 or

15  more high-risk stops that you've participated in since you

16  became a police officer four-and-a-half years ago.

17          You had described having weapons out as being

18  part of that procedure; is that right?

19     A.   Yes, ma'am.

20     Q.   Okay.

21          And by weapons, you mean guns; correct?

22     A.   In the context that we were talking earlier, yes.

23     Q.   Okay.                                                     13:28:32

24          And is it part of the procedure to have the gun

25  actually pointed at the driver of the car that you are

1    stopping in the high-risk vehicle stop?

2        A.   Yes, ma'am.

3        Q.   Okay.

4             And from what point to what point are you

5    supposed to have guns pointed at the driver?

6             Is it supposed to be the entire time, or is it

7    supposed to stop once they're handcuffed?

8        A.   Until the -- until the scene is under control.

9        Q.   Okay.                                              13:29:05

10            So if there's only one person in the car and that

11   person's the driver and the driver is handcuffed, at that

12   point the scene is under control; correct?

13       A.   No.

14       Q.   Okay.

15            What else needs to be done for the scene to be

16   under control?

17       A.   The car needs to be cleared, ma'am.

18       Q.   Clear of other possible people; correct?

19       A.   Yes, ma'am.

20       Q.   Okay.                                              13:29:36

21            So once the driver is handcuffed and the car is

22   cleared, the scene is under control; is that right?

23       A.   Most of the time, I'd assume so.

24       Q.   Okay.

25            So weapons are supposed to be pointed at the

Atkinson-Baker, Inc.
www.depo.com

1   driver for the entire time until the scene is under

2   control?

3       A.   Yes.

4       Q.   Okay.

5            And is that -- is it different with respect to

6   pointing guns at the driver if the driver is compliant or          13:30:06

7   if everyone on scene is compliant?

8            Does that mean that you get to not point weapons

9   or that you are not supposed to point weapons, or are you

10  still supposed to point guns even if the person and all

11  people involved are compliant?

12      A.   During high-risk stops, we still point our guns

13  to ensure compliance.

14      Q.   Okay.

15           When you say "we," you mean just your department

16  or police officers in general?

17      A.   Police officers in general.                              13:30:36

18      Q.   Okay.

19           And including your department specifically;

20  right?

21      A.   Yes, ma'am.

22      Q.   Okay.

23           What if there's no specific information that the

24  driver or anyone in the vehicle has ever committed a

25  violent crime?

Atkinson-Baker, Inc.
www.depo.com

1    A.   If the date of November was accurate, which I

2    think it was, then yeah, it's about two months -- two,

3    three months.

4    Q.   Did you assign any significance to the fact that

5    the car, you know, had not been stolen in the last day or

6    couple of days but had been stolen for over two months?

7    A.   So, ma'am, at the time when I stopped that

8    vehicle, I don't know if I was -- if I even remembered to        13:42:27

9    focus on the date it was -- which it was reported

10   stolen.

11        Usually, I'm more concerned of what I have in

12   front of me, which is the vehicle, making sure it -- it's

13   still a reported stolen vehicle, so --

14   Q.   Can you explain to me why stolen vehicles are

15   considered a high-risk traffic stop?

16   A.   So stealing a vehicle is a felony.  It's a felony

17   crime.  And based on my training and experience, you know,      13:42:57

18   people who commit felony crimes often will also commit,

19   you know, a violent crime as well and engage -- and

20   sometimes will engage in violent activity in order to

21   avoid arrest or, you know, to basically avoid being

22   arrested.

23   Q.   So basically car thieves are more likely to have

24   a propensity for violence, it sounds like?

25   A.   I'd say so.

1    Q.   Okay.

2         You were the -- you were the -- you were the lead    13:49:32

3    officer on this stop; correct?

4    A.   Yes, ma'am.

5    Q.   And does that mean that you have some sort of

6    greater capacity for decision-making or determining when

7    things are going to happen than other officers?

8         What does it mean to be the lead officer?

9    A.   I think that's fair, fair statement.  Well --

10   well, usually the person -- officer who initiates that

11   stop, you know, since they're initially making contact,

12   they're the ones who, you know, oftentimes will be the    13:50:02

13   ones who will give the verbal commands of what to do and

14   stuff like that.

15        But it's also common for officers sometimes to

16   relinquish control to a supervisor, to another officer, if

17   they're at a better vantage point to give commands and

18   it's -- the situation is fluid.

19   Q.   Okay.

20        In this particular case, did you relinquish

21   control to any other officer or supervisor, or did you

22   maintain your status as the lead throughout the incident?

23   A.   I believe, to the best of my memory, I was the

24   one who gave commands -- verbal commands for her to exit   13:50:32

25   and then walk backwards until she was handcuffed.

1   her, back to our position of cover because we still don't

2   know, you know, if there's anything in the vehicle that we

3   need to know about, more possible suspects.  We have no

4   idea.

5          And so -- do you want me to just keep going with

6   this or --

7      Q.   No.

8          So is that what actually happened, or is that

9   what you normally would do?

10     A.   In what I just stated?

11     Q.   Right.

12         Do you remember that happening, doing those

13  things?                                                        13:57:22

14     A.   Yes, to the best of my recollection.

15     Q.   Okay.

16         And during the entire time when she was walking

17  backwards and kneeling down and being handcuffed, you and

18  the other officers had guns pointed at her; correct?

19     A.   I don't remember if my gun -- my gun may have

20  been pointed at the vehicle at that time.  But as far as

21  the other officers, I don't know exactly where they were

22  pointed.

23     Q.   Okay.

24         Would you expect that at least one of them would

25  have had a gun pointed at her until she was handcuffed?

Atkinson-Baker, Inc.
www.depo.com

```
 1      A.   That would be normal.

 2      Q.   Okay.                                          13:57:52

 3           Who put the handcuffs on her?

 4      A.   I believe it was Officer Comp.

 5      Q.   And who was providing cover for Officer Comp

 6  while he put handcuffs on Ashley?

 7      A.   I'm not sure if I remember.

 8      Q.   Okay.

 9           So it wasn't you?

10      A.   No.

11      Q.   Okay.

12           Was she cooperative in walking backward and

13  kneeling down and being handcuffed?                     13:58:22

14      A.   Yes.

15      Q.   When she -- she was directed, at some point to

16  put her hands together behind her back while she was

17  kneeling; correct?

18      A.   I don't remember specifically, but -- but that

19  would be normal so she could be handcuffed.

20      Q.   Okay.

21           Do you remember anyone telling her to put her

22  palms together like she was praying?

23      A.   I don't remember specifically, ma'am, but that's

24  the normal way for -- that's so people understand what to

25  do.
```

1    A.   I don't believe I did.                                    14:01:23

2    Q.   Did you see any of the other officers that were

3  going up to check and make sure the car was clear of any

4  other occupants -- did -- did you see any of them touch

5  anything inside the car?

6    A.   Not that I recall.

7    Q.   There would be no need for them to touch anything

8  inside the car once they saw that there was no one else in

9  it; correct?                                                     14:01:53

10   A.   Not necessarily.

11   Q.   Okay.

12        Other than to get inside the car to check the

13  VIN, there would be no need for them to touch anything

14  inside the car; correct?

15   A.   There could be a reason.

16   Q.   Okay.

17        Were you aware of any reason why anyone that went

18  up to the -- to the car to clear it of any other

19  occupants -- was there any reason that one of you officers

20  would have needed to touch something inside the car?

21   A.   Not off the top of my head.

22   Q.   Okay.

23        Do you know who checked the VIN?                          14:02:23

24   A.   Yes, ma'am.

25   Q.   Who checked the vehicle identification number?

Atkinson-Baker, Inc.
www.depo.com

1      A.   I did.

2      Q.   Okay.

3           And did it have any significance to you at that

4    time?

5      A.   Yes, ma'am.

6      Q.   What significance did it have?

7      A.   At that point, when I ran the VIN, it did not

8    match that of the stolen vehicle.

9      Q.   Okay.                                                    14:02:53

10          So what was your conclusion from -- from that

11   information?

12     A.   My conclusion was that an unknown suspect stole

13   Ms. Blackmon's license plates from her vehicle and swapped

14   them with license plates belonging to a vehicle that had

15   been reported as stolen.

16     Q.   So, in other words, Ashley Blackmon was the

17   victim of a crime?

18     A.   Yes, ma'am.

19     Q.   Okay.

20          At that point, did you go back and -- and

21   unhandcuff Ms. Blackmon?                                        14:03:23

22     A.   Yes, ma'am.

23     Q.   So it was you personally who took the handcuffs

24   off of her?

25     A.   Yes, ma'am.

Atkinson-Baker, Inc.
www.depo.com

1   pulled over by another officer, she'd at least have some

2   proof of -- of why that her plates were stolen.

3       Q.   Is it -- it is a Vehicle Code violation to drive

4   without license plates; correct?

5       A.   Yes, ma'am.

6       Q.   Okay.

7           And that's -- that's a violation.  Even if the

8   police took your plates as evidence, right, you can't

9   drive that car on the roadway legally?  Right?

10      A.   Per the Vehicle Code, yes, that's what it states.   14:08:01

11      Q.   Is there a reason why no one offered to drive

12  Ms. Blackmon to where she needed to go so she would not

13  have to commit a Vehicle Code violation to get there?

14      A.   I mean, we didn't want her to have to get her car

15  towed or -- I mean, I guess -- I'm not sure if I           14:08:32

16  understand the question.

17      Q.   I mean, why not get her a ride so that she can

18  park her car, have it towed, so that she's not committing

19  a Vehicle Code infraction and -- and give her a ride

20  somewhere?

21      A.   I think because I wrote down on a piece of paper

22  the information she needed so that if she was pulled over

23  by an officer for that violation, she'd be fine.  And it

24  could be a while before she gets license plates.            14:09:02

25          So I wouldn't want her to not have -- not be able

Atkinson-Baker, Inc.
www.depo.com

1   to drive.  So as long as she has evidence, proof that her

2   license plates were stolen, then, you know, it's unlikely

3   she would ever get a violation from an officer.  So I did

4   not expect her to cease driving that vehicle completely

5   until she was able to get license plates from the DMV.

6        Q.   Did you take any steps to make sure that she could

7   obtain a copy of your report as soon as possible?

8        A.   Yes, ma'am.  I provided her with all the

9   information she needed to obtain a copy of that report.          14:09:32

10        Q.   Did you take any steps to have that report mailed

11   or emailed to her?

12        A.   Unfortunately, ma'am, you have to pick up copies

13   of the report in person.

14        Q.   Do you know why that is, or is that just

15   department policy?                                              14:10:02

16        A.   I believe so.

17        Q.   Have you ever heard a reason why that's the

18   department policy?

19        A.   No, ma'am.

20        Q.   Okay.

21             Other than getting the stolen plates off of the

22   car and speaking to Ms. Blackmon to explain what happened

23   and giving her the report number, was there anything else

24   that you did during that five to 10 minutes while you were

25   still at the scene after Ms. Blackmon was unhandcuffed?        14:10:32

Atkinson-Baker, Inc.
www.depo.com

1    A.   Again, this is my -- my opinion as an officer

2  with my training and experience.  If the car had been

3  reported stolen back in November, it means these plates

4  could have been swapped anytime from November till

5  February.                                          14:14:39

6         So numerous people, in the meantime, could have

7  touched those plates in theory.  And the plates were

8  subject to weather, whether it be rain, wind, dust, snow,

9  anything like that, in which case it would make the

10  chances of deriving any useful fingerprints very unlikely.

11    Q.   In your experience, when someone steals a car and

12  then takes the license plate of the stolen car, replaces

13  it with license plates they've stolen from another car, do

14  they do that right away when they steal the car, or -- or  14:15:09

15  does it usually take a while before they start replacing

16  the plates?

17    A.   Based on my experience, like in conversation

18  with -- with -- with subjects that I know have stolen -- I

19  mean, they tell me or --

20    Q.   Yeah, whatever they tell you or your -- just your

21  experience investigating these crimes.

22    A.   Yeah.  Usually they do it quickly in -- in my

23  conversations with them because they want to avoid        14:15:39

24  detection once they steal a car.

25    Q.   Okay.

Atkinson-Baker, Inc.
www.depo.com

1      Was that you at the -- the left of the squad car

2  that the officer capturing this video has just gone to the

3  right side of the car?                                          14:32:16

4      A.   Yes.

5      Q.   Okay.

6           And that was you holding your gun out; correct?

7      A.   I believe I had my gun out.

8      Q.   Do you need to see it again?

9      A.   Can you back it up so I can verify, make sure?

10     Q.   Going back 10 seconds to 14, pausing again at 24

11  (indicating).                                                  14:32:46

12          Did you have a chance to see whether you had your

13  gun out this time?

14     A.   Yes, ma'am.

15     Q.   Were you pointing it at the driver?

16     A.   Yes, ma'am.

17     Q.   Okay.

18          Continuing from 24 seconds in to BH00001,

19  Exhibit 1 (indicating).

20          Okay.  Pausing at 27.

21          I notice the officer who's capturing this footage

22  opened the right front passenger door and appears to be

23  standing behind it.                                            14:33:16

24          Is that a cover tactic to -- to give himself some

25  protection in case somebody from the car shoots at him or

Atkinson-Baker, Inc.
www.depo.com

1    Q.   I know it's hard to see, and there's only

2    fragments of the gun visible, but are you able to see that

3    Officer De La Cruz still has his gun pointed at the car?

4         And I can go back a couple seconds if that will

5    help you.

6    A.   I can see it, ma'am.  It looks like he does.

7    Q.   Okay.                                         14:40:18

8         Continuing to play from 1:52 (indicating).

9         Okay.  Pausing at 1:58.

10        You can now see Ms. Blackmon has opened

11   her driver side door and stepped out of the car with her

12   hands up; correct?

13   A.   Yes, ma'am.

14   Q.   And that's compliant with your instructions;

15   correct?

16   A.   Yes, ma'am.

17   Q.   Okay.

18        Continuing to play, pausing at 2:06 (indicating).

19        Is that your voice directing Ashley to walk      14:40:56

20   backwards and to keep going?

21   A.   Yes, ma'am.

22   Q.   Continuing to play, pausing at 2:12

23   (indicating).

24        Would you agree that Ashley is taking very small

25   steps and moving very slowly at this point?

1   going to stop the share and move on to Exhibit 2, what I'd

2   like to mark as Exhibit 2.  It's Bates labeled BH -- it's

3   a video, Bates labeled BH00002.  It's been produced in

4   this litigation.                                            14:56:42

5          (Deposition Exhibit 2 was introduced for

6   identification by the Certified Shorthand Reporter and is

7   attached hereto.)

8      MS. RICKETTS:  All right.

9      Q.   Are you able to see my screen with the steering

10  wheel here (indicating)?

11     A.   Yes, ma'am.

12     Q.   And I'm going to hit "Play" (indicating).

13          So stopping at 17 seconds in, whoever is

14  capturing this footage has just drawn his gun.             14:57:17

15          Would you agree?

16     A.   Yes, ma'am.

17     Q.   And he's pointing it at the driver of Ashley

18  Blackmon's car; correct?

19     A.   Yes, ma'am.

20     Q.   And kind of through the windshield, you can see

21  you're visible through the windshield on this screen;

22  right?

23     A.   Yes, ma'am.

24     Q.   And you've got your gun also pointed at Ashley

25  Blackmon; correct?                                          14:57:47

1      MS. RICKETTS:  Okay.

2           I'm playing from the beginning of Exhibit 3,

3      pausing at 11 seconds in (indicating).

4      Q.   Can you see where the officer that captured this

5      body-worn camera footage is pointing his gun at this time?

6      A.   Approximately, the general area.

7      Q.   Generally where is he pointing his gun?

8      A.   Towards the -- the vehicle.

9      Q.   Okay.

10          And you can see Ashley's arm is out -- out of the

11     vehicle of the driver's side window; correct?

12     A.   It's kind of hard to tell right now, but yeah, I

13     can't really tell from right now.

14     Q.   Okay.

15          And this officer is to the left of two other

16     officers who also have their guns pointed at the vehicle;

17     correct?

18     A.   Yes, ma'am.

19     Q.   Okay.

20          And those officers are yourself and Officer Comp;

21     correct?

22     A.   Yes, ma'am.

23     Q.   Do you know who this officer is whose body camera

24     footage we're looking at?

25     A.   I believe it's Officer Downs.

15:31:16

15:31:46

1   really tell what she's saying.

2       Q.   Okay.

3            Did you yourself ask her to take her seatbelt

4   off?                                                          15:36:06

5       A.   Yes, ma'am.  I believe I did.

6       Q.   Okay.

7            Continuing from 1:16 -- actually, I'm going to

8   skip ahead to 1:36, pausing at 1:40 (indicating),

9   Ms. Blackmon has just opened her driver's side door;

10  correct?

11      A.   Yes, ma'am.

12      Q.   Continuing from 1:40, pausing at 1:47

13  (indicating).                                                 15:36:38

14           So Ms. Blackmon is facing all of you officers,

15  facing south on La Cienega Boulevard at this point;

16  correct?

17      A.   Yes, ma'am.

18      Q.   And her hands are up, and she's standing outside

19  of her car; correct?

20      A.   Yes, ma'am.

21      Q.   So she can clearly see that multiple officers are

22  pointing guns at her; correct?

23      A.   Yes, ma'am.

24      Q.   Continuing from 1:47 (indicating).

25           Pausing at 2:05, do you have any idea what those

1    say, "Detaining one south of Rosewood on La Cienega."

2         Is that what you heard?

3    A.   Ma'am, the audio I couldn't hear it too well.

4    Q.   Okay.  We'll continue from 3:57 (indicating).

5         Pausing at 4:18, could you describe what just          15:59:35

6    happened on the audio?

7    A.   Yes, ma'am.  I -- I asked our dispatch to give

8    the last four of the VIN number of the stolen vehicle that

9    they had on file, and I saw that it did not match the last

10   four of the VIN that was on Ms. Blackmon's vehicle.

11   Q.   Okay.  Sorry.

12        Continuing to play from 4:18, stopping at 5:02

13   (indicating).                                               16:00:05
                                                                 16:00:54
14        So at this point, dispatch has given you the year

15   and make and registered owner and license plate number

16   associated with the VIN that you have just read off of

17   Ashley's car; correct?

18   A.   I -- I'm not sure if they gave the license plate

19   number or not.  I know I gave them the VIN number.

20   Q.   Okay.

21        You didn't hear them say 8KYC428 just now?

22   A.   I -- I must have missed it, ma'am.  I'm sorry.

23   Q.   Okay.  No problem.

24        Continuing from 5:02 (indicating).                     16:01:24

25        Pausing at 6:45, I'm hearing some information          16:02:58

Atkinson-Baker, Inc.
www.depo.com

```
1   STATE OF CALIFORNIA  )  SS

2

3        I, Robin L. Bittel, CSR 6419, CP, RPR, do hereby

4   declare:

5

6        That, prior to being examined, the witness named in

7   the foregoing deposition was by me remotely duly sworn

8   pursuant to Section 2093(b) and 2094 of the Code of Civil

9   Procedure;

10

11       That said deposition was taken down by me in

12  shorthand at the time and place therein named and

13  thereafter reduced to text under my direction.

14

15       I further declare that I have no interest in the

16  event of the action.

17

18       I declare under penalty of perjury under the laws of

19  the State of California that the foregoing is true and

20  correct.

21

22       WITNESS my hand this 4th day of February, 2021.

23

24  _____

25  Robin L. Bittel, CSR No. 6419, CP, RPR
```

Ex. 5

Atkinson-Baker, Inc.
www.depo.com

```
1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2            COUNTY OF LOS ANGELES, CENTRAL DISTRICT

3                         - - -

4   ASHLEY BLACKMON, an          ) CASE NO. 20STCV33886
    individual,                  )
5                                )
                  Plaintiff(s),  )
6                                )
            vs.                  )
7                                )
    BEVERRLY HILLS POLICE        )
8   DEPARTMENT; BEVERLY HILLS    )
    POLICE SERGEANT ORTH;        )
9   BEVERLY HILLS POLICE OFFICER )
    A. FALOSSI (#04678), BEVERLY )
10  HILLS POLICE OFFICER COMP,   )
    BEVERLY HILLS POLICER DE LA  )
11  CRUZ, BEVERLY HILLS POLICE   )
    OFFICER DOWNS, and DOES 1    )
12  through 10, inclusive,       )
                                 )
13                Defendant(s).  )
       _                         )
14

15

16                  DEPOSITION OF

17               SERGEANT KEVIN ORTH

18              BEVERLY HILLS, CALIFORNIA

19              TUESDAY, JANUARY 26, 2021

20

21

22
    ATKINSON-BAKER, INC.
23  (800) 288-3376
    www.depo.com
24
    REPORTED BY:  SANDRA L. CERNUTO, CSR No. 10607
25  FILE NO.:  AF00412
```

Atkinson-Baker, Inc.
www.depo.com

1          A.    Name is Kevin Orth.  First name's
2    K-e-v-i-n.  Last name's Orth, O-r-t-h.
3          Q.    Thank you.
4                Where are you employed?
5          A.    The City of Beverly Hills.
6          Q.    How long have you been working for the
7    City of Beverly Hills?
8          A.    I believe I was first hired in 2005.
9          Q.    And what is your current rank?
10         A.    Currently a sergeant.
11         Q.    And that's in the police department,
12    correct?
13         A.    Correct.
14         Q.    Is that a supervisory role?
15         A.    Yes, ma'am.
16         Q.    How long have you been a sergeant?
17         A.    I believe it's been about two years.
18         Q.    What was your previous rank?
19         A.    Police officer.
20         Q.    Do they have corporals at the Beverly
21    Hills Police Department?
22         A.    We do not.
23         Q.    The next rank above sergeant is
24    lieutenant; is that correct?
25         A.    Correct.

1          A.   The supervisor.

2          Q.   Is there any expectation that pointing a

3    gun at some civilian will be documented anywhere?

4          A.   I believe there is a new policy that is

5    being released about that.

6          Q.   Okay.

7               Other than this new policy that's being

8    released, prior to that taking effect, was there any

9    expectation of the department that every single time a

10   police officer pointed a gun at a person there would be

11   a record created of that incident?

12         A.   Yes.

13         Q.   And how was -- how was that documented?

14   Prior --

15         A.   How was --

16         Q.   -- to the new policy?

17         A.   I'm sorry.  I cut you off.  Can you repeat

18   the last part?

19         Q.   Prior to the new policy you just mentioned

20   how -- how did the department expect officers to

21   document those incidents?

22         A.   In a report.

23         Q.   So each -- if there's no arrest, even if

24   there's no traffic stop associated, there should still

25   be a report every time an officer points a gun at a

1   before ordering the occupant to exit or at any time

2   when you see them?

3          A.   Exactly.  It depends on when we observe

4   the people.

5          Q.   Okay.

6               Is there a written policy that says that

7   Beverly Hills police officers will treat all stolen

8   vehicles as high-risk traffic stops?

9          A.   I'd have to refer to the policy.

10         Q.   Okay.

11              So if there is not such a policy you would

12   agree then that it's a custom and practice to treat all

13   stolen vehicles as high-risk traffic stops?

14         A.   I'm not sure if there is.  I'd have to

15   review the policy to see specifically what it says.

16         Q.   Right.

17              But whether there is or is not a written

18   policy, do you agree that it's the custom and practice

19   of officers with the department to treat all stolen

20   vehicles as high-risk traffic stops?

21         A.   Yes.

22         Q.   Every time there's a stolen vehicle that's

23   relayed to dispatch, correct?

24         MR. SPRADLIN:  That question's vague and

25   ambiguous.

```
1              MS. RICKETTS:  Back on the record at 1:47 P.M.
2         Q.   Sergeant Orth, do you understand you're
3    still under oath?
4         A.   Yes, ma'am.
5         Q.   Tell me about your helicopter program at
6    the Beverly Hills Police Department.
7         A.   We don't have one.
8         Q.   Okay.
9              In this case you did request a
10   helicopter -- well, someone did, right?
11        A.   Correct.
12        Q.   And sometimes you refer to helicopters in
13   police context as "airships"?
14        A.   Correct.
15        Q.   When can officers request an airship?
16        A.   At any time.
17        Q.   And if you don't have helicopters or a
18   helicopter program at Beverly Hills Police Department,
19   how is it that Beverly Hills police officers can
20   request airships?
21        A.   Through mutual aid.
22        Q.   What's that?
23        A.   Other agencies that will provide resources
24   to each other.
25        Q.   So who owns the airships that respond when
```

Atkinson-Baker, Inc.
www.depo.com

1          So really just that they sometimes can't
2    respond for whatever reason?
3          A.    Correct.
4          Q.    Okay.
5          And have you ever heard anyone tell you or
6    explain to you, you know, don't call in an airship for
7    minor things or these types of calls?
8          A.    No.
9          Q.    Is it standard procedure to request an
10   airship for a stolen vehicle?
11         A.    Yes.
12         Q.    From what you know and based on your
13   experience working in the department, do you believe
14   that some officers, when they're dispatched to a call
15   that could be considered a high-risk stop, some
16   officers may choose to just use their discretion and
17   treat it as a normal stop?
18         MR. SPRADLIN:  Do you understand the question?
19         THE WITNESS:  I do.  I'm just repeating it
20   back.
21         Can I get it one more time?
22         MS. RICKETTS:  Let's get it read back.
23              (The record was read.)
24         THE WITNESS:  No.
25   ///

Atkinson-Baker, Inc.
www.depo.com

```
 1   vehicle as a high-risk stop, correct?

 2        A.   Correct.

 3        Q.   It doesn't matter if the person appears to

 4   be a famous person?

 5        A.   No.

 6        MS. RICKETTS:   Okay.

 7             I'm going to show you Exhibit 70.

 8                  (Plaintiff's Exhibit 70

 9                  referred to as the Photograph

10                  of Cameron Diaz was marked for

11                  identification, a copy of which

12                  is attached hereto.)

13   BY MS. RICKETTS:

14        Q.   You can tell this is a picture of a

15   person, and you tell me if this person were driving a

16   car that was reported possibly stolen if she would be

17   subjected to a high-risk vehicle stop.

18             Can you see Exhibit 70?

19        A.   Yes.

20        Q.   Okay.

21             If this person were behind the wheel of a

22   car that was reported as possibly stolen in the City of

23   Beverly Hills, would police officers subject her to a

24   high-risk vehicle stop procedure that you've described

25   for me earlier?
```

Atkinson-Baker, Inc.
www.depo.com

1          A.   Yes.

2          MS. RICKETTS:  Okay.  I'm going to show you

3     Exhibit 71.

4                    (Plaintiff's Exhibit 71

5                    referred to as the Photograph

6                    of Michelle Obama was marked

7                    for identification, a copy of

8                    which is attached hereto.)

9     BY MS. RICKETTS:

10         Q.   If this person were behind the wheel of a

11    possible stolen vehicle in the City of Beverly Hills,

12    tell me if officers would subject her to a high-risk

13    vehicle stop procedure.

14         A.   Can you repeat the question?

15         MS. RICKETTS:  Let's have it read back.

16                    (The record was read.)

17         THE WITNESS:  Yes.

18         MS. RICKETTS:  I'm going to show you

19    Exhibit 72.

20                    (Plaintiff's Exhibit 72

21                    referred to as the Photograph

22                    of Julie Andrews was marked for

23                    identification, a copy of which

24                    is attached hereto.)

25    ///

Atkinson-Baker, Inc.
www.depo.com

1   BY MS. RICKETTS:

2          Q.   If somebody who looked like this was

3   behind the wheel of a possible stolen, car tell me --

4   in the City of Beverly Hills, tell me if officers would

5   subject her to a high-risk vehicle stop.

6          A.   Yes.

7          MS. RICKETTS:  And last, 73.

8                    (Plaintiff's Exhibit 73

9                    referred to as the Photograph

10                   of Betty White was marked for

11                   identification, a copy of which

12                   is attached hereto.)

13  BY MS. RICKETTS:

14         Q.   If this person were behind the wheel of a

15  possible stolen vehicle in the City of Beverly Hills,

16  would Beverly Hills police officers subject her to the

17  procedures of a high-risk vehicle stop?

18         A.   Yes.

19         Q.   Other than the New World system you told

20  me about earlier, what systems are you aware of that

21  the Beverly Hills Police Department uses to collect and

22  track data about how it carries out its mission?

23         A.   I would say Blue Team, and other than that

24  I can't think of any other program.

25         Q.   So dispatch uses New World for -- what

Atkinson-Baker, Inc.
www.depo.com

1          THE WITNESS:  Potentially it could not be safe,
2    correct.
3    BY MS. RICKETTS:
4          Q.   Okay.
5          Were you trained not to point your gun at
6    anything that you're not willing to destroy?
7          A.   Yes.
8          Q.   Going back to the mission of the Beverly
9    Hills Police Department.
10          Do you know if the department has
11    somewhere a set of specific measurable goals that are
12    designed to further that mission?
13          A.   Yes.
14          Q.   Is there a name of these goals or a name
15    of the document where they would be found?
16          A.   I don't recall what they -- what the name
17    of it is.
18          Q.   Do you know what any of those goals are?
19          A.   I do know a few.
20          Q.   Tell me the ones that you know.
21          A.   The Traffic Safety Index which has to do
22    with how many fatalities occur in accidents.
23          Also the response time for police officers
24    to priority calls.
25          The number of cases that are closed

Atkinson-Baker, Inc.
www.depo.com

1  thieves steel a car for the purpose of committing a

2  violent crime such as a robbery or a burglary or a

3  drive-by shooting or something, do you find that they

4  tend to get rid of the cars fairly quickly?

5          A.   I couldn't state either way.

6          Q.   Okay.

7               Do you know if the department tracks that

8  information?

9          A.   I do not know.

10         MR. SPRADLIN:  Counsel, you're either -- oh,

11 there you come back.  Looked like you were frozen there

12 a little while.

13         MS. RICKETTS:  Thank you.

14         Q.   So in this case at what point did you

15 arrive at the traffic stop of Ashley Blackmon?

16         A.   I can't remember the specific time I

17 arrived.

18         Q.   And I don't need the specific, you know,

19 hour and minute, but do you remember whether you

20 arrived before or after she had already pulled over and

21 stopped?

22         A.   It was after she stopped.

23         Q.   Okay.

24              So when you arrived her car was already

25 pulled over and at a stop, correct?

Atkinson-Baker, Inc.
www.depo.com

```
 1                    REPORTER'S CERTIFICATE

 2

 3          I, SANDRA L. CERNUTO, CSR No. 10607, Certified

 4    Shorthand Reporter, certify:

 5          That the foregoing proceedings were taken

 6    before me at the time and place therein set forth, at

 7    which time the witness was put under oath by me;

 8          That the testimony of the witness and all

 9    objections made at the time of the examination were

10    recorded stenographically by me and were thereafter

11    transcribed;

12          That the foregoing is a true and correct

13    transcript of my shorthand notes so taken.

14          I further certify that I am not a relative or

15    employee of any attorney or of any of the parties nor

16    financially interested in the action.

17          I declare under penalty of perjury under the

18    laws of the State of California that the foregoing is

19    true and correct.

20

21                    Dated February 9th, 2021.

22

23                    _____
                      SANDRA L. CERNUTO
24                    Certified Shorthand Reporter No. 10607

25
```

Ex. 6

1  Morgan Ricketts, Esq. [S.B. #268892]
2  HADSELL STORMER RENICK & DAI LLP
   128 N. Fair Oaks Avenue
3  Pasadena, California 91103
4  Telephone:  (626) 585-9600
   Facsimile:  (626) 577-7079
5  Emails:  mricketts@hadsellstormer.com
6  Attorneys for Plaintiff Ashley Blackmon

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9  ASHLEY BLACKMON, an             CASE NO.: 2:21-CV-08381
10 individual,
              Plaintiff,           **DECLARATION OF NEGAR**
11                                 **NOSRAT**
12     v.

13 BEVERLY HILLS POLICE
   DEPARTMENT; BEVERLY HILLS
14 POLICE SERGEANT ORTH,
   BEVERLY HILLS POLICE
15 OFFICER A. FALOSSI (#04678),
16 BEVERLY HILLS POLICE
   OFFICER COMP, BEVERLY
17 HILLS POLICE OFFICER DE LA
   CRUZ, BEVERLY HILLS POLICE
18 OFFICER DOWNS, all sued in their
19 individual capacities; and DOES 1-
   10, inclusive;
20              Defendants.
21
22
23
24
25
26
27
28

## <u>DECLARATION OF NEGAR NOSRAT</u>

I, Negar Nosrat, declare as follows:

1.      I am over the age of 18 and I make the following declaration based on my own personal knowledge in support of Plaintiff Ashley Blackmon's Motion for Partial Summary Judgment, and in support of Plaintiff Ashley Blackmon's Opposition to Defendants' Motion for Summary Judgment.

2.      I am an attorney duly licensed to practice in the State of California, in good standing. My California state bar license number is 264242. I practice immigration law at a nonprofit organization.

3.      On October 3, 2019, around 10:00 in the morning on a Thursday, I was driving my 2014 Fiat 500. It is white, and it's a fairly small car. It looks more or less like the car in this picture:



4.      On October 3, 2019, my car was in good condition with no signs of damage, and I was following all laws when I was pulled over by police officers wearing uniforms of the Beverly Hills Police Department.

5.      Somewhere between 5-7 police cars surrounded me to pull me over. Several cars approaching me from the front and at least two police cars behind me.

6.      During the stop, they told me to get out of the car and put my hands behind my back. I saw multiple guns pointed at me. I am not sure exactly how many, but I believe there were at least three or more guns pointed at me. This was shocking, terrifying and I was afraid for my life.

7.      I got out of my car and I was handcuffed.

8.      I cooperated with police instructions during the stop.

9.      I am 5'4" and visibly nonthreatening. I have never noticed any person to be intimidated or threatened by my physical presence.

10.     Having confirmed that I was the registered owner of my car, the officers let me go.

11.     The officers who stopped me said the reason they treated me this way was that I had reported my car stolen to LAPD a few days prior to the stop. I never heard back from LAPD, and eventually I found my car. I didn't think to report to LAPD that I had found it. So, I guess my car was registered in the system as stolen.

12.     Although the officers quickly let me go after realizing that I was the registered owner of the car, this experience was traumatizing. I went to therapy the same day and had to process it with my therapist. I felt humiliated and demoralized.  It was humiliating, excessive and scary.

NOSRAT DECLARATION

P001404

13.    I recognize that police must do their jobs, but the way they approached this situation was just too much. I do believe they have to figure out some other way to handle situations like this, because it was traumatizing, scary and humiliating for me.

14.    I developed extreme stress and anxiety as a result of this incident. Recounting the incident while writing this declaration has been very difficult and painful.

15.    I consent to have the police report regarding my stop published and/or filed in court without sealing, as long as and only if all appropriate redactions are made for my privacy (date of birth, driver's license number, California state Bar number, profession, contact information, etc.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Negar Nosrat

3/13/2023

Date

3

Ex. 7

BH 02073

**LEOKA - LAW ENFORCEMENT OFFICER KILLED OR ASSAULTED**
**JANUARY 1, 2015 THROUGH FEBRUARY 9, 2020**

| Case Number | Reported Date And Time | Occurred Incident Type | Officer Last Name | Officer First Name | LEOKA Officer Activity | LEOKA Incident Type |
|---|---|---|---|---|---|---|
| 2015-00006701 | 02/07/2015 02:48:38 | ASSAULT-BATTERY | GREEN | DESHAWN | TRAFFIC PURSUITS OR STOPS | ASSAULTED-NO INJURY |
| 2015-00010380 | 02/26/2015 15:31:07 | ASSAULT-BATTERY | ADAMS | ANTHONY | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2015-00010617 | 02/27/2015 21:41:00 | ASSAULT-BATTERY | ALONZO | ANTONIO | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2015-00014590 | 03/21/2015 21:18:23 | ASSAULT-BATTERY | HANDLOS | MATTHEW | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2015-00019087 | 04/16/2015 01:30:10 | ASSAULT-BATTERY | ASHABI | EBRAHIM | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2015-00026857 | 05/28/2015 05:15:29 | ASSAULT-BATTERY | GREEN | SHAWN | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-INJURY |
| 2015-00030846 | 06/17/2015 18:42:25 | ASSAULT-BATTERY | NEWMAN | OFFICER | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2015-00033759 | 07/04/2015 03:55:48 | ASSAULT-BATTERY | NANCE | BLAKE | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2015-00039187 | 08/03/2015 19:21:00 | ASSAULT-BATTERY | DUNCAN | ALEXANDER | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-INJURY |
| 2015-00049420 | 09/21/2015 13:47:13 | ASSAULT-BATTERY | BILLINGSLEY | RICHARD | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2015-00051525 | 10/01/2015 22:02:54 | ASSAULT-BATTERY | DIBBLE | SCOTT | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2015-00051744 | 10/03/2015 00:43:56 | ASSAULT-BATTERY | FAIR | BILLY | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-NO INJURY |
| 2015-00057021 | 10/30/2015 14:29:05 | ASSAULT-BATTERY | CUDWORTH | OFFICER | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-INJURY |
| 2015-00057597 | 11/03/2015 07:00:26 | ASSAULT-BATTERY | NEWMAN | OFFICER | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2015-00061442 | 11/24/2015 08:09:52 | ASSAULT-BATTERY | NEWMAN | JEFFREY | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2015-00062994 | 12/04/2015 01:05:05 | ASSAULT-BATTERY | OFFICER FAIR | | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2016-00002813 | 01/16/2016 19:43:00 | ASSAULT-BATTERY | DIBBLE | SCOTT | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2016-00004704 | 01/27/2016 06:57:14 | ROBBERY | DUNCAN | ALEXANDER | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-INJURY |
| 2016-00008395 | 02/16/2016 02:23:45 | THEFT - PETTY | BLONDI | TYLER | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2016-00017385 | 04/05/2016 21:50:00 | ASSAULT-BATTERY | DOLAN | RYAN | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2016-00019270 | 04/15/2016 14:59:10 | ASSAULT-BATTERY | STARKOV | DMITRIY | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-INJURY |
| 2016-00023235 | 05/07/2016 01:09:18 | ASSAULT-BATTERY | MOLOZNIK | MARCUS | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2016-00023662 | 05/09/2016 19:36:00 | ASSAULT-BATTERY | TOM | CASEY | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2016-00026106 | 05/22/2016 11:21:00 | ASSAULT-BATTERY | GOFF | AARON | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2016-00026106 | 05/22/2016 11:21:00 | ASSAULT-BATTERY | OFFICER BILLINGSLEY | | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2016-00026170 | 05/22/2016 22:18:00 | ASSAULT-BATTERY | TOM | CASEY | ALL OTHER | ASSAULTED-INJURY |
| 2016-00026170 | 05/22/2016 22:18:00 | ASSAULT-BATTERY | EUDAVE | ALFREDO | ALL OTHER | ASSAULTED-INJURY |
| 2016-00031196 | 06/18/2016 22:53:23 | ASSAULT-BATTERY | GREEN | DESHAWN | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2016-00031196 | 06/18/2016 22:53:23 | ASSAULT-BATTERY | HANDLOS | MATTHEW | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2016-00034900 | 07/10/2016 04:23:03 | ASSAULT-BATTERY | MOLOZNIK | MARCUS | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2016-00035222 | 07/12/2016 07:12:08 | ASSAULT-BATTERY | GOFF | AARON | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2016-00038658 | 07/31/2016 01:46:19 | ASSAULT-BATTERY | HANDLOS | MATTHEW | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-NO INJURY |
| 2016-00041587 | 08/16/2016 05:04:47 | ASSAULT-BATTERY | PENA | ERIK | ATTEMPTING OTHER ARREST | ASSAULTED-INJURY |
| 2016-00041587 | 08/16/2016 05:04:47 | ASSAULT-BATTERY | DIBBLE | SCOTT | ATTEMPTING OTHER ARREST | ASSAULTED-INJURY |
| 2016-00043550 | 08/25/2016 22:27:19 | ASSAULT-BATTERY | GREEN | DESHAWN | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2016-00048450 | 09/19/2016 05:06:11 | ASSAULT-BATTERY | SOLORZANO | RODNEY | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2016-00052573 | 10/13/2016 09:10:34 | ASSAULT-BATTERY | LELONG | CHRISTOPHE | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2016-00063062 | 12/13/2016 03:03:00 | ASSAULT-BATTERY | BARBANI | MATTHEW | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2016-00063062 | 12/13/2016 03:03:00 | ASSAULT-BATTERY | MORI | AARON | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2017-00000626 | 01/05/2017 07:38:39 | ASSAULT-BATTERY | DUNCAN | ALEXANDER | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-INJURY |

BH 02074

| Case | Date/Time | Charge | Last Name | First Name | Call Type | Result |
|---|---|---|---|---|---|---|
| 2017-00000626 | 01/05/2017 07:38:39 | ASSAULT-BATTERY | WEST | THOMAS | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2017-00011259 | 03/08/2017 12:35:54 | ASSAULT-BATTERY | FALOSSI | ADAM | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2017-00012391 | 03/13/2017 20:15:15 | ASSAULT-BATTERY | FALOSSI | ADAM | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2017-00013759 | 03/21/2017 01:50:47 | ARREST/PC FELONY | MATTESON | OFFICER | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2017-00016867 | 04/07/2017 10:31:23 | ASSAULT-BATTERY | EVANS | REGINALD | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2017-00017957 | 04/12/2017 23:15:09 | ASSAULT-BATTERY | GREEN | SHAWN | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2017-00028549 | 06/08/2017 21:27:00 | ASSAULT-BATTERY | RHEE | ALEXANDER | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2017-00028782 | 06/10/2017 10:40:51 | ASSAULT-BATTERY | FAIR | BILLY | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-NO INJURY |
| 2017-00038374 | 08/03/2017 20:50:14 | ASSAULT-BATTERY | RHEE | ALEXANDER | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2017-00040351 | 08/14/2017 07:16:04 | ASSAULT-BATTERY | BROMLEY | ANDREW | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2017-00040351 | 08/14/2017 07:16:04 | ASSAULT-BATTERY | DUNCAN | ALEXANDER | ALL OTHER | ASSAULTED-NO INJURY |
| 2017-00051255 | 10/12/2017 09:28:18 | ASSAULT-BATTERY | DUNCAN | ALEXANDER | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2017-00053440 | 10/25/2017 08:55:00 | ASSAULT-BATTERY | OFFICER DUNCAN | | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2017-00054743 | 11/01/2017 09:05:46 | ASSAULT-BATTERY | KRUG | JAMES | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2018-00004836 | 01/26/2018 09:33:46 | ASSAULT-BATTERY | OWN | STEVEN | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2018-00005022 | 01/26/2018 23:12:00 | ASSAULT-BATTERY | ARMOUR | DAVID | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-NO INJURY |
| 2018-00005244 | 01/28/2018 01:40:28 | ASSAULT-BATTERY | STARKOV | DMITRIY | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2018-00010488 | 02/23/2018 10:05:00 | ASSAULT-BATTERY | DUNCAN | ALEXANDER | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2018-00014538 | 03/15/2018 10:28:13 | DEFRAUDING | DUNCAN | ALEXANDER | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00019632 | 04/10/2018 18:01:46 | ASSAULT-BATTERY | BROMLEY | ANDREW | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2018-00020700 | 04/16/2018 11:58:35 | ASSAULT-BATTERY | PEREZ J. | JESSE | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00022045 | 04/23/2018 04:10:35 | ASSAULT-BATTERY | FALOSSI | ADAM | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00032067 | 06/10/2018 03:00:51 | ASSAULT-BATTERY | BLAIR | BILLY | ATTEMPTING OTHER ARREST | ASSAULTED-INJURY |
| 2018-00032067 | 06/10/2018 03:00:51 | ASSAULT-BATTERY | HORST | BRYAN | ATTEMPTING OTHER ARREST | ASSAULTED-INJURY |
| 2018-00032158 | 06/10/2018 22:08:33 | ASSAULT-BATTERY | CONTRERAS | MARAYA | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2018-00032158 | 06/10/2018 22:08:33 | ASSAULT-BATTERY | KIM | EUGENE | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2018-00033106 | 06/15/2018 18:29:27 | ASSAULT-BATTERY | NEWMAN | JEFFREY | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2018-00033106 | 06/15/2018 18:29:27 | ASSAULT-BATTERY | CARROTT | JOSEPH | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2018-00034469 | 06/23/2018 13:48:36 | ASSAULT-BATTERY | OWN | STEVEN | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2018-00039914 | 07/22/2018 18:32:22 | ASSAULT-BATTERY | CONTRERAS | MARAYA | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-NO INJURY |
| 2018-00039914 | 07/22/2018 18:32:22 | ASSAULT-BATTERY | RAKOWSKI | ERIK | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-NO INJURY |
| 2018-00041806 | 08/01/2018 08:08:18 | ARREST/PC FELONY | DELACRUZ | JONATHAN | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00044836 | 08/15/2018 11:00:39 | ARREST/PC MISDMEANOR | DELACRUZ | JONATHAN | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00045756 | 08/19/2018 11:08:32 | ASSAULT-BATTERY | BROMLEY | ANDREW | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00045756 | 08/19/2018 11:08:32 | ASSAULT-BATTERY | LYGA | JESSE | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00049362 | 09/04/2018 21:52:14 | ASSAULT-BATTERY | MORI | AARON | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00050044 | 09/08/2018 02:08:27 | VEHICLE - RECOVERED | NGUYENLIEU | STEPHANIE | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2018-00051076 | 09/13/2018 11:15:32 | ASSAULT-BATTERY | FALOSSI | ADAM | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-NO INJURY |
| 2018-00055891 | 10/08/2018 07:22:53 | ASSAULT-BATTERY | CHILSON | DANIEL | ATTEMPTING OTHER ARREST | ASSAULTED-NO INJURY |
| 2018-00060577 | 10/31/2018 23:06:12 | ASSAULT - SIMPLE | MORI | AARON | ALL OTHER | ASSAULTED-NO INJURY |
| 2018-00062603 | 11/11/2018 23:45:02 | ARREST/PC FELONY | HANDLOS | MATTHEW | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2018-00064682 | 11/24/2018 01:40:24 | ASSAULT - SIMPLE | ANDERSON | ADESSA | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2018-00065137 | 11/26/2018 17:37:32 | ASSAULT - SIMPLE | KRUG | JAMES | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2018-00065137 | 11/26/2018 17:37:32 | ASSAULT - SIMPLE | OWN | STEVEN | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |

| Record | Date/Time | Offense | Last Name | First Name | Call Type | Result |
|---|---|---|---|---|---|---|
| 2018-00065137 | 11/26/2018 17:37:32 | ASSAULT - SIMPLE | ORTH | KEVIN | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2018-00065137 | 11/26/2018 17:37:32 | ASSAULT - SIMPLE | DELACRUZ | JONATHAN | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2018-00065137 | 11/26/2018 17:37:32 | ASSAULT - SIMPLE | RUDY | DAVID | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-INJURY |
| 2018-00065137 | 11/26/2018 17:37:32 | ASSAULT - SIMPLE ARREST/PC | BLAIR | BILLY | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-INJURY |
| 2019-00001169 | 01/09/2019 11:04:54 | MISDEMEANOR | ILUSORIO | JON | ALL OTHER | ASSAULTED-NO INJURY |
| 2019-00001616 | 01/12/2019 01:57:53 | ASSAULT - SIMPLE | DIMENTO | NICK | MENTALLY DERANGED | ASSAULTED-NO INJURY |
| 2019-00001616 | 01/12/2019 01:57:53 | ASSAULT - SIMPLE | MOLOZNIK | MARCUS | MENTALLY DERANGED | ASSAULTED-NO INJURY |
| 2019-00004648 | 01/30/2019 22:51:17 | DEFRAUDING | DIAMOND | LYNNSEY | ALL OTHER | ASSAULTED-NO INJURY |
| 2019-00005256 | 02/04/2019 04:05:02 | ASSAULT - SIMPLE | OWN | STEVEN | ALL OTHER | ASSAULTED-NO INJURY |
| 2019-00005256 | 02/04/2019 04:05:02 | ASSAULT - SIMPLE | MORI | AARON | ALL OTHER | ASSAULTED-NO INJURY |
| 2019-00006328 | 02/09/2019 22:31:17 | ARREST/DRUG | CARROTT | JOSEPH | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-INJURY |
| 2019-00010657 | 03/06/2019 12:19:52 | ARREST/PC FELONY | DUNCAN | ALEXANDER | ALL OTHER | ASSAULTED-NO INJURY |
| 2019-00011480 | 03/11/2019 08:07:01 | ASSAULT - SIMPLE | DUNCAN | ALEXANDER | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2019-00011480 | 03/11/2019 08:07:01 | ARREST/PC FELONY | CUDWORTH | OFFICER | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2019-00017597 | 04/10/2019 10:04:46 | ROBBERY - ESTES | TRAVNITZ | ZACHARY | DISTURBANCE CALLS | ASSAULTED-INJURY |
| 2019-00021828 | 05/01/2019 10:55:21 | ARREST/PC | WEST | THOMAS | ATTEMPTING OTHER ARREST | ASSAULTED-INJURY |
| 2019-00022990 | 05/08/2019 00:43:48 | MISDEMEANOR ARREST/PC | MOLOZNIK | MARCUS | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2019-00022990 | 05/08/2019 00:43:48 | MISDEMEANOR | MORI | AARON | DISTURBANCE CALLS | ASSAULTED-NO INJURY |
| 2019-00030437 | 06/14/2019 18:25:00 | ASSAULT - AGGRAVATED | OWN | STEVEN | SUSPICIOUS PERS OR CIRCUMSTANCE | ASSAULTED-NO INJURY |
| 2019-00035871 | 07/14/2019 12:07:02 | ASSAULT - SIMPLE ARREST/PC | CUDWORTH | OFFICER | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2019-00035894 | 07/14/2019 15:39:59 | MISDEMEANOR | ANDERSON | ADESSA | HANDLING, TRANSPORTING PRISONERS | ASSAULTED-NO INJURY |
| 2019-00063878 | 11/30/2019 15:33:41 | ASSAULT - SIMPLE | DELACRUZ | JONATHAN | ALL OTHER | ASSAULTED-NO INJURY |
| 2020-00005370 | 01/28/2020 16:27:56 | ASSAULT - SIMPLE | CUDWORTH | OFFICER | ALL OTHER | ASSAULTED-NO INJURY |

Ex. 8

Home • Crime in the U.S. • 2019 • Crime in the U.S. 2019 • Tables • Table 24

U.S. DEPARTMENT OF JUSTICE • FEDERAL BUREAU OF INVESTIGATION • CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

## 2019 CRIME in the UNITED STATES

| | | |

Home   Offenses Known to Law Enforcement   Violent Crime   Property Crime   Clearances   Persons Arrested   Police Employee Data

### Property Stolen and Recovered
by Type and Value, 2019
[14,165 agencies; 2019 estimated population 285,731,352]

Overview    Data Declaration    Download Excel

| Type of property | Value of property | | Percent recovered |
|---|---|---|---|
| | Stolen | Recovered | |
| Total | $13,339,804,036 | $3,861,197,443 | 28.9 |
| Currency, notes, etc. | 1,423,559,757 | 36,980,933 | 2.6 |
| Jewelry and precious metals | 1,057,763,740 | 36,890,088 | 3.5 |
| Clothing and furs | 383,191,187 | 31,171,004 | 8.1 |
| Locally stolen motor vehicles | 5,752,240,315 | 3,228,870,193 | 56.1 |
| Office equipment | 420,417,080 | 23,237,884 | 5.5 |
| Televisions, radios, stereos, etc. | 323,393,740 | 14,009,033 | 4.3 |
| Firearms | 116,159,390 | 13,495,262 | 11.6 |
| Household goods | 186,264,170 | 8,179,579 | 4.4 |
| Consumable goods | 160,368,125 | 13,380,144 | 8.3 |
| Livestock | 14,350,714 | 1,570,468 | 10.9 |
| Miscellaneous | 3,502,095,818 | 453,402,855 | 12.9 |

### Data Declaration

Provides the methodology used in constructing this table and other pertinent information about this table.

### Overview

▸ Download Printable Document

### Property Stolen and Recovered, by Type and Value, 2019

- In 2019, more than $13.3 billion worth of property was reported stolen nationwide, and nearly $3.9 billion (28.9 percent) was recovered.
- Locally stolen motor vehicles (those stolen within the jurisdiction of the law enforcement agency that submitted the report) accounted for more than $5.7 billion in stolen property.
- Among the types of property stolen, locally stolen motor vehicles had the highest percentage of property value recovered at 56.1 percent. Currency, notes, etc. had the lowest, with 2.6 percent of property value recovered.

| Most Wanted | News | What We Investigate | Services | Additional Resources |
|---|---|---|---|---|
| Ten Most Wanted | Stories | Terrorism | CJIS | Accessibility |
| Fugitives | Videos | Counterintelligence | CIRG | eRulemaking |
| Terrorism | Press Release | Cyber Crime | Laboratory Services | Freedom of Information / Privacy Act |
| Kidnappings / Missing Persons | Speeches | Public Corruption | Training Academy | Legal Notices |
| Seeking Information | Testimony | Civil Rights | Operational Technology | Legal Policies & Disclaimers |
| Bank Robbers | Podcasts and Radio | Organized Crime | Information Management | Privacy Policy |
| ECAP | Photos | White-Collar Crime | | USA.gov |
| ViCAP | Español | Violent Crime | FBI Jobs | White House |
| | Apps | WMD | Submit a Tip | No FEAR Act |
| About | | | Crime Statistics | Equal Opportunity |
| Mission & Priorities | Resources | Contact Us | History | |
| Leadership & Structure | Law Enforcement | Field Offices | FOIPA | |
| Partnerships | Businesses | FBI Headquarters | Scams & Safety | |
| Community Outreach | Victim Assistance | Overseas Offices | FBI Kids | |
| FAQs | Reports & Publications | | FBI Tour | |



FBI   FEDERAL BUREAU OF INVESTIGATION



**FBI.gov Contact Center**
Email updates

Ex. 9

Home • Crime in the U.S. • 2019 • Crime in the U.S. 2019 • Tables • Table 65



| | | | Home   Offenses Known to Law Enforcement   Violent Crime   Property Crime   Clearances   Persons Arrested   Police Employee Data |

### Arrests

Suburban Areas[1]

Persons Under 15, 18, 21, and 25 Years of Age, 2019

[5,820 agencies; 2019 estimated population 97,421,942]

Data Declaration   Download Excel

| Offense charged | Total all ages | Number of persons arrested | | | | Percent of total all ages | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Under 15 | Under 18 | Under 21 | Under 25 | Under 15 | Under 18 | Under 21 | Under 25 |
| **TOTAL** | **2,713,281** | **61,425** | **194,552** | **422,402** | **748,499** | **2.3** | **7.2** | **15.6** | **27.6** |
| Murder and nonnegligent manslaughter | 2,251 | 20 | 162 | 512 | 876 | 0.9 | 7.2 | 22.7 | 38.9 |
| Rape[2] | 6,183 | 476 | 1,196 | 1,946 | 2,625 | 7.7 | 19.3 | 31.5 | 42.5 |
| Robbery | 15,584 | 814 | 3,681 | 6,407 | 8,560 | 5.2 | 23.6 | 41.1 | 54.9 |
| Aggravated assault | 86,417 | 2,671 | 7,221 | 13,350 | 23,324 | 3.1 | 8.4 | 15.4 | 27.0 |
| Burglary | 40,785 | 1,644 | 5,259 | 9,236 | 13,844 | 4.0 | 12.9 | 22.6 | 33.9 |
| Larceny-theft | 235,319 | 6,746 | 23,911 | 46,778 | 72,033 | 2.9 | 10.2 | 19.9 | 30.6 |
| Motor vehicle theft | 19,436 | 766 | 3,102 | 4,896 | 7,130 | 3.9 | 16.0 | 25.2 | 36.7 |
| Arson | 2,198 | 297 | 564 | 707 | 878 | 13.5 | 25.7 | 32.2 | 39.9 |
| Violent crime[3] | 110,435 | 3,981 | 12,260 | 22,215 | 35,385 | 3.6 | 11.1 | 20.1 | 32.0 |
| Property crime[3] | 297,738 | 9,453 | 32,836 | 61,617 | 93,885 | 3.2 | 11.0 | 20.7 | 31.5 |
| Other assaults | 251,819 | 16,274 | 36,977 | 53,514 | 79,732 | 6.5 | 14.7 | 21.3 | 31.7 |
| Forgery and counterfeiting | 13,438 | 38 | 263 | 1,606 | 3,250 | 0.3 | 2.0 | 12.0 | 24.2 |
| Fraud | 33,686 | 300 | 1,146 | 3,440 | 7,328 | 0.9 | 3.4 | 10.2 | 21.8 |
| Embezzlement | 3,697 | 11 | 147 | 709 | 1,206 | 0.3 | 4.0 | 19.2 | 32.6 |
| Stolen property; buying, receiving, possessing | 23,275 | 434 | 2,118 | 4,363 | 7,155 | 1.9 | 9.1 | 18.7 | 30.7 |
| Vandalism | 44,333 | 3,743 | 8,900 | 13,550 | 18,865 | 8.4 | 20.1 | 30.6 | 42.6 |
| Weapons; carrying, possessing, etc. | 38,587 | 1,464 | 4,290 | 8,400 | 14,168 | 3.8 | 11.1 | 21.8 | 36.7 |
| Prostitution and commercialized vice | 3,510 | 9 | 39 | 236 | 689 | 0.3 | 1.1 | 6.7 | 19.6 |
| Sex offenses (except rape and prostitution) | 10,967 | 938 | 1,953 | 2,813 | 3,692 | 8.6 | 17.8 | 25.6 | 33.7 |
| Drug abuse violations | 443,360 | 4,823 | 25,926 | 81,083 | 146,598 | 1.1 | 5.8 | 18.3 | 33.1 |
| Gambling | 822 | 26 | 118 | 189 | 256 | 3.2 | 14.4 | 23.0 | 31.1 |
| Offenses against the family and children | 27,274 | 204 | 664 | 1,407 | 3,203 | 0.7 | 2.4 | 5.2 | 11.7 |
| Driving under the influence | 310,392 | 34 | 1,493 | 14,724 | 57,324 | * | 0.5 | 4.7 | 18.5 |
| Liquor laws | 44,448 | 1,051 | 7,208 | 26,602 | 29,486 | 2.4 | 16.2 | 59.8 | 66.3 |
| Drunkenness | 66,799 | 170 | 996 | 5,045 | 12,630 | 0.3 | 1.5 | 7.6 | 18.9 |
| Disorderly conduct | 80,244 | 6,341 | 15,573 | 21,921 | 30,718 | 7.9 | 19.4 | 27.3 | 38.3 |
| Vagrancy | 3,214 | 17 | 55 | 264 | 562 | 0.5 | 1.7 | 8.2 | 17.5 |
| All other offenses (except traffic) | 901,402 | 10,937 | 37,938 | 95,040 | 198,662 | 1.2 | 4.2 | 10.5 | 22.0 |
| Suspicion | 196 | 1 | 7 | 19 | 51 | 0.5 | 3.6 | 9.7 | 26.0 |
| Curfew and loitering law violations | 3,645 | 1,176 | 3,645 | 3,645 | 3,645 | 32.3 | 100.0 | 100.0 | 100.0 |

[1] Suburban areas include law enforcement agencies in cities with less than 50,000 inhabitants and county law enforcement agencies that are within a Metropolitan Statistical Area. Suburban areas exclude all metropolitan agencies associated with a principal city.

[2] The rape figures in this table are aggregate totals of the data submitted based on both the legacy and revised Uniform Crime Reporting definitions.

[3] Violent crimes are offenses of murder and nonnegligent manslaughter, rape, robbery, and aggravated assault. Property crimes are offenses of burglary, larceny-theft, motor vehicle theft, and arson.

* Less than one-tenth of 1 percent.

### Data Declaration

Provides the methodology used in constructing this table and other pertinent information about this table.

| Most Wanted | News | What We Investigate | Services | Additional Resources |
|---|---|---|---|---|
| Ten Most Wanted | Stories | Terrorism | CJIS | Accessibility |
| Fugitives | Videos | Counterintelligence | CIRG | eRulemaking |
| Terrorism | Press Release | Cyber Crime | Laboratory Services | Freedom of Information / Privacy Act |
| Kidnappings / Missing Persons | Speeches | Public Corruption | Training Academy | Legal Notices |
| Seeking Information | Testimony | Civil Rights | Operational Technology | Legal Policies & Disclaimers |
| Bank Robbers | Podcasts and Radio | Organized Crime | Information Management | Privacy Policy |
| ECAP | Photos | White-Collar Crime | | USA.gov |
| ViCAP | Español | Violent Crime | FBI Jobs | White House |
| | Apps | WMD | Submit a Tip | No FEAR Act |

Mission & Priorities

Leadership & Structure

Partnerships

Community Outreach

FAQs

Law Enforcement

Businesses

Victim Assistance

Reports & Publications

Field Offices

FBI Headquarters

Overseas Offices

History

FOIPA

Scams & Safety

FBI Kids

FBI Tour

 **FBI** FEDERAL BUREAU OF INVESTIGATION



**FBI.gov Contact Center**

**Email updates**

Ex. 10



**EXHIBIT**

70



EXHIBIT

71



EXHIBIT

72



EXHIBIT

73

Ex. 11

**HADSELL STORMER RENICK & DAI**
Morgan Ricketts (Bar No. 268892)
128 N. Fair Oaks Ave., Unit 204
Pasadena, CA 91103
Telephone:   (213) 995-3935
Facsimile:   (213) 995-3963
Email:  morgan@morganricketts.com

Attorneys for Plaintiff Ashley Blackmon

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BLACKMON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEVERLY HILLS POLICE DEPARTMENT; BEVERLY HILLS POLICE SERGEANT ORTH, BEVERLY HILLS POLICE OFFICER A. FALOSSI (#04678), BEVERLY HILLS POLICE OFFICER COMP, BEVERLY HILLS POLICE OFFICER DE LA CRUZ, BEVERLY HILLS POLICE OFFICER DOWNS, all sued in their individual capacities; and DOES 1-10, inclusive;<br>　　　　　Defendants. | CASE NO.: 2:21-CV-08381<br><br>**DECLARATION OF CHASE ZIEGLER** |

P001406

ZIEGLER DECLARATION

1

2

## <u>DECLARATION OF CHASE ZIEGLER</u>

3

4

**I.   I, Chase Ziegler, declare as follows:**

5

6

1.      I am over the age of 18 and I make the following declaration based on my own personal knowledge. If called to testify about the matters set forth below, I could and would competently testify thereto.

7

8

9

2.      I was hired by counsel to Plaintiff in this case to review certain documents, specifically the document produced in this action by the City of Beverly Hills at BH02067 – BH02076. The document is a list of all Automated License Plate Reader generated "hits" in Beverly Hills within a certain time frame, together with certain information about each hit. There were <u>802</u> ALPR hits in the relevant time frame, which was from January 1, 2015 to February 9, 2020.

10

11

12

13

14

15

16

3.      I was tasked with reviewing which of the Defendants in this case – all of them are Beverly Hills police officers – responded to each ALPR hit, and verifying certain information about their responses.

17

18

19

4.      Defendant Orth was listed as a responder in <u>88</u> of the ALPR hits. <u>0</u> of those involved any act of violence, including violent resistance, by either a driver, a passenger, or a bystander. <u>0</u> of the hits to which he responded yielded any sort of weapon or tool that could be used as a weapon.

20

21

22

23

24

5.      Defendant Falossi was listed as a responder in <u>51</u> of the ALPR hits. <u>0</u> of those involved any act of violence, including violent resistance, by either a driver, a passenger, or a bystander. <u>0</u> of the hits to which he responded yielded any sort of weapon or tool that could be used as a weapon.

25

26

27

28

1

P001407

6.      Defendant Comp was listed as a responder in 16 of the ALPR hits. 0 of those involved any act of violence, including violent resistance, by either a driver, a passenger, or a bystander. 0 of the hits to which he responded yielded any sort of weapon or tool that could be used as a weapon.

7.      Defendant De La Cruz was listed as a responder in 39 of the ALPR hits. 0 of those involved any act of violence, including violent resistance, by either a driver, a passenger, or a bystander. 2 of the hits to which he responded yielded any sort of weapon or tool that could be used as a weapon.

8.      Defendant Downs was listed as a responder in 67 of the ALPR hits. 1 of those involved any act of violence, including violent resistance, by either a driver, a passenger, or a bystander. 2 of the hits to which he responded yielded any sort of weapon or tool that could be used as a weapon.

9.      Defendant Keenaghan was listed as a responder in 23 of the ALPR hits. 0 of those involved any act of violence, including violent resistance, by either a driver, a passenger, or a bystander. 0 of the hits to which he responded yielded any sort of weapon or tool that could be used as a weapon.

10.      Out of a total of 226 unique ALPR hits in which one or more Defendants was listed as a responder in the five years leading up to the February 9, 2020 stop of Ashley Blackmon, the only items which could be used as weapons found during a stop where one or more Defendants was listed as responding were a Milwaukee pocket knife and a small heavily used wire cutting tool, and neither was used or attempted to be used as a weapon during the stop where it was found

///

///

///

2

ZIEGLER DECLARATION

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3

4    _____          03-14 -2023

5    Chase Ziegler                              Date

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

P001409

Ex. 12

CALLS FOR SERVICE ALPR HIT
JANUARY 1, 2015 THROUGH FEBRUARY 9, 2020

| Incident Number | Call Date/Time | Dispositions | Location | Incident Type | Persons | Officers |
|---|---|---|---|---|---|---|
| 2020-00007680 | 2/9/2020 15:46 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 05117 - WHITTAKER, 03461 - ORTH, 04446 - DOWNS, 04940 - VANG, 04678 - FALOSSI |
| 2020-00007659 | 2/9/2020 12:27 | UTL - 2 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 04940 - VANG, 04678 - FALOSSI, 05117 - WHITTAKER, 03494 - ARRIAGA |
| 2020-00007635 | 2/9/2020 10:05 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05206 - COMP, 03461 - ORTH, 01748 - KEENAGHAN, 04446 - DOWNS, 04940 - VANG, 04678 - FALOSSI, 05016 - DELACRUZ |
| 2020-00007634 | 2/9/2020 9:51 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05206 - COMP, 03461 - ORTH, 01748 - KEENAGHAN, 04446 - DOWNS, 04940 - VANG, 04678 - FALOSSI, 05016 - DELACRUZ |
| 2020-00007461 | 2/7/2020 22:50 | UTL - 1, ARR - 1, RPT - 1 | S REXFORD DR / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 04407 - STARKOV, 02927 - HAYES, 05076 - COOKE, 04711 - PENA, 02820 - DUFOUR, 05102 - LEE, 04829 - BLAIR, 06002 - TAVERA |
| 2020-00007120 | 2/6/2020 12:14 | ARR - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 05031 - DURAN, 03142 - ORTIZ, 02926 - JEFFRIES, 02547 - KOZIK, 02800 - PEREZ J., 04914 - RYAN, 05103 - HOVHANNISYAN, 05230 - MACKLIN, 04733 - RHEE, 05153 - STEINBAUM, 04160 - NEWMAN, 04962 - LYGA |
| 2020-00006679 | 2/4/2020 9:55 | IMP - 1, CMP - 2, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 01837 - MAYCOTT, 02840 - RUDY, 04267 - CUDWORTH, 04446 - DOWNS, 05231 - PARK, 03840 - DUNCAN, 05103 - HOVHANNISYAN, 06004 - ARBUCKLE, 04369 - STAINE, 04703 - WILLIAMS, 05256 - DELUIS JR., 03434 - PENADO, 04314 - MALAGUIT |
| 2020-00006431 | 2/2/2020 23:15 | RPT - 1 | WILSHIRE BLVD / N STANLEY DR, BEVERLY HILLS | ALPR HIT | | 05257 - MALOCH, 04445 - KALE, 04292 - FAIR, 02988 - MATTESON, 04941 - RAKOWSKI, 04616 - CONTRERAS, 04712 - BROMLEY, 04800 - KRUG, 04806 - MORI, 06003 - ILUSORIO |
| 2020-00006402 | 2/2/2020 19:56 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04941 - RAKOWSKI |
| 2020-00006177 | 2/1/2020 9:42 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 05117 - WHITTAKER |
| 2020-00005906 | 1/31/2020 9:23 | CANCEL - 1 | MAL NO BUR, BEVERLY HILLS | ALPR HIT | | 05103 - HOVHANNISYAN |
| 2020-00005671 | 1/30/2020 8:54 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ, 04962 - LYGA |
| 2020-00005081 | 1/27/2020 11:31 | IMP - 1, AST - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 05206 - COMP, 04446 - DOWNS, 05231 - PARK, 03840 - DUNCAN, 05153 - STEINBAUM, 06004 - ARBUCKLE, 04768 - CASTRO, 04369 - STAINE, 03461 - ORTH |
| 2020-00004855 | 1/25/2020 23:50 | RPT - 1 | N REXFORD DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04266 - DIMENTO, 04829 - BLAIR, 05203 - SPURGEON, 04941 - RAKOWSKI, 02927 - HAYES, 04574 - SOLORZANO, 05102 - LEE, 04800 - KRUG |
| 2020-00004625 | 1/24/2020 23:26 | UTL - 1 | 9888 OLYMPIC BLVD, BEVERLY HILLS | ALPR HIT | | 05102 - LEE, 05076 - COOKE, 04266 - DIMENTO |
| 2020-00004564 | 1/24/2020 17:03 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04914 - RYAN |
| 2020-00004046 | 1/22/2020 13:58 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05103 - HOVHANNISYAN, 04160 - NEWMAN, 01951 - ADAMS, 04914 - RYAN, 04170 - LAWRENCE |
| 2020-00003655 | 1/20/2020 20:24 | ARR - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04806 - MORI, 04223 - CLAYTON, 04924 - CARROTT, 04941 - RAKOWSKI, 04404 - ROHANI, 04405 - DIBBLE, 05229 - SMITHJORDAN, 04230 - EUDAVE, 04711 - PENA, 04616 - CONTRERAS |
| 2020-00003527 | 1/20/2020 2:36 | BROADC - 1, AST - 2, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04806 - MORI, 04586 - LOBERG, 05203 - SPURGEON, 04941 - RAKOWSKI, 05257 - MALOCH, 04445 - KALE, 04292 - FAIR, 04923 - SOPHAL, 04404 - ROHANI, 04616 - CONTRERAS |
| 2020-00003326 | 1/18/2020 19:11 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 05102 - LEE, 04407 - STARKOV, 05203 - SPURGEON, 04941 - RAKOWSKI, 02108 - RINGOR, 02927 - HAYES, 01748 - KEENAGHAN, 04830 - SANDIFER, 04586 - LOBERG |
| 2020-00003276 | 1/18/2020 13:01 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04914 - RYAN |
| 2020-00003225 | 1/18/2020 3:40 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 04407 - STARKOV, 05076 - COOKE, 04711 - PENA, 01628 - ROUTT, 01235 - COLLERA, 02820 - DUFOUR, 06002 - TAVERA, 05102 - LEE, 04829 - BLAIR |
| 2020-00002945 | 1/17/2020 6:32 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04928 - MEDINA, 04160 - NEWMAN, 05118 - TRAVNITZ |
| 2020-00002695 | 1/15/2020 21:13 | BROADC - 1 | 9300 CIVIC CENTER DR, BEVERLY HILLS | ALPR HIT | | 04806 - MORI, 04616 - CONTRERAS, 04526 - BENDER |
| 2020-00001638 | 1/9/2020 19:26 | CANCEL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 05076 - COOKE, 04711 - PENA, 02820 - DUFOUR, 04393 - HANDLOS, 04526 - BENDER, 04407 - STARKOV |
| 2020-00001412 | 1/8/2020 21:11 | GOA - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 04526 - BENDER |
| 2020-00001396 | 1/8/2020 19:16 | GOA - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER |
| 2020-00001351 | 1/8/2020 14:29 | RPT - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04733 - RHEE, 03840 - DUNCAN, 04838 - OWN, 02165 - SCHMIDT, 02961 - ARAULLO, 01951 - ADAMS, 04314 - MALAGUIT, 05103 - HOVHANNISYAN, 05148 - FASULLO, 04962 - LYGA |
| 2020-00000568 | 1/3/2020 22:45 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05076 - COOKE, 04711 - PENA, 03368 - MCKIBBEN, 04574 - SOLORZANO, 06002 - TAVERA, 05102 - LEE, 04839 - NGUYENLIEU, 04407 - STARKOV |
| 2020-00000298 | 1/2/2020 15:42 | ARR - 1, AST - 1 | N RODEO DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 06003 - ILUSORIO, 04830 - SANDIFER, 04733 - RHEE, 04160 - NEWMAN, 04445 - KALE, 04170 - LAWRENCE, 03840 - DUNCAN, 04446 - DOWNS, 04518 - TOM, 05103 - HOVHANNISYAN, 04914 - RYAN, 04667 - FRISHMAN, 02841 - MYERS, 03494 - ARRIAGA, 03438 - YAMADA, 02800 - PEREZ J., 05031 - DURAN |
| 2020-00000276 | 1/2/2020 14:12 | ARR - 1, AST - 1 | N RODEO DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 06003 - ILUSORIO, 04830 - SANDIFER, 04733 - RHEE, 04160 - NEWMAN, 04445 - KALE, 04170 - LAWRENCE, 03840 - DUNCAN, 04446 - DOWNS, 04518 - TOM, 05103 - HOVHANNISYAN, 04914 - RYAN, 04667 - FRISHMAN, 02841 - MYERS, 03494 - ARRIAGA, 03438 - YAMADA, 02800 - PEREZ J., 05031 - DURAN |
| 2020-00000253 | 1/2/2020 12:25 | ARR - 1, AST - 1 | N RODEO DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 06003 - ILUSORIO, 04830 - SANDIFER, 04733 - RHEE, 04160 - NEWMAN, 04445 - KALE, 04170 - LAWRENCE, 03840 - DUNCAN, 04446 - DOWNS, 04518 - TOM, 05103 - HOVHANNISYAN, 04914 - RYAN, 04667 - FRISHMAN, 02841 - MYERS, 03494 - ARRIAGA, 03438 - YAMADA, 02800 - PEREZ J., 05031 - DURAN |
| 2019-00069150 | 12/31/2019 0:49 | AST - 2 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 04225 - BARTON, 03841 - BILLINGSLEY, 02988 - MATTESON, 04924 - CARROTT, 04586 - LOBERG, 04445 - KALE, 04394 - GREEN, 05142 - CABRERA, 06003 - ILUSORIO, 04800 - KRUG |
| 2019-00068675 | 12/28/2019 2:13 | CMP - 1, AST - 1, RPT - 2 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04574 - SOLORZANO, 03845 - VELA, 02800 - PEREZ J., 02988 - MATTESON, 02840 - RUDY, 04830 - SANDIFER, 04829 - BLAIR, 04407 - STARKOV, 05230 - MACKLIN, 04266 - DIMENTO, 05231 - PARK, 04393 - HANDLOS, 01628 - ROUTT, 04675 - BETHEAJONES, 04904 - ORTIZ, 05102 - LEE, 06002 - TAVERA, 02264 - OZ, 02224 - WEST |
| 2019-00068450 | 12/26/2019 22:46 | REF - 1 | LAC/BEV, BEVERLY HILLS | ALPR HIT | | 05102 - LEE, 04407 - STARKOV |
| 2019-00067633 | 12/20/2019 16:19 | RPT - 1 | N RODEO DR / S SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 05118 - TRAVNITZ, 04394 - GREEN, 04572 - LIANG, 02841 - MYERS, 05148 - FASULLO, 04170 - LAWRENCE, 03840 - DUNCAN |
| 2019-00067510 | 12/20/2019 1:16 | IMP - 2 | N LA CIENEGA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 02019 - WITHERS, 02927 - HAYES, 01628 - ROUTT, 04711 - PENA, 04829 - BLAIR, 05102 - LEE |
| 2019-00067430 | 12/19/2019 14:50 | RPT - 1 | OLYMPIC BLVD / SHIRLEY PL, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04678 - FALOSSI, 05103 - HOVHANNISYAN, 02224 - WEST, 05148 - FASULLO, 04170 - LAWRENCE |
| 2019-00067424 | 12/19/2019 14:28 | RPT - 1 | OLYMPIC BLVD / SHIRLEY PL, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04678 - FALOSSI, 05103 - HOVHANNISYAN, 02224 - WEST, 05148 - FASULLO, 04170 - LAWRENCE |
| 2019-00067210 | 12/18/2019 16:34 | IMP - 1 | N SANTA MONICA BLVD / N PALM DR, BEVERLY HILLS | ALPR HIT | | 05076 - COOKE, 03840 - DUNCAN, 02841 - MYERS, 04438 - CAMPOS |
| 2019-00067159 | 12/18/2019 12:28 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 05206 - COMP, 03680 - DRUMMOND |
| 2019-00066805 | 12/16/2019 15:08 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 05229 - SMITHJORDAN, 04267 - CUDWORTH |
| 2019-00066506 | 12/15/2019 1:23 | ARR - 1, RPT - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 05230 - MACKLIN, 04266 - DIMENTO, 04923 - SOPHAL, 04405 - DIBBLE, 04971 - GUZMAN, 04941 - RAKOWSKI, 04800 - KRUG, 04407 - STARKOV |
| 2019-00066331 | 12/14/2019 0:18 | ARR - 1, RPT - 1 | N SANTA MONICA BLVD / N CANON DR, BEVERLY HILLS | ALPR HIT | | 02936 - HYON, 06002 - TAVERA, 04830 - SANDIFER, 04971 - GUZMAN, 05230 - MACKLIN, 04266 - DIMENTO |
| 2019-00066325 | 12/13/2019 23:08 | RPT - 1 | S LA CIENEGA BLVD / PICKFORD ST, LOS ANGELES | ALPR HIT | | 01484 - TOMLIN, 06002 - TAVERA, 05102 - LEE, 04829 - BLAIR, 04971 - GUZMAN, 05231 - PARK, 04393 - HANDLOS |
| 2019-00066273 | 12/13/2019 16:26 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05103 - HOVHANNISYAN, 02224 - WEST, 02800 - PEREZ J., 04914 - RYAN, 06001 - GONZALEZ, 04800 - KRUG, 04712 - BROMLEY, 04733 - RHEE, 05016 - DELACRUZ, 05153 - STEINBAUM, 05148 - FASULLO |
| 2019-00066164 | 12/13/2019 8:39 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04914 - RYAN, 05103 - HOVHANNISYAN |
| 2019-00065529 | 12/10/2019 13:05 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 05206 - COMP, 06004 - ARBUCKLE |
| 2019-00065506 | 12/10/2019 11:16 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 05206 - COMP, 06004 - ARBUCKLE, 04962 - LYGA, 04446 - DOWNS, 04369 - STAINE, 01951 - ADAMS, 04940 - VANG |
| 2019-00065277 | 12/9/2019 6:49 | IMP - 1, ARR - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 01748 - KEENAGHAN, 04768 - CASTRO, 05076 - COOKE, 03840 - DUNCAN, 05229 - SMITHJORDAN, 04267 - CUDWORTH, 04940 - VANG, 04170 - LAWRENCE, 01951 - ADAMS, 02698 - HUYNH |
| 2019-00065180 | 12/8/2019 13:44 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 05148 - FASULLO |
| 2019-00065103 | 12/7/2019 21:58 | UTL - 1 | N RODEO DR / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04829 - BLAIR |
| 2019-00064496 | 12/4/2019 12:13 | IMP - 1, ARR - 1 | OLYMPIC BLVD / HEATH AVE, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04407 - STARKOV, 03438 - YAMADA, 04266 - DIMENTO, 05076 - COOKE, 03840 - DUNCAN, 05206 - COMP, 03680 - DRUMMOND, 05148 - FASULLO, 02961 - ARAULLO, 04438 - CAMPOS, 02841 - MYERS, 03417 - RODRIGUEZ |
| 2019-00064486 | 12/4/2019 11:09 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05148 - FASULLO, 02840 - RUDY, 04169 - DIAMOND, 05153 - STEINBAUM, 04160 - NEWMAN |
| 2019-00064316 | 12/3/2019 12:28 | UTL - 1 | OLYMPIC BLVD / HEATH AVE, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2019-00063627 | 11/28/2019 23:36 | CMP - 1 | LOMA VISTA DR / DOHENY RD, BEVERLY HILLS | ALPR HIT | | 05102 - LEE, 04829 - BLAIR, 05231 - PARK, 04393 - HANDLOS, 04971 - GUZMAN, 04830 - SANDIFER |
| 2019-00063620 | 11/28/2019 21:58 | CMP - 1 | LOMA VISTA DR / DOHENY RD, BEVERLY HILLS | ALPR HIT | | 05231 - PARK, 04393 - HANDLOS, 04971 - GUZMAN, 04830 - SANDIFER, 05102 - LEE, 04829 - BLAIR |
| 2019-00063233 | 11/25/2019 22:56 | NPA - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04586 - LOBERG, 04800 - KRUG, 04712 - BROMLEY |
| 2019-00063198 | 11/25/2019 17:17 | IMP - 1, RPT - 1 | 9312 CIVIC CENTER DR, BEVERLY HILLS | ALPR HIT | | 05229 - SMITHJORDAN, 04267 - CUDWORTH, 04358 - PILICHOS, 01748 - KEENAGHAN, 05206 - COMP, 04940 - VANG, 05076 - COOKE, 04169 - DIAMOND |
| 2019-00063176 | 11/25/2019 15:07 | AST - 1, RPT - 1 | N RODEO DR / S SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 05103 - HOVHANNISYAN, 06003 - ILUSORIO, 06004 - ARBUCKLE, 05229 - SMITHJORDAN, 04267 - CUDWORTH, 04678 - FALOSSI, 01748 - KEENAGHAN, 04170 - LAWRENCE, 05206 - COMP, 04940 - VANG, 05076 - COOKE, 04169 - DIAMOND |
| 2019-00062266 | 11/20/2019 21:02 | BROADC - 1, UTL - 1, GOA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN |
| 2019-00062186 | 11/20/2019 12:24 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA |
| 2019-00061287 | 11/15/2019 14:51 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 04914 - RYAN, 02931 - BALLEWEG, 02842 - DIMOND, 05016 - DELACRUZ |
| 2019-00061172 | 11/15/2019 2:45 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05231 - PARK, 04711 - PENA, 02019 - WITHERS, 04574 - SOLORZANO, 04829 - BLAIR, 04407 - STARKOV, 05102 - LEE, 06002 - TAVERA |
| 2019-00060679 | 11/12/2019 15:50 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04169 - DIAMOND |
| 2019-00060549 | 11/11/2019 22:45 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04394 - GREEN, 04126 - MAITLAND, 05142 - CABRERA |
| 2019-00060533 | 11/11/2019 20:36 | UTL - 1, GOA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04126 - MAITLAND, 04712 - BROMLEY, 04394 - GREEN |
| 2019-00060494 | 11/11/2019 16:26 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS |
| 2019-00059897 | 11/8/2019 2:21 | IMP - 1, ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04393 - HANDLOS, 04675 - BETHEAJONES, 04574 - SOLORZANO, 04407 - STARKOV, 04953 - ANDERSON, 04829 - BLAIR, 05102 - LEE, 06002 - TAVERA |
| 2019-00059723 | 11/7/2019 9:01 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA |
| 2019-00059212 | 11/4/2019 21:02 | REF - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 05142 - CABRERA, 04586 - LOBERG, 04712 - BROMLEY, 04394 - GREEN, 05103 - HOVHANNISYAN, 04445 - KALE, 04292 - FAIR, 01235 - COLLERA, 02988 - MATTESON |
| 2019-00058543 | 10/31/2019 21:56 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER |
| 2019-00058047 | 10/29/2019 14:49 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 02840 - RUDY |
| 2019-00057978 | 10/29/2019 9:09 | RPT - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 05117 - WHITTAKER, 05206 - COMP, 06004 - ARBUCKLE, 04446 - DOWNS, 04169 - DIAMOND, 01748 - KEENAGHAN, 04083 - KIM, 04335 - LEBER |
| 2019-00057818 | 10/28/2019 11:40 | UTL - 1, EMR - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04169 - DIAMOND, 04126 - MAITLAND, 04940 - VANG, 02840 - RUDY |
| 2019-00057617 | 10/27/2019 2:43 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02019 - WITHERS, 04923 - SOPHAL, 04574 - SOLORZANO, 03845 - VELA, 06003 - ILUSORIO, 05102 - LEE, 04830 - SANDIFER, 04953 - ANDERSON, 04829 - BLAIR, 04941 - RAKOWSKI |
| 2019-00057593 | 10/26/2019 22:38 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04953 - ANDERSON, 04829 - BLAIR, 04941 - RAKOWSKI, 02019 - WITHERS, 04923 - SOPHAL, 04574 - SOLORZANO, 03845 - VELA, 06003 - ILUSORIO, 05102 - LEE, 04830 - SANDIFER |
| 2019-00057452 | 10/26/2019 7:33 | IMP - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 06004 - ARBUCKLE, 05016 - DELACRUZ, 04768 - CASTRO, 04743 - DANDREA, 03466 - COULTER, 05117 - WHITTAKER, 05118 - TRAVNITZ, 05031 - DURAN |
| 2019-00057432 | 10/26/2019 2:26 | ARR - 1 | W SUNSET BLVD / DOHENY RD, WEST HOLLYWOOD | ALPR HIT | | 04829 - BLAIR, 04711 - PENA, 05102 - LEE, 06002 - TAVERA, 04407 - STARKOV, 05153 - STEINBAUM, 04393 - HANDLOS, 02927 - HAYES, 04574 - SOLORZANO, 02820 - DUFOUR |
| 2019-00057423 | 10/26/2019 0:44 | GOA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 05102 - LEE, 05153 - STEINBAUM, 04393 - HANDLOS |
| 2019-00057399 | 10/25/2019 19:23 | UTL - 1 | OLYMPIC BLVD / SHIRLEY PL, BEVERLY HILLS | ALPR HIT | | 05102 - LEE |
| 2019-00057134 | 10/24/2019 12:31 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04485 - BEDINIAN, 04160 - NEWMAN |
| 2019-00057076 | 10/24/2019 8:20 | CANCEL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ |
| 2019-00056979 | 10/23/2019 14:15 | BROADC - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2019-00056807 | 10/22/2019 13:26 | BROADC - 1, CKOK - 1, ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 01951 - ADAMS, 03633 - BOND, 05206 - COMP, 06004 - ARBUCKLE, 04126 - MAITLAND, 03840 - DUNCAN |
| 2019-00056310 | 10/19/2019 20:03 | NPA - 1, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04953 - ANDERSON, 04407 - STARKOV, 04405 - DIBBLE |
| 2019-00056280 | 10/19/2019 15:51 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04914 - RYAN, 05118 - TRAVNITZ, 05016 - DELACRUZ |
| 2019-00056231 | 10/19/2019 8:46 | UTL - 1, ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 01837 - MAYCOTT, 02838 - NANCE, 02936 - HYON, 04940 - VANG, 06001 - GONZALEZ, 05031 - DURAN, 04914 - RYAN |
| 2019-00055908 | 10/17/2019 20:06 | | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05153 - STEINBAUM, 04393 - HANDLOS, 04830 - SANDIFER, 04829 - BLAIR |
| 2019-00055788 | 10/17/2019 12:51 | RPT - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ |
| 2019-00055734 | 10/17/2019 10:28 | RPT - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 02224 - WEST, 05016 - DELACRUZ, 05118 - TRAVNITZ, 04485 - BEDINIAN |
| 2019-00054622 | 10/11/2019 15:56 | IMP - 1, ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 05118 - TRAVNITZ, 03845 - VELA, 04485 - BEDINIAN, 04733 - RHEE, 04962 - LYGA, 04743 - DANDREA |
| 2019-00054598 | 10/11/2019 12:56 | IMP - 1, ARR - 1, AST - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 05118 - TRAVNITZ, 02803 - CHASE, 03494 - ARRIAGA, 03438 - YAMADA, 04485 - BEDINIAN, 04518 - TOM, 04962 - LYGA, 04743 - DANDREA, 02841 - MYERS |
| 2019-00054365 | 10/10/2019 11:47 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05118 - TRAVNITZ, 04160 - NEWMAN |
| 2019-00053493 | 10/6/2019 16:08 | ARR - 1, AST - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04126 - MAITLAND, 03680 - DRUMMOND, 04940 - VANG, 03466 - COULTER, 04279 - ARRIAGA, 05117 - WHITTAKER, 04678 - FALOSSI, 03840 - DUNCAN, 04446 - DOWNS |
| 2019-00053226 | 10/5/2019 5:16 | CMP - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 05102 - LEE, 04407 - STARKOV, 06002 - TAVERA |
| 2019-00053017 | 10/4/2019 7:33 | IMP - 1, ARR - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 04733 - RHEE, 05031 - DURAN, 04914 - RYAN, 04904 - ORTIZ, 01837 - MAYCOTT, 02823 - OLSON, 03633 - BOND, 04838 - OWN, 05016 - DELACRUZ, 05118 - TRAVNITZ |
| 2019-00052956 | 10/3/2019 19:10 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 06002 - TAVERA, 04971 - GUZMAN, 02108 - RINGOR, 02841 - MYERS, 04711 - PENA |
| 2019-00052817 | 10/3/2019 10:07 | CMP - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04914 - RYAN, 02841 - MYERS, 05031 - DURAN, 04838 - OWN, 04962 - LYGA, 05016 - DELACRUZ |
| 2019-00052650 | 10/2/2019 14:10 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2019-00052438 | 10/1/2019 13:49 | UTL - 1, RPT - 1 | N HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 02840 - RUDY, 04169 - DIAMOND, 05206 - COMP, 04267 - CUDWORTH, 04126 - MAITLAND, 03680 - DRUMMOND, 03840 - DUNCAN, 02795 - BEDO, 02841 - MYERS, 02698 - HUYNH, 06004 - ARBUCKLE, 03209 - GIVENS |
| 2019-00051794 | 9/28/2019 2:09 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 04953 - ANDERSON, 04266 - DIMENTO, 04526 - BENDER, 04407 - STARKOV |
| 2019-00051728 | 9/27/2019 16:49 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02019 - WITHERS |
| 2019-00051411 | 9/26/2019 11:37 | IMP - 1, RPT - 1 | N CANON DR / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER, 05118 - TRAVNITZ, 02547 - KOZIK, 02841 - MYERS, 05148 - FASULLO, 01837 - MAYCOTT, 03209 - GIVENS, 03438 - YAMADA, 04914 - RYAN, 04838 - OWN |
| 2019-00051317 | 9/26/2019 3:12 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 04806 - MORI |
| 2019-00051312 | 9/26/2019 1:29 | IMP - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05206 - COMP, 04526 - BENDER, 04711 - PENA, 04223 - CLAYTON, 05153 - STEINBAUM, 04393 - HANDLOS, 01235 - COLLERA, 04971 - GUZMAN, 04230 - EUDAVE, 04806 - MORI, 05102 - LEE, 04205 - MOLOZNIK, 04839 - NGUYENLIEU |
| 2019-00050926 | 9/24/2019 10:39 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI |
| 2019-00050755 | 9/23/2019 13:07 | IMP - 1, CMP - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 02840 - RUDY, 06004 - ARBUCKLE, 05103 - HOVHANNISYAN, 04940 - VANG, 04169 - DIAMOND, 04126 - MAITLAND, 04209 - CHAVEZ, 04279 - ARRIAGA, 02698 - HUYNH, 05117 - WHITTAKER |
| 2019-00050651 | 9/22/2019 21:39 | RPT - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04806 - MORI, 04924 - CARROTT, 05142 - CABRERA, 04616 - CONTRERAS, 04266 - DIMENTO, 04292 - FAIR, 04923 - SOPHAL, 04586 - LOBERG |
| 2019-00050556 | 9/22/2019 9:14 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 04678 - FALOSSI, 04940 - VANG, 02698 - HUYNH, 03461 - ORTH, 05117 - WHITTAKER, 04169 - DIAMOND |
| 2019-00050366 | 9/21/2019 14:11 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04940 - VANG |
| 2019-00050300 | 9/21/2019 6:56 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05118 - TRAVNITZ, 04768 - CASTRO, 05148 - FASULLO, 04940 - VANG, 04678 - FALOSSI, 03466 - COULTER, 04667 - FRISHMAN, 05117 - WHITTAKER |
| 2019-00050293 | 9/21/2019 3:46 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER, 04971 - GUZMAN |
| 2019-00049923 | 9/19/2019 19:24 | AST - 2 | PARK WAY / N RODEO DR, BEVERLY HILLS | ALPR HIT | | 04393 - HANDLOS, 04953 - ANDERSON, 04711 - PENA, 04526 - BENDER, 04407 - STARKOV, 02108 - RINGOR, 02820 - DUFOUR, 04941 - RAKOWSKI |
| 2019-00049850 | 9/19/2019 13:48 | IMP - 1, ARR - 1, AST - 1 | WILSHIRE BLVD / N OAKHURST DR, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 06001 - GONZALEZ, 05118 - TRAVNITZ, 05103 - HOVHANNISYAN, 04160 - NEWMAN, 02019 - WITHERS, 02108 - RINGOR, 04314 - MALAGUIT, 04904 - ORTIZ, 03329 - SUTTON, 03873 - JOHNSON, 02841 - MYERS, 03434 - PENADO, 01073 - GRIJALVA, 03142 - ORTIZ, 05148 - FASULLO, 01837 - MAYCOTT, 04446 - DOWNS |
| 2019-00049752 | 9/19/2019 8:16 | UNF - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | ALPR - CALLER/RP | 05016 - DELACRUZ, 00742 - SPEDDEN |
| 2019-00049451 | 9/17/2019 22:33 | REF - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05102 - LEE, 04205 - MOLOZNIK, 04923 - SOPHAL, 04404 - ROHANI, 04675 - BETHEAJONES, 01235 - COLLERA, 04230 - EUDAVE, 04445 - KALE, 04806 - MORI, 04393 - HANDLOS, 05142 - CABRERA, 04824 - HUYNH, 04711 - PENA, 04223 - CLAYTON, 05206 - COMP, 04394 - GREEN |
| 2019-00049321 | 9/17/2019 6:54 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03417 - RODRIGUEZ, 01951 - ADAMS, 04446 - DOWNS, 04940 - VANG, 04170 - LAWRENCE, 03840 - DUNCAN |
| 2019-00049199 | 9/16/2019 15:12 | IMP - 1, ARR - 2 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04733 - RHEE, 05117 - WHITTAKER, 04267 - CUDWORTH, 03417 - RODRIGUEZ, 01484 - TOMLIN, 01748 - KEENAGHAN, 04678 - FALOSSI |
| 2019-00049016 | 9/15/2019 17:55 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 04924 - CARROTT, 04800 - KRUG, 04169 - DIAMOND, 04923 - SOPHAL, 03461 - ORTH, 02803 - CHASE |
| 2019-00048629 | 9/13/2019 17:28 | ARR - 2 | S PALM DR / CHARLEVILLE BLVD, BEVERLY HILLS | ALPR HIT | | 05148 - FASULLO, 03840 - DUNCAN, 05103 - HOVHANNISYAN, 04160 - NEWMAN, 04485 - BEDINIAN, 04572 - LIANG, 02108 - RINGOR, 03329 - SUTTON, 02841 - MYERS, 01073 - GRIJALVA, 04914 - RYAN, 04733 - RHEE, 04962 - LYGA |
| 2019-00048082 | 9/12/2019 0:24 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 04830 - SANDIFER |
| 2019-00047920 | 9/11/2019 7:55 | CIT - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04838 - OWN, 04733 - RHEE, 04518 - TOM, 05148 - FASULLO, 04169 - DIAMOND, 03840 - DUNCAN, 04358 - PILICHOS, 02841 - MYERS, 01073 - GRIJALVA, 04485 - BEDINIAN, 01755 - KIM, 04335 - LEBER, 03410 - REYES, 03633 - BOND |
| 2019-00047676 | 9/10/2019 1:59 | UTL - 1 | OLYMPIC BLVD / SPALDING DR, BEVERLY HILLS | ALPR HIT | | 04445 - KALE, 06003 - ILUSORIO, 04941 - RAKOWSKI, 05102 - LEE, 04205 - MOLOZNIK |
| 2019-00047570 | 9/9/2019 14:13 | ARR - 1 | N BEVERLY DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 03461 - ORTH, 04940 - VANG |
| 2019-00047383 | 9/8/2019 21:56 | REF - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04616 - CONTRERAS, 04941 - RAKOWSKI, 04800 - KRUG, 05206 - COMP, 04394 - GREEN, 04292 - FAIR, 04806 - MORI, 04824 - HUYNH |
| 2019-00046686 | 9/5/2019 16:00 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05118 - TRAVNITZ, 04518 - TOM, 05103 - HOVHANNISYAN, 04160 - NEWMAN, 04743 - DANDREA, 04914 - RYAN, 03410 - REYES |
| 2019-00046587 | 9/5/2019 10:02 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 05118 - TRAVNITZ, 05103 - HOVHANNISYAN, 04160 - NEWMAN, 04485 - BEDINIAN, 05148 - FASULLO, 01073 - GRIJALVA, 04438 - CAMPOS, 03209 - GIVENS, 03494 - ARRIAGA, 03438 - YAMADA |
| 2019-00046226 | 9/3/2019 17:17 | BROADC - 1, IMP - 2 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04572 - LIANG, 02795 - BEDO, 04169 - DIAMOND, 03680 - DRUMMOND, 04267 - CUDWORTH, 03840 - DUNCAN, 06004 - ARBUCKLE, 04170 - LAWRENCE |
| 2019-00046145 | 9/3/2019 12:40 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 03680 - DRUMMOND, 04170 - LAWRENCE |
| 2019-00045753 | 9/1/2019 15:47 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04279 - ARRIAGA, 04768 - CASTRO, 24860 - DOWLING, 01748 - KEENAGHAN, 03438 - YAMADA, 02840 - RUDY, 04940 - VANG, 06004 - ARBUCKLE, 04446 - DOWNS, 04169 - DIAMOND, 05117 - WHITTAKER, 04838 - OWN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2019-00045447 | 8/30/2019 19:18 | AST - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 06002 - TAVERA, 04829 - BLAIR, 04526 - BENDER, 04407 - STARKOV, 04574 - SOLORZANO, 03845 - VELA |
| 2019-00045169 | 8/29/2019 13:47 | UTL - 1, IMP - 1, ARR - 3 | S ROBERTSON BLVD / W OLYMPIC BLVD, BEVERLY HILLS | ALPR HIT | | 05103 - HOVHANNISYAN, 04266 - DIMENTO, 05142 - CABRERA, 06004 - ARBUCKLE, 03368 - MCKIBBEN, 01748 - KEENAGHAN, 04830 - SANDIFER, 05118 - TRAVNITZ, 04733 - RHEE, 04941 - RAKOWSKI |
| 2019-00045023 | 8/28/2019 17:27 | ARR - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04733 - RHEE, 04703 - WILLIAMS, 02795 - BEDO, 02747 - WELLER, 01951 - ADAMS, 02840 - RUDY, 04768 - CASTRO, 05102 - LEE, 04205 - MOLOZNIK, 04267 - CUDWORTH |
| 2019-00044963 | 8/28/2019 13:54 | IMP - 1, RPT - 1 | S SHENANDOAH ST / WHITWORTH DR, LOS ANGELES | ALPR HIT | | 03840 - DUNCAN, 04904 - ORTIZ, 04267 - CUDWORTH |
| 2019-00044228 | 8/24/2019 23:21 | IMP - 1, ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 04712 - BROMLEY, 04407 - STARKOV, 04526 - BENDER, 04407 - STARKOV, 04292 - FAIR, 01628 - ROUTT, 04405 - DIBBLE, 04829 - BLAIR |
| 2019-00043756 | 8/22/2019 22:55 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04829 - BLAIR |
| 2019-00043049 | 8/20/2019 4:40 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04734 - REEVES, 05102 - LEE, 04205 - MOLOZNIK |
| 2019-00042160 | 8/15/2019 21:53 | RPT - 2 | N RODEO DR / S SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 05031 - DURAN, 04616 - CONTRERAS, 06002 - TAVERA, 04924 - CARROTT, 04824 - HUYNH, 05206 - COMP, 04407 - STARKOV, 04838 - OWN, 02927 - HAYES |
| 2019-00041708 | 8/14/2019 4:29 | ARR - 1 | GREGORY WAY / S LA CIENEGA BLVD, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04806 - MORI, 05148 - FASULLO, 04393 - HANDLOS, 05102 - LEE, 04205 - MOLOZNIK, 04675 - BETHEAJONES, 04230 - EUDAVE |
| 2019-00041265 | 8/12/2019 8:40 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04170 - LAWRENCE, 06001 - GONZALEZ, 04940 - VANG |
| 2019-00041165 | 8/11/2019 15:28 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04940 - VANG, 04279 - ARRIAGA, 02698 - HUYNH, 04446 - DOWNS, 02820 - DUFOUR, 01755 - KIM, 04914 - RYAN, 06001 - GONZALEZ, 06004 - ARBUCKLE |
| 2019-00041115 | 8/11/2019 9:42 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 06001 - GONZALEZ |
| 2019-00040914 | 8/10/2019 1:21 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05031 - DURAN |
| 2019-00040712 | 8/9/2019 9:19 | UTL - 1 | S ROBERTSON BLVD / W OLYMPIC BLVD, BEVERLY HILLS | ALPR HIT | | 05103 - HOVHANNISYAN, 04266 - DIMENTO, 06004 - ARBUCKLE, 04485 - BEDINIAN |
| 2019-00040627 | 8/8/2019 19:07 | RPT - 1 | N SANTA MONICA BLVD / N RODEO DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04838 - OWN, 04829 - BLAIR, 05117 - WHITTAKER, 05031 - DURAN, 04407 - STARKOV, 04572 - LIANG, 03368 - MCKIBBEN, 02108 - RINGOR, 04574 - SOLORZANO, 06002 - TAVERA |
| 2019-00040624 | 8/8/2019 18:35 | UTL - 1 | HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | |
| 2019-00040482 | 8/7/2019 22:40 | RPT - 1 | N RODEO DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04230 - EUDAVE, 04518 - TOM, 04924 - CARROTT |
| 2019-00040385 | 8/7/2019 11:41 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 05103 - HOVHANNISYAN, 04266 - DIMENTO, 02795 - BEDO, 01951 - ADAMS, 04734 - REEVES, 04160 - NEWMAN, 04768 - CASTRO |
| 2019-00040169 | 8/6/2019 9:22 | ARR - 1 | OLYMPIC BLVD / S DOHENY DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 02698 - HUYNH, 04940 - VANG, 03461 - ORTH, 02820 - DUFOUR, 04446 - DOWNS, 04267 - CUDWORTH |
| 2019-00040158 | 8/6/2019 8:42 | UTL - 1 | OLYMPIC BLVD / SPALDING DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 06001 - GONZALEZ |
| 2019-00040152 | 8/6/2019 7:49 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 06001 - GONZALEZ |
| 2019-00040101 | 8/5/2019 21:47 | REF - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 05148 - FASULLO, 04394 - GREEN, 04292 - FAIR, 04675 - BETHEAJONES, 01235 - COLLERA, 06003 - ILUSORIO, 04941 - RAKOWSKI, 05016 - DELACRUZ, 04806 - MORI, 04445 - KALE, 04962 - LYGA |
| 2019-00039767 | 8/3/2019 20:23 | GOA - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ, 04407 - STARKOV, 04405 - DIBBLE, 04800 - KRUG, 04829 - BLAIR |
| 2019-00039646 | 8/2/2019 19:28 | IMP - 1, RPT - 1 | WHITWORTH DR / S BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 02927 - HAYES, 01628 - ROUTT, 04829 - BLAIR |
| 2019-00039614 | 8/2/2019 16:51 | RPT - 1 | WILSHIRE BLVD / N OAKHURST DR, BEVERLY HILLS | ALPR HIT | | 06004 - ARBUCKLE, 05103 - HOVHANNISYAN, 04266 - DIMENTO, 04485 - BEDINIAN, 02019 - WITHERS, 02108 - RINGOR, 02547 - KOZIK, 04971 - GUZMAN, 04830 - SANDIFER, 05016 - DELACRUZ, 05142 - CABRERA, 04169 - DIAMOND, 05118 - TRAVNITZ |
| 2019-00039214 | 7/31/2019 16:49 | IMP - 1, ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 00742 - SPEDDEN, 03410 - REYES, 03438 - YAMADA, 04169 - DIAMOND, 03840 - DUNCAN, 04292 - FAIR, 05103 - HOVHANNISYAN, 04266 - DIMENTO, 04734 - REEVES, 04160 - NEWMAN, 05142 - CABRERA, 03680 - DRUMMOND, 04267 - CUDWORTH, 04703 - WILLIAMS, 04743 - DANDREA, 04358 - PILICHOS, 04904 - ORTIZ, 02747 - WELLER, 03434 - PENADO, 02547 - KOZIK, 03142 - ORTIZ, 04170 - LAWRENCE |
| 2019-00038868 | 7/29/2019 19:48 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04806 - MORI |
| 2019-00038394 | 7/27/2019 1:17 | IMP - 1, ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 06002 - TAVERA, 05117 - WHITTAKER, 04829 - BLAIR, 04586 - LOBERG, 04838 - OWN, 04953 - ANDERSON, 04914 - RYAN, 04940 - VANG, 05118 - TRAVNITZ, 04438 - CAMPOS, 02927 - HAYES, 01628 - ROUTT, 02841 - MYERS, 85760 - ANDERSON, 01755 - KIM, 03845 - VELA, 02988 - MATTESON, 02840 - RUDY, 04616 - CONTRERAS, 05031 - DURAN, 06004 - ARBUCKLE, 04485 - BEDINIAN |
| 2019-00038211 | 7/26/2019 3:10 | IMP - 1 | N SWALL DR / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04438 - CAMPOS |
| 2019-00038207 | 7/26/2019 1:52 | RPT - 1 | 132 S SWALL DR, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 04586 - LOBERG, 04407 - STARKOV, 04438 - CAMPOS |
| 2019-00037233 | 7/21/2019 15:27 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN |
| 2019-00037006 | 7/20/2019 10:47 | CANCEL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04914 - RYAN, 04485 - BEDINIAN |
| 2019-00036778 | 7/18/2019 22:29 | NPA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS |
| 2019-00035912 | 7/14/2019 18:10 | UTL - 1, GOA - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI |
| 2019-00034722 | 7/8/2019 12:11 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI |
| 2019-00034620 | 7/7/2019 20:13 | ARR - 1 | 9850 WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 05102 - LEE, 04394 - GREEN, 04314 - MALAGUIT, 02988 - MATTESON, 04800 - KRUG, 05016 - DELACRUZ, 04962 - LYGA, 06003 - ILUSORIO |
| 2019-00034564 | 7/7/2019 13:44 | RPT - 1 | N BEVERLY DR / S SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 05118 - TRAVNITZ, 04711 - PENA, 04446 - DOWNS |
| 2019-00034471 | 7/6/2019 23:37 | RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 05016 - DELACRUZ, 04800 - KRUG, 04941 - RAKOWSKI, 04829 - BLAIR, 05031 - DURAN, 04574 - SOLORZANO, 03845 - VELA |
| 2019-00034429 | 7/6/2019 15:54 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 05118 - TRAVNITZ, 04830 - SANDIFER, 04169 - DIAMOND |
| 2019-00034295 | 7/5/2019 18:15 | ARR - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 02803 - CHASE, 04574 - SOLORZANO, 03840 - DUNCAN, 04924 - CARROTT, 04824 - HUYNH, 05103 - HOVHANNISYAN, 04266 - DIMENTO, 04971 - GUZMAN, 04169 - DIAMOND, 03368 - MCKIBBEN, 02841 - MYERS |
| 2019-00034168 | 7/5/2019 6:35 | UTL - 1 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN |
| 2019-00033779 | 7/3/2019 7:13 | AST - 1, RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02840 - RUDY, 04678 - FALOSSI, 05142 - CABRERA, 03680 - DRUMMOND, 04734 - REEVES, 04160 - NEWMAN, 04169 - DIAMOND, 01748 - KEENAGHAN, 04335 - LEBER, 02800 - PEREZ J. |
| 2019-00033635 | 7/2/2019 12:00 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 06001 - GONZALEZ, 04617 - PEREZ C. |
| 2019-00033355 | 6/30/2019 19:10 | IMP - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 05102 - LEE, 04394 - GREEN, 04314 - MALAGUIT, 02841 - MYERS, 04405 - DIBBLE, 04205 - MOLOZNIK, 04712 - BROMLEY, 06003 - ILUSORIO |
| 2019-00032587 | 6/26/2019 6:32 | ARR - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 03072 - THURMAN, 04170 - LAWRENCE, 05103 - HOVHANNISYAN, 04266 - DIMENTO, 05117 - WHITTAKER, 03840 - DUNCAN |
| 2019-00032585 | 6/26/2019 6:15 | ARR - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 03072 - THURMAN, 04170 - LAWRENCE, 05103 - HOVHANNISYAN, 04266 - DIMENTO, 05117 - WHITTAKER, 03840 - DUNCAN |
| 2019-00032414 | 6/25/2019 4:37 | RPT - 1 | 450 TROUSDALE PL, BEVERLY HILLS | ALPR HIT | | 04806 - MORI, 04941 - RAKOWSKI, 04205 - MOLOZNIK |
| 2019-00032110 | 6/23/2019 13:42 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04114 - ASHABI |
| 2019-00032055 | 6/23/2019 5:28 | ARR - 2 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04314 - MALAGUIT, 04438 - CAMPOS, 03461 - ORTH, 04574 - SOLORZANO, 04446 - DOWNS, 05031 - DURAN, 04829 - BLAIR, 05016 - DELACRUZ, 04586 - LOBERG, 04616 - CONTRERAS |
| 2019-00031646 | 6/21/2019 3:56 | GOA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | 610 - CALLER/RP | 04924 - CARROTT, 04526 - BENDER, 04407 - STARKOV |
| 2019-00031569 | 6/20/2019 15:57 | GOA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER |
| 2019-00031014 | 6/17/2019 23:31 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 02988 - MATTESON |
| 2019-00031013 | 6/17/2019 23:05 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04941 - RAKOWSKI, 02988 - MATTESON, 04962 - LYGA |
| 2019-00031011 | 6/17/2019 22:43 | UTL - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04962 - LYGA, 04941 - RAKOWSKI |
| 2019-00030779 | 6/16/2019 21:55 | CANCEL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 06003 - ILUSORIO |
| 2019-00029448 | 6/9/2019 20:43 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04405 - DIBBLE, 04712 - BROMLEY, 04962 - LYGA, 04518 - TOM, 05103 - HOVHANNISYAN, 04205 - MOLOZNIK, 04314 - MALAGUIT, 04209 - CHAVEZ |
| 2019-00029152 | 6/8/2019 10:25 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER, 05118 - TRAVNITZ, 04953 - ANDERSON, 06001 - GONZALEZ |
| 2019-00029079 | 6/7/2019 21:26 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 06002 - TAVERA, 04573 - HORST |
| 2019-00028912 | 6/7/2019 7:26 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 04678 - FALOSSI, 04734 - REEVES, 05102 - LEE, 04160 - NEWMAN |
| 2019-00027971 | 6/2/2019 4:21 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 04407 - STARKOV, 05016 - DELACRUZ, 04712 - BROMLEY, 04292 - FAIR, 04314 - MALAGUIT, 02927 - HAYES, 03845 - VELA, 04800 - KRUG |
| 2019-00027954 | 6/2/2019 1:37 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 04616 - CONTRERAS, 04407 - STARKOV, 04314 - MALAGUIT, 04438 - CAMPOS, 02927 - HAYES, 04574 - SOLORZANO, 05016 - DELACRUZ, 04712 - BROMLEY |
| 2019-00027854 | 6/1/2019 12:16 | IMP - 1, ARR - 1 | 9300 CIVIC CENTER DR, BEVERLY HILLS | ALPR HIT | | 04953 - ANDERSON, 04923 - SOPHAL, 03989 - LOMELI, 04914 - RYAN, 02936 - HYON, 04446 - DOWNS, 06001 - GONZALEZ, 04830 - SANDIFER, 05118 - TRAVNITZ |
| 2019-00027832 | 6/1/2019 10:21 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 06001 - GONZALEZ, 04914 - RYAN |
| 2019-00027800 | 6/1/2019 5:02 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 04573 - HORST, 04924 - CARROTT, 06002 - TAVERA, 05016 - DELACRUZ, 04438 - CAMPOS, 02927 - HAYES, 02841 - MYERS, 05031 - DURAN |
| 2019-00027642 | 5/31/2019 10:37 | RPT - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 04734 - REEVES, 04830 - SANDIFER, 03410 - REYES |
| 2019-00027240 | 5/29/2019 12:12 | EMR - 1, ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 05117 - WHITTAKER, 03840 - DUNCAN, 05118 - TRAVNITZ, 04119 - DIAMOND, 01951 - ADAMS, 04446 - DOWNS, 04734 - REEVES |
| 2019-00026921 | 5/28/2019 6:22 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 01951 - ADAMS, 02820 - DUFOUR, 04962 - LYGA, 05142 - CABRERA, 04267 - CUDWORTH, 05117 - WHITTAKER, 03840 - DUNCAN, 04446 - DOWNS |
| 2019-00026487 | 5/25/2019 17:50 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04953 - ANDERSON |
| 2019-00025560 | 5/21/2019 1:30 | AST - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05148 - FASULLO, 04445 - KALE, 05103 - HOVHANNISYAN, 04205 - MOLOZNIK, 04314 - MALAGUIT, 03841 - BILLINGSLEY, 04941 - RAKOWSKI, 06003 - ILUSORIO, 04962 - LYGA, 04230 - EUDAVE |
| 2019-00025135 | 5/18/2019 18:17 | | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 04407 - STARKOV, 04405 - DIBBLE, 04712 - BROMLEY |
| 2019-00024014 | 5/13/2019 9:45 | IMP - 1, ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04743 - DANDREA, 04358 - PILICHOS, 04279 - ARRIAGA, 02820 - DUFOUR, 05148 - FASULLO, 04267 - CUDWORTH, 05117 - WHITTAKER, 03840 - DUNCAN |
| 2019-00023979 | 5/13/2019 4:22 | ARR - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 04314 - MALAGUIT, 02988 - MATTESON, 06003 - ILUSORIO, 04518 - TOM, 04712 - BROMLEY |
| 2019-00023674 | 5/11/2019 11:06 | CANCEL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER, 04518 - TOM |
| 2019-00021381 | 4/29/2019 10:57 | ARR - 2 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 04734 - REEVES, 03840 - DUNCAN, 05148 - FASULLO, 04267 - CUDWORTH, 06001 - GONZALEZ, 03329 - SUTTON, 02795 - BEDO, 04170 - LAWRENCE, 03461 - ORTH, 03410 - REYES, 04119 - DIAMOND |
| 2019-00020042 | 4/22/2019 10:57 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 04962 - LYGA, 04806 - MORI, 04734 - REEVES, 03840 - DUNCAN, 04743 - DANDREA, 03329 - SUTTON, 04358 - PILICHOS, 02698 - HUYNH, 04953 - ANDERSON, 02820 - DUFOUR, 03410 - REYES, 04170 - LAWRENCE, 04119 - DIAMOND, 04711 - PENA, 06001 - GONZALEZ |
| 2019-00019352 | 4/18/2019 16:57 | RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 04971 - GUZMAN, 04733 - RHEE, 02019 - WITHERS, 03410 - REYES, 02800 - PEREZ J. |
| 2019-00019254 | 4/18/2019 10:57 | CMP - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03410 - REYES, 02800 - PEREZ J., 04169 - DIAMOND, 04971 - GUZMAN, 02747 - WELLER, 06004 - ARBUCKLE, 24860 - DOWLING |
| 2019-00018824 | 4/16/2019 12:03 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 06001 - GONZALEZ |
| 2019-00018593 | 4/15/2019 10:24 | IMP - 1, ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04734 - REEVES, 03840 - DUNCAN, 06001 - GONZALEZ, 04279 - ARRIAGA, 03142 - ORTIZ, 01951 - ADAMS, 04678 - FALOSSI, 04914 - RYAN, 04446 - DOWNS |
| 2019-00018459 | 4/14/2019 16:09 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 04953 - ANDERSON, 04940 - VANG, 06001 - GONZALEZ |
| 2019-00018112 | 4/12/2019 16:23 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04266 - DIMENTO, 04160 - NEWMAN, 06004 - ARBUCKLE |
| 2019-00017934 | 4/11/2019 18:19 | CANCEL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI |
| 2019-00017003 | 4/8/2019 8:38 | RPT - 1 | BRIGHTON WAY / N RODEO DR, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04734 - REEVES, 03840 - DUNCAN, 01951 - ADAMS, 04446 - DOWNS |
| 2019-00016494 | 4/4/2019 18:02 | IMP - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05117 - WHITTAKER, 04839 - NGUYENLIEU, 05118 - TRAVNITZ, 03680 - DRUMMOND, 04572 - LIANG, 02927 - HAYES, 03368 - MCKIBBEN, 02108 - RINGOR, 04667 - FRISHMAN, 04169 - DIAMOND, 04394 - GREEN |
| 2019-00015658 | 4/1/2019 8:14 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04119 - DIAMOND |
| 2019-00014590 | 3/26/2019 15:28 | IMP - 1, ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 02462 - HERNANDEZ, 02820 - DUFOUR, 04119 - DIAMOND, 04169 - DIAMOND, 03840 - DUNCAN, 04733 - RHEE, 04445 - KALE |
| 2019-00014115 | 3/24/2019 11:53 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 05117 - WHITTAKER, 04839 - NGUYENLIEU |
| 2019-00013164 | 3/19/2019 5:04 | UTL - 1, GOA - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 04806 - MORI, 04394 - GREEN, 04941 - RAKOWSKI |
| 2019-00013097 | 3/18/2019 20:06 | CKOK - 1 | 308 SPALDING DR, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ, 06003 - ILUSORIO |
| 2019-00011807 | 3/12/2019 21:29 | UTL - 1 | S SANTA MONICA BLVD / N CRESCENT DR, BEVERLY HILLS | ALPR HIT | MOLOZNIK, FTO - CALLER/RP | 04734 - REEVES, 04806 - MORI |
| 2019-00011775 | 3/12/2019 16:59 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 03209 - GIVENS, 04572 - LIANG, 02627 - MADER, 03072 - THURMAN, 04267 - CUDWORTH, 05117 - WHITTAKER, 04169 - DIAMOND |
| 2019-00011593 | 3/11/2019 17:13 | ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04169 - DIAMOND, 04267 - CUDWORTH, 04712 - BROMLEY, 02795 - BEDO, 03461 - ORTH, 04574 - SOLORZANO, 02800 - PEREZ J., 02840 - RUDY |
| 2019-00011587 | 3/11/2019 16:30 | | N CAMDEN DR / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2019-00011465 | 3/11/2019 3:23 | IMP - 1, CKOK - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04830 - SANDIFER, 04971 - GUZMAN, 04829 - BLAIR, 04675 - BETHEAJONES, 03461 - ORTH, 04941 - RAKOWSKI |
| 2019-00011257 | 3/9/2019 11:32 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04678 - FALOSSI, 06002 - TAVERA, 04518 - TOM, 04405 - DIBBLE, 06001 - GONZALEZ |
| 2019-00010801 | 3/7/2019 7:42 | IMP - 1, ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04266 - DIMENTO, 05116 - CAM, 04160 - NEWMAN, 04616 - CONTRERAS, 06002 - TAVERA, 02547 - KOZIK, 01755 - KIM, 04962 - LYGA |
| 2019-00010068 | 3/3/2019 0:58 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER, 04829 - BLAIR, 03368 - MCKIBBEN, 04953 - ANDERSON, 04924 - CARROTT, 04971 - GUZMAN, 04407 - STARKOV, 04941 - RAKOWSKI, 05031 - DURAN |
| 2019-00009910 | 3/1/2019 19:59 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04953 - ANDERSON, 05031 - DURAN |
| 2019-00009652 | 2/28/2019 19:28 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05117 - WHITTAKER, 04394 - GREEN |
| 2019-00009074 | 2/25/2019 19:16 | IMP - 1, RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | 4L41 - CALLER/RP | 04829 - BLAIR, 04230 - EUDAVE, 04806 - MORI, 04209 - CHAVEZ, 04830 - SANDIFER, 04223 - CLAYTON |
| 2019-00007520 | 2/17/2019 12:06 | CKOK - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04940 - VANG, 04169 - DIAMOND, 02931 - BALLEWEG, 02698 - HUYNH, 04914 - RYAN, 06001 - GONZALEZ, 04800 - KRUG, 04712 - BROMLEY |
| 2019-00006390 | 2/10/2019 14:19 | BROADC - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH |
| 2019-00005980 | 2/7/2019 20:14 | IMP - 1, ARR - 1, AST - 2, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04953 - ANDERSON, 04407 - STARKOV, 04573 - HORST, 06004 - ARBUCKLE, 04526 - BENDER, 05117 - WHITTAKER, 04394 - GREEN, 05118 - TRAVNITZ, 04119 - DIAMOND, 02019 - WITHERS, 02926 - JEFFRIES, 02108 - RINGOR, 01628 - ROUTT, 01628 - ROUTT, 02936 - HYON |
| 2019-00005902 | 2/7/2019 14:00 | GOA - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 04733 - RHEE |
| 2019-00005589 | 2/6/2019 4:08 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04711 - PENA |
| 2019-00005305 | 2/4/2019 11:08 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04800 - KRUG |
| 2019-00005003 | 2/1/2019 21:44 | RPT - 1 | OLYMPIC BLVD / S BEDFORD DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04734 - REEVES, 04205 - MOLOZNIK, 04953 - ANDERSON, 05117 - WHITTAKER, 04394 - GREEN, 04119 - DIAMOND |
| 2019-00004946 | 2/1/2019 15:33 | IMP - 1, AST - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04485 - BEDINIAN, 04962 - LYGA, 01748 - KEENAGHAN, 02224 - WEST, 04526 - BENDER, 04407 - STARKOV |
| 2019-00004359 | 1/29/2019 13:54 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02840 - RUDY, 04962 - LYGA, 04678 - FALOSSI, 06002 - TAVERA, 04940 - VANG, 06003 - ILUSORIO, 04169 - DIAMOND, 04703 - WILLIAMS, 04358 - PILICHOS, 02931 - BALLEWEG, 03417 - RODRIGUEZ, 04712 - BROMLEY |
| 2019-00004213 | 1/28/2019 17:14 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04169 - DIAMOND, 06002 - TAVERA, 03840 - DUNCAN, 04279 - ARRIAGA, 04358 - PILICHOS, 01951 - ADAMS, 04940 - VANG, 04712 - BROMLEY, 04678 - FALOSSI |
| 2019-00003854 | 1/26/2019 14:09 | IMP - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04733 - RHEE, 04923 - SOPHAL, 04914 - RYAN, 04070 - EVANS, 04616 - CONTRERAS, 04518 - TOM, 04678 - FALOSSI |
| 2019-00003750 | 1/25/2019 17:04 | IMP - 1, ARR - 2 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 05031 - DURAN, 04160 - NEWMAN, 02019 - WITHERS, 02926 - JEFFRIES, 04485 - BEDINIAN, 03410 - REYES, 04526 - BENDER, 04407 - STARKOV |
| 2019-00002755 | 1/19/2019 16:05 | RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04485 - BEDINIAN, 04800 - KRUG, 01748 - KEENAGHAN, 04914 - RYAN |
| 2019-00002679 | 1/19/2019 2:18 | IMP - 1, AST - 1 | WILSHIRE BLVD / SAN VICENTE BLVD, BEVERLY HILLS | ALPR HIT | | 04839 - NGUYENLIEU, 05016 - DELACRUZ, 04407 - STARKOV, 06004 - ARBUCKLE, 04394 - GREEN, 06002 - TAVERA, 04119 - DIAMOND, 04928 - MEDINA, 02820 - DUFOUR, 04953 - ANDERSON |
| 2019-00002672 | 1/19/2019 0:53 | IMP - 1, ARR - 1 | HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 02820 - DUFOUR, 04839 - NGUYENLIEU, 05016 - DELACRUZ, 04407 - STARKOV, 06004 - ARBUCKLE, 04394 - GREEN, 06001 - GONZALEZ, 04205 - MOLOZNIK, 06002 - TAVERA, 04119 - DIAMOND, 04928 - MEDINA |
| 2019-00000799 | 1/6/2019 20:58 | RPT - 1 | 239 N CRESCENT DR, BEVERLY HILLS | ALPR HIT | | 04393 - HANDLOS, 04830 - SANDIFER, 04829 - BLAIR, 04209 - CHAVEZ |
| 2019-00000431 | 1/3/2019 20:01 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04953 - ANDERSON |
| 2019-00000294 | 1/3/2019 1:40 | IMP - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 06001 - GONZALEZ, 04205 - MOLOZNIK, 01235 - COLLERA, 06002 - TAVERA, 04119 - DIAMOND, 03841 - BILLINGSLEY, 05031 - DURAN, 04806 - MORI, 04711 - PENA, 04393 - HANDLOS, 06004 - ARBUCKLE, 04394 - GREEN |
| 2018-00069922 | 12/22/2018 10:26 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 04800 - KRUG, 04678 - FALOSSI |
| 2018-00069496 | 12/20/2018 6:19 | IMP - 1, RPT - 1 | WILSHIRE BLVD / N ALMONT DR, BEVERLY HILLS | ALPR HIT | | 04962 - LYGA, 04667 - FRISHMAN, 03611 - SIMMONS, 02547 - KOZIK, 01748 - KEENAGHAN, 04733 - RHEE, 06003 - ILUSORIO, 04160 - NEWMAN |
| 2018-00069487 | 12/20/2018 2:16 | NPA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04711 - PENA |
| 2018-00068982 | 12/17/2018 8:37 | IMP - 1, ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04446 - DOWNS, 03840 - DUNCAN, 04940 - VANG, 02931 - BALLEWEG, 02698 - HUYNH, 04712 - BROMLEY |
| 2018-00068942 | 12/16/2018 23:19 | ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04393 - HANDLOS, 05016 - DELACRUZ, 04675 - BETHEAJONES, 03461 - ORTH, 04953 - ANDERSON, 04941 - RAKOWSKI, 04971 - GUZMAN, 04829 - BLAIR |
| 2018-00068790 | 12/16/2018 6:44 | UTL - 1, GOA - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 04914 - RYAN |
| 2018-00068751 | 12/16/2018 0:06 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 04829 - BLAIR |
| 2018-00066540 | 12/4/2018 16:23 | EMR - 1, IMP - 1, ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 02961 - ARAULLO, 02931 - BALLEWEG, 02840 - RUDY, 04170 - LAWRENCE, 04169 - DIAMOND |
| 2018-00066294 | 12/3/2018 13:26 | IMP - 1, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 04712 - BROMLEY, 04678 - FALOSSI, 04940 - VANG, 02931 - BALLEWEG, 04170 - LAWRENCE, 02840 - RUDY, 04586 - LOBERG, 04446 - DOWNS, 04169 - DIAMOND |
| 2018-00066043 | 12/1/2018 19:52 | GOA - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER |
| 2018-00065979 | 12/1/2018 10:17 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI |
| 2018-00065795 | 11/30/2018 8:35 | RPT - 1 | CARLA RIDGE / LOMA VISTA DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 06002 - TAVERA, 04266 - DIMENTO, 06001 - GONZALEZ, 04160 - NEWMAN, 04667 - FRISHMAN, 02747 - WELLER, 04405 - DIBBLE, 02224 - WEST |
| 2018-00065320 | 11/27/2018 17:09 | UTL - 1, GOA - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 06004 - ARBUCKLE, 03840 - DUNCAN, 04446 - DOWNS, 02840 - RUDY |
| 2018-00064248 | 11/21/2018 4:32 | ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04806 - MORI, 04941 - RAKOWSKI, 04711 - PENA, 04838 - OWN, 04205 - MOLOZNIK, 04675 - BETHEAJONES, 04971 - GUZMAN, 04393 - HANDLOS |
| 2018-00063835 | 11/19/2018 2:32 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04838 - OWN, 04393 - HANDLOS, 04941 - RAKOWSKI, 03461 - ORTH, 04830 - SANDIFER, 05016 - DELACRUZ |
| 2018-00063073 | 11/14/2018 14:28 | IMP - 1, ARR - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 06004 - ARBUCKLE, 03840 - DUNCAN, 06002 - TAVERA, 04266 - DIMENTO, 06001 - GONZALEZ, 04160 - NEWMAN, 04170 - LAWRENCE, 04572 - LIANG, 04962 - LYGA |
| 2018-00063049 | 11/14/2018 12:38 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2018-00061533 | 11/5/2018 22:37 | ARR - 1, RPT - 1 | CHALMERS DR / S WOOSTER ST, LOS ANGELES | ALPR HIT | | 04830 - SANDIFER, 04829 - BLAIR, 04806 - MORI, 04711 - PENA, 04393 - HANDLOS, 05016 - DELACRUZ, 04941 - RAKOWSKI, 04971 - GUZMAN, 04675 - BETHEAJONES, 01235 - COLLERA, 03461 - ORTH, 02988 - MATTESON |
| 2018-00061260 | 11/4/2018 17:50 | RPT - 1 | WILSHIRE BLVD / S RODEO DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04267 - CUDWORTH, 04712 - BROMLEY, 04292 - FAIR, 01951 - ADAMS, 02698 - HUYNH, 04800 - KRUG |
| 2018-00060955 | 11/2/2018 19:57 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 06003 - ILUSORIO, 04119 - DIAMOND, 02820 - DUFOUR, 04169 - DIAMOND, 04526 - BENDER, 04407 - STARKOV, 04962 - LYGA |
| 2018-00060174 | 10/30/2018 4:07 | UTL - 1, GOA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 05016 - DELACRUZ |
| 2018-00059932 | 10/29/2018 7:40 | ARR - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04984 - GONZALEZ, 04169 - DIAMOND, 06004 - ARBUCKLE, 03840 - DUNCAN, 04800 - KRUG, 04586 - LOBERG, 04446 - DOWNS, 04070 - EVANS, 04712 - BROMLEY |
| 2018-00058748 | 10/22/2018 21:37 | ARR - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 04806 - MORI, 05016 - DELACRUZ, 04830 - SANDIFER, 04829 - BLAIR, 04292 - FAIR, 04928 - MEDINA, 01235 - COLLERA, 02988 - MATTESON, 04711 - PENA, 04838 - OWN, 04393 - HANDLOS, 04223 - CLAYTON |
| 2018-00057939 | 10/18/2018 19:10 | GOA - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 05031 - DURAN, 04963 - BURKE, 04839 - NGUYENLIEU, 03449 - ARMOUR |
| 2018-00057929 | 10/18/2018 18:39 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02800 - PEREZ J., 05031 - DURAN, 04963 - BURKE, 04839 - NGUYENLIEU |
| 2018-00057579 | 10/17/2018 6:30 | UTL - 1 | HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04962 - LYGA |
| 2018-00057519 | 10/16/2018 17:39 | | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 04800 - KRUG |
| 2018-00056994 | 10/14/2018 8:13 | EMR - 1, ARR - 2 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 04712 - BROMLEY, 02931 - BALLEWEG, 04572 - LIANG, 04446 - DOWNS, 02800 - PEREZ J., 04940 - VANG, 04586 - LOBERG |
| 2018-00056966 | 10/14/2018 0:59 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN |
| 2018-00056922 | 10/13/2018 19:17 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04829 - BLAIR, 04963 - BURKE, 04839 - NGUYENLIEU, 04924 - CARROTT, 04830 - SANDIFER, 04971 - GUZMAN |
| 2018-00055449 | 10/5/2018 12:56 | ARR - 1 | 200 N BEVERLY DR, BEVERLY HILLS | ALPR HIT | FIGUEROA, JOSE RICARDO - PCO; PITKIN, BRICE J - PCO | 04678 - FALOSSI, 04914 - RYAN, 03142 - ORTIZ, 03466 - COULTER, 03562 - ARRIAGA, 04616 - CONTRERAS, 02803 - CHASE, 02224 - WEST, 03072 - THURMAN |
| 2018-00055003 | 10/3/2018 7:12 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ |
| 2018-00054918 | 10/2/2018 14:39 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04984 - GONZALEZ, 04169 - DIAMOND |
| 2018-00053851 | 9/27/2018 0:35 | | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04806 - MORI |
| 2018-00052718 | 9/21/2018 16:51 | ARR - 2 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04678 - FALOSSI, 04616 - CONTRERAS, 03466 - COULTER, 03680 - DRUMMOND |
| 2018-00052684 | 9/21/2018 14:13 | ARR - 2 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04678 - FALOSSI, 04616 - CONTRERAS, 03466 - COULTER, 03680 - DRUMMOND |
| 2018-00052526 | 9/20/2018 19:48 | UTL - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 04963 - BURKE, 04839 - NGUYENLIEU |
| 2018-00051692 | 9/16/2018 21:29 | ARR - 1 | N LA CIENEGA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ, 04941 - RAKOWSKI, 04830 - SANDIFER, 04292 - FAIR, 04928 - MEDINA, 04209 - CHAVEZ, 04971 - GUZMAN |
| 2018-00051075 | 9/13/2018 10:49 | IMP - 1, ARR - 1 | N SANTA MONICA BLVD / WALDEN DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04335 - LEBER, 03873 - JOHNSON, 03466 - COULTER, 04405 - DIBBLE, 04733 - RHEE, 04266 - DIMENTO, 04678 - FALOSSI |
| 2018-00050736 | 9/11/2018 19:47 | CKOK - 1 | S ELM DR / CHARLEVILLE BLVD, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 03841 - BILLINGSLEY, 04393 - HANDLOS |
| 2018-00050706 | 9/11/2018 16:04 | IMP - 1, ARR - 1 | DAYTON WAY / N CRESCENT DR, BEVERLY HILLS | ALPR HIT | | 04266 - DIMENTO, 04169 - DIAMOND, 04446 - DOWNS, 04225 - BARTON, 04314 - MALAGUIT |
| 2018-00050579 | 9/11/2018 1:47 | REF - 1 | 464 N REXFORD DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT |
| 2018-00050494 | 9/10/2018 14:55 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 02165 - SCHMIDT |
| 2018-00050044 | 9/8/2018 2:08 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04963 - BURKE, 04928 - MEDINA, 03368 - MCKIBBEN, 01628 - ROUTT, 05031 - DURAN, 04119 - DIAMOND, 04829 - BLAIR, 04526 - BENDER, 04824 - HUYNH, 04830 - SANDIFER, 04800 - KRUG |
| 2018-00049713 | 9/6/2018 15:08 | ARR - 1 | WHITTIER DR / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02936 - HYON, 02224 - WEST, 04485 - BEDINIAN, 04170 - LAWRENCE, 04914 - RYAN, 04404 - ROHANI, 04405 - DIBBLE |
| 2018-00049673 | 9/6/2018 12:46 | EMR - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04743 - DANDREA, 03466 - COULTER, 04616 - CONTRERAS, 02224 - WEST, 03461 - ORTH, 04485 - BEDINIAN, 04733 - RHEE |
| 2018-00047426 | 8/27/2018 10:11 | FI - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 01951 - ADAMS, 04830 - SANDIFER, 04971 - GUZMAN |
| 2018-00046470 | 8/22/2018 15:17 | IMP - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04839 - NGUYENLIEU, 04712 - BROMLEY, 05016 - DELACRUZ, 03840 - DUNCAN, 05031 - DURAN, 04119 - DIAMOND, 04971 - GUZMAN, 03141 - FUKUJI, 02936 - HYON |
| 2018-00045576 | 8/18/2018 14:49 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 02926 - JEFFRIES, 03466 - COULTER, 04800 - KRUG, 01837 - MAYCOTT, 04733 - RHEE, 04335 - LEBER |
| 2018-00045223 | 8/17/2018 1:37 | GOA - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04526 - BENDER, 04407 - STARKOV |
| 2018-00043746 | 8/10/2018 14:38 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04616 - CONTRERAS, 04485 - BEDINIAN, 03461 - ORTH |
| 2018-00043401 | 8/8/2018 23:55 | ARR - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04393 - HANDLOS, 04223 - CLAYTON, 04984 - GONZALEZ, 04394 - GREEN, 02841 - MYERS, 04169 - DIAMOND, 04445 - KALE, 04924 - CARROTT, 04230 - EUDAVE, 04526 - BENDER, 04160 - NEWMAN |
| 2018-00043089 | 8/7/2018 17:16 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04292 - FAIR, 02547 - KOZIK, 02698 - HUYNH, 04800 - KRUG, 02840 - RUDY, 04170 - LAWRENCE, 04962 - LYGA, 04267 - CUDWORTH, 04712 - BROMLEY |
| 2018-00043082 | 8/7/2018 16:31 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 02840 - RUDY, 04170 - LAWRENCE, 04962 - LYGA, 04267 - CUDWORTH, 04712 - BROMLEY, 04292 - FAIR, 02547 - KOZIK, 02698 - HUYNH |
| 2018-00041499 | 7/30/2018 17:19 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 04678 - FALOSSI, 02800 - PEREZ J., 04712 - BROMLEY |
| 2018-00041388 | 7/30/2018 8:11 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY |
| 2018-00040724 | 7/26/2018 19:43 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS |
| 2018-00039573 | 7/20/2018 20:01 | CKOK - 1 | 450 N REXFORD DR, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS |
| 2018-00038941 | 7/17/2018 17:07 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2018-00038818 | 7/17/2018 3:00 | REF - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 04445 - KALE, 04223 - CLAYTON, 04806 - MORI, 04941 - RAKOWSKI, 04393 - HANDLOS, 04962 - LYGA, 04394 - GREEN, 04292 - FAIR |
| 2018-00038509 | 7/15/2018 11:37 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 04984 - GONZALEZ, 04267 - CUDWORTH, 04170 - LAWRENCE, 04800 - KRUG |
| 2018-00037439 | 7/10/2018 4:18 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 04768 - CASTRO, 04806 - MORI, 04962 - LYGA, 04230 - EUDAVE, 04209 - CHAVEZ, 03841 - BILLINGSLEY, 02988 - MATTESON, 04941 - RAKOWSKI |
| 2018-00036829 | 7/6/2018 13:01 | IMP - 1, ARR - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 03840 - DUNCAN, 04953 - ANDERSON, 04119 - DIAMOND, 04963 - BURKE, 02224 - WEST, 04733 - RHEE, 04675 - BETHEAJONES, 04830 - SANDIFER |
| 2018-00036544 | 7/5/2018 7:13 | IRPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 03563 - TREJO, 04083 - KIM, 03461 - ORTH, 04963 - BURKE, 02224 - WEST |
| 2018-00035181 | 6/27/2018 13:49 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 01484 - TOMLIN, 02838 - NANCE, 03461 - ORTH, 02840 - RUDY, 04971 - GUZMAN, 04678 - FALOSSI, 05031 - DURAN, 03770 - ALONZO, 30638 - FOGG |
| 2018-00034918 | 6/26/2018 8:05 | IMP - 1, ARR - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04984 - GONZALEZ, 04267 - CUDWORTH, 04971 - GUZMAN, 03770 - ALONZO, 04358 - PILICHOS, 01951 - ADAMS, 02698 - HUYNH, 04712 - BROMLEY, 03494 - ARRIAGA, 02800 - PEREZ J. |
| 2018-00034914 | 6/26/2018 7:40 | IMP - 1, ARR - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04984 - GONZALEZ, 04267 - CUDWORTH, 04971 - GUZMAN, 03770 - ALONZO, 04358 - PILICHOS, 01951 - ADAMS, 02698 - HUYNH, 04712 - BROMLEY, 03494 - ARRIAGA, 02800 - PEREZ J. |
| 2018-00034760 | 6/25/2018 12:40 | CKOK - 1 | S REXFORD DR / CHARLEVILLE BLVD, BEVERLY HILLS | ALPR HIT | | 04940 - VANG |
| 2018-00034377 | 6/22/2018 22:46 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS |
| 2018-00034336 | 6/22/2018 16:53 | RPT - 1 | 265 N ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN |
| 2018-00033464 | 6/18/2018 7:53 | RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 02931 - BALLEWEG, 04712 - BROMLEY, 03633 - BOND, 02840 - RUDY, 03770 - ALONZO, 04984 - GONZALEZ, 04267 - CUDWORTH |
| 2018-00033411 | 6/17/2018 18:50 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04711 - PENA, 04083 - KIM, 02988 - MATTESON, 04829 - BLAIR |
| 2018-00033174 | 6/16/2018 4:56 | IMP - 1, ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04798 - HARRIES, 04169 - DIAMOND, 24860 - DOWLING, 04678 - FALOSSI, 03449 - ARMOUR, 02800 - PEREZ J., 03461 - ORTH, 04924 - CARROTT, 04829 - BLAIR, 04205 - MOLOZNIK, 04914 - RYAN, 04266 - DIMENTO, 04800 - KRUG, 03845 - VELA, 01073 - GRIJALVA |
| 2018-00032980 | 6/15/2018 5:11 | IMP - 1, ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04205 - MOLOZNIK, 04798 - HARRIES, 04169 - DIAMOND, 04953 - ANDERSON, 04160 - NEWMAN, 01628 - ROUTT, 04914 - RYAN, 04266 - DIMENTO, 03449 - ARMOUR, 04829 - BLAIR |
| 2018-00032735 | 6/13/2018 20:04 | IMP - 1, ARR - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04798 - HARRIES, 04169 - DIAMOND, 04953 - ANDERSON, 04160 - NEWMAN, 02108 - RINGOR, 01235 - COLLERA, 03449 - ARMOUR, 04924 - CARROTT, 04230 - EUDAVE, 04407 - STARKOV, 04962 - LYGA, 04205 - MOLOZNIK |
| 2018-00031827 | 6/8/2018 18:32 | IMP - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04169 - DIAMOND, 04526 - BENDER, 04407 - STARKOV, 04798 - HARRIES, 04205 - MOLOZNIK, 03952 - GREEN, 01628 - ROUTT, 02841 - MYERS, 04829 - BLAIR, 04924 - CARROTT |
| 2018-00031330 | 6/6/2018 4:51 | ARR - 1, AST - 2, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04518 - TOM, 04768 - CASTRO, 04230 - EUDAVE, 04223 - CLAYTON, 05016 - DELACRUZ, 04963 - BURKE, 04445 - KALE, 03840 - DUNCAN, 04675 - BETHEAJONES, 04358 - PILICHOS, 04083 - KIM |
| 2018-00031156 | 6/5/2018 1:16 | IMP - 1, RPT - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ, 04555 - GOFF, 04963 - BURKE, 04394 - GREEN, 04083 - KIM, 04768 - CASTRO, 04230 - EUDAVE, 04806 - MORI, 04616 - CONTRERAS, 04223 - CLAYTON, 04711 - PENA, 04445 - KALE, 04518 - TOM |
| 2018-00030820 | 6/3/2018 0:12 | NPA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 04446 - DOWNS |
| 2018-00030573 | 6/1/2018 21:48 | UTL - 1 | S SWEETZER AVE / W 3RD ST, LOS ANGELES | ALPR HIT | | 04446 - DOWNS, 04169 - DIAMOND, 04616 - CONTRERAS |
| 2018-00029470 | 5/27/2018 2:15 | IMP - 1, ARR - 1 | N HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04824 - HUYNH, 04573 - HORST, 04616 - CONTRERAS, 04407 - STARKOV, 04572 - LIANG, 04806 - MORI, 04829 - BLAIR |
| 2018-00029071 | 5/25/2018 7:24 | ARR - 1, AST - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04838 - OWN, 04962 - LYGA, 04267 - CUDWORTH, 04830 - SANDIFER, 04617 - PEREZ C., 03466 - COULTER, 04733 - RHEE |
| 2018-00027652 | 5/18/2018 14:13 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02838 - NANCE, 03461 - ORTH, 04830 - SANDIFER, 05031 - DURAN, 04070 - EVANS, 04962 - LYGA, 02224 - WEST, 04733 - RHEE, 03466 - COULTER |
| 2018-00027111 | 5/16/2018 9:37 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER |
| 2018-00026172 | 5/11/2018 12:53 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH |
| 2018-00025973 | 5/10/2018 15:57 | UTL - 1 | N BEVERLY DR / DAYTON WAY, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ, 04119 - DIAMOND |
| 2018-00025891 | 5/10/2018 10:14 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04485 - BEDINIAN, 04743 - DANDREA, 04335 - LEBER, 04733 - RHEE, 02936 - HYON |
| 2018-00025831 | 5/10/2018 1:52 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04963 - BURKE, 04394 - GREEN, 03449 - ARMOUR, 04445 - KALE, 04971 - GUZMAN, 04169 - DIAMOND |
| 2018-00025213 | 5/7/2018 7:13 | IRPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 03466 - COULTER, 04800 - KRUG, 03438 - YAMADA, 03770 - ALONZO |
| 2018-00025069 | 5/6/2018 11:02 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 04800 - KRUG, 04712 - BROMLEY |
| 2018-00024048 | 5/1/2018 16:21 | IMP - 2, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 02800 - PEREZ J., 04914 - RYAN, 04267 - CUDWORTH, 03840 - DUNCAN, 02795 - BEDO, 01951 - ADAMS |
| 2018-00024014 | 5/1/2018 12:57 | IMP - 1, ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 02698 - HUYNH, 04712 - BROMLEY, 02936 - HYON, 02800 - PEREZ J., 02165 - SCHMIDT, 04405 - DIBBLE, 04446 - DOWNS |
| 2018-00023382 | 4/28/2018 15:02 | ARR - 2 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04586 - LOBERG, 02019 - WITHERS, 02926 - JEFFRIES, 03466 - COULTER, 04800 - KRUG, 02800 - PEREZ J. |
| 2018-00022481 | 4/25/2018 3:58 | IMP - 1 | SUNSET BLVD / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 04169 - DIAMOND, 02019 - WITHERS, 01235 - COLLERA, 04768 - CASTRO, 04711 - PENA, 04393 - HANDLOS |
| 2018-00022480 | 4/25/2018 3:49 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 04169 - DIAMOND |
| 2018-00021882 | 4/21/2018 23:20 | CKOK - 1 | S LE DOUX RD / W OLYMPIC BLVD, BEVERLY HILLS | ALPR HIT | | 04573 - HORST |
| 2018-00021842 | 4/21/2018 17:37 | ARR - 1 | N RODEO DR / DAYTON WAY, BEVERLY HILLS | ALPR HIT | | 04830 - SANDIFER, 04800 - KRUG, 02926 - JEFFRIES, 03417 - RODRIGUEZ, 04225 - BARTON, 04586 - LOBERG, 02936 - HYON, 03841 - BILLINGSLEY, 03438 - YAMADA, 04806 - MORI, 04838 - OWN |
| 2018-00021654 | 4/20/2018 18:55 | GOA - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT |
| 2018-00020637 | 4/16/2018 2:31 | AST - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | GUTIERES, JOSE M - PCO | 03654 - LAGIN, 02988 - MATTESON, 04616 - CONTRERAS, 04806 - MORI, 04941 - RAKOWSKI, 04445 - KALE, 04555 - GOFF, 04711 - PENA, 04292 - FAIR |
| 2018-00020606 | 4/15/2018 21:11 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04445 - KALE |
| 2018-00020479 | 4/14/2018 21:56 | UTL - 1 | HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04806 - MORI |
| 2018-00020291 | 4/13/2018 19:37 | BROADC - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04971 - GUZMAN, 04573 - HORST |
| 2018-00019923 | 4/12/2018 8:44 | ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04070 - EVANS, 04119 - DIAMOND, 03840 - DUNCAN, 03142 - ORTIZ, 04830 - SANDIFER |
| 2018-00019860 | 4/11/2018 21:05 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03449 - ARMOUR |
| 2018-00019327 | 4/9/2018 8:35 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2018-00019090 | 4/7/2018 21:19 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04924 - CARROTT, 03952 - GREEN, 02841 - MYERS, 04941 - RAKOWSKI, 04806 - MORI |
| 2018-00018760 | 4/6/2018 3:55 | IMP - 1, ARR - 1, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04914 - RYAN, 04205 - MOLOZNIK, 04971 - GUZMAN, 04169 - DIAMOND, 03952 - GREEN, 03449 - ARMOUR, 04829 - BLAIR, 04924 - CARROTT |
| 2018-00017617 | 3/31/2018 11:28 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04839 - NGUYENLIEU, 04838 - OWN, 03417 - RODRIGUEZ, 02926 - JEFFRIES, 04335 - LEBER, 04800 - KRUG |
| 2018-00017615 | 3/31/2018 11:04 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04839 - NGUYENLIEU, 04838 - OWN, 03417 - RODRIGUEZ, 02926 - JEFFRIES, 04335 - LEBER, 04800 - KRUG |
| 2018-00017550 | 3/31/2018 0:11 | BROADC - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | |
| 2018-00017476 | 3/30/2018 14:32 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 03466 - COULTER, 04070 - EVANS, 04733 - RHEE, 04119 - DIAMOND, 02224 - WEST |
| 2018-00017260 | 3/29/2018 16:14 | IMP - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04119 - DIAMOND, 02019 - WITHERS, 03368 - MCKIBBEN, 04335 - LEBER, 03840 - DUNCAN, 04838 - OWN |
| 2018-00017256 | 3/29/2018 15:48 | RPT - 1 | 225 S GALE DR, BEVERLY HILLS | ALPR HIT | | 04225 - BARTON, 03417 - RODRIGUEZ, 04733 - RHEE, 04711 - PENA, 04267 - CUDWORTH, 03840 - DUNCAN, 02224 - WEST, 04830 - SANDIFER |
| 2018-00016283 | 3/24/2018 15:23 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 24860 - DOWLING, 03840 - DUNCAN, 04712 - BROMLEY, 02019 - WITHERS, 04225 - BARTON, 03466 - COULTER |
| 2018-00016206 | 3/24/2018 2:23 | BROADC - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS |
| 2018-00016205 | 3/24/2018 1:55 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04169 - DIAMOND, 04829 - BLAIR, 05016 - DELACRUZ, 04266 - DIMENTO, 04914 - RYAN, 04205 - MOLOZNIK, 01628 - ROUTT, 02841 - MYERS |
| 2018-00016199 | 3/24/2018 1:26 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS |
| 2018-00016168 | 3/23/2018 21:13 | BROADC - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 05016 - DELACRUZ, 04266 - DIMENTO, 24860 - DOWLING, 04526 - BENDER, 04407 - STARKOV |
| 2018-00016160 | 3/23/2018 20:18 | BROADC - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | |
| 2018-00016008 | 3/23/2018 1:01 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 05016 - DELACRUZ, 04266 - DIMENTO, 04914 - RYAN, 04205 - MOLOZNIK, 04438 - CAMPOS, 02841 - MYERS, 03845 - VELA |
| 2018-00015859 | 3/21/2018 23:19 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND |
| 2018-00015035 | 3/17/2018 17:20 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03845 - VELA |
| 2018-00014661 | 3/15/2018 20:00 | IMP - 1, ARR - 1, RPT - 1 | WILSHIRE BLVD / N DOHENY DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 04914 - RYAN, 04205 - MOLOZNIK, 01235 - COLLERA, 04572 - LIANG, 04971 - GUZMAN, 04119 - DIAMOND, 03449 - ARMOUR, 04083 - KIM, 03461 - ORTH, 04839 - NGUYENLIEU, 04616 - CONTRERAS, 04526 - BENDER, 04407 - STARKOV |
| 2018-00014575 | 3/15/2018 13:20 | IMP - 1, CMP - 1, ARR - 1 | S SAN VICENTE BLVD / S LA CIENEGA BLVD, LOS ANGELES | ALPR HIT | | 04446 - DOWNS, 02936 - HYON, 02800 - PEREZ J., 04712 - BROMLEY, 04941 - RAKOWSKI, 01235 - COLLERA, 04617 - PEREZ C., 03142 - ORTIZ, 03409 - CHILSON, 04838 - OWN |
| 2018-00014096 | 3/13/2018 7:25 | ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 03770 - ALONZO, 01073 - GRIJALVA, 04170 - LAWRENCE, 01484 - TOMLIN, 03410 - REYES, 02165 - SCHMIDT, 04830 - SANDIFER, 04824 - HUYNH |
| 2018-00013598 | 3/10/2018 17:22 | IMP - 2, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04941 - RAKOWSKI, 04292 - FAIR, 04002 - VARDANYAN, 02936 - HYON, 04405 - DIBBLE, 04829 - BLAIR, 04824 - HUYNH |
| 2018-00013291 | 3/9/2018 9:38 | IMP - 1, RPT - 1 | 510 DOHENY RD, BEVERLY HILLS | ALPR HIT | | 04798 - HARRIES, 04267 - CUDWORTH, 04712 - BROMLEY, 85760 - ANDERSON |
| 2018-00011328 | 2/27/2018 22:48 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04616 - CONTRERAS, 04393 - HANDLOS, 04223 - CLAYTON, 04940 - VANG, 04394 - GREEN, 02931 - BALLEWEG, 04800 - KRUG |
| 2018-00010532 | 2/23/2018 13:49 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 02936 - HYON, 02800 - PEREZ J. |
| 2018-00009395 | 2/17/2018 21:47 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN |
| 2018-00009115 | 2/16/2018 11:27 | REF - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03770 - ALONZO, 04667 - FRISHMAN, 04712 - BROMLEY, 02838 - NANCE, 02936 - HYON, 03840 - DUNCAN, 04838 - OWN, 04829 - BLAIR |
| 2018-00008870 | 2/15/2018 12:45 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04267 - CUDWORTH, 01235 - COLLERA, 03409 - CHILSON, 02936 - HYON, 02800 - PEREZ J., 04712 - BROMLEY |
| 2018-00008533 | 2/13/2018 18:09 | UTL - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 04824 - HUYNH |
| 2018-00008018 | 2/11/2018 2:23 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04733 - RHEE, 04230 - EUDAVE, 04941 - RAKOWSKI, 04407 - STARKOV, 04711 - PENA, 04393 - HANDLOS, 03952 - GREEN |
| 2018-00005227 | 1/27/2018 23:31 | UTL - 1 | SANTA MONICA BLVD / N LA PEER DR, WEST HOLLYWOOD | ALPR HIT | | 04119 - DIAMOND, 04800 - KRUG, 04806 - MORI, 04407 - STARKOV, 03846 - SHEN, 02841 - MYERS, 04230 - EUDAVE |
| 2018-00003826 | 1/20/2018 23:04 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 04407 - STARKOV, 03845 - VELA, 04923 - SOPHAL, 04119 - DIAMOND, 03841 - BILLINGSLEY, 04711 - PENA, 04733 - RHEE, 04839 - NGUYENLIEU |
| 2018-00003475 | 1/19/2018 8:59 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 04971 - GUZMAN, 04070 - EVANS, 04768 - CASTRO, 03840 - DUNCAN, 04940 - VANG, 03770 - ALONZO, 02747 - WELLER, 04617 - PEREZ C., 04279 - ARRIAGA, 03142 - ORTIZ, 02936 - HYON |
| 2018-00003414 | 1/18/2018 23:10 | ARR - 1, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04572 - LIANG, 03449 - ARMOUR, 04678 - FALOSSI, 03461 - ORTH, 04839 - NGUYENLIEU, 04526 - BENDER, 04407 - STARKOV, 04829 - BLAIR, 04169 - DIAMOND |
| 2018-00002301 | 1/13/2018 13:01 | NPA - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02936 - HYON, 04712 - BROMLEY, 04405 - DIBBLE |
| 2018-00002167 | 1/12/2018 21:43 | UTL - 1 | BURTON WAY / N OAKHURST DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 03449 - ARMOUR |
| 2018-00001999 | 1/12/2018 8:00 | RPT - 2 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04940 - VANG, 03840 - DUNCAN, 04768 - CASTRO, 04267 - CUDWORTH, 03409 - CHILSON, 02264 - OZ, 02936 - HYON |
| 2018-00000731 | 1/5/2018 9:08 | IMP - 1, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04940 - VANG, 03840 - DUNCAN, 03417 - RODRIGUEZ, 04586 - LOBERG, 04445 - KALE, 04083 - KIM, 04838 - OWN, 04712 - BROMLEY |
| 2018-00000689 | 1/5/2018 1:02 | IMP - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04839 - NGUYENLIEU, 04230 - EUDAVE, 04616 - CONTRERAS, 04678 - FALOSSI, 04160 - NEWMAN, 04923 - SOPHAL, 04119 - DIAMOND, 04572 - LIANG, 04675 - BETHEAJONES, 04941 - RAKOWSKI, 04205 - MOLOZNIK |
| 2018-00000486 | 1/4/2018 3:09 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 04829 - BLAIR, 04169 - DIAMOND, 04923 - SOPHAL, 04266 - DIMENTO |
| 2018-00000157 | 1/2/2018 8:12 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2018-00000053 | 1/1/2018 9:17 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04445 - KALE, 04292 - FAIR, 04170 - LAWRENCE, 02800 - PEREZ J. |
| 2018-00000042 | 1/1/2018 7:37 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04445 - KALE, 04824 - HUYNH, 04830 - SANDIFER, 02224 - WEST, 04292 - FAIR, 02698 - HUYNH |
| 2017-00063920 | 12/22/2017 18:52 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04160 - NEWMAN, 04573 - HORST, 04526 - BENDER, 04407 - STARKOV |
| 2017-00062906 | 12/17/2017 13:14 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN |
| 2017-00062793 | 12/16/2017 21:00 | BROADC - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | |
| 2017-00061633 | 12/10/2017 9:25 | BROADC - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04292 - FAIR |
| 2017-00061476 | 12/9/2017 10:16 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02936 - HYON, 04070 - EVANS, 04586 - LOBERG, 04002 - VARDANYAN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2017-00061078 | 12/7/2017 14:12 | IMP - 1, ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04438 - CAMPOS, 03466 - COULTER, 24860 - DOWLING, 04838 - OWN, 04711 - PENA, 04445 - KALE, 04829 - BLAIR, 04083 - KIM, 03770 - ALONZO, 04712 - BROMLEY |
| 2017-00060827 | 12/6/2017 10:01 | BROADC - 1 | N LA CIENEGA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN |
| 2017-00060266 | 12/3/2017 9:46 | IMP - 1, CMP - 1, ARR - 1 | WILSHIRE BLVD / SPALDING DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 04445 - KALE, 04924 - CARROTT, 04555 - GOFF, 04170 - LAWRENCE, 04070 - EVANS, 04292 - FAIR, 02927 - HAYES, 03409 - CHILSON |
| 2017-00060183 | 12/2/2017 18:09 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02800 - PEREZ J., 04616 - CONTRERAS, 04806 - MORI, 04526 - BENDER, 04712 - BROMLEY, 04586 - LOBERG, 04572 - LIANG, 02841 - MYERS, 03845 - VELA, 03494 - ARRIAGA |
| 2017-00059848 | 11/30/2017 19:51 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04119 - DIAMOND, 04616 - CONTRERAS, 04526 - BENDER, 00000 - LOZANO, 04830 - SANDIFER, 04169 - DIAMOND, 03449 - ARMOUR |
| 2017-00059633 | 11/29/2017 20:35 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04742 - HALLAL, 04205 - MOLOZNIK, 03461 - ORTH |
| 2017-00059160 | 11/27/2017 11:30 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04555 - GOFF, 04292 - FAIR, 04800 - KRUG, 02224 - WEST |
| 2017-00059024 | 11/26/2017 10:03 | UTL - 1, GOA - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04445 - KALE, 04838 - OWN, 04924 - CARROTT, 04555 - GOFF |
| 2017-00058545 | 11/22/2017 14:39 | ARR - 1 | N CANON DR / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04800 - KRUG, 03840 - DUNCAN, 04940 - VANG, 04267 - CUDWORTH, 04170 - LAWRENCE, 03466 - COULTER, 00502 - GELFMAN, 00742 - SPEDDEN, 03839 - LELONG |
| 2017-00058450 | 11/22/2017 7:42 | GOA - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 02800 - PEREZ J., 04940 - VANG, 04267 - CUDWORTH |
| 2017-00058438 | 11/22/2017 3:25 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04941 - RAKOWSKI, 04711 - PENA |
| 2017-00058139 | 11/20/2017 10:50 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04924 - CARROTT, 03466 - COULTER |
| 2017-00058125 | 11/20/2017 9:48 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 04445 - KALE, 03839 - LELONG, 04824 - HUYNH, 03466 - COULTER, 04170 - LAWRENCE |
| 2017-00058123 | 11/20/2017 9:29 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 04445 - KALE, 03839 - LELONG, 04824 - HUYNH, 03466 - COULTER, 04170 - LAWRENCE |
| 2017-00058093 | 11/20/2017 3:32 | IMP - 1, ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04923 - SOPHAL, 03846 - SHEN, 04941 - RAKOWSKI, 04394 - GREEN, 01628 - ROUTT, 02988 - MATTESON, 04806 - MORI |
| 2017-00057462 | 11/16/2017 7:54 | UTL - 2 | N HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04800 - KRUG, 04070 - EVANS, 04940 - VANG, 04267 - CUDWORTH, 04712 - BROMLEY |
| 2017-00057364 | 11/15/2017 13:27 | BROADC - 1, AST - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04829 - BLAIR, 03770 - ALONZO, 04940 - VANG, 03839 - LELONG, 03840 - DUNCAN, 03409 - CHILSON, 04170 - LAWRENCE, 04083 - KIM |
| 2017-00057270 | 11/15/2017 2:47 | UTL - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS |
| 2017-00057099 | 11/14/2017 8:05 | IMP - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03438 - YAMADA, 04445 - KALE, 04824 - HUYNH, 04407 - STARKOV, 03434 - PENADO, 04170 - LAWRENCE, 00882 - SMOLLEN, 01484 - TOMLIN |
| 2017-00056535 | 11/10/2017 10:07 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04070 - EVANS |
| 2017-00056299 | 11/9/2017 3:54 | ADV - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04839 - NGUYENLIEU, 04830 - SANDIFER, 04572 - LIANG, 03952 - GREEN, 03449 - ARMOUR |
| 2017-00055246 | 11/3/2017 14:16 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04941 - RAKOWSKI, 03770 - ALONZO, 04712 - BROMLEY, 02926 - JEFFRIES, 04405 - DIBBLE, 03410 - REYES, 02800 - PEREZ J., 04586 - LOBERG, 04829 - BLAIR, 03840 - DUNCAN |
| 2017-00054665 | 10/31/2017 20:18 | FI - 1 | ELEVADO AVE / WALDEN DR, BEVERLY HILLS | ALPR HIT | | 04924 - CARROTT, 04393 - HANDLOS, 01484 - TOMLIN, 03410 - REYES, 03209 - GIVENS, 03461 - ORTH |
| 2017-00054031 | 10/28/2017 2:55 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04407 - STARKOV, 03449 - ARMOUR |
| 2017-00053502 | 10/25/2017 14:41 | IMP - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04829 - BLAIR, 04267 - CUDWORTH, 04941 - RAKOWSKI, 02224 - WEST, 04678 - FALOSSI, 04335 - LEBER, 03410 - REYES, 04170 - LAWRENCE |
| 2017-00053408 | 10/24/2017 23:41 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04711 - PENA, 04393 - HANDLOS, 04223 - CLAYTON, 04924 - CARROTT, 03846 - SHEN, 00000 - LOZANO, 03466 - COULTER, 04923 - SOPHAL, 04394 - GREEN, 04806 - MORI |
| 2017-00053049 | 10/22/2017 22:35 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04806 - MORI |
| 2017-00051565 | 10/13/2017 23:49 | ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04119 - DIAMOND, 04616 - CONTRERAS, 04526 - BENDER, 03449 - ARMOUR, 02838 - NANCE, 04169 - DIAMOND, 04839 - NGUYENLIEU |
| 2017-00051560 | 10/13/2017 22:11 | IMP - 1, ARR - 2 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 04526 - BENDER, 04572 - LIANG, 03654 - LAGIN, 03449 - ARMOUR, 04169 - DIAMOND, 04839 - NGUYENLIEU, 04119 - DIAMOND |
| 2017-00051387 | 10/12/2017 22:16 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 04230 - EUDAVE, 04616 - CONTRERAS, 04205 - MOLOZNIK, 04526 - BENDER, 04407 - STARKOV, 04572 - LIANG, 04675 - BETHEAJONES, 02931 - BALLEWEG, 04839 - NGUYENLIEU, 04119 - DIAMOND, 03449 - ARMOUR |
| 2017-00050927 | 10/10/2017 11:58 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04824 - HUYNH, 04445 - KALE, 04485 - BEDINIAN |
| 2017-00049797 | 10/3/2017 17:34 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 04445 - KALE, 04292 - FAIR, 04678 - FALOSSI, 04485 - BEDINIAN |
| 2017-00049502 | 10/2/2017 4:44 | BROADC - 1, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 01628 - ROUTT, 04083 - KIM, 04711 - PENA, 04733 - RHEE, 04393 - HANDLOS, 04806 - MORI, 04446 - DOWNS, 04830 - SANDIFER, 03841 - BILLINGSLEY |
| 2017-00049327 | 9/30/2017 19:14 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 04572 - LIANG, 02841 - MYERS, 04806 - MORI, 04839 - NGUYENLIEU, 04711 - PENA |
| 2017-00049311 | 9/30/2017 16:11 | IMP - 1 | WILSHIRE BLVD / N CARSON RD, BEVERLY HILLS | ALPR HIT | | 04940 - VANG, 04485 - BEDINIAN, 03141 - FUKUJI, 04839 - NGUYENLIEU, 04712 - BROMLEY |
| 2017-00049235 | 9/30/2017 1:09 | ADV - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | |
| 2017-00049193 | 9/29/2017 19:02 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04800 - KRUG, 04160 - NEWMAN, 03438 - YAMADA |
| 2017-00049060 | 9/29/2017 1:08 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING, 03461 - ORTH |
| 2017-00048157 | 9/23/2017 19:26 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04573 - HORST, 04733 - RHEE, 04806 - MORI, 04526 - BENDER, 04407 - STARKOV, 04616 - CONTRERAS, 04205 - MOLOZNIK, 00000 - LOZANO, 02931 - BALLEWEG, 24860 - DOWLING, 04393 - HANDLOS |
| 2017-00047850 | 9/22/2017 0:15 | BROADC - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | |
| 2017-00047527 | 9/20/2017 12:20 | IMP - 1, CMP - 1, RPT - 1 | WILSHIRE BLVD / N CANON DR, BEVERLY HILLS | ALPR HIT | 363 - CALLER/RP | 04407 - STARKOV, 02803 - CHASE, 25212 - DUNCAN, 04829 - BLAIR, 03840 - DUNCAN, 04923 - SOPHAL, 02224 - WEST, 04170 - LAWRENCE, 02108 - RINGOR, 04678 - FALOSSI, 03611 - SIMMONS, 04405 - DIBBLE |
| 2017-00047267 | 9/19/2017 7:23 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04923 - SOPHAL, 03839 - LELONG, 04485 - BEDINIAN, 04573 - HORST |
| 2017-00046184 | 9/13/2017 12:20 | BROADC - 2 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 02230 - CLARK |
| 2017-00045507 | 9/9/2017 22:07 | CKOK - 1 | W OLYMPIC BLVD / S WOOSTER ST, LOS ANGELES | ALPR HIT | | 04573 - HORST, 02931 - BALLEWEG, 04223 - CLAYTON |
| 2017-00044537 | 9/4/2017 23:53 | GOA - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 02988 - MATTESON |
| 2017-00044363 | 9/3/2017 17:25 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 04292 - FAIR, 03494 - ARRIAGA, 04445 - KALE, 04712 - BROMLEY, 04160 - NEWMAN, 04586 - LOBERG, 04838 - OWN, 04555 - GOFF |
| 2017-00043406 | 8/30/2017 2:42 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03466 - COULTER, 04393 - HANDLOS, 04223 - CLAYTON, 04145 - DOLAN, 04586 - LOBERG, 04407 - STARKOV |
| 2017-00043027 | 8/27/2017 23:19 | IMP - 1, ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04407 - STARKOV, 04711 - PENA, 04526 - BENDER, 03846 - SHEN, 04555 - GOFF, 04616 - CONTRERAS, 03841 - BILLINGSLEY, 03952 - GREEN, 03449 - ARMOUR, 04393 - HANDLOS |
| 2017-00042859 | 8/26/2017 20:27 | UTL - 3, IMP - 1, ARR - 1, AST - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04205 - MOLOZNIK, 04572 - LIANG, 04404 - ROHANI, 02841 - MYERS, 04335 - LEBER, 04586 - LOBERG, 04526 - BENDER, 04733 - RHEE |
| 2017-00042855 | 8/26/2017 20:05 | UTL - 3, IMP - 1, ARR - 1, AST - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04205 - MOLOZNIK, 04572 - LIANG, 04404 - ROHANI, 02841 - MYERS, 04335 - LEBER, 04586 - LOBERG, 04526 - BENDER, 04733 - RHEE |
| 2017-00042123 | 8/23/2017 11:19 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04070 - EVANS |
| 2017-00041851 | 8/22/2017 7:10 | GOA - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 03840 - DUNCAN |
| 2017-00041689 | 8/21/2017 6:33 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 03512 - BARBANI, 01951 - ADAMS, 03840 - DUNCAN, 02840 - RUDY, 04712 - BROMLEY, 03770 - ALONZO |
| 2017-00040928 | 8/17/2017 1:00 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03449 - ARMOUR |
| 2017-00040764 | 8/16/2017 10:47 | FI - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 04292 - FAIR, 04119 - DIAMOND, 04141 - FRIAS, 04119 - DIAMOND, 00742 - SPEDDEN, 01837 - MAYCOTT, 03770 - ALONZO |
| 2017-00039809 | 8/11/2017 1:16 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH |
| 2017-00038950 | 8/7/2017 7:02 | RPT - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 03770 - ALONZO, 03840 - DUNCAN, 04446 - DOWNS, 04170 - LAWRENCE |
| 2017-00038756 | 8/5/2017 21:48 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04800 - KRUG, 04555 - GOFF, 04160 - NEWMAN |
| 2017-00038405 | 8/4/2017 1:21 | UTL - 1, AST - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04223 - CLAYTON, 04205 - MOLOZNIK, 04445 - KALE, 04394 - GREEN, 04924 - CARROTT, 04266 - DIMENTO, 03449 - ARMOUR, 03461 - ORTH |
| 2017-00037942 | 8/1/2017 14:05 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | ` - CALLER/RP | 04446 - DOWNS, 03839 - LELONG, 04170 - LAWRENCE, 02108 - RINGOR, 04279 - ARRIAGA, 04225 - BARTON, 03840 - DUNCAN, 01484 - TOMLIN |
| 2017-00037827 | 7/31/2017 22:45 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04407 - STARKOV, 04616 - CONTRERAS, 03841 - BILLINGSLEY, 02841 - MYERS |
| 2017-00036309 | 7/23/2017 18:29 | CKOK - 1 | 464 N REXFORD DR, BEVERLY HILLS | ALPR HIT | | 04733 - RHEE |
| 2017-00036084 | 7/22/2017 5:46 | RPT - 1 | N BEVERLY DR / BRIGHTON WAY, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04394 - GREEN |
| 2017-00036053 | 7/21/2017 19:56 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04445 - KALE, 04141 - FRIAS, 04394 - GREEN, 04703 - WILLIAMS, 02841 - MYERS, 02224 - WEST, 03449 - ARMOUR, 03438 - YAMADA |
| 2017-00036003 | 7/21/2017 15:05 | BROADC - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04292 - FAIR, 04838 - OWN, 04070 - EVANS |
| 2017-00035200 | 7/17/2017 19:11 | CKOK - 1, AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 03841 - BILLINGSLEY, 04800 - KRUG, 04555 - GOFF, 02841 - MYERS, 04223 - CLAYTON, 04586 - LOBERG |
| 2017-00035188 | 7/17/2017 16:51 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04446 - DOWNS, 04369 - STAINE, 01951 - ADAMS, 04712 - BROMLEY, 04170 - LAWRENCE, 03839 - LELONG |
| 2017-00034498 | 7/13/2017 21:08 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER |
| 2017-00034150 | 7/12/2017 0:29 | IMP - 1, ARR - 1, RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | KOSHANI, ROSA - CALLER/RP | 04169 - DIAMOND, 04407 - STARKOV, 04223 - CLAYTON, 03846 - SHEN, 04616 - CONTRERAS, 03841 - BILLINGSLEY, 04800 - KRUG, 02224 - WEST, 04712 - BROMLEY, 00000 - LOZANO, 04675 - BETHEAJONES, 03466 - COULTER, 03025 - STOUT, 03461 - ORTH, 02988 - MATTESON, 04555 - GOFF, 04230 - EUDAVE |
| 2017-00033984 | 7/11/2017 9:53 | GOA - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 01951 - ADAMS, 02803 - CHASE |
| 2017-00033589 | 7/8/2017 22:35 | ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 04407 - STARKOV, 04572 - LIANG, 02841 - MYERS, 04445 - KALE |
| 2017-00032449 | 7/2/2017 9:35 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 04446 - DOWNS |
| 2017-00032394 | 7/1/2017 19:18 | UTL - 1 | 257 S LA CIENEGA BLVD, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS, 04733 - RHEE, 04205 - MOLOZNIK |
| 2017-00031671 | 6/27/2017 22:43 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 03841 - BILLINGSLEY, 02841 - MYERS |
| 2017-00030309 | 6/20/2017 8:34 | REF - 1 | LAC/FLO, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 03839 - LELONG, 03447 - BLONDI |
| 2017-00030265 | 6/19/2017 18:59 | ARR - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03841 - BILLINGSLEY, 04407 - STARKOV, 04586 - LOBERG, 03846 - SHEN, 04358 - PILICHOS, 02936 - HYON, 02803 - CHASE, 02988 - MATTESON, 02840 - RUDY, 04114 - ASHABI |
| 2017-00030118 | 6/18/2017 18:40 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04407 - STARKOV, 04555 - GOFF, 02988 - MATTESON |
| 2017-00030074 | 6/18/2017 11:41 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 03447 - BLONDI, 04806 - MORI, 03840 - DUNCAN, 04170 - LAWRENCE, 04712 - BROMLEY, 02936 - HYON, 03494 - ARRIAGA, 02840 - RUDY, 03839 - LELONG, 04292 - FAIR |
| 2017-00029943 | 6/17/2017 11:41 | AST - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04292 - FAIR, 04712 - BROMLEY, 03840 - DUNCAN, 02936 - HYON, 02800 - PEREZ J. |
| 2017-00028910 | 6/11/2017 11:21 | ARR - 1 | W SUNSET BLVD / HILGARD AVE, LOS ANGELES | ALPR HIT | | 03840 - DUNCAN, 04485 - BEDINIAN, 04712 - BROMLEY, 02936 - HYON, 03839 - LELONG |
| 2017-00028904 | 6/11/2017 10:19 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 04712 - BROMLEY, 02936 - HYON, 03839 - LELONG |
| 2017-00028802 | 6/10/2017 14:32 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04070 - EVANS, 04485 - BEDINIAN, 04712 - BROMLEY |
| 2017-00028581 | 6/9/2017 3:28 | BROADC - 1, UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04445 - KALE |
| 2017-00025413 | 5/23/2017 12:17 | IMP - 1 | S LA CIENEGA BLVD / W OLYMPIC BLVD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04170 - LAWRENCE, 04358 - PILICHOS, 04678 - FALOSSI, 02627 - MADER, 25212 - DUNCAN, 03839 - LELONG, 04446 - DOWNS, 03770 - ALONZO |
| 2017-00025051 | 5/21/2017 17:13 | AST - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 02840 - RUDY, 03839 - LELONG, 02936 - HYON, 03840 - DUNCAN, 04485 - BEDINIAN, 01951 - ADAMS |
| 2017-00024810 | 5/20/2017 0:15 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04394 - GREEN |
| 2017-00024579 | 5/18/2017 19:13 | CKOK - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04169 - DIAMOND |
| 2017-00023627 | 5/13/2017 16:54 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04616 - CONTRERAS, 04335 - LEBER |
| 2017-00022894 | 5/10/2017 9:40 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 02224 - WEST |
| 2017-00022413 | 5/7/2017 10:46 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03770 - ALONZO |
| 2017-00022274 | 5/6/2017 8:19 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | |
| 2017-00022017 | 5/5/2017 0:55 | UTL - 1, IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04526 - BENDER, 04824 - HUYNH, 04266 - DIMENTO, 04394 - GREEN, 04141 - FRIAS, 04616 - CONTRERAS, 04160 - NEWMAN, 04205 - MOLOZNIK, 04169 - DIAMOND |
| 2017-00020842 | 4/28/2017 19:17 | ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | GRESHAM, JAMES K - PCO | 04526 - BENDER, 04711 - PENA, 04733 - RHEE, 04824 - HUYNH, 04266 - DIMENTO, 04445 - KALE, 04394 - GREEN, 04616 - CONTRERAS, 04160 - NEWMAN, 03466 - COULTER, 04083 - KIM, 03438 - YAMADA, 03461 - ORTH, 04169 - DIAMOND |
| 2017-00020736 | 4/28/2017 10:24 | BROADC - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | |
| 2017-00020591 | 4/27/2017 13:08 | BROADC - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | |
| 2017-00019676 | 4/22/2017 3:24 | RPT - 1 | CIVIC CENTER DR / FOOTHILL RD, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04526 - BENDER, 04824 - HUYNH, 04169 - DIAMOND, 04616 - CONTRERAS, 04160 - NEWMAN, 03466 - COULTER, 03449 - ARMOUR, 03461 - ORTH |
| 2017-00018957 | 4/18/2017 20:25 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04446 - DOWNS, 03841 - BILLINGSLEY |
| 2017-00018488 | 4/15/2017 22:08 | ARR - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | FAIRBURN, JOHN ANTHONY - PCO; LEEGURR, DEVAN - PCO; MICHIE, BENJAMIN - PCO | 04711 - PENA, 04393 - HANDLOS, 04838 - OWN, 04405 - DIBBLE, 04572 - LIANG, 04314 - MALAGUIT, 04083 - KIM, 04526 - BENDER, 04445 - KALE, 04407 - STARKOV, 04733 - RHEE |
| 2017-00015845 | 4/1/2017 21:28 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF |
| 2017-00015839 | 4/1/2017 20:40 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 04733 - RHEE |
| 2017-00013657 | 3/20/2017 11:43 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 03770 - ALONZO, 04170 - LAWRENCE |
| 2017-00012281 | 3/13/2017 11:43 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04743 - DANDREA, 03841 - BILLINGSLEY, 04407 - STARKOV, 02803 - CHASE, 25212 - DUNCAN, 03209 - GIVENS, 01944 - MCKESSY |
| 2017-00011359 | 3/8/2017 21:38 | IRPT - 1, IMP - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS, 04145 - DOLAN, 04586 - LOBERG, 03512 - BARBANI, 04806 - MORI, 03770 - ALONZO, 04712 - BROMLEY, 04205 - MOLOZNIK, 02823 - OLSON, 04393 - HANDLOS |
| 2017-00011019 | 3/7/2017 11:40 | RES - 1, UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04170 - LAWRENCE |
| 2017-00010377 | 3/3/2017 11:54 | IMP - 2, RPT - 1 | N REXFORD DR / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 03447 - BLONDI, 01706 - HAMILTON, 02936 - HYON, 03840 - DUNCAN, 04678 - FALOSSI, 02404 - KIM |
| 2017-00009973 | 3/1/2017 10:36 | IMP - 1, ARR - 2 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04743 - DANDREA, 03841 - BILLINGSLEY, 03840 - DUNCAN, 02224 - WEST, 01235 - COLLERA, 04733 - RHEE, 04119 - DIAMOND, 02838 - NANCE, 03410 - REYES, 02230 - CLARK |
| 2017-00009714 | 2/27/2017 21:54 | IMP - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04145 - DOLAN, 04394 - GREEN, 03846 - SHEN, 04393 - HANDLOS, 04230 - EUDAVE, 04586 - LOBERG, 03512 - BARBANI, 00882 - SMOLLEN, 02988 - MATTESON, 03845 - VELA |
| 2017-00009293 | 2/25/2017 13:11 | CKOK - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING, 03494 - ARRIAGA, 03438 - YAMADA, 04733 - RHEE, 04586 - LOBERG, 04114 - ASHABI, 04170 - LAWRENCE, 04485 - BEDINIAN, 04407 - STARKOV, 02936 - HYON |
| 2017-00009012 | 2/24/2017 2:33 | UTL - 1, CMP - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04806 - MORI, 04160 - NEWMAN, 03449 - ARMOUR, 04169 - DIAMOND, 03461 - ORTH, 04446 - DOWNS, 04292 - FAIR, 04712 - BROMLEY, 04205 - MOLOZNIK |
| 2017-00008994 | 2/23/2017 22:31 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04266 - DIMENTO, 04141 - FRIAS, 03449 - ARMOUR, 04169 - DIAMOND |
| 2017-00008514 | 2/21/2017 14:46 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04407 - STARKOV, 03494 - ARRIAGA, 01944 - MCKESSY, 04711 - PENA |
| 2017-00007235 | 2/14/2017 10:42 | IMP - 1, RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02842 - DIMOND, 04824 - HUYNH, 02404 - KIM, 04711 - PENA, 02961 - ARAULLO, 04267 - CUDWORTH, 02936 - HYON, 03494 - ARRIAGA |
| 2017-00006524 | 2/10/2017 11:58 | IMP - 1, RPT - 1 | N DOHENY DR / W SUNSET BLVD, WEST HOLLYWOOD | ALPR HIT | | 02841 - MYERS, 03839 - LELONG, 03447 - BLONDI, 04733 - RHEE, 04114 - ASHABI, 04335 - LEBER, 04369 - STAINE, 03840 - DUNCAN |
| 2017-00006169 | 2/8/2017 18:33 | NPA - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03072 - THURMAN, 04141 - FRIAS, 04169 - DIAMOND, 04806 - MORI, 03770 - ALONZO |
| 2017-00005991 | 2/7/2017 16:24 | IMP - 1, ARR - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 03072 - THURMAN, 03633 - BOND, 04824 - HUYNH, 02404 - KIM, 04711 - PENA, 03840 - DUNCAN, 04369 - STAINE |
| 2017-00005981 | 2/7/2017 15:31 | IMP - 1, ARR - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 03072 - THURMAN, 03633 - BOND, 04824 - HUYNH, 02404 - KIM, 04711 - PENA, 03840 - DUNCAN, 04369 - STAINE |
| 2017-00005469 | 2/3/2017 22:47 | RPT - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02838 - NANCE, 03461 - ORTH, 03680 - DRUMMOND, 04292 - FAIR, 04445 - KALE, 04169 - DIAMOND, 04526 - BENDER, 04160 - NEWMAN |
| 2017-00005429 | 2/3/2017 16:17 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04407 - STARKOV |
| 2017-00005047 | 2/1/2017 15:25 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS |
| 2017-00004818 | 1/31/2017 11:51 | IMP - 1, ARR - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03841 - BILLINGSLEY, 04804 - REDIN, 02842 - DIMOND, 04170 - LAWRENCE, 01944 - MCKESSY, 03209 - GIVENS, 03438 - YAMADA, 02404 - KIM |
| 2017-00004429 | 1/29/2017 2:07 | IMP - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04292 - FAIR, 04445 - KALE, 04405 - DIBBLE, 04169 - DIAMOND, 04574 - SOLORZANO, 04555 - GOFF, 03025 - STOUT |
| 2017-00004380 | 1/28/2017 18:47 | UTL - 1 | N CRESCENT DR / PARK WAY, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 03461 - ORTH |
| 2017-00004099 | 1/27/2017 5:00 | RPT - 1 | N MAPLE DR / W 3RD ST, BEVERLY HILLS | ALPR HIT | | 04266 - DIMENTO, 04160 - NEWMAN |
| 2017-00004095 | 1/27/2017 2:16 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 04205 - MOLOZNIK |
| 2017-00003335 | 1/22/2017 13:55 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04804 - REDIN, 02842 - DIMOND, 04485 - BEDINIAN, 04170 - LAWRENCE, 04407 - STARKOV |
| 2017-00003186 | 1/21/2017 5:44 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04292 - FAIR |
| 2017-00002836 | 1/19/2017 8:22 | IMP - 1, ARR - 2 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04335 - LEBER, 04675 - BETHEAJONES, 04119 - DIAMOND, 02019 - WITHERS, 02936 - HYON, 03209 - GIVENS, 04678 - FALOSSI, 02841 - MYERS, 03839 - LELONG |
| 2017-00002426 | 1/16/2017 13:15 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04712 - BROMLEY, 02842 - DIMOND |
| 2017-00001655 | 1/11/2017 13:13 | IMP - 1, ARR - 1 | WILSHIRE BLVD / WHITTIER DR E/B, BEVERLY HILLS | ALPR HIT | | 02936 - HYON, 03209 - GIVENS, 02224 - WEST, 04678 - FALOSSI, 02841 - MYERS, 04267 - CUDWORTH, 03447 - BLONDI, 04279 - ARRIAGA, 03840 - DUNCAN |
| 2017-00001085 | 1/7/2017 16:33 | UTL - 1 | N SANTA MONICA BLVD / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN |
| 2017-00000132 | 1/2/2017 10:41 | CIT - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03466 - COULTER, 03409 - CHILSON, 04712 - BROMLEY, 02842 - DIMOND, 04267 - CUDWORTH, 04358 - PILICHOS, 02936 - HYON |
| 2016-00066090 | 12/30/2016 11:08 | RES - 1, IMP - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04678 - FALOSSI, 02841 - MYERS, 03512 - BARBANI, 02747 - WELLER, 04335 - LEBER, 04485 - BEDINIAN |
| 2016-00065940 | 12/29/2016 13:03 | REF - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING |
| 2016-00064926 | 12/23/2016 4:28 | UTL - 1 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04526 - BENDER, 04804 - REDIN, 04160 - NEWMAN, 04445 - KALE |
| 2016-00063508 | 12/14/2016 23:08 | ARR - 1 | N ROBERTSON BLVD / BEVERLY BLVD, WEST HOLLYWOOD | ALPR HIT | SANTOS, RONALD - PCO | 04266 - DIMENTO, 04141 - FRIAS, 03449 - ARMOUR, 03461 - ORTH, 02988 - MATTESON, 03770 - ALONZO, 04768 - CASTRO, 04205 - MOLOZNIK, 04806 - MORI, 03512 - BARBANI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2016-00062239 | 12/9/2016 8:04 | IMP - 2 | WILSHIRE BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 03839 - LELONG, 04768 - CASTRO, 02841 - MYERS, 00000 - LOZANO, 04335 - LEBER, 00801 - HILL, 04119 - DIAMOND, 02838 - NANCE |
| 2016-00061296 | 12/3/2016 21:15 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04678 - FALOSSI, 04405 - DIBBLE, 04394 - GREEN, 02405 - LUNSMAN |
| 2016-00059907 | 11/26/2016 9:12 | RPT - 1 | SPALDING DR / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 04485 - BEDINIAN, 04335 - LEBER, 04407 - STARKOV, 02936 - HYON, 03839 - LELONG |
| 2016-00059770 | 11/25/2016 6:59 | IMP - 1, ARR - 1 | N SANTA MONICA BLVD / N DOHENY DR, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04768 - CASTRO, 02841 - MYERS, 04407 - STARKOV, 03839 - LELONG, 04445 - KALE, 01706 - HAMILTON, 02838 - NANCE |
| 2016-00058845 | 11/19/2016 2:11 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04266 - DIMENTO |
| 2016-00056123 | 11/3/2016 7:50 | ARR - 1 | N REXFORD DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 01951 - ADAMS, 03447 - BLONDI, 02841 - MYERS, 00000 - LOZANO, 04335 - LEBER, 04573 - HORST, 03410 - REYES, 03209 - GIVENS |
| 2016-00055009 | 10/27/2016 12:50 | BROADC - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN |
| 2016-00052204 | 10/10/2016 19:57 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04518 - TOM, 04230 - EUDAVE, 24860 - DOWLING, 04394 - GREEN |
| 2016-00050522 | 9/30/2016 5:14 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04768 - CASTRO, 04160 - NEWMAN |
| 2016-00049308 | 9/23/2016 8:13 | ARR - 1 | W PICO BLVD / S DOHENY DR, LOS ANGELES | ALPR HIT | | 04573 - HORST, 04703 - WILLIAMS, 00000 - LOZANO, 04335 - LEBER, 04640 - HARTNELL, 02820 - DUFOUR, 04070 - EVANS, 03840 - DUNCAN, 00801 - HILL, 02264 - OZ, 04119 - DIAMOND, 02223 - HERNANDEZ, 24860 - DOWLING, 02838 - NANCE, 34075 - GATES, 03209 - GIVENS, 03438 - YAMADA, 01951 - ADAMS, 02224 - WEST, 03447 - BLONDI, 02841 - MYERS, 04485 - BEDINIAN |
| 2016-00047973 | 9/16/2016 7:54 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03447 - BLONDI, 04407 - STARKOV, 04573 - HORST, 02803 - CHASE, 24860 - DOWLING, 03840 - DUNCAN |
| 2016-00047727 | 9/15/2016 1:01 | AST - 1 | S LA CIENEGA BLVD / CADILLAC AVE, LOS ANGELES | ALPR HIT | | 04768 - CASTRO, 04160 - NEWMAN, 04266 - DIMENTO, 04169 - DIAMOND, 04733 - RHEE, 03770 - ALONZO |
| 2016-00047607 | 9/14/2016 12:07 | IMP - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 03839 - LELONG, 02795 - BEDO, 04119 - DIAMOND, 03410 - REYES |
| 2016-00047119 | 9/11/2016 21:17 | IMP - 1, ARR - 1, AST - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 02165 - SCHMIDT, 04405 - DIBBLE, 04393 - HANDLOS, 04223 - CLAYTON, 04518 - TOM, 04230 - EUDAVE, 01484 - TOMLIN |
| 2016-00046855 | 9/9/2016 23:21 | IMP - 1, ARR - 1 | CIVIC CENTER DR / W 3RD ST, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 04445 - KALE, 04266 - DIMENTO, 04160 - NEWMAN, 03449 - ARMOUR, 04205 - MOLOZNIK, 04526 - BENDER, 04292 - FAIR |
| 2016-00046299 | 9/8/2016 0:12 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS, 04169 - DIAMOND, 04160 - NEWMAN |
| 2016-00045901 | 9/6/2016 15:00 | IMP - 1, ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04358 - PILICHOS, 04267 - CUDWORTH, 04119 - DIAMOND, 02019 - WITHERS, 24860 - DOWLING, 03209 - GIVENS, 03438 - YAMADA, 03409 - CHILSON, 01944 - MCKESSY |
| 2016-00045227 | 9/2/2016 19:46 | CMP - 1 | N REXFORD DR / ALPINE DR, BEVERLY HILLS | ALPR HIT | | 03680 - DRUMMOND |
| 2016-00045146 | 9/2/2016 15:31 | CANCEL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 02838 - NANCE |
| 2016-00045140 | 9/2/2016 15:02 | IMP - 2, ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 03438 - YAMADA, 01951 - ADAMS, 04292 - FAIR, 02838 - NANCE, 02230 - CLARK, 04279 - ARRIAGA |
| 2016-00044997 | 9/2/2016 4:47 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04394 - GREEN, 04160 - NEWMAN, 04169 - DIAMOND, 03449 - ARMOUR |
| 2016-00044540 | 8/31/2016 11:31 | RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 03841 - BILLINGSLEY, 02839 - TANNER, 03209 - GIVENS |
| 2016-00044301 | 8/30/2016 10:37 | UTL - 1 | N REXFORD DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 00502 - GELFMAN |
| 2016-00043735 | 8/26/2016 19:49 | IMP - 1, CKOK - 1, ARR - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 24860 - DOWLING, 04169 - DIAMOND, 03461 - ORTH, 04526 - BENDER, 02842 - DIMOND, 04574 - SOLORZANO, 04141 - FRIAS, 04733 - RHEE, 03770 - ALONZO, 04445 - KALE |
| 2016-00043505 | 8/25/2016 17:02 | UTL - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 01951 - ADAMS, 04445 - KALE, 04574 - SOLORZANO, 03209 - GIVENS |
| 2016-00043405 | 8/25/2016 10:27 | BROADC - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | |
| 2016-00042483 | 8/20/2016 14:16 | UTL - 1 | CARLA RIDGE / LOMA VISTA DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 03447 - BLONDI, 03494 - ARRIAGA |
| 2016-00042351 | 8/19/2016 17:57 | REF - 1 | 8711 BURTON WAY, LOS ANGELES | ALPR HIT | | 00502 - GELFMAN |
| 2016-00041664 | 8/16/2016 12:25 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2016-00038740 | 7/31/2016 17:33 | IMP - 1, ARR - 1 | CLIFTON WAY / N LA PEER DR, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 04555 - GOFF, 02019 - WITHERS, 02931 - BALLEWEG, 03447 - BLONDI, 04733 - RHEE, 04292 - FAIR, 04573 - HORST |
| 2016-00038644 | 7/31/2016 0:01 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS, 04526 - BENDER, 04445 - KALE, 04711 - PENA, 03461 - ORTH, 04407 - STARKOV |
| 2016-00037029 | 7/22/2016 1:22 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK |
| 2016-00036760 | 7/20/2016 15:14 | RPT - 1 | S BEVERLY DR / CHARLEVILLE BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 03845 - VELA, 03840 - DUNCAN, 02841 - MYERS |
| 2016-00036432 | 7/18/2016 22:12 | ARR - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 04405 - DIBBLE, 03846 - SHEN, 04230 - EUDAVE, 04145 - DOLAN, 00882 - SMOLLEN, 02988 - MATTESON, 03845 - VELA, 04518 - TOM, 04407 - STARKOV |
| 2016-00036232 | 7/17/2016 20:36 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04230 - EUDAVE, 04711 - PENA, 04405 - DIBBLE, 04518 - TOM |
| 2016-00036093 | 7/16/2016 19:11 | UTL - 1 | S SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04574 - SOLORZANO |
| 2016-00036088 | 7/16/2016 18:40 | UTL - 1 | BURTON WAY / N ALMONT DR, BEVERLY HILLS | ALPR HIT | | 04574 - SOLORZANO, 04393 - HANDLOS, 04394 - GREEN |
| 2016-00035965 | 7/15/2016 19:35 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04445 - KALE, 04394 - GREEN, 04205 - MOLOZNIK, 04526 - BENDER |
| 2016-00035799 | 7/14/2016 19:58 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04394 - GREEN |
| 2016-00035437 | 7/13/2016 7:46 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03072 - THURMAN |
| 2016-00035301 | 7/12/2016 13:25 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 01837 - MAYCOTT |
| 2016-00035092 | 7/11/2016 12:58 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2016-00034864 | 7/9/2016 22:17 | RPT - 1 | N SANTA MONICA BLVD / N DOHENY DR, BEVERLY HILLS | ALPR HIT | CLAYTON, ROBBEY - PCO | 04711 - PENA, 04526 - BENDER, 04445 - KALE, 04141 - FRIAS, 03461 - ORTH, 04407 - STARKOV, 04205 - MOLOZNIK, 04518 - TOM, 04394 - GREEN |
| 2016-00032489 | 6/26/2016 19:11 | BROADC - 1, ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 02842 - DIMOND, 03846 - SHEN, 04711 - PENA, 04405 - DIBBLE, 03449 - ARMOUR, 02988 - MATTESON, 04393 - HANDLOS, 04407 - STARKOV, 04145 - DOLAN, 03845 - VELA, 04141 - FRIAS |
| 2016-00032376 | 6/26/2016 2:10 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04394 - GREEN |
| 2016-00032257 | 6/25/2016 9:08 | BROADC - 1 | GREGORY WAY / S LA CIENEGA BLVD, BEVERLY HILLS | ALPR HIT | | |
| 2016-00032117 | 6/24/2016 11:38 | IMP - 1, ARR - 1 | WILSHIRE BLVD / N REXFORD DR, BEVERLY HILLS | ALPR HIT | ANTUNEZ, JOSEPH - PCO | 04485 - BEDINIAN, 02404 - KIM, 04369 - STAINE, 24860 - DOWLING, 02838 - NANCE, 03839 - LELONG, 04711 - PENA, 04733 - RHEE, 04292 - FAIR |
| 2016-00031876 | 6/23/2016 11:02 | RPT - 2 | N BEVERLY DR / COLDWATER CANYON DR S/B, BEVERLY HILLS | ALPR HIT | | 04711 - PENA, 01706 - HAMILTON, 24860 - DOWLING, 02839 - TANNER, 04485 - BEDINIAN, 04733 - RHEE, 03839 - LELONG |
| 2016-00031381 | 6/20/2016 14:12 | IMP - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03841 - BILLINGSLEY, 04267 - CUDWORTH, 04573 - HORST, 03447 - BLONDI, 02795 - BEDO, 04170 - LAWRENCE, 02405 - LUNSMAN, 02019 - WITHERS, 03840 - DUNCAN |
| 2016-00031065 | 6/18/2016 1:00 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04445 - KALE, 03461 - ORTH, 04169 - DIAMOND, 04526 - BENDER |
| 2016-00030926 | 6/17/2016 10:05 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04292 - FAIR, 00000 - LOZANO, 00882 - SMOLLEN, 03209 - GIVENS, 02224 - WEST, 00502 - GELFMAN, 03839 - LELONG |
| 2016-00029980 | 6/11/2016 20:30 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04574 - SOLORZANO, 03461 - ORTH, 04405 - DIBBLE |
| 2016-00029975 | 6/11/2016 18:50 | ARR - 2 | OLYMPIC BLVD / S ROBERTSON BLVD, BEVERLY HILLS | ALPR HIT | | 04573 - HORST, 04526 - BENDER, 04445 - KALE, 04292 - FAIR, 01706 - HAMILTON, 03461 - ORTH, 04230 - EUDAVE, 04405 - DIBBLE, 04407 - STARKOV, 04445 - KALE, 04526 - BENDER, 04574 - SOLORZANO |
| 2016-00029707 | 6/10/2016 7:39 | IMP - 1, RPT - 1 | S LA CIENEGA BLVD / W OLYMPIC BLVD, BEVERLY HILLS | ALPR HIT | SANCHEZ, MARIO SILVA - PCO; SANCHEZ, ARMANDO SILVA - PCO | 04711 - PENA, 04119 - DIAMOND, 02404 - KIM, 00000 - LOZANO, 03839 - LELONG, 04292 - FAIR, 02800 - PEREZ J. |
| 2016-00029640 | 6/9/2016 20:19 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 03494 - ARRIAGA, 04141 - FRIAS, 04205 - MOLOZNIK |
| 2016-00029227 | 6/8/2016 6:39 | RPT - 2 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02800 - PEREZ J., 03840 - DUNCAN, 03072 - THURMAN, 04358 - PILICHOS, 01951 - ADAMS, 01944 - MCKESSY |
| 2016-00028403 | 6/3/2016 16:06 | ADV - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | |
| 2016-00026368 | 5/24/2016 9:08 | IMP - 1, ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04573 - HORST, 03841 - BILLINGSLEY, 04267 - CUDWORTH, 04170 - LAWRENCE, 03072 - THURMAN, 04279 - ARRIAGA, 04369 - STAINE, 01837 - MAYCOTT |
| 2016-00026103 | 5/22/2016 11:09 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04573 - HORST, 03841 - BILLINGSLEY |
| 2016-00025618 | 5/19/2016 17:25 | ADV - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | |
| 2016-00024466 | 5/13/2016 12:59 | IMP - 1, ARR - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | INGRAM, BRYAN - PCO | 04711 - PENA, 04445 - KALE, 04407 - STARKOV, 01706 - HAMILTON, 03209 - GIVENS, 01951 - ADAMS |
| 2016-00023957 | 5/11/2016 9:47 | RPT - 1 | WILSHIRE BLVD / N ALMONT DR W/B, BEVERLY HILLS | ALPR HIT | | 03841 - BILLINGSLEY, 04711 - PENA, 02841 - MYERS, 03840 - DUNCAN, 02800 - PEREZ J., 04279 - ARRIAGA, 02961 - ARAULLO, 03839 - LELONG |
| 2016-00023862 | 5/10/2016 17:10 | RPT - 1 | 364 N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 01748 - KEENAGHAN, 04170 - LAWRENCE |
| 2016-00023120 | 5/6/2016 12:28 | RPT - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04292 - FAIR, 02841 - MYERS, 03840 - DUNCAN |
| 2016-00022976 | 5/5/2016 18:52 | CKOK - 1 | N SANTA MONICA BLVD / N MAPLE DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 04160 - NEWMAN, 02224 - WEST, 04267 - CUDWORTH, 02838 - NANCE, 04555 - GOFF |
| 2016-00022621 | 5/3/2016 21:24 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 24860 - DOWLING, 02988 - MATTESON, 04160 - NEWMAN |
| 2016-00022595 | 5/3/2016 17:22 | UTL - 1 | VIA RODEO DR / DAYTON WAY, BEVERLY HILLS | ALPR HIT | 2L51 - CALLER/RP | 04485 - BEDINIAN, 04170 - LAWRENCE |
| 2016-00022406 | 5/3/2016 2:33 | ARR - 1 | S SANTA MONICA BLVD / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04266 - DIMENTO, 02165 - SCHMIDT, 03845 - VELA, 04574 - SOLORZANO, 04555 - GOFF, 02404 - KIM, 03654 - LAGIN, 01484 - TOMLIN, 02988 - MATTESON, 04170 - LAWRENCE, 03846 - SHEN |
| 2016-00022186 | 5/1/2016 21:58 | UTL - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF |
| 2016-00022086 | 5/1/2016 6:36 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 04445 - KALE |
| 2016-00020943 | 4/24/2016 19:15 | UTL - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04223 - CLAYTON, 04518 - TOM |
| 2016-00020802 | 4/23/2016 18:55 | BROADC - 1, UTL - 1 | S SANTA MONICA BLVD / N BEDFORD DR, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 03461 - ORTH |
| 2016-00020755 | 4/23/2016 11:50 | BROADC - 1, UTL - 1 | N HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 04445 - KALE, 04407 - STARKOV |
| 2016-00020504 | 4/22/2016 3:16 | IMP - 1, AST - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | WHITLEY, SCHFUNCELL - PCO | 04205 - MOLOZNIK, 04169 - DIAMOND, 04230 - EUDAVE, 04141 - FRIAS, 04393 - HANDLOS, 04223 - CLAYTON, 03461 - ORTH, 04394 - GREEN, 04160 - NEWMAN |
| 2016-00019228 | 4/15/2016 11:22 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04292 - FAIR, 01951 - ADAMS |
| 2016-00019060 | 4/14/2016 17:39 | RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04119 - DIAMOND, 04292 - FAIR, 03563 - TREJO, 03494 - ARRIAGA, 04445 - KALE |
| 2016-00018332 | 4/11/2016 9:51 | ARR - 1 | BURTON WAY / FOOTHILL RD, BEVERLY HILLS | ALPR HIT | | 04407 - STARKOV, 01944 - MCKESSY, 03841 - BILLINGSLEY, 00000 - LOZANO, 02961 - ARAULLO, 02838 - NANCE, 03072 - THURMAN, 02839 - TANNER, 02840 - RUDY |
| 2016-00018103 | 4/9/2016 21:23 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04230 - EUDAVE, 04518 - TOM |
| 2016-00017587 | 4/6/2016 20:45 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | BLANCHARD, ASHANTEE - PCO; SMITH, DOMINIQUE - PCO | 04160 - NEWMAN, 03845 - VELA, 04169 - DIAMOND, 03449 - ARMOUR, 03461 - ORTH, 02988 - MATTESON, 04394 - GREEN, 04205 - MOLOZNIK |
| 2016-00017009 | 4/3/2016 22:50 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04518 - TOM |
| 2016-00016534 | 3/31/2016 18:56 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04394 - GREEN, 04169 - DIAMOND, 04141 - FRIAS, 04230 - EUDAVE, 04205 - MOLOZNIK, 04405 - DIBBLE, 03449 - ARMOUR |
| 2016-00016348 | 3/30/2016 20:25 | UTL - 1, ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 00882 - SMOLLEN, 04205 - MOLOZNIK, 04394 - GREEN, 04170 - LAWRENCE |
| 2016-00015783 | 3/27/2016 20:40 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04574 - SOLORZANO |
| 2016-00015315 | 3/24/2016 21:54 | RPT - 1 | 912 HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 04169 - DIAMOND, 04205 - MOLOZNIK, 03449 - ARMOUR |
| 2016-00015295 | 3/24/2016 19:42 | UTL - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS, 03461 - ORTH, 04205 - MOLOZNIK, 04574 - SOLORZANO |
| 2016-00014663 | 3/21/2016 15:27 | ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 03841 - BILLINGSLEY, 02404 - KIM, 01944 - MCKESSY, 01748 - KEENAGHAN, 02795 - BEDO, 02019 - WITHERS, 03461 - ORTH |
| 2016-00014321 | 3/18/2016 23:58 | SOW - 1, FI - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 03449 - ARMOUR, 04555 - GOFF, 04141 - FRIAS, 04205 - MOLOZNIK, 43615 - HOSHINO, 04393 - HANDLOS |
| 2016-00014310 | 3/18/2016 22:02 | FI - 1, ARR - 2 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 04205 - MOLOZNIK, 43615 - HOSHINO, 03449 - ARMOUR, 04393 - HANDLOS, 04555 - GOFF, 04141 - FRIAS |
| 2016-00013600 | 3/15/2016 10:06 | IMP - 1, ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 03841 - BILLINGSLEY, 02404 - KIM, 03072 - THURMAN, 02961 - ARAULLO, 04526 - BENDER, 03633 - BOND, 03438 - YAMADA |
| 2016-00012893 | 3/10/2016 21:24 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04230 - EUDAVE, 04555 - GOFF |
| 2016-00012243 | 3/7/2016 16:49 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING, 03410 - REYES, 02840 - RUDY, 02404 - KIM, 03072 - THURMAN, 03841 - BILLINGSLEY, 04640 - HARTNELL, 02961 - ARAULLO, 04526 - BENDER |
| 2016-00012004 | 3/6/2016 8:44 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 01748 - KEENAGHAN |
| 2016-00011600 | 3/4/2016 1:58 | ARR - 1 | W SUNSET BLVD / DOHENY RD, WEST HOLLYWOOD | ALPR HIT | | 03449 - ARMOUR, 03461 - ORTH, 04205 - MOLOZNIK, 04169 - DIAMOND, 04393 - HANDLOS, 04394 - GREEN |
| 2016-00011597 | 3/4/2016 1:30 | UTL - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH |
| 2016-00011595 | 3/4/2016 0:59 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 04205 - MOLOZNIK |
| 2016-00011091 | 3/1/2016 14:13 | IMP - 1, ARR - 2 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 00502 - GELFMAN, 02800 - PEREZ J., 04675 - BETHEAJONES, 02961 - ARAULLO, 04526 - BENDER, 02838 - NANCE, 03209 - GIVENS, 03438 - YAMADA |
| 2016-00010653 | 2/27/2016 19:59 | UTL - 1 | N CRESCENT DR / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04266 - DIMENTO |
| 2016-00010596 | 2/27/2016 11:49 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04485 - BEDINIAN, 02841 - MYERS |
| 2016-00009965 | 2/24/2016 9:44 | IMP - 1, ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 02840 - RUDY, 03841 - BILLINGSLEY, 03409 - CHILSON, 00502 - GELFMAN, 01944 - MCKESSY, 04640 - HARTNELL, 02230 - CLARK, 02839 - TANNER |
| 2016-00009657 | 2/22/2016 17:12 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04407 - STARKOV, 03447 - BLONDI |
| 2016-00009474 | 2/21/2016 22:55 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS, 04405 - DIBBLE, 04407 - STARKOV, 03447 - BLONDI, 02988 - MATTESON, 04169 - DIAMOND, 02165 - SCHMIDT, 04518 - TOM, 04266 - DIMENTO |
| 2016-00009205 | 2/20/2016 1:41 | REF - 1, RPT - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04169 - DIAMOND, 04393 - HANDLOS, 04230 - EUDAVE, 03449 - ARMOUR |
| 2016-00008037 | 2/13/2016 22:17 | IMP - 1, RPT - 1 | 226 S BEVERLY DR, BEVERLY HILLS | ALPR HIT | MILLER, TRAVIS - PCO | 04141 - FRIAS, 04574 - SOLORZANO, 03449 - ARMOUR |
| 2016-00008015 | 2/13/2016 18:49 | RPT - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04266 - DIMENTO, 04393 - HANDLOS, 04407 - STARKOV, 03447 - BLONDI, 03449 - ARMOUR, 04141 - FRIAS, 04555 - GOFF |
| 2016-00007888 | 2/13/2016 2:50 | FI - 1, ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04160 - NEWMAN, 04169 - DIAMOND, 04141 - FRIAS, 04230 - EUDAVE, 04574 - SOLORZANO, 04555 - GOFF, 03449 - ARMOUR |
| 2016-00007779 | 2/12/2016 14:18 | UTL - 1, ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02838 - NANCE, 01951 - ADAMS, 00502 - GELFMAN, 04119 - DIAMOND, 03840 - DUNCAN |
| 2016-00007743 | 2/12/2016 11:24 | BROADC - 1, IMP - 2, ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 01706 - HAMILTON, 01951 - ADAMS, 03839 - LELONG, 00502 - GELFMAN, 04119 - DIAMOND, 04526 - BENDER, 02841 - MYERS |
| 2016-00007108 | 2/9/2016 14:22 | ARR - 2 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02839 - TANNER, 04407 - STARKOV, 03841 - BILLINGSLEY, 03410 - REYES |
| 2016-00006364 | 2/5/2016 1:22 | ARR - 1 | S LA CIENEGA BLVD / BLACKBURN AVE, LOS ANGELES | ALPR HIT | | 04141 - FRIAS, 04393 - HANDLOS, 04230 - EUDAVE, 03449 - ARMOUR, 04394 - GREEN, 04205 - MOLOZNIK, 04169 - DIAMOND, 04160 - NEWMAN |
| 2016-00006148 | 2/4/2016 6:56 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 02841 - MYERS |
| 2016-00005716 | 2/2/2016 9:33 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04407 - STARKOV, 03841 - BILLINGSLEY, 01944 - MCKESSY |
| 2016-00005518 | 2/1/2016 9:29 | REF - 1, ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02800 - PEREZ J., 02019 - WITHERS, 03209 - GIVENS, 03438 - YAMADA, 03839 - LELONG, 04485 - BEDINIAN, 01748 - KEENAGHAN, 03841 - BILLINGSLEY |
| 2016-00005362 | 1/30/2016 21:47 | IMP - 1, RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04266 - DIMENTO, 04405 - DIBBLE, 04518 - TOM, 04230 - EUDAVE, 02936 - HYON, 02926 - JEFFRIES, 04572 - LIANG, 04314 - MALAGUIT, 04438 - CAMPOS, 04574 - SOLORZANO, 04141 - FRIAS, 02224 - WEST, 04573 - HORST, 03563 - TREJO, 00742 - SPEDDEN, 03461 - ORTH, 02988 - MATTESON |
| 2016-00004842 | 1/27/2016 18:16 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD W.B, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 02404 - KIM, 03654 - LAGIN, 24860 - DOWLING, 02838 - NANCE, 03438 - YAMADA, 04205 - MOLOZNIK |
| 2016-00004694 | 1/26/2016 23:06 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2016-00004689 | 1/26/2016 21:12 | | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | HIDALGO, ABRAHAM - PCO; HIDALGO, ABRAHAM - PCO | 02936 - HYON, 00882 - SMOLLEN, 01837 - MAYCOTT, 03770 - ALONZO, 04393 - HANDLOS, 02165 - SCHMIDT, 04160 - NEWMAN, 04170 - LAWRENCE, 04145 - DOLAN, 03512 - BARBANI |
| 2016-00004043 | 1/23/2016 6:48 | BROADC - 1, UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02019 - WITHERS |
| 2016-00004000 | 1/22/2016 20:35 | REF - 1 | W OLYMPIC BLVD / S SHERBOURNE DR, LOS ANGELES | ALPR HIT | | 04574 - SOLORZANO, 04292 - FAIR, 04119 - DIAMOND, 03563 - TREJO |
| 2016-00001985 | 1/12/2016 15:59 | IMP - 1, ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 04485 - BEDINIAN, 01748 - KEENAGHAN, 01944 - MCKESSY, 02936 - HYON, 04358 - PILICHOS, 02961 - ARAULLO, 02019 - WITHERS, 01837 - MAYCOTT, 02627 - MADER, 24860 - DOWLING |
| 2016-00001379 | 1/8/2016 22:35 | ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04292 - FAIR, 04405 - DIBBLE, 03840 - DUNCAN, 04573 - HORST, 03839 - LELONG, 04518 - TOM, 03563 - TREJO, 03449 - ARMOUR, 03461 - ORTH, 02840 - RUDY |
| 2016-00001297 | 1/8/2016 15:25 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 02841 - MYERS, 04267 - CUDWORTH, 04335 - LEBER, 02803 - CHASE, 02404 - KIM |
| 2016-00000378 | 1/3/2016 16:59 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 02936 - HYON, 04141 - FRIAS, 04445 - KALE, 03563 - TREJO, 02803 - CHASE, 02840 - RUDY, 04114 - ASHABI |
| 2016-00000328 | 1/3/2016 9:58 | REF - 1 | N CRESCENT DR / LEXINGTON RD, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS |
| 2016-00000113 | 1/1/2016 20:50 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04518 - TOM, 04230 - EUDAVE, 04205 - MOLOZNIK, 04292 - FAIR, 04119 - DIAMOND, 03563 - TREJO, 03461 - ORTH, 04574 - SOLORZANO |
| 2015-00067304 | 12/28/2015 19:10 | GOA - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04114 - ASHABI |
| 2015-00067186 | 12/28/2015 6:32 | RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02840 - RUDY, 04160 - NEWMAN, 04407 - STARKOV, 03841 - BILLINGSLEY, 03072 - THURMAN, 04170 - LAWRENCE |
| 2015-00066307 | 12/21/2015 23:22 | RPT - 1 | GREGORY WAY / S LA PEER DR, BEVERLY HILLS | ALPR HIT | | 04573 - HORST, 04485 - BEDINIAN, 04114 - ASHABI, 04145 - DOLAN |
| 2015-00066067 | 12/20/2015 15:23 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02931 - BALLEWEG, 02936 - HYON, 24860 - DOWLING, 03845 - VELA |
| 2015-00065812 | 12/18/2015 20:32 | IMP - 1, ARR - 1 | S SANTA MONICA BLVD / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | MATAOUI, AKRAM A - PCO | 04573 - HORST, 04574 - SOLORZANO, 04394 - GREEN, 04405 - DIBBLE, 04526 - BENDER, 04292 - FAIR, 02838 - NANCE, 03461 - ORTH |
| 2015-00065292 | 12/16/2015 13:08 | ARR - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 03841 - BILLINGSLEY, 04169 - DIAMOND, 02841 - MYERS, 01944 - MCKESSY, 04280 - COURDUFF, 04358 - PILICHOS, 02795 - BEDO, 02803 - CHASE, 02839 - TANNER, 02840 - RUDY |
| 2015-00065229 | 12/16/2015 7:55 | BROADC - 1 | S LA PEER DR / OLYMPIC BLVD, BEVERLY HILLS | ALPR HIT | | 02224 - WEST |
| 2015-00065011 | 12/14/2015 22:41 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 04573 - HORST |
| 2015-00064817 | 12/13/2015 14:51 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN |
| 2015-00062618 | 12/2/2015 7:32 | RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 02841 - MYERS, 02404 - KIM |
| 2015-00062080 | 11/28/2015 13:00 | RES - 1, ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04555 - GOFF, 03447 - BLONDI, 04267 - CUDWORTH, 04141 - FRIAS, 01706 - HAMILTON |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2015-00061957 | 11/27/2015 15:11 | IMP - 1, ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04369 - STAINE, 02803 - CHASE, 01951 - ADAMS, 04555 - GOFF, 03447 - BLONDI |
| 2015-00061099 | 11/22/2015 1:28 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04573 - HORST, 04485 - BEDINIAN, 03461 - ORTH |
| 2015-00060757 | 11/20/2015 6:28 | UTL - 1, GOA - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03841 - BILLINGSLEY, 03447 - BLONDI, 02838 - NANCE |
| 2015-00060650 | 11/19/2015 14:21 | IMP - 1, ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04205 - MOLOZNIK, 03438 - YAMADA, 04555 - GOFF, 04267 - CUDWORTH, 04445 - KALE, 04280 - COURDUFF, 04141 - FRIAS, 03563 - TREJO, 24860 - DOWLING |
| 2015-00060126 | 11/16/2015 13:23 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 01944 - MCKESSY, 02404 - KIM |
| 2015-00059895 | 11/15/2015 3:59 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04230 - EUDAVE, 04518 - TOM, 04205 - MOLOZNIK |
| 2015-00059781 | 11/14/2015 13:43 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02019 - WITHERS, 04445 - KALE |
| 2015-00059264 | 11/11/2015 19:35 | RPT - 1 | 464 N REXFORD DR, BEVERLY HILLS | ALPR HIT | | 01951 - ADAMS |
| 2015-00059129 | 11/11/2015 1:58 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04445 - KALE, 04394 - GREEN, 04266 - DIMENTO, 03512 - BARBANI |
| 2015-00058680 | 11/8/2015 22:13 | BROADC - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04145 - DOLAN, 04230 - EUDAVE, 04266 - DIMENTO |
| 2015-00058517 | 11/7/2015 19:36 | IMP - 1, RPT - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04573 - HORST, 04145 - DOLAN, 04518 - TOM, 04230 - EUDAVE, 04485 - BEDINIAN, 04114 - ASHABI, 04407 - STARKOV, 04405 - DIBBLE, 03447 - BLONDI, 03563 - TREJO, 03494 - ARRIAGA, 04169 - DIAMOND |
| 2015-00058182 | 11/5/2015 20:17 | IMP - 1, ARR - 1 | S SANTA MONICA BLVD / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04169 - DIAMOND, 04485 - BEDINIAN, 03840 - DUNCAN, 04266 - DIMENTO, 04205 - MOLOZNIK, 01723 - MORENO, 03563 - TREJO |
| 2015-00058122 | 11/5/2015 14:49 | UTL - 1 | CHARLEVILLE BLVD / EL CAMINO DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS |
| 2015-00058106 | 11/5/2015 14:14 | RPT - 1 | 212 EL CAMINO DR, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS, 02841 - MYERS, 80255 - SALGADO |
| 2015-00057999 | 11/4/2015 22:46 | ARR - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 03449 - ARMOUR, 02165 - SCHMIDT, 03845 - VELA, 04119 - DIAMOND, 03512 - BARBANI, 04394 - GREEN, 04169 - DIAMOND |
| 2015-00057458 | 11/2/2015 9:37 | UTL - 1, CKOK - 1, RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04574 - SOLORZANO, 03025 - STOUT, 04573 - HORST, 01748 - KEENAGHAN, 00742 - SPEDDEN |
| 2015-00057421 | 11/2/2015 1:24 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 04114 - ASHABI |
| 2015-00057244 | 10/31/2015 22:06 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH |
| 2015-00057156 | 10/31/2015 11:08 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 03466 - COULTER |
| 2015-00057117 | 10/31/2015 1:48 | ARR - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04518 - TOM, 03840 - DUNCAN, 04485 - BEDINIAN, 04292 - FAIR, 04526 - BENDER, 04405 - DIBBLE, 03563 - TREJO, 03449 - ARMOUR, 04169 - DIAMOND |
| 2015-00056700 | 10/29/2015 9:18 | UTL - 1 | N SANTA MONICA BLVD / FOOTHILL RD, BEVERLY HILLS | ALPR HIT | | 03447 - BLONDI |
| 2015-00055421 | 10/22/2015 17:02 | RPT - 1 | WILSHIRE BLVD / N RODEO DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 04141 - FRIAS, 02404 - KIM, 04280 - COURDUFF, 04369 - STAINE, 04267 - CUDWORTH, 03563 - TREJO, 03209 - GIVENS, 03461 - ORTH |
| 2015-00055240 | 10/21/2015 23:15 | NPA - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 03840 - DUNCAN |
| 2015-00054995 | 10/20/2015 17:20 | EMR - 1, RPT - 1 | N ROBERTSON BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 00502 - GELFMAN, 04573 - HORST, 01748 - KEENAGHAN |
| 2015-00054055 | 10/15/2015 12:46 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02404 - KIM, 02803 - CHASE |
| 2015-00053706 | 10/13/2015 18:20 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03512 - BARBANI, 04114 - ASHABI |
| 2015-00052999 | 10/9/2015 16:23 | UTL - 1 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 00203 - TRERISE |
| 2015-00052891 | 10/9/2015 8:51 | IMP - 1, ARR - 1 | GREGORY WAY / S BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04141 - FRIAS, 02931 - BALLEWEG, 04369 - STAINE, 02404 - KIM, 03512 - BARBANI, 02230 - CLARK, 01951 - ADAMS, 02841 - MYERS, 03447 - BLONDI |
| 2015-00052524 | 10/7/2015 11:48 | RPT - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03438 - YAMADA, 02841 - MYERS, 02404 - KIM, 01944 - MCKESSY, 02803 - CHASE |
| 2015-00052132 | 10/5/2015 14:03 | ARR - 2 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 02936 - HYON, 04574 - SOLORZANO, 03841 - BILLINGSLEY, 03512 - BARBANI, 04160 - NEWMAN |
| 2015-00052118 | 10/5/2015 12:36 | ARR - 2 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04574 - SOLORZANO, 03841 - BILLINGSLEY, 03512 - BARBANI, 04160 - NEWMAN, 03209 - GIVENS, 02936 - HYON |
| 2015-00051894 | 10/3/2015 20:07 | CKOK - 1 | N REXFORD DR / BURTON WAY, BEVERLY HILLS | ALPR HIT | | 04555 - GOFF, 04114 - ASHABI, 04205 - MOLOZNIK |
| 2015-00051302 | 9/30/2015 21:33 | RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04114 - ASHABI, 04393 - HANDLOS, 03840 - DUNCAN, 03449 - ARMOUR, 03845 - VELA |
| 2015-00051075 | 9/29/2015 23:50 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 04445 - KALE, 03770 - ALONZO, 04394 - GREEN, 04266 - DIMENTO, 02165 - SCHMIDT, 03845 - VELA, 04145 - DOLAN, 04393 - HANDLOS |
| 2015-00050569 | 9/27/2015 3:01 | ARR - 1 | N HILLCREST RD / SUNSET BLVD, BEVERLY HILLS | ALPR HIT | | 04266 - DIMENTO, 02405 - LUNSMAN, 04518 - TOM, 04230 - EUDAVE, 04526 - BENDER, 04405 - DIBBLE, 04555 - GOFF, 04114 - ASHABI, 04223 - CLAYTON, 03840 - DUNCAN |
| 2015-00050383 | 9/25/2015 23:50 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03840 - DUNCAN, 03449 - ARMOUR, 04230 - EUDAVE, 04169 - DIAMOND, 04485 - BEDINIAN, 04292 - FAIR, 04223 - CLAYTON |
| 2015-00050254 | 9/25/2015 10:43 | IMP - 1, CKOK - 1, ARR - 1 | N REXFORD DR / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04141 - FRIAS, 02404 - KIM, 02224 - WEST, 02800 - PEREZ J., 80255 - SALGADO, 04267 - CUDWORTH, 02627 - MADER, 02841 - MYERS |
| 2015-00050013 | 9/24/2015 8:48 | ARR - 1 | WILSHIRE BLVD / N LA CIENEGA BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04369 - STAINE, 01706 - HAMILTON, 02838 - NANCE, 03410 - REYES, 02839 - TANNER, 03209 - GIVENS, 03494 - ARRIAGA, 03438 - YAMADA, 01944 - MCKESSY, 04141 - FRIAS, 03447 - BLONDI, 02224 - WEST |
| 2015-00049674 | 9/22/2015 14:38 | RPT - 2 | N MAPLE DR / BEVERLY BLVD, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 02833 - CASCADDEN, 01944 - MCKESSY |
| 2015-00049168 | 9/19/2015 21:15 | UTL - 1 | 439 SPALDING DR, BEVERLY HILLS | ALPR HIT | | 02405 - LUNSMAN, 04394 - GREEN, 04114 - ASHABI, 04526 - BENDER, 04405 - DIBBLE, 03449 - ARMOUR |
| 2015-00048784 | 9/17/2015 23:02 | AST - 1, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04526 - BENDER, 04405 - DIBBLE, 04485 - BEDINIAN, 04292 - FAIR, 04169 - DIAMOND, 04230 - EUDAVE, 04223 - CLAYTON, 03840 - DUNCAN |
| 2015-00047524 | 9/10/2015 19:54 | IMP - 1, ARR - 1 | WILSHIRE BLVD / N BEDFORD DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 04292 - FAIR, 03449 - ARMOUR, 03461 - ORTH, 04394 - GREEN, 04205 - MOLOZNIK |
| 2015-00047214 | 9/9/2015 12:12 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 02224 - WEST |
| 2015-00046918 | 9/8/2015 1:58 | ARR - 2 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04145 - DOLAN, 04266 - DIMENTO, 04573 - HORST, 03770 - ALONZO, 04393 - HANDLOS, 04394 - GREEN, 01484 - TOMLIN, 02988 - MATTESON, 03845 - VELA |
| 2015-00046854 | 9/7/2015 15:23 | UTL - 1 | S SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02936 - HYON |
| 2015-00046407 | 9/5/2015 1:30 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04394 - GREEN |
| 2015-00046314 | 9/4/2015 15:06 | UTL - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN |
| 2015-00045996 | 9/3/2015 9:53 | RPT - 1 | SUNSET BLVD / WHITTIER DR, BEVERLY HILLS | ALPR HIT | | 02936 - HYON, 01748 - KEENAGHAN |
| 2015-00045956 | 9/3/2015 8:10 | IMP - 1, RPT - 1 | N DOHENY DR / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04160 - NEWMAN, 02803 - CHASE, 02230 - CLARK, 02404 - KIM, 02224 - WEST |
| 2015-00044922 | 8/29/2015 7:43 | REF - 1, IMP - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING, 03494 - ARRIAGA, 01951 - ADAMS, 03562 - ARRIAGA, 02803 - CHASE |
| 2015-00044713 | 8/28/2015 9:09 | BROADC - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 02404 - KIM |
| 2015-00044414 | 8/27/2015 8:28 | REF - 1, RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 03438 - YAMADA, 01951 - ADAMS, 02931 - BALLEWEG, 01231 - YANG, 04230 - EUDAVE, 04358 - PILICHOS, 02961 - ARAULLO, 02019 - WITHERS |
| 2015-00044110 | 8/26/2015 1:33 | ARR - 1 | SANTA MONICA BLVD / N LA CIENEGA BLVD, WEST HOLLYWOOD | ALPR HIT | | 03845 - VELA, 03840 - DUNCAN, 04114 - ASHABI, 03770 - ALONZO, 02838 - NANCE, 04145 - DOLAN, 02165 - SCHMIDT |
| 2015-00043735 | 8/24/2015 15:30 | RPT - 1 | 407 N MAPLE DR, BEVERLY HILLS | ALPR HIT | | 00502 - GELFMAN |
| 2015-00043675 | 8/24/2015 12:02 | BROADC - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING |
| 2015-00043641 | 8/24/2015 9:28 | IRPT - 1 | CHARLEVILLE BLVD / S WILLAMAN DR, BEVERLY HILLS | ALPR HIT | | 04445 - KALE, 03841 - BILLINGSLEY, 03072 - THURMAN, 04267 - CUDWORTH, 03563 - TREJO |
| 2015-00043048 | 8/20/2015 18:35 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 02839 - TANNER, 04160 - NEWMAN |
| 2015-00041493 | 8/13/2015 21:34 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04574 - SOLORZANO, 03512 - BARBANI, 03461 - ORTH, 04169 - DIAMOND, 04205 - MOLOZNIK, 04394 - GREEN |
| 2015-00041428 | 8/13/2015 15:58 | UTL - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 24860 - DOWLING |
| 2015-00041263 | 8/13/2015 7:25 | UTL - 1, NPA - 1 | N SANTA MONICA BLVD / BEVERLY BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 03438 - YAMADA, 01748 - KEENAGHAN |
| 2015-00040688 | 8/10/2015 17:18 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 04518 - TOM, 02840 - RUDY, 00502 - GELFMAN |
| 2015-00040337 | 8/9/2015 5:33 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03461 - ORTH, 04223 - CLAYTON, 04292 - FAIR, 04266 - DIMENTO, 04205 - MOLOZNIK |
| 2015-00038768 | 8/1/2015 7:32 | ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04574 - SOLORZANO, 03562 - ARRIAGA, 02841 - MYERS, 01231 - YANG, 03072 - THURMAN, 04170 - LAWRENCE, 03563 - TREJO, 01951 - ADAMS, 03466 - COULTER, 03409 - CHILSON |
| 2015-00037698 | 7/27/2015 11:25 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 03072 - THURMAN, 03259 - POPOY, 03841 - BILLINGSLEY, 03563 - TREJO, 01837 - MAYCOTT, 02709 - LYNCH, 04573 - HORST, 04267 - CUDWORTH |
| 2015-00037505 | 7/25/2015 21:18 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | SALGUERO, RENE - PCO | 04205 - MOLOZNIK, 04223 - CLAYTON, 04393 - HANDLOS, 03840 - DUNCAN, 04445 - KALE, 03512 - BARBANI, 03449 - ARMOUR, 04169 - DIAMOND |
| 2015-00037490 | 7/25/2015 19:17 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK |
| 2015-00035780 | 7/15/2015 9:54 | REF - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04518 - TOM, 03841 - BILLINGSLEY |
| 2015-00034996 | 7/11/2015 2:40 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY S/B, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04169 - DIAMOND, 03461 - ORTH, 04394 - GREEN |
| 2015-00034585 | 7/8/2015 21:48 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | SERBES, CHRISTOPHER - PCO | 03461 - ORTH, 02988 - MATTESON, 04114 - ASHABI, 04160 - NEWMAN, 04394 - GREEN, 04169 - DIAMOND, 02838 - NANCE |
| 2015-00034557 | 7/8/2015 17:30 | RES - 1, ARR - 1, AST - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04267 - CUDWORTH, 04518 - TOM, 01235 - COLLERA, 01951 - ADAMS, 03841 - BILLINGSLEY |
| 2015-00034506 | 7/8/2015 14:01 | ADV - 1, RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04518 - TOM, 01944 - MCKESSY, 02224 - WEST, 02405 - LUNSMAN, 01951 - ADAMS, 02841 - MYERS, 04267 - CUDWORTH |
| 2015-00034207 | 7/7/2015 1:07 | IMP - 1, FI - 4 | N BEVERLY DR / COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04145 - DOLAN, 02838 - NANCE, 02988 - MATTESON, 04394 - GREEN, 02165 - SCHMIDT, 03840 - DUNCAN |
| 2015-00032566 | 6/27/2015 12:43 | UTL - 1 | SUNSET BLVD / HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 03025 - STOUT |
| 2015-00032288 | 6/26/2015 0:21 | ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD E/B, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 04119 - DIAMOND, 04141 - FRIAS, 03512 - BARBANI, 03449 - ARMOUR, 03461 - ORTH, 04160 - NEWMAN, 04169 - DIAMOND, 04205 - MOLOZNIK |
| 2015-00031488 | 6/21/2015 19:47 | ARR - 1, AST - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04223 - CLAYTON, 04145 - DOLAN, 04205 - MOLOZNIK, 04230 - EUDAVE, 03770 - ALONZO, 02988 - MATTESON, 03840 - DUNCAN |
| 2015-00031422 | 6/21/2015 8:44 | ARR - 1 | DAYTON WAY / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 04518 - TOM, 03841 - BILLINGSLEY, 03563 - TREJO, 02839 - TANNER, 02840 - RUDY |
| 2015-00031400 | 6/21/2015 0:58 | UTL - 1, ADV - 1 | LOMA VISTA DR / CARLA RIDGE, BEVERLY HILLS | ALPR HIT | | 03449 - ARMOUR, 04119 - DIAMOND, 04394 - GREEN, 04205 - MOLOZNIK |
| 2015-00028118 | 6/3/2015 15:12 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 01837 - MAYCOTT, 02840 - RUDY, 02800 - PEREZ J. |
| 2015-00027978 | 6/2/2015 21:10 | ARR - 1 | DAYTON WAY / N CRESCENT DR, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND, 04394 - GREEN, 04266 - DIMENTO, 02988 - MATTESON, 02165 - SCHMIDT, 03845 - VELA |
| 2015-00027974 | 6/2/2015 20:59 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02988 - MATTESON, 04169 - DIAMOND |
| 2015-00027166 | 5/29/2015 11:03 | RPT - 1 | SUNSET BLVD / N HILLCREST RD, BEVERLY HILLS | ALPR HIT | | 00203 - TRERISE, 02404 - KIM, 01837 - MAYCOTT, 03209 - GIVENS, 02841 - MYERS |
| 2015-00026828 | 5/27/2015 20:11 | UTL - 1 | SUNSET BLVD / ALPINE DR, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING |
| 2015-00026259 | 5/24/2015 17:37 | ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | ESPIRITU, ROSE - PCO; LUBIN, REYNA - PCO; PARKS, DSEANTE - PCO | 04170 - LAWRENCE, 02931 - BALLEWEG, 03562 - ARRIAGA, 03563 - TREJO, 02838 - NANCE, 03438 - YAMADA, 02840 - RUDY, 00813 - ELWELL, 04114 - ASHABI |
| 2015-00026223 | 5/24/2015 12:07 | REF - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 00813 - ELWELL, 04518 - TOM, 03841 - BILLINGSLEY |
| 2015-00025751 | 5/21/2015 14:20 | IMP - 1, CIT - 1, RPT - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03494 - ARRIAGA, 00802 - BATTY, 01951 - ADAMS, 01231 - YANG, 02841 - MYERS, 02936 - HYON, 02224 - WEST, 02747 - WELLER, 01715 - WEIR, 03209 - GIVENS |
| 2015-00024885 | 5/17/2015 11:39 | UTL - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2015-00024790 | 5/16/2015 16:54 | BROADC - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03562 - ARRIAGA |
| 2015-00024762 | 5/16/2015 13:20 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03562 - ARRIAGA |
| 2015-00024497 | 5/15/2015 0:29 | ARR - 1, RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04266 - DIMENTO, 04169 - DIAMOND, 04141 - FRIAS, 03512 - BARBANI, 04393 - HANDLOS, 04292 - FAIR, 03449 - ARMOUR, 03461 - ORTH, 04119 - DIAMOND, 04205 - MOLOZNIK |
| 2015-00023462 | 5/8/2015 20:59 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04394 - GREEN, 04205 - MOLOZNIK |
| 2015-00023356 | 5/8/2015 11:29 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02224 - WEST, 04369 - STAINE, 01837 - MAYCOTT, 01951 - ADAMS, 01231 - YANG, 02841 - MYERS |
| 2015-00023078 | 5/7/2015 1:03 | ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | SMITH, DEONTE TREMAINE - PCO | 04169 - DIAMOND, 04141 - FRIAS, 03512 - BARBANI, 02988 - MATTESON, 04394 - GREEN |
| 2015-00022554 | 5/4/2015 10:47 | CKOK - 1 | S SANTA MONICA BLVD / N RODEO DR, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE |
| 2015-00022099 | 5/1/2015 14:02 | RPT - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS, 03494 - ARRIAGA, 03438 - YAMADA, 02404 - KIM, 01231 - YANG, 02224 - WEST, 02841 - MYERS, 04280 - COURDUFF, 02019 - WITHERS |
| 2015-00021953 | 4/30/2015 21:29 | UTL - 1 | 1200 COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04393 - HANDLOS, 04394 - GREEN, 04160 - NEWMAN, 04266 - DIMENTO, 03512 - BARBANI |
| 2015-00021872 | 4/30/2015 15:10 | RPT - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 02931 - BALLEWEG, 02841 - MYERS, 00203 - TRERISE, 02842 - DIMOND |
| 2015-00021658 | 4/29/2015 16:02 | UTL - 1 | COLDWATER CANYON DR / N BEVERLY DR, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS |
| 2015-00021315 | 4/27/2015 16:37 | ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 02961 - ARAULLO, 03072 - THURMAN, 01837 - MAYCOTT, 01715 - WEIR, 03438 - YAMADA, 02988 - MATTESON, 04141 - FRIAS, 00203 - TRERISE |
| 2015-00020419 | 4/22/2015 17:49 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02840 - RUDY, 02961 - ARAULLO, 00203 - TRERISE, 01837 - MAYCOTT, 02839 - TANNER, 03494 - ARRIAGA, 03438 - YAMADA |
| 2015-00019798 | 4/19/2015 16:19 | ARR - 1, RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING, 03447 - BLONDI, 03562 - ARRIAGA, 04170 - LAWRENCE, 04267 - CUDWORTH |
| 2015-00018567 | 4/13/2015 15:47 | UTL - 1 | N CANON DR / S SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04170 - LAWRENCE, 03410 - REYES, 02936 - HYON |
| 2015-00018353 | 4/12/2015 1:46 | RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | BROWN, CARMEN R - PCO; TOWLES, TUGOA - PCO | 04223 - CLAYTON, 04292 - FAIR, 04230 - EUDAVE, 03449 - ARMOUR, 03461 - ORTH, 04160 - NEWMAN, 04119 - DIAMOND, 04393 - HANDLOS |
| 2015-00018345 | 4/11/2015 23:57 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04119 - DIAMOND |
| 2015-00017558 | 4/7/2015 11:32 | UTL - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04169 - DIAMOND |
| 2015-00017231 | 4/5/2015 4:47 | UTL - 1 | 1100 COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04518 - TOM, 02842 - DIMOND |
| 2015-00016721 | 4/2/2015 10:10 | BROADC - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 03209 - GIVENS |
| 2015-00016243 | 3/30/2015 17:07 | ARR - 1, ADV - 1, AST - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04267 - CUDWORTH, 03563 - TREJO, 01951 - ADAMS, 03840 - DUNCAN, 02405 - LUNSMAN, 02931 - BALLEWEG, 04141 - FRIAS, 03841 - BILLINGSLEY, 04170 - LAWRENCE |
| 2015-00015914 | 3/28/2015 12:25 | ARR - 1, ADV - 1, RPT - 1 | WILSHIRE BLVD / N RODEO DR, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04070 - EVANS, 02404 - KIM, 02747 - WELLER, 02803 - CHASE, 01951 - ADAMS |
| 2015-00014486 | 3/21/2015 0:13 | AST - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | DAWSON, RAMON - PCO | 03449 - ARMOUR, 02838 - NANCE, 03461 - ORTH, 04266 - DIMENTO, 04160 - NEWMAN, 04169 - DIAMOND, 04141 - FRIAS, 03770 - ALONZO, 03654 - LAGIN |
| 2015-00013657 | 3/17/2015 0:41 | RPT - 1 | 1100 COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04145 - DOLAN, 04393 - HANDLOS, 02165 - SCHMIDT, 04114 - ASHABI, 03845 - VELA, 03654 - LAGIN, 00882 - SMOLLEN, 02988 - MATTESON |
| 2015-00013442 | 3/15/2015 20:28 | RPT - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03845 - VELA, 04394 - GREEN, 03841 - BILLINGSLEY, 02838 - NANCE, 02988 - MATTESON, 04145 - DOLAN |
| 2015-00013318 | 3/14/2015 20:28 | RPT - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02838 - NANCE, 04394 - GREEN, 04405 - DIBBLE, 04267 - CUDWORTH, 04393 - HANDLOS, 04160 - NEWMAN, 04335 - LEBER, 04205 - MOLOZNIK, 04141 - FRIAS, 03770 - ALONZO |
| 2015-00012988 | 3/13/2015 3:07 | UTL - 1 | N OAKHURST DR / CIVIC CENTER DR, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK |
| 2015-00011875 | 3/6/2015 18:34 | UTL - 1 | N CANON DR / S SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN |
| 2015-00010771 | 3/1/2015 1:26 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04119 - DIAMOND, 04393 - HANDLOS, 04267 - CUDWORTH, 04335 - LEBER, 04141 - FRIAS, 04394 - GREEN, 04205 - MOLOZNIK, 03449 - ARMOUR |
| 2015-00010535 | 2/27/2015 12:23 | BROADC - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 24860 - DOWLING |
| 2015-00009554 | 2/22/2015 6:24 | GOA - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 03025 - STOUT |
| 2015-00009390 | 2/21/2015 2:04 | UNF - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04169 - DIAMOND |
| 2015-00008959 | 2/19/2015 11:08 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 04266 - DIMENTO, 04518 - TOM, 04292 - FAIR, 04170 - LAWRENCE, 02224 - WEST |
| 2015-00007729 | 2/12/2015 14:46 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02224 - WEST |
| 2015-00006311 | 2/5/2015 13:18 | UTL - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04160 - NEWMAN |
| 2015-00006197 | 2/5/2015 6:16 | ARR - 1 | WILSHIRE BLVD / N SANTA MONICA BLVD, BEVERLY HILLS | ALPR HIT | | 02800 - PEREZ J., 01706 - HAMILTON, 02841 - MYERS, 01951 - ADAMS, 04518 - TOM, 04292 - FAIR, 04230 - EUDAVE, 03512 - BARBANI, 04170 - LAWRENCE |
| 2015-00006146 | 2/4/2015 18:59 | ARR - 1, AST - 1, RPT - 1 | 1200 COLDWATER CANYON DR, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 03840 - DUNCAN, 03841 - BILLINGSLEY, 02747 - WELLER, 00882 - SMOLLEN, 03563 - TREJO, 02842 - DIMOND, 04267 - CUDWORTH |
| 2015-00005945 | 2/3/2015 20:01 | UTL - 2 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02842 - DIMOND, 03841 - BILLINGSLEY |
| 2015-00005041 | 1/30/2015 9:23 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04518 - TOM, 04292 - FAIR, 04230 - EUDAVE, 03512 - BARBANI |
| 2015-00004988 | 1/30/2015 0:05 | ARR - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04160 - NEWMAN, 04141 - FRIAS, 03770 - ALONZO, 04405 - DIBBLE, 04119 - DIAMOND, 03563 - TREJO, 04169 - DIAMOND, 04394 - GREEN, 45536 - SCHWAB, 03654 - LAGIN |
| 2015-00003916 | 1/23/2015 23:54 | ARR - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02838 - NANCE, 04405 - DIBBLE, 04119 - DIAMOND, 04394 - GREEN, 04160 - NEWMAN, 04169 - DIAMOND, 04205 - MOLOZNIK |
| 2015-00002902 | 1/18/2015 11:01 | CKOK - 1 | EL CAMINO DR / CHARLEVILLE BLVD, BEVERLY HILLS | ALPR HIT | | 02842 - DIMOND |
| 2015-00002788 | 1/17/2015 14:33 | UTL - 1 | N SANTA MONICA BLVD / WILSHIRE BLVD, BEVERLY HILLS | ALPR HIT | | 02841 - MYERS, 04266 - DIMENTO |
| 2015-00001306 | 1/9/2015 2:43 | ARR - 1 | WILSHIRE BLVD / COMSTOCK AVE, LOS ANGELES | ALPR HIT | | 04160 - NEWMAN, 04169 - DIAMOND, 04205 - MOLOZNIK, 04119 - DIAMOND, 03770 - ALONZO, 03449 - ARMOUR, 04267 - CUDWORTH, 04394 - GREEN |
| 2015-00001089 | 1/8/2015 3:27 | UTL - 1 | S LA CIENEGA BLVD / GREGORY WAY, BEVERLY HILLS | ALPR HIT | | 04205 - MOLOZNIK, 04169 - DIAMOND, 04160 - NEWMAN, 02800 - PEREZ J. |

Ex. 13

# BEVERLY HILLS POLICE DEPARTMENT
## CASE REPORT

| | |
|---|---|
| | **REPORT NUMBER** |
| | **2020-00007634** |
| | DATE AND TIME REPORTED |
| ORI - CA0191000 | **2/9/2020    09:51** |

| OCCURRED INCIDENT TYPE | | DATE OF OCCURRENCE | |
|---|---|---|---|
| **OTHER INCIDENT** | ☐  DOMESTIC VIOLENCE | | |
| | | FROM DAY, DATE and TIME: | THROUGH DAY, DATE and TIME: |
| LOCATION OF INCIDENT | | | |
| COMMON NAME - | | **02/09/2020   09:51** | **02/09/2020   10:05** |
| STREET ADDRESS - **S  LA CIENEGA BLVD -** **BEVERLY HILLS, CA  90211** | | | |

| STATUTE | DESCRIPTION | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DESCRIBE CHARACTERISTICS OF PREMISES AND AREA WHERE OFFENSE OCCURRED**

**HIGHWY-ROAD-ALLEY-STREET-SIDEWLK**                     SCENE PROCESSED BY

**DESCRIBE BRIEFLY HOW OFFENSE WAS COMMITTED**

**OFFICERS  RECOVERED  STOLEN  LICENSE  PLATES  FROM  A  VEHICLE.**

| DESCRIBE WEAPON, INSTRUMENT, EQUIPMENT, TRICK, DEVICE OR FORCE USED | MOTIVE - REASON FOR OFFENSE | | |
|---|---|---|---|
| **N/A** | ☐ PROPERTY LOSS   ☐ VEHICLE LOSS   ☐ OTHER - | | |

| ESTIMATED TOTAL PROPERTY LOSS (EXCLUDING VEHICLE) | EXTENT/TYPE OF PROPERTY, INJURIES OR DAMAGES |
|---|---|
| $ | |

**WHAT DID SUSPECTS SAY - NOTED PECULIARITIES**

**N/A**

**VICTIM'S ACTIVITY JUST PRIOR TO AND/OR DURING OFFENSE**

**N/A**

**TRADEMARK - OTHER DISTINCTIVE ACTION OF SUSPECT(S)**

**N/A**

| ☒ ATTACHMENTS | ☐ PHOTOS  TAKEN | ☐ 293  NOTIFICATION | ☒ EVIDENCE  BOOKED | ☐ DV PAMPHLET |
|---|---|---|---|---|
| ☐ EPO  OFFERED | ☐ AXON  DIGITAL  UPLOAD | ☐ SUSPECT  ARRESTED | ☐ INSURANCE  PURPOSES  ONLY | ☐ ID BUREAU REQUESTED |

| REPORTING OFFICERS (ID/NAME): | SUPERVISOR APPROVING | DATE/TIME |
|---|---|---|
| **FALOSSI**              355 | **DOWLING, SCOTT** | **2/9/2020** |

**1**   OF  **4**

**BH00026**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEVERLY HILLS POLICE DEPARTMENT**
**CASE REPORT**

*Victims/Witness/Other Subjects*

REPORT NUMBER
**2020-00007634**

ORI - CA0191000

---

**PARTY**

| NAME (LAST, FIRST, MIDDLE SUFFIX)/ FIRM NAME | ☐ NON-DISCLOSURE REQUESTED |
|---|---|
| Adult **BLACKMON, ASHLEY, BROOKE** | |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE |
|---|---|---|---|---|---|
| 9/22/1989 | 30 | FEMALE | BLACK | 6' 2 | 180 |

| HAIR COLOR | EYE COLOR | DL NUMBER/STATE | OCCUPATION |
|---|---|---|---|
| BLK | BRO | Y6320524/ CA | |

ADDRESS (Street Address, Apt # City, State Zip)
**13603 MARINA POINTE DR - D4291, MARINA DEL REY, CA 90292**

| PHONE #1 CELL | PHONE #2 | PHONE #3 | OTHER CONTACT - E-MAIL |
|---|---|---|---|
| (919)244-3529 | | | n/a |

| EMPLOYER /SCHOOL | EMPLOYER/SCHOOL ADDRESS (Street Address, Apt # City, State Zip) | PHONE # |
|---|---|---|
| | | |

| ALIAS TYPE | ALIAS LAST NAME | ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS DATE OF BIRTH |
|---|---|---|---|---|
| | | | | |

---

| NAME (LAST, FIRST, MIDDLE SUFFIX)/ FIRM NAME | ☐ NON-DISCLOSURE REQUESTED |
|---|---|

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE |
|---|---|---|---|---|---|
| | | | | | |

| HAIR COLOR | EYE COLOR | DL NUMBER/STATE | OCCUPATION |
|---|---|---|---|
| | | | |

ADDRESS (Street Address, Apt # City, State Zip)

| PHONE #1 | PHONE #2 | PHONE #3 | OTHER CONTACT - |
|---|---|---|---|
| | | | |

| EMPLOYER /SCHOOL | EMPLOYER/SCHOOL ADDRESS (Street Address, Apt # City, State Zip) | PHONE # |
|---|---|---|

| ALIAS TYPE | ALIAS LAST NAME | ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS DATE OF BIRTH |
|---|---|---|---|---|

---

| NAME (LAST, FIRST, MIDDLE SUFFIX)/ FIRM NAME | ☐ NON-DISCLOSURE REQUESTED |
|---|---|

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE |
|---|---|---|---|---|---|
| | | | | | |

| HAIR COLOR | EYE COLOR | DL NUMBER/STATE | OCCUPATION |
|---|---|---|---|

ADDRESS (Street Address, Apt # City, State Zip)

| PHONE #1 | PHONE #2 | PHONE #3 | OTHER CONTACT - |
|---|---|---|---|

| EMPLOYER /SCHOOL | EMPLOYER/SCHOOL ADDRESS (Street Address, Apt # City, State Zip) | PHONE # |
|---|---|---|

| ALIAS TYPE | ALIAS LAST NAME | ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS DATE OF BIRTH |
|---|---|---|---|---|

---

| REPORTING OFFICERS (ID/NAME): | SUPERVISOR APPROVING | DATE/TIME |
|---|---|---|
| FALOSSI 355 | DOWLING, SCOTT | 2/9/2020 |

Case Report 2020-00007634 Page 2 OF 4

**BH00027**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEVERLY HILLS POLICE DEPARTMENT**
**CASE REPORT**

*Involved Vehicles*

| REPORT NUMBER |
| --- |
| **2020-00007634** |

ORI - CA0191000

---

| VEHICLE ROLE | STYLE |
| --- | --- |
| **INVOLVED VEHICLE** | **4 Door Sport Utility Wagon** |

| VEH YR | TYPE/MAKE/MODEL | | |
| --- | --- | --- | --- |
| **19** | **AUTOMOBILE** | **TOYOTA** | **RAV4** |

| PLATE / STATE | VIN | COLOR |
| --- | --- | --- |
| **8KYC428/ CA** | **2T3W1RFV6KW031475** | **BLACK** |

ADDITIONAL DESCRIPTIVE INFORMATION

---

| VEHICLE ROLE | STYLE |
| --- | --- |
| **INVOLVED VEHICLE** | **4 Door Sport Utility Wagon** |

| VEH YR | TYPE/MAKE/MODEL | | |
| --- | --- | --- | --- |
| **18** | **AUTOMOBILE** | **TOYOTA** | **RAV4** |

| PLATE / STATE | VIN | COLOR |
| --- | --- | --- |
| **8HCW465/ CA** | **JTMZFREV8JJ753429** | **GRAY** |

ADDITIONAL DESCRIPTIVE INFORMATION

---

| VEHICLE ROLE | STYLE |
| --- | --- |
| | |

| VEH YR | TYPE/MAKE/MODEL |
| --- | --- |
| | |

| PLATE / STATE | VIN | COLOR |
| --- | --- | --- |
| | | |

ADDITIONAL DESCRIPTIVE INFORMATION

---

| VEHICLE ROLE | STYLE |
| --- | --- |
| | |

| VEH YR | TYPE/MAKE/MODEL |
| --- | --- |
| | |

| PLATE / STATE | VIN | COLOR |
| --- | --- | --- |
| | | |

ADDITIONAL DESCRIPTIVE INFORMATION

---

| REPORTING OFFICERS (ID/NAME): | | SUPERVISOR APPROVING | DATE/TIME |
| --- | --- | --- | --- |
| **FALOSSI** | **355** | **DOWLING, SCOTT** | **2/9/2020** |

Case Report 2020-00007634 Page 3 of 4

**BH00028**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

BEVERLY HILLS POLICE DEPARTMENT
CASE REPORT

*Narrative*

REPORT NUMBER

**2020-00007634**

ORI - CA0191000

## SOURCE

On 2-9-20, at approximately 0951 hours, I, Officer Falossi #04678, was working uniformed patrol and driving a marked police vehicle. BHPD Dispatch broadcasted over the radio that they received an ALPR hit on a stolen vehicle traveling northbound on La Cienega Blvd. from Gregory Way. BHPD Dispatch broadcasted that the vehicle was a Gray Toyota Rav 4 CA plate#8HCW465 straight stolen on 11-20-2019 (see attached DMV return for additional information).

## INVESTIGATION

I was at the intersection of La Cienega Blvd. and Wilshire Blvd, and I observed a black Toyota Rav 4 with CA plate # 8HCW465 driving northbound in the #2 lane. I requested the assistance of additional officers and a supervisor. Officer Comp, Officer De La Cruz, Officer Downs, and Sgt. Orth responded to assist.  BHPD Dispatch confirmed the license plate as belonging to a stolen vehicle.

Officers conducted a high risk traffic stop on the Toyota at the intersection of Westmont Dr. and La Cienega Blvd. The driver was detained and identified as Ashley Blackmon (Party).  I ran the VIN number of the Toyota Ashley was driving, and it did not match the stolen license plate. At this time I determined that unknown suspect(s) had swapped the plates on the stolen vehicle with Ashley's Toyota. Ashley was uncuffed and the detention ended as soon as I made this determination. The actual license plate registered to Ashley's Toyota is CA 8KYC428.

Ashley told me she was unaware that her license plates had been stolen. Ashley said she has been driving the Toyota for five months.

Ashley was provided with a report number from BHPD so she can obtain new license plates. I also reported the plates to Ashley's Toyota as stolen. See case report # 2020-7635 for additional information.

## EVIDENCE

I placed the two stolen license plates into BHPD Evidence. See attached property receipt for additional information.

| REPORTING OFFICERS (ID/NAME): | | SUPERVISOR APPROVING | DATE/TIME |
|---|---|---|---|
| **FALOSSI** | 355 | **DOWLING, SCOTT** | **2/9/2020** |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Ex. 14

»ADMIN   ADMINISTRATIVE MSG OTHER THAN CRIMINAL/DMV RECORD CHECK - CLETS & NLETS
( . ) TACTICAL EMERGENCY - USE ONLY FOR TACTICAL SITUATIONS
CALIFORNIA DESTINATION STM0 / .... / .... / .... / .... / ....   AND/OR
NLETS DESTINATION ........ / ......... / ......... / ......... / .........
MESSAGE # 001  DESTINATION AGENCY NAME SANTA MONICA PD....................
TEXT: RE/ RECOVERED LICENSE PLATES, VEH STILL OUTSTANDING, MODIFY YOUR ENTRY
      LIC/ 8HCW465 (2) PLATES RECOVERED......................................
      OCA/ 190141380.........................................................
      FCN/ 2971932403420.....................................................
      PLATES WERE SWAPPED AS RELATED TO BHPD STOLEN PLATES REPORT 20-7635.
      THANK YOU..............................................................
      .......................................................................
      .......................................................................
      .......................................................................
      .......................................................................
      .......................................................................
      .......................................................................
REFER TO RECORDS.................  FILE # 20-7634.............
AGENCY NAME BEVERLY HILLS POLICE DEPT..... UNIT RECORDS............
ADD 464 N REXFORD DRIVE......... CTY BEVERLY HILLS........... ZIP 90210....
OPERATOR INITIALS DSC PHONE: 310 285-2184............«

**BH00021**

Ex. 15

**Kevin Orth**

| | |
|---|---|
| **From:** | LEARN LPR Dispatch <no-reply@learn-nvls.com> |
| **Sent:** | Sunday, February 9, 2020 9:52 AM |
| **To:** | Kevin Orth |
| **Subject:** | LPR Hot List Alert (License Plate 8HCW465) |

**CAUTION: External Sender**
Use caution when clicking links or opening attachments

# Hot List Alert

**A 'Hot Listed' vehicle has been detected by your LEARN database**
**This information was acquired by Vigilant Solutions' LPR system**

## Stolen Vehicle - LP # 8HCW465 / CA




| | |
|---|---|
| **Nearest Address:** | La Cienega / Gregory |
| | Beverly Hills, CA |
| **Nearest Intersection:** | S la Cienega Blvd |
| | Gregory Way |

Disclaimer: The address listed above is ONLY an estimate.

Map the Vehicle Location - Click Here

Please find the details below:

## LEARN Profile:

| | | |
|---|---|---|
| Hit Reference Type: | [X] Real Time | [ ] Historical |
| System / Camera Type: | [ ] Mobile | [X] Fixed |

## Hot-List Information:

1

**BH00038**

|  |  |
|---|---|
| Agency Assignment: | Beverly Hills Police Department |
| Plate ID / State ID: | 8HCW465 / CA |
| Order Date: | 11-20-19 @ 05:00:00 AM GMT Time |
| Source: | CA-DOJ_SVS |
| Vehicle State: | CA |

## Detection Information:

|  |  |
|---|---|
| Scanned By Agency / User: | Beverly Hills Police Department / NB La Cienega at Gregory Ln2 |
| Fleet Car or Camera Group: | NB-LaCienega-Gregory-Ln2 |
| Operator or Camera ID: | NB_LaCienega_Gregory_Ln2 |
| Scan Date & Time: | 02-09-20 @ 09:51:24 AM Local Time |
| GPS Coordinates: | Longitude: -118.376114 / Latitude: 34.062370 |
| Server Dispatch: | [LEARN Server](#) |

## Historical Sightings:

To search past locations of this same vehicle, [click here.](#)

## End of Report





**BH00039**

Ex. 16

# BEVERLY HILLS POLICE DEPARTMENT
## CASE REPORT

| | |
|---|---|
| | REPORT NUMBER |
| | **2020-00007635** |
| | DATE AND TIME REPORTED |
| ORI - CA0191000 | **2/9/2020      09:51** |

| OCCURRED INCIDENT TYPE | ☐ DOMESTIC VIOLENCE | DATE OF OCCURRENCE | |
|---|---|---|---|
| **VEHICLE TAMPERING** | | FROM DAY, DATE and TIME: | THROUGH DAY, DATE and TIME: |

LOCATION OF INCIDENT

COMMON NAME -

STREET ADDRESS - **S LA CIENEGA BLVD -**
**BEVERLY HILLS, CA 90211**

FROM DAY, DATE and TIME: **09/09/2019   12:00**
THROUGH DAY, DATE and TIME: **11/20/2019   12:00**

| STATUTE | DESCRIPTION | ATTEMPT/COMMIT |
|---|---|---|
| **10852 VC-M** | **VEH PARTS** | **COMMITTED** |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIBE CHARACTERISTICS OF PREMISES AND AREA WHERE OFFENSE OCCURRED | SCENE PROCESSED BY |
|---|---|
| **HIGHWY-ROAD-ALLEY-STREET-SIDEWLK** | |

DESCRIBE BRIEFLY HOW OFFENSE WAS COMMITTED

**THE VICTIM'S LICENSE PLATES WERE STOLEN AT AN UNKNOWN DATE, TIME, AND PLACE.**

| DESCRIBE WEAPON, INSTRUMENT, EQUIPMENT, TRICK, DEVICE OR FORCE USED | MOTIVE - REASON FOR OFFENSE |
|---|---|
| **N/A** | ☒ PROPERTY LOSS   ☐ VEHICLE LOSS   ☐ OTHER - **LICENSE PLATES** |

| ESTIMATED TOTAL PROPERTY LOSS (EXCLUDING VEHICLE) | EXTENT/TYPE OF PROPERTY, INJURIES OR DAMAGES |
|---|---|
| **$** | |

WHAT DID SUSPECTS SAY - NOTED PECULIARITIES

**N/A**

VICTIM'S ACTIVITY JUST PRIOR TO AND/OR DURING OFFENSE

**N/A**

TRADEMARK - OTHER DISTINCTIVE ACTION OF SUSPECT(S)

**N/A**

| | | | | |
|---|---|---|---|---|
| ☒ ATTACHMENTS | ☐ PHOTOS TAKEN | ☐ 293 NOTIFICATION | ☐ EVIDENCE BOOKED | ☐ DV PAMPHLET |
| ☐ EPO OFFERED | ☐ AXON DIGITAL UPLOAD | ☐ SUSPECT ARRESTED | ☐ INSURANCE PURPOSES ONLY | ☐ ID BUREAU REQUESTED |

| REPORTING OFFICERS (ID/NAME): | SUPERVISOR APPROVING | DATE/TIME |
|---|---|---|
| **FALOSSI          355** | **DOWLING, SCOTT** | **2/9/2020** |

**1** OF **5**

**BH00030**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# BEVERLY HILLS POLICE DEPARTMENT
## CASE REPORT

*Suspects/Missing Persons*

REPORT NUMBER

**2020-00007635**

ORI - CA0191000

---

## SUSPECT                    UNKNOWN NAME

NAME  (LAST, FIRST, MIDDLE  SUFFIX)/ FIRM NAME

**Adult          UNKNOWN, 2020-00007634,**

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE |
|---|---|---|---|---|---|
| | | | | | |

| HAIR COLOR | EYE COLOR | DL NUMBER/STATE | SOC SEC |
|---|---|---|---|
| | | | -- |

ADDRESS (Street Address, Apt # City, State Zip)

| PHONE #1 | PHONE #2 | OTHER CONTACT |
|---|---|---|
| | | |

| EMPLOYER /SCHOOL | EMPLOYER/SCHOOL ADDRESS (Street Address, Apt # City, State Zip) | PHONE # |
|---|---|---|
| | | |

| ALIAS TYPE | ALIAS LAST NAME | ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS DATE OF BIRTH |
|---|---|---|---|---|
| 1- | | | | |
| 2- | | | | |

OCCUPATION

| GANG AFFILIATION | | PRIMARY LANGUAGE | SECONDARY LANGUAGE |
|---|---|---|---|
| COMPLEXION | BUILD | APPEARANCE | TEETH |
| HAIR LENGTH | HAIR STYLE | HAIR TYPE | BEARD |
| MUSTACHE | FACIAL SHAPE | FACIAL FEATURE ODDITY | DISTINCTIVE FEATURE |
| SPEECH | VOICE | GLASSES | HAND PREFERENCE |

SCARS MARKS AND TATTOOS

ADDITIONAL ID NUMBERS (ID TYPE / ID NUMBER / ISSUING STATE)

| PANTS/SKIRT | COAT/JACKET | SHOES |
|---|---|---|
| SHIRT/BLOUSE | CAP/HAT | OTHER |

| REPORTING OFFICERS  (ID-NAME): | SUPERVISOR APPROVING | DATE/TIME |
|---|---|---|
| **FALOSSI          355** | **DOWLING, SCOTT** | **2/9/2020** |

**BH00031**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEVERLY HILLS POLICE DEPARTMENT**
**CASE REPORT**

*Victims/Witness/Other Subjects*

| | REPORT NUMBER |
|---|---|
| | **2020-00007635** |

ORI - CA0191000

---

### VICTIM

| NAME (LAST, FIRST, MIDDLE SUFFIX)/FIRM NAME | | ☐ NON-DISCLOSURE REQUESTED |
|---|---|---|
| **Adult** | **BLACKMON, ASHLEY, BROOKE** | |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE |
|---|---|---|---|---|---|
| **9/22/1989** | **30** | **FEMALE** | **BLACK** | **6' 2** | **180** |

| HAIR COLOR | EYE COLOR | DL NUMBER/STATE | OCCUPATION |
|---|---|---|---|
| **BLK** | **BRO** | **Y6320524/ CA** | |

ADDRESS (Street Address, Apt # City, State Zip)

**13603 MARINA POINTE  DR - D4291, MARINA DEL REY, CA  90292**

| PHONE #1  CELL | PHONE #2 | PHONE #3 | OTHER CONTACT - |
|---|---|---|---|
| **(919)244-3529** | | | **N/A** |

| EMPLOYER /SCHOOL | EMPLOYER/SCHOOL ADDRESS (Street Address, Apt # City, State Zip) | PHONE # |
|---|---|---|
| | | |

| ALIAS TYPE | ALIAS LAST NAME | ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS DATE OF BIRTH |
|---|---|---|---|---|
| | | | | |

---

| NAME (LAST, FIRST, MIDDLE SUFFIX)/FIRM NAME | ☐ NON-DISCLOSURE REQUESTED |
|---|---|
| | |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE |
|---|---|---|---|---|---|
| | | | | | |

| HAIR COLOR | EYE COLOR | DL NUMBER/STATE | OCCUPATION |
|---|---|---|---|
| | | | |

ADDRESS (Street Address, Apt # City, State Zip)

| PHONE #1 | PHONE #2 | PHONE #3 | OTHER CONTACT - |
|---|---|---|---|
| | | | |

| EMPLOYER /SCHOOL | EMPLOYER/SCHOOL ADDRESS (Street Address, Apt # City, State Zip) | PHONE # |
|---|---|---|
| | | |

| ALIAS TYPE | ALIAS LAST NAME | ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS DATE OF BIRTH |
|---|---|---|---|---|
| | | | | |

---

| NAME (LAST, FIRST, MIDDLE SUFFIX)/FIRM NAME | ☐ NON-DISCLOSURE REQUESTED |
|---|---|
| | |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE |
|---|---|---|---|---|---|
| | | | | | |

| HAIR COLOR | EYE COLOR | DL NUMBER/STATE | OCCUPATION |
|---|---|---|---|
| | | | |

ADDRESS (Street Address, Apt # City, State Zip)

| PHONE #1 | PHONE #2 | PHONE #3 | OTHER CONTACT - |
|---|---|---|---|
| | | | |

| EMPLOYER /SCHOOL | EMPLOYER/SCHOOL ADDRESS (Street Address, Apt # City, State Zip) | PHONE # |
|---|---|---|
| | | |

| ALIAS TYPE | ALIAS LAST NAME | ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS DATE OF BIRTH |
|---|---|---|---|---|
| | | | | |

---

| REPORTING OFFICERS  (ID/NAME): | | SUPERVISOR APPROVING | DATE/TIME |
|---|---|---|---|
| **FALOSSI** | **355** | **DOWLING, SCOTT** | **2/9/2020** |

Case Report 2020-00007635 Page 3 OF 5

**BH00032**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEVERLY HILLS POLICE DEPARTMENT**
**CASE REPORT**

*Involved Vehicles*

REPORT NUMBER
**2020-00007635**

ORI - CA0191000

| VEHICLE ROLE | STYLE |
|---|---|
| **INVOLVED VEHICLE** | **4 Door Sedan** |

| VEH YR | TYPE/MAKE/MODEL | | |
|---|---|---|---|
| **19** | **AUTOMOBILE** | **TOYOTA** | **RAV4** |

| PLATE / STATE | VIN | COLOR |
|---|---|---|
| **8KYC428/ CA** | **2T3W1RFV6KW031475** | **BLACK** |

ADDITIONAL DESCRIPTIVE INFORMATION

| VEHICLE ROLE | STYLE |
|---|---|
| | |

| VEH YR | TYPE/MAKE/MODEL |
|---|---|
| | |

| PLATE / STATE | VIN | COLOR |
|---|---|---|
| | | |

ADDITIONAL DESCRIPTIVE INFORMATION

| VEHICLE ROLE | STYLE |
|---|---|
| | |

| VEH YR | TYPE/MAKE/MODEL |
|---|---|
| | |

| PLATE / STATE | VIN | COLOR |
|---|---|---|
| | | |

ADDITIONAL DESCRIPTIVE INFORMATION

| VEHICLE ROLE | STYLE |
|---|---|
| | |

| VEH YR | TYPE/MAKE/MODEL |
|---|---|
| | |

| PLATE / STATE | VIN | COLOR |
|---|---|---|
| | | |

ADDITIONAL DESCRIPTIVE INFORMATION

| REPORTING OFFICERS (ID/NAME): | SUPERVISOR APPROVING | DATE/TIME |
|---|---|---|
| **FALOSSI** 355 | **DOWLING, SCOTT** | **2/9/2020** |

**BH00033**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEVERLY HILLS POLICE DEPARTMENT**

**CASE REPORT**

*Narrative*

ORI - CA0191000

| REPORT NUMBER |
|---|
| **2020-00007635** |

---

SOURCE

On 2-9-20, at approximately 0951 hours, I, Officer Falossi #04678, was working uniformed patrol and driving a marked police vehicle. BHPD Dispatch broadcasted over the radio that they received an ALPR hit on a stolen vehicle traveling northbound on La Cienega Blvd. from Gregory Way. BHPD Dispatch broadcasted that the vehicle was a Gray Toyota Rav 4 CA plate#8HCW465 straight stolen on 11-20-2019 (see attached DMV return for additional information).

INVESTIGATION

I was at the intersection of La Cienega Blvd. and Wilshire Blvd, and I observed a black Toyota Rav 4 with CA plate # 8HCW465 driving northbound in the #2 lane. I requested the assistance of additional officers and a supervisor. Officer Comp, Officer De La Cruz, Officer Downs, and Sgt. Orth responded to assist.

Officers conducted a high risk traffic stop on the Toyota at the intersection of Westmont Dr. and La Cienega Blvd. The driver was detained and identified as Ashley Blackmon (Party). I ran the VIN number of the Toyota Ashley was in and it did not match the stolen license plate. At this time I determined that unknown suspect(s) had swapped the plates on the stolen vehicle with Ashley's Toyota. Ashley was uncuffed as soon as I made this determination. The actual license plate registered to Ashley's Toyota is CA 8KYC428.

Ashley told me she was unaware that her license plates had been stolen. Ashley said she has been driving the Toyota for five months.

EVIDENCE

I placed the two stolen license plates into BHPD Evidence. See attached property receipt for additional information.

ADDITIONAL

I notified BHPD Records and filled out a signature form so Ashley's license plates can be entered in as stolen.

| REPORTING OFFICERS (ID/NAME): | | SUPERVISOR APPROVING | DATE/TIME |
|---|---|---|---|
| **FALOSSI** | 355 | **DOWLING, SCOTT** | **2/9/2020** |

Case Report 2020-00007635 Page 5 OF 5

**BH00034**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Ex. 17



# JUST IN CASE BH Zones Map - City of Beverly Hills, California



| Meeting Areas |
| --- |
| Zone 1- Beverly Hills Women's Club |
| Zone 2- Coldwater Canyon Park |
| Zone 3- Greystone Mansion |
| Zone 4- The Maltz Park (North), N. Santa Monica & Parkway (South) |
| Zone 5- Will Rogers Park (North), N. Santa Monica & Parkway (South), Fountain @ Doheny & N Santa Monica (Southeast) |
| Zone 6- Roxbury Park (South) |
| Zone 7- Burton Median |
| Zone 8- Oakhurst Mini Park |
| Zone 9- La Cienega Park |



This map is for informational purposes. The City of Beverly Hills makes no representations or warranties of any kind with respect to the accuracy of the information or data furnished herein.

■ Meeting Area
▭ Just In Case BH Zone Boundary
▰ City Boundary

Map produced by: City of Beverly Hills - IT - GIS
455 N. Rexford Dr. Beverly Hills, CA 90210
January 2021

Ex. 18



Ex. 19

Welcome to The City of Beverly Hills

ADA/508 friendly site

Home  |  Submit Request  |  FAQs  |  Check Status of Request  |  Receive periodic emails  |  **Ashley Blackmon**  |  My Profile  |  Logout

# Thank You

Your Complaint has been sent to a staff member. **Your case number is 53134**

**A new online account has been created to allow you to check your request status or submit more requests. The following username and password has been sent to ashley.blackmon11@gmail.com.**

Username: ablackmo
Change username or password

┌─ **Additional email notification options:** ──────────
☑ allow periodic emails

Save Changes



Ashley Blackmon <ashley.blackmon11@gmail.com>

---

## RE: City of Beverly Hills case number 53134
9 messages

---

**Elisabeth Albanese** <eFeedbackManager@beverlyhills.org>　　　Tue, Feb 25, 2020 at 5:49 PM
Reply-To: Elisabeth Albanese <ealbanese@beverlyhills.org>
To: ashley.blackmon11@gmail.com

Ashley,


I work for Beverly Hills PD and am trying to contact you to follow-up on your online submission.  I just got off the phone with you.  I understand you are out of the country.  Can you let me know when you are back in LA and a good time we can discuss your concerns?


Thank you.




Lieutenant Elisabeth Albanese
Executive Officer
City of Beverly Hills
464 North Rexford Drive
Beverly Hills, CA 90210
p (310) 285-2142
f (310) 246-9854
ealbanese@beverlyhills.org


# Original Request

Please contact my attorney. Dash cam & body cam has been requested for evidence immediately.

I was racially profiled, detained by handcuffs on my knees, using excessive force with drawn weapons with six officers and wrongfully accused of stolen license plates on Sunday, February 9th.

Case Number: 20-7635
Sgt. Orph

---

**Ashley Blackmon** <ashley.blackmon11@gmail.com>　　　Tue, Feb 25, 2020 at 6:01 PM
To: Sonya Blackmon <sonyablackmon@gmail.com>, Brittney Blackmon <brittney.blackmon@gmail.com>


Ashley B. Blackmon
@ashleyBblackmon
919-244-3529
[Quoted text hidden]

P000041

**Ashley Blackmon** <ashley.blackmon11@gmail.com>                    Mon, Mar 2, 2020 at 9:04 AM
To: Elisabeth Albanese <ealbanese@beverlyhills.org>

Elisabeth, per my original complaint, it states to contact my attorney regarding this matter.  I will provide their direct info.

In the meantime, I still have not received any follow up information or proactively been informed of any next steps from the officers on their alleged investigation.  I would imagine this would be due process after being found innocent and just given a handwritten case number?

Where is the actual police report? Was there even one filed?

Please advise immediately as the DMV cannot take any action to restore my confiscated plates or registration?

Still I am without a legally document car because of your department's negligence.

Ashley B. Blackmon
(919)-244-3529
ashley.blackmon11@gmail.com

[Quoted text hidden]

---

**Ashley Blackmon** <ashley.blackmon11@gmail.com>                    Mon, Mar 2, 2020 at 9:19 AM
To: Sonya Blackmon <sonyablackmon@gmail.com>

Ashley B. Blackmon
@ashleyBblackmon
919-244-3529

[Quoted text hidden]

---

**Elisabeth Albanese** <ealbanese@beverlyhills.org>                    Wed, Mar 4, 2020 at 5:47 PM
To: Ashley Blackmon <ashley.blackmon11@gmail.com>

Hi Ashley,

Thanks for getting back to me.  I think there are two different concerns to address for you.

1.    It sounds like you need a copy of the report documenting your stolen license plates so you can resolve that issue with DMV.  I have notified our Records Manager and she will have someone in Records email you a copy of the police report.  For reference, the police report number is 20-7635.

2.    As it relates to your complaint.  My office handles complaints of alleged misconduct by police officers.  I have accepted your complaint, but we need some additional information from you in order to complete our investigation.  Specifically, I need to understand what it is that you believe the officers did that would be misconduct.  I am not sure whether this was explained to you, but the officers stopped your vehicle because it was alerted as stolen vehicle in an automated system (due to the license plates of stolen vehicle being placed on your vehicle).  The traffic stop was not discretionary.  Please let me know when we can discuss your complaint over the phone so we can fully understand your concerns.

Thank you.

P000042

**From:** Ashley Blackmon <ashley.blackmon11@gmail.com>
**Sent:** Monday, March 2, 2020 9:05 AM
**To:** Elisabeth Albanese <ealbanese@beverlyhills.org>
**Subject:** Re: City of Beverly Hills case number 53134

> **CAUTION: External Sender**
> Use caution when clicking links or opening attachments

[Quoted text hidden]

```
The City keeps a copy of all E-mails sent and received for a minimum of 2 years. All
retained E-mails will be treated as a Public Record per the California Public Records
Act, and may be subject to disclosure pursuant to the terms, and subject to the
exemptions, of that Act.
```

---

**Ashley Blackmon** <ashley.blackmon11@gmail.com>
To: Sonya Blackmon <sonyablackmon@gmail.com>
       Wed, Mar 4, 2020 at 6:01 PM


Ashley B. Blackmon
@ashleyBblackmon
919-244-3529

[Quoted text hidden]

---

**Sylvia Gelfman** <sgelfman@beverlyhills.org>
To: Ashley Blackmon <ashley.blackmon11@gmail.com>
Cc: Elisabeth Albanese <ealbanese@beverlyhills.org>
       Thu, Mar 5, 2020 at 10:05 AM


Good morning,


Please review attached copy of case report #2020-0007635.


Thank you.


*Sylvia Gelfman*

*Records & Jail Manager*

*Beverly Hills Police Department*

*310.285.2185*

[Quoted text hidden]

P000043

[Quoted text hidden]

📄 **20-7635.pdf**
85K

---

**Ashley Blackmon** <ashley.blackmon11@gmail.com>                    Thu, Mar 5, 2020 at 10:10 AM
To: Sonya Blackmon <sonyablackmon@gmail.com>

Ashley B. Blackmon
@ashleyBblackmon
919-244-3529

[Quoted text hidden]

📄 **20-7635.pdf**
85K

---

**Ashley Blackmon** <ashley.blackmon11@gmail.com>                    Fri, Apr 17, 2020 at 12:31 PM
To: Sonya Blackmon <sonyablackmon@gmail.com>

[Quoted text hidden]

📄 **20-7635.pdf**
85K

P000044

Ex. 20

1  WOODRUFF, SPRADLIN & SMART, APC
   DANIEL K. SPRADLIN – State Bar No. 82950
2  dspradlin@wss-law.com
   JEANNE L. TOLLISON – State Bar No. 238970
3  jtollison@wss-law.com
   555 Anton Boulevard, Suite 1200
4  Costa Mesa, California 92626-7670
   Telephone: (714) 558-7000
5  Facsimile: (714) 835-7787

6  Attorneys for Defendants CITY OF BEVERLY HILLS, a public
   entity and SERGEANT KEVIN ORTH, SERGEANT JAMES
7  KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN
   COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER
8  MICHAEL DOWNS, as employees of the CITY OF BEVERLY
   HILLS, a public entity

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  ASHLEY BLACKMON, an individual,        CASE NO.:  2:21-cv-08381 AB
                                           (AFMx)
14               Plaintiffs,
                                           BEFORE THE HONORABLE
15  v.                                     ANDRE BIROTTE, JR.
                                           COURTROOM 7B
16  CITY OF BEVERLY HILLS;
    BEVERLY HILLS POLICE            **RESPONSE TO PLAINTIFF
17  SERGEANT KEVIN ORTH, JAMES      ASHLEY BLACKMON'S
    KEENAGHAN, BEVERLY HILLS        REQUESTS FOR ADMISSION, SET
18  POLICE OFFICER ADAM FALOSSI     ONE BY DEFENDANT
    (#04678), BEVERLY HILLS POLICE  OFFICER STEPHEN COMP**
19  OFFICER STEPHEN COMP,
    BEVERLY HILLS POLICE OFFICER    HEARING DATES PENDING:
20  JONATHAN DE LA CRUZ, BEVERLY    Type:  Final Pre-Trial Conference
    HILLS POLICE OFFICER MICHAEL    Date:  February 17, 2023
21  DOWNS, all sued in their individual  Time:  11:00 a.m.
    capacities; and DOES 1-10, inclusive;  Ctrm:  7B
22
                 Defendants.
23                                         Type:  Trial
                                           Date:  March 7, 2023
24                                         Time:  8:30 a.m.
                                           Ctrm:  7B
25

26  PROPOUNDING PARTY:        Plaintiff, ASHLEY BLACKMON

27  RESPONDING PARTY:         Defendant, STEPHEN COMP

28  SET NO.:                  ONE

1663948.1                          1

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant STEPHEN COMP hereby responds to Plaintiff ASHLEY BLACKMON's ("Plaintiff") Requests for Admission, Set One, as Follows:

## RESPONSES

## REQUEST FOR ADMISSION NO. 1:

Admit that the footage Bates labeled BH000001 which was produced in this action is footage from a bodyworn camera that was being worn at the time by Defendant Jonathan De La Cruz.

## RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

## REQUEST FOR ADMISSION NO. 2:

Admit that the footage Bates labeled BH000002 which was produced in this action is footage from a bodyworn camera that was being worn at the time the produced footage was captured by Defendant Comp.

## RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the footage Bates labeled BH000003 which was produced in this action is footage from a bodyworn camera that was being worn at the time the produced footage was captured by Defendant Michael Downs.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 4:**

Admit that the footage Bates labeled BH000003 which was produced in this action is footage from a bodyworn camera that was being worn at the time the produced footage was captured by Defendant Kevin Orth.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is

3

1    also unreasonably cumulative and duplicative of other discovery conducted in this

2    case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*,

3    1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

4        Subject to and without waiving the foregoing, Defendant admits that Bates label

5    BH000004 which was produced in this action is footage from a bodyworn camera that

6    was being worn at the time the produced footage was captured by Defendant Kevin

7    Orth.

8    **REQUEST FOR ADMISSION NO. 5:**

9        Admit that the footage Bates labeled BH000005 which was produced in this

10   action is footage from a bodyworn camera that was being worn at the time the

11   produced footage was captured by Defendant James Keenaghan.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

13       Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule

14   36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no

15   real dispute and which the adverse party can admit cleanly, without qualifications, and

16   it is not intended to be used to cover the entire case and every item of evidence.

17   (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is

18   also unreasonably cumulative and duplicative of other discovery conducted in this

19   case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*,

20   1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

21       Subject to and without waiving the foregoing, admit.

22   **REQUEST FOR ADMISSION NO. 6:**

23       Admit that the footage Bates labeled BH000006 which was produced in this

24   action is footage from a bodyworn camera that was being worn at the time the

25   produced footage was captured by Defendant Adam Falossi.

26   **RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

27       Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule

28   36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

4

real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the footage Bates labeled BH000007 which was produced in this action is footage from a bodyworn camera that was being worn at the time the produced footage was captured by Defendant Jonathan De La Cru [sic].

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 8:**

Admit that the footage Bates labeled BH000008 which was produced in this action is footage from a bodyworn camera that was being worn at the time the produced footage was captured by Defendant Adam Falossi.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the footage Bates labeled BH000009 which was produced in this action is footage from a bodyworn camera that was being worn at the time the produced footage was captured by Defendant Comp.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 10:**

Admit that the footage Bates labeled BH000010 which was produced in this action was inadvertently produced and is not responsive to any of Plaintiff's Requests for Production.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Admit.

///

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

**REQUEST FOR ADMISSION NO. 11:**

Admit that the footage Bates labeled BH000011 which was produced in this action is footage from a dashboard camera from a police vehicle being driven at the time the produced footage was captured by Defendant James Keenaghan.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 12:**

Admit that the footage Bates labeled BH000012 which was produced in this action is footage from a dashboard camera from a police vehicle being driven at the time the produced footage was captured by Defendant Michael Downs.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*,

1663948.1

1    1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

2          Subject to and without waiving the foregoing, admit.

3    **REQUEST FOR ADMISSION NO. 13:**

4          Admit that the footage Bates labeled BH000013 which was produced in this

5    action is footage from a dashboard camera from a police vehicle being driven at the

6    time the produced footage was captured by Defendant Adam Falossi.

7    **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

8          Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule

9    36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no

10   real dispute and which the adverse party can admit cleanly, without qualifications, and

11   it is not intended to be used to cover the entire case and every item of evidence.

12   (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is

13   also unreasonably cumulative and duplicative of other discovery conducted in this

14   case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*,

15   1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

16         Subject to and without waiving the foregoing, admit.

17   **REQUEST FOR ADMISSION NO. 14:**

18         Admit that the footage Bates labeled BH000014 which was produced in this

19   action is footage from a dashboard camera from a police vehicle being driven at the

20   time the produced footage was captured by Defendant Comp.

21   **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

22         Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule

23   36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no

24   real dispute and which the adverse party can admit cleanly, without qualifications, and

25   it is not intended to be used to cover the entire case and every item of evidence.

26   (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is

27   also unreasonably cumulative and duplicative of other discovery conducted in this

28   case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*,

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

8

1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 15:**

Admit that all timestamps which are displayed as part of the bodyworn camera footage produced by Defendants in this case (in other words, Bates labels BH000001-BH000010) use military time conventions and are set to UTC time, or in this case, eight hours ahead of actual local time.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admit that the timestamps displayed on the body worn camera footage produced by Defendant in this matter use military time and are set to UTC time.  Deny that in this case UTC time is eight hours ahead of local time.

**REQUEST FOR ADMISSION NO. 16:**

Admit that all timestamps which are displayed as part of the dashboard camera footage produced by Defendants in this case (in other words, Bates labels BH000011-BH000014) are accurate reflections of the local time at the time of capture.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Defendant admits that the time depicted on the dashboard camera footage is approximately the local time.  Defendant is unable to admit or deny if the time depicted on each camera footage is the exact time.

**REQUEST FOR ADMISSION NO. 17:**

Admit that in February 2020, Plaintiff Ashley Blackmon was thirty years old.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso*

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

*v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc*. (SD NY 1997) 174 FRD 38, 46)

Subject to and without waiving said objections, admit that information available and/or provided to the City of Beverly Hills police department personnel at the time of the incident indicated that Plaintiff was 30 years old.

**REQUEST FOR ADMISSION NO. 18:**

Admit that in July 2019, Plaintiff moved from New York City to Marina Del Rey.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc*. (SD NY 1997) 174 FRD 38, 46)

**REQUEST FOR ADMISSION NO. 19:**

Admit that in February 2020, Plaintiff had moved for a job at Red Bull corporate headquarters as a brand manager.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc*. (SD NY 1997) 174 FRD 38, 46)

**REQUEST FOR ADMISSION NO. 20:**

Admit that Plaintiff is Black.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc*. (SD NY 1997) 174 FRD 38, 46)

Subject to and without waiving said objections, admit that information available and/or provided to the City of Beverly Hills police department personnel at the time of the incident indicated that Plaintiff's Race is black.

**REQUEST FOR ADMISSION NO. 21:**

Admit that on July 8, 2019, Plaintiff leased a 2019 black Toyota Rav-4.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 22:**

Admit that Plaintiff parked the 2019 black Toyota Rav-4 primarily either in her apartment complex's secured parking garage while she was at home, or in Red Bull's secured parking garage while she was at work.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

1  admission and therefore denies the request in its entirety.

2  **REQUEST FOR ADMISSION NO. 23:**

3  Admit that Plaintiff's black 2019 Toyota was issued the California license plate

4  8KYC428.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

6  Objection. Rule 36 was designed to obtain admission of facts as to which there

7  is no real dispute and which the adverse party can admit cleanly, without

8  qualifications, and it is not intended to be used to cover the entire case and every item

9  of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for

10  admission is also unreasonably cumulative and duplicative of other discovery

11  conducted in this case and this request does not serve the purpose of Rule 36. *Caruso*

12  *v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be

13  forced to admit or deny facts testified to by a third-party witness as to which the

14  responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v.*

15  *Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

16  Subject to said objections and without waiving the same, Defendant lacks

17  sufficient information and belief at this time to admit or deny this request for

18  admission and therefore denies the request in its entirety.

19  **REQUEST FOR ADMISSION NO. 1:**

20  Admit that on November 20, 2019, the California license plate 8HCW465 had

21  been issued to a gray 2018 Toyota not registered to or otherwise associated with

22  Plaintiff.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

24  Objection. Rule 36 was designed to obtain admission of facts as to which there

25  is no real dispute and which the adverse party can admit cleanly, without

26  qualifications, and it is not intended to be used to cover the entire case and every item

27  of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for

28  admission is also unreasonably cumulative and duplicative of other discovery

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 25:**

Admit that on November 20, 2019, the gray 2018 Toyota with the California license plate 8HCW465 was reported stolen.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

///

///

///

14

1663948.1

**REQUEST FOR ADMISSION NO. 26:**

Admit that at some point between November 20, 2019 and February 9, 2020, a thief stole Blackmon's 8KYC428 plate and replaced it with the 8HCW465 license plate.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc*. (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 27:**

Admit that between the time Plaintiff's plates were stolen and the time she was stopped by Beverly Hills Police Department on February 9, 2020, Plaintiff did not notice that her car now had different plates.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

15

1663948.1

conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 28:**

Admit that Plaintiff had not had her own car for most of the decade prior to February 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 29:**

Admit that on Sunday, February 9, 2020, Plaintiff was driving in the Toyota Rav-4 through Beverly Hills around 9:30 a.m.

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 30:**

Admit that around 9:30 a.m., on Sunday, February 9, 2020, Plaintiff was on her way from her home in Marina del Rey to a morning yoga class on Melrose east of La Cienega in the City of Los Angeles.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v.*

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

17

1663948.1

1    *Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

2        Subject to said objections and without waiving the same, Defendant lacks

3    sufficient information and belief at this time to admit or deny this request for

4    admission and therefore denies the request in its entirety.

5    **REQUEST FOR ADMISSION NO. 31:**

6        Admit that Plaintiff has no criminal history.

7    **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

8        Objection. Rule 36 was designed to obtain admission of facts as to which there

9    is no real dispute and which the adverse party can admit cleanly, without

10   qualifications, and it is not intended to be used to cover the entire case and every item

11   of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for

12   admission is also unreasonably cumulative and duplicative of other discovery

13   conducted in this case and this request does not serve the purpose of Rule 36. *Caruso*

14   *v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be

15   forced to admit or deny facts testified to by a third-party witness as to which the

16   responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v.*

17   *Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

18       Subject to said objections and without waiving the same, Defendant lacks

19   sufficient information and belief at this time to admit or deny this request for

20   admission and therefore denies the request in its entirety.

21   **REQUEST FOR ADMISSION NO. 32:**

22       Admit that you have no reason to believe Plaintiff has ever committed a crime.

23   **RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

24       Objection. Rule 36 was designed to obtain admission of facts as to which there

25   is no real dispute and which the adverse party can admit cleanly, without

26   qualifications, and it is not intended to be used to cover the entire case and every item

27   of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for

28   admission is also unreasonably cumulative and duplicative of other discovery

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

18

1663948.1

conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 33:**

Admit that you have no reason to believe that Plaintiff does not habitually obey all traffic laws.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 34:**

Admit that Plaintiff obeyed all traffic laws on February 9, 2020.

///

1663948.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 35:**

Admit that you have no reason to believe the car Plaintiff was driving on February 9, 2020 was in violation of the California Vehicle Code in any way.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46) This request is also vague

1663948.1

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

as to time.

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 36:**

Admit that on February 9, 2020, Plaintiff drove north through the intersection at La Cienega and Gregory Way in Beverly Hills.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc*. (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant is informed and believes that Plaintiff drove north on La Cienega Blvd. from its intersection with Gregory Way.

**REQUEST FOR ADMISSION NO. 37:**

Admit that on February 9, 2020, the intersection at La Cienega and Gregory Way in Beverly Hills was equipped with an automated license plate reader device ("ALPR").

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without

21

1663948.1

qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to said objections and without waiving the same, Defendant is informed and believes that its ALPR system recorded a stolen vehicle License Plate CA 8HCW465 at the nearest address/intersection of La Cienega Blvd. and Gregory Way.

**REQUEST FOR ADMISSION NO. 38:**

Admit that on February 9, 2020, the ALPR device at La Cienega and Gregory Way in Beverly Hills read the 8HCW465 license plate and generated a document identifying the car Plaintiff was driving as being associated with a stolen license plate.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to said objections and without waiving the same, Defendant is informed and believes that its ALPR system recorded a stolen vehicle License Plate CA 8HCW465 at the nearest address/intersection of La Cienega Blvd. and Gregory Way.

**REQUEST FOR ADMISSION NO. 39:**

Admit that on February 9, 2020, after the ALPR device at La Cienega and Gregory Way in Beverly Hills read the 8HCW465 license plate and generated a document identifying the car Plaintiff was driving as being associated with a stolen

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

license plate, dispatch promptly notified Officers Falossi and Comp of the information.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant is informed and believes that its ALPR system recorded a stolen vehicle License Plate CA 8HCW465 at the nearest address/intersection of La Cienega Blvd. and Gregory Way and BHPD dispatched this information.

**REQUEST FOR ADMISSION NO. 40:**

Admit that when Officers Falossi and Comp received information that Plaintiff's license plate was associated with a stolen car, they were standing to the east of La Cienega on the sidewalk on the south side of Wilshire.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)].

Subject to said objections and without waiving the same, admit.

**REQUEST FOR ADMISSION NO. 41:**

Admit that when Officers Falossi and Comp received information that Plaintiff's license plate was associated with a stolen car, Officer Falossi looked through Plaintiff's windshield at Plaintiff.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to said objections and without waiving the same, deny.

**REQUEST FOR ADMISSION NO. 42:**

Admit that when Officers Falossi and Comp received information that Plaintiff's license plate was associated with a stolen car, Officer Comp looked through Plaintiff's windshield at Plaintiff.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to said objections and without waiving the same, deny.

**REQUEST FOR ADMISSION NO. 43:**

Admit that when Officers Falossi and Comp received information that Plaintiff's license plate was associated with a stolen car, Plaintiff was alone, seated on the driver's side of her car and stopped at a red light.

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46)

Subject to said objections and without waiving the same, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 44:

Admit that when Officers Falossi and Comp received information that Plaintiff's license plate was associated with a stolen car, Defendant Falossi immediately requested backup from other BHPD officers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 44:

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to said objections and without waiving the same, Defendant is informed and believes that Defendant Falossi requested the assistance of additional officers and a supervisor.

## REQUEST FOR ADMISSION NO. 45:

Admit that La Cienega Boulevard, north of Wilshire, is not Beverly Hills; it is the City of Los Angeles.

## RESPONSE TO REQUEST FOR ADMISSION NO. 45:

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not

25

intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  Seeks the admission of information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 46:**

Admit that when Officers Falossi and Comp received information that Plaintiff's license plate was associated with a stolen car, they got into their vehicles separately and began to follow Plaintiff north on La Cienega Boulevard.

**RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 47:**

Admit that in discussing Plaintiff's car with dispatch, Officer Falossi stated, "I don't know if it's a plate swap or what," over the radio to the dispatcher.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v.*

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

26

*McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant is informed and believes that Officer Falossi stated, "I don't know if it's a plate swap or not."

**REQUEST FOR ADMISSION NO. 48:**

Admit that when Officer Falossi referred to a "plate swap," over the radio to dispatch he was referring to a criminal practice: when a car thief steals one car, then replaces its license plates with license plates which have been stolen from a second car, thereby ensuring that the stolen car can be driven without arousing suspicion, and replaces the other car's now-missing license plates with the stolen plates, so that it is less obvious that the license plates have been stolen, and the plate theft may go undiscovered for longer, as explained by Defendant Orth at timestamp 5:10 of BH000004.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

**REQUEST FOR ADMISSION NO. 49:**

Admit that Beverly Hills Police Department employees are generally aware that car thieves often "swap" license plates from cars that are the same as the stolen car in

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

27

make, model, color, and year, as explained by Defendant Orth at timestamp 5:10 of BH000004.

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 50:**

Admit that all individual Defendants were aware, on February 9, 2020, of the criminal practice of "swapping" license plates to evade law enforcement's discovery of car thefts.

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 51:**

Admit that when Officer Falossi stated, "I don't know if it's a plate swap or what," over the radio to the dispatcher, the dispatcher responded, stating that Plaintiff's car "looks black in the photo" (referring to the photo of Plaintiff's car taken by the Automated License Plate Reader device as she drove through the intersection) "but it states it's a gray color" (referring to the reported information about the stolen car).

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 52:**

Admit that Officers Falossi and Comp followed Plaintiff north on La Cienega Boulevard for over one mile.

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit that Officers Falossi and Comp followed Plaintiff after receiving notification of a stolen vehicle which was associated with the make and model and license plate on Plaintiff's vehicle.

**REQUEST FOR ADMISSION NO. 53:**

Admit that while Officers Falossi and Comp followed Plaintiff north on La Cienega Boulevard for over one mile, Officer Falossi requested air support.

**RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant is informed and believes that Officer Falossi requested air support.

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

**REQUEST FOR ADMISSION NO. 54:**

Admit that a police helicopter, associated with the Los Angeles Police Department, responded and hovered overhead at one point during the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant is informed and believes that a helicopter can be heard at one point during the stop.

**REQUEST FOR ADMISSION NO. 55:**

Admit that after following her for over a mile, Officer Falossi ordered Plaintiff to pull over on La Cienega Boulevard.

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

1663948.1

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 56:**

Admit that Plaintiff immediately pulled over to the right and stopped her car next to other parked cars in response to Falossi's order to stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 57:**

Admit that immediately after, or as, Plaintiff parked, four officers pointed their guns at her: Defendants Falossi, Comp, De La Cruz, and Downs.

**RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v.*

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

*McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant is informed and believes that officers Falossi, De La Cruz, Comp and Downs pointed their guns at Plaintiff and/or Plaintiff's vehicle during the incident.

**REQUEST FOR ADMISSION NO. 58:**

Admit that supervisors Orth and Keenaghan were present and were aware that the four officers were pointing guns at Blackmon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).  Vague and ambiguous as to time and whether the request seeks an admission that both supervisors Orth and Keenaghan were present at the scene of the incident at the time officers were pointing their guns or whether they arrived at the scene and were informed that officers had pointed their guns at Plaintiff and/or Plaintiff's vehicle.

**REQUEST FOR ADMISSION NO. 59:**

Admit that neither Orth nor Keenaghan intervened to stop any officer from pointing a gun at Plaintiff.

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

33

**RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

///

**REQUEST FOR ADMISSION NO. 60:**

Admit that at the time Plaintiff was ordered to pull over, all Defendants were aware that Plaintiff is Black.

**RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient

34

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

1   information and belief at this time to admit or deny this request for admission and

2   therefore denies the request in its entirety.

3   **REQUEST FOR ADMISSION NO. 61:**

4   Admit that after Plaintiff pulled over, Falossi ordered her to put her hands

5   outside of the car.

6   **RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

7   Objection. Compound. Multiple facts not separately stated. [FRCP Rule

8   36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule

9   36 was designed to obtain admission of facts as to which there is no real dispute and

10  which the adverse party can admit cleanly, without qualifications, and it is not

11  intended to be used to cover the entire case and every item of evidence. (*Benton v.*

12  *McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also

13  unreasonably cumulative and duplicative of other discovery conducted in this case and

14  this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL

15  347003 at *2 (E.D.Pa. June 07, 1995).

16  Subject to and without waiving the foregoing, Defendant lacks sufficient

17  information and belief at this time to admit or deny this request for admission and

18  therefore denies the request in its entirety.

19  **REQUEST FOR ADMISSION NO. 62:**

20  Admit that Plaintiff complied with Falossi's order to put her hands outside of

21  the car.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 62:**

23  Objection. Compound. Multiple facts not separately stated. [FRCP Rule

24  36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule

25  36 was designed to obtain admission of facts as to which there is no real dispute and

26  which the adverse party can admit cleanly, without qualifications, and it is not

27  intended to be used to cover the entire case and every item of evidence. (*Benton v.*

28  *McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request is also vague as to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 63:**

Admit that after Plaintiff complied with Falossi's order to put her hands outside the car, Falossi ordered her to unbuckle her seatbelt, toss her keys out of the window, open her car door, and get out of her car.

**RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 64:**

Admit that in response to Falossi's order to unbuckle her seatbelt, toss her keys out of the window, open her car door, and get out of her car, Plaintiff explained that she could not comply and asked for help.

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

**RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 65:**

Admit that no Defendant or other person helped Plaintiff when she asked for help complying with Falossi's orders.

**RESPONSE TO REQUEST FOR ADMISSION NO. 65:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, deny.

1663948.1

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

**REQUEST FOR ADMISSION NO. 66:**

Admit that the helicopter hovering overhead created noise which caused Falossi to repeat an order to Plaintiff in a louder voice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 66:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 67:**

Admit that Plaintiff got out of her car in compliance with Falossi's orders.

**RESPONSE TO REQUEST FOR ADMISSION NO. 67:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit that eventually Plaintiff got out of her car in compliance with an officer's orders.

1663948.1

**REQUEST FOR ADMISSION NO. 2:**

Admit that after Blackmon got out of her car, Falossi ordered her to walk backward towards the sound of his voice, until she reached him, when he ordered her to get down on her knees in the street on La Cienega Boulevard.

**RESPONSE TO REQUEST FOR ADMISSION NO. 68:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 69:**

Admit that Plaintiff complied with Falossi's order to walk backward towards the sound of his voice, until she reached him.

**RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and

1663948.1

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 70:**

Admit that Plaintiff complied with Falossi's order to get down on her knees in the street on La Cienega Boulevard.

**RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 71:**

Admit that after Plaintiff complied with Falossi's order to get down on her knees in the street on La Cienega Boulevard, Officer Comp ordered her to put her hands behind her back, interlace her fingers and put her palms together like she was praying.

**RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

40

1663948.1

36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 72:**

Admit that Plaintiff complied with Officer Comp's order to put her hands behind her back, interlace her fingers and put her palms together.

**RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

41

1663948.1

**REQUEST FOR ADMISSION NO. 73:**

Admit that after Plaintiff complied with Officer Comp's order to put her hands behind her back, interlace her fingers and put her palms together, Officer Comp placed handcuffs on her while she was kneeling in the street.

**RESPONSE TO REQUEST FOR ADMISSION NO. 73:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 74:**

Admit that as she was being ordered to her knees, Plaintiff asked, "What is happening?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

42

this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 75:**

Admit that after she was ordered to her knees, Plaintiff asked, "What is happening?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 75:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 76:**

Admit that as she was being ordered to her knees, Plaintiff asked, "What is happening?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 76:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 77:**

Admit that no one present responded to Plaintiff's question, "What is happening?" with an explanation of what was happening.

**RESPONSE TO REQUEST FOR ADMISSION NO. 77:**

Objection. This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request is also vague as to time.

Subject to and without waiving the foregoing, deny.

**REQUEST FOR ADMISSION NO. 78:**

Admit that no one present responded to Plaintiff's question, "What is happening?" with an explanation of why she had been pulled over.

**RESPONSE TO REQUEST FOR ADMISSION NO. 78:**

Objection. This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request is also vague as to time.

Subject to and without waiving the foregoing, deny.

1663948.1

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

**REQUEST FOR ADMISSION NO. 79:**

Admit that no one present responded to Plaintiff's question, "What is happening?" with an explanation of why she was being ordered to kneel.

**RESPONSE TO REQUEST FOR ADMISSION NO. 79:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 80:**

Admit that no one present responded to Plaintiff's question, "What is happening?" with an explanation of why she was being handcuffed.

**RESPONSE TO REQUEST FOR ADMISSION NO. 80:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, deny.

**REQUEST FOR ADMISSION NO. 81:**

Admit that after Officer Comp handcuffed Plaintiff, he ordered her to stand up and walk backwards with him to a police car.

**RESPONSE TO REQUEST FOR ADMISSION NO. 81:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 82:**

Admit that Plaintiff complied with Officer Comp's order to stand up and walk backwards with him to a police car.

**RESPONSE TO REQUEST FOR ADMISSION NO. 82:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also

1663948.1

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 83:**

Admit that after Plaintiff complied with Officer Comp's order to stand up and walk backwards with him to a police car, he ordered her to turn around and spread her feet.

**RESPONSE TO REQUEST FOR ADMISSION NO. 83:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request is also vague as to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 84:**

Admit that Plaintiff complied with Officer Comp's order to turn around and spread her feet.

**RESPONSE TO REQUEST FOR ADMISSION NO. 84:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule

1663948.1

36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request is also vague as to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 85:**

Admit that after Plaintiff complied with Officer Comp's order to turn around and spread her feet, he asked if he could search her person.

**RESPONSE TO REQUEST FOR ADMISSION NO. 85:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

**REQUEST FOR ADMISSION NO. 86:**

Admit that when Officer Comp asked if he could search Plaintiff, she was audibly crying, and did not verbally consent to the search.

**RESPONSE TO REQUEST FOR ADMISSION NO. 86:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 87:**

Admit that Officer Comp searched Plaintiff's jeans jacket pockets and the front of her sweater.

**RESPONSE TO REQUEST FOR ADMISSION NO. 87:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 88:**

Admit that Officer Comp opened Plaintiff's rear hatch after looking in through the rear window at the contents and stating there were nothing but boxes inside.

**RESPONSE TO REQUEST FOR ADMISSION NO. 88:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 89:**

Admit that Officer De La Cruz opened Plaintiff's rear hatch after Officer Comp had looked in through the rear window at the contents and stated there were nothing but boxes inside.

**RESPONSE TO REQUEST FOR ADMISSION NO. 89:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 90:

Admit that Officer Falossi opened Plaintiff's rear hatch after Officer Comp had looked in through the rear window at the contents and stated there were nothing but boxes inside.

## RESPONSE TO REQUEST FOR ADMISSION NO. 90:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

**REQUEST FOR ADMISSION NO. 91:**

Admit that after checking the contents of Plaintiff's rear hatch, the hatch door was left open, allowing the contents of her rear hatch area to be visible to all passersby, until Sergeant Orth directed that it be closed.

**RESPONSE TO REQUEST FOR ADMISSION NO. 91:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].   Assumes unknown and/or potentially disputed facts not in evidence.   Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.   (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).    This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.   *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 92:**

Admit that the first time anyone told Plaintiff that her car appeared to be stolen was after guns had been pointed at her; after she had been forced to get out of her car, walk backwards, and kneel down in the street; and after she had been handcuffed and searched.

**RESPONSE TO REQUEST FOR ADMISSION NO. 92:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].   Assumes unknown and/or potentially disputed facts not in evidence.   Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.   (*Benton v.*

1663948.1

*McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 93:**

Admit that no Defendant present during the stop of Plaintiff made any effort to prepare a Taser, beanbag gun, rubber bullet gun, chemical weapon such as pepper spray, or other "less-lethal" alternative to firearms to use on Plaintiff in the event she ceased to be compliant.

**RESPONSE TO REQUEST FOR ADMISSION NO. 93:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 94:**

Admit that you have been trained never to point your gun at anything you are not willing to destroy.

53

1663948.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 94:**

Objection. Seeks an admission of information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. The prejudicial effect substantially outweighs any probative value.

**REQUEST FOR ADMISSION NO. 95:**

Admit that you have been trained in the use of the "low ready" position with firearms.

**RESPONSE TO REQUEST FOR ADMISSION NO. 95:**

Objection. Seeks an admission of information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. The prejudicial effect substantially outweighs any probative value.

**REQUEST FOR ADMISSION NO. 96:**

Admit that the "low ready" position refers to when a gun is pointed downwards at the ground in front of a target rather than directly at the target.

**RESPONSE TO REQUEST FOR ADMISSION NO. 96:**

Objection. Seeks an admission of information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. The prejudicial effect substantially outweighs any probative value.

**REQUEST FOR ADMISSION NO. 97:**

Admit that no Defendant present during the stop of Plaintiff used the "low ready" position at any point during the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 97:**

Objection. Seeks an admission of information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. The prejudicial effect substantially outweighs any probative value.

///

///

///

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

54

**REQUEST FOR ADMISSION NO. 98:**

Admit that multiple individuals at the scene passed by while Plaintiff was having guns pointed at her, being handcuffed, and otherwise being detained in the street.

**RESPONSE TO REQUEST FOR ADMISSION NO. 98:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request is also ambiguous as to the term "multiple."

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 99:**

Admit that after Plaintiff was handcuffed and put inside a police vehicle, Officer Falossi approached Plaintiff's Toyota and checked the Vehicle Identification Number of the Toyota at approximately 9:59:30 a.m.

**RESPONSE TO REQUEST FOR ADMISSION NO. 99:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v.*

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

*McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 100:**

Admit that while Officer Falossi approached Plaintiff's Toyota and checked the Vehicle Identification Number, Officer Comp approached the passenger side, looked in the rear passenger area, closed the rear passenger door, opened the front passenger door, touched and opened Plaintiff's purse, and then shut the passenger door again.

**RESPONSE TO REQUEST FOR ADMISSION NO. 100:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

///

///

///

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

56

1663948.1

**REQUEST FOR ADMISSION NO. 101:**

Admit that after Falossi checked the Vehicle Identification Number of the Toyota, you concluded that Plaintiff had not stolen the Toyota, but that her license plates had been stolen and replaced with the plates of a stolen car.

**RESPONSE TO REQUEST FOR ADMISSION NO. 101:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].   Assumes unknown and/or potentially disputed facts not in evidence.   Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.   (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.   *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 102:**

Admit that after Falossi checked the Vehicle Identification Number of the Toyota and learned that Plaintiff's car was not stolen, Officer Comp asked Plaintiff while she was still in handcuffs if he could go get her license and registration out of her purse.

**RESPONSE TO REQUEST FOR ADMISSION NO. 102:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].   Assumes unknown and/or potentially disputed facts not in evidence.   Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.   (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and

1663948.1

this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 103:**

Admit that Plaintiff was capable of getting her license and registration out of her purse at the time Comp asked if he could get these items out of her purse.

**RESPONSE TO REQUEST FOR ADMISSION NO. 103:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 104:**

Admit that Officer Comp looked through Plaintiff's purse and took out her license and registration.

**RESPONSE TO REQUEST FOR ADMISSION NO. 104:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 105:**

Admit that upon realizing that Plaintiff was not a criminal suspect and was in fact the victim of a theft, no one apologized to her for until after she explicitly complained that she had been traumatized by the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 105:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].   Assumes unknown and/or potentially disputed facts not in evidence.   Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, deny.

**REQUEST FOR ADMISSION NO. 106:**

Admit that upon realizing that Plaintiff was not a criminal suspect and was in fact the victim of a theft, you never apologized to her for pointing your weapon at her.

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 106:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 107:**

Admit that you considered the stop a mere "inconvenience" to Plaintiff.

**RESPONSE TO REQUEST FOR ADMISSION NO. 107:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request is also vague, ambiguous and argumentative as to the term "mere" and does not allow Defendant to cleanly admit or deny the request.

Subject to and without waiving the foregoing, Defendant lacks sufficient

60

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1  information and belief at this time to admit or deny this request for admission and
2  therefore denies the request in its entirety.

3  **REQUEST FOR ADMISSION NO. 108:**

4  Admit that Officer Downs removed Plaintiff's license plates.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 108:**

6  Objection. Compound. Multiple facts not separately stated. [FRCP Rule
7  36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule
8  36 was designed to obtain admission of facts as to which there is no real dispute and
9  which the adverse party can admit cleanly, without qualifications, and it is not
10 intended to be used to cover the entire case and every item of evidence. (*Benton v.*
11 *McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also
12 unreasonably cumulative and duplicative of other discovery conducted in this case and
13 this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL
14 347003 at *2 (E.D.Pa. June 07, 1995).

15 Subject to and without waiving the foregoing, deny.

16 **REQUEST FOR ADMISSION NO. 109:**

17 Admit that Sergeant Orth handwrote a case number on a piece of paper and told
18 Plaintiff it would explain the situation if she were pulled over again by police on her
19 way home.

20 **RESPONSE TO REQUEST FOR ADMISSION NO. 109:**

21 Objection. Compound. Multiple facts not separately stated. [FRCP Rule
22 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule
23 36 was designed to obtain admission of facts as to which there is no real dispute and
24 which the adverse party can admit cleanly, without qualifications, and it is not
25 intended to be used to cover the entire case and every item of evidence. (*Benton v.*
26 *McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also
27 unreasonably cumulative and duplicative of other discovery conducted in this case and
28 this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 110:**

Admit that Plaintiff expressed concern about driving the car without license plates and being pulled over again.

**RESPONSE TO REQUEST FOR ADMISSION NO. 110:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 111:**

Admit that Plaintiff did not drive her car away from the scene of the stop, and instead called a tow truck to come and retrieve her car.

**RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not

1663948.1

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 112:**

Admit that you did not wait with Plaintiff for a tow truck.

**RESPONSE TO REQUEST FOR ADMISSION NO. 112:**

Objection.   Compound.   Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].   Assumes unknown and/or potentially disputed facts not in evidence.   Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc.* (SD NY 1997) 174 FRD 38, 46.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663948.1

therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 113:**

Admit that you did not offer Plaintiff any kind of transportation for her or her car.

**RESPONSE TO REQUEST FOR ADMISSION NO. 113:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). A party cannot be forced to admit or deny facts testified to by a third-party witness as to which the responding party has no personal knowledge. *T. Rowe Price Small-Cap Fund, Inc. v. Oppenheimer & Co., Inc*. (SD NY 1997) 174 FRD 38, 46.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 114:**

Admit that you did not provide Plaintiff with a police report.

**RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

Deny.

**REQUEST FOR ADMISSION NO. 115:**

Admit that you knew on February 9, 2020 that a police report is necessary for the DMV to issue new license plates when license plates have been stolen.

1663948.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 116:**

Admit that you learned within six months of the stop that Plaintiff had filed a complaint about your conduct at the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Objection. This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

**REQUEST FOR ADMISSION NO. 117:**

Admit that you were never counseled or disciplined for anything you did or failed to do at the traffic stop of Ashley Blackmon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. This request is also argumentative in nature as it assumes defendants' actions or inactions were a violation or law or policy. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly,

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to and without waiving the foregoing, admit.

## REQUEST FOR ADMISSION NO. 118:

Admit that former Beverly Hills Police Chief Sandra Spagnoli, interim Police Chief Dominic Rivetti, and current Chief Mark Stainbrook all learned of the complaint filed by Ashley Blackmon about you.

## RESPONSE TO REQUEST FOR ADMISSION NO. 118:

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 119:

Admit that you have pointed your guns at vehicle occupants during every traffic stop you have ever participated in, if you suspected the vehicle you were stopping might be stolen.

## RESPONSE TO REQUEST FOR ADMISSION NO. 119:

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Overly broad and unduly burdensome in that the request is not limited with respect to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 3:

Admit that you have participated in at least ten traffic stops in which you suspected the vehicle you were stopping might be stolen.

1663948.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 120:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Overly broad and unduly burdensome in that the request is not limited with respect to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 121:**

Admit that at some traffic stops in which you have pointed your guns at vehicle occupants because you suspected the vehicle you were stopping might be stolen, the occupant(s) was/were compliant, nonviolent, nonthreatening, not suspected of any violent crime, and you had no information that anyone in the car was armed, nor did you have any information that a violent crime might be about to be committed.

**RESPONSE TO REQUEST FOR ADMISSION NO. 121:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. All terms used in the request to describe the vehicle occupants are vague, ambiguous and subject to interpretation. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

67

**REQUEST FOR ADMISSION NO. 122:**

Admit that no one at the Beverly Hills Police Department has ever told you that you may not point guns at civilians solely because they have stolen a car.

**RESPONSE TO REQUEST FOR ADMISSION NO. 122:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. All terms used in the request to describe the vehicle occupants are vague, ambiguous and subject to interpretation. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 123:**

Admit that no one at the Beverly Hills Police Department has ever told you that you may not point guns at civilians solely because they are driving a stolen car.

**RESPONSE TO REQUEST FOR ADMISSION NO. 123:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. The term "solely" as used in this request is vague, ambiguous and subject to interpretation. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also

1663948.1

unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 124:**

Admit that if anyone at the Beverly Hills Police Department had told you prior to February 9, 2020, that you may not point guns at civilians solely because they have stolen a car, you would not have pointed a gun at Ashley Blackmon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 124:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. All terms used in the request to describe the vehicle occupants are vague, ambiguous and subject to interpretation. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 125:**

Admit that having a gun pointed at a person is likely to cause the person to fear that they are about to die.

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request calls for speculation and is an incomplete and improper hypothetical.

Subject to and without waiving the same, Defendant is unable to admit or deny this request because individual's subjective reaction to a situation may be different from another individual.

DATED:  February 21, 2022                    WOODRUFF, SPRADLIN & SMART, APC


By: */s/ Jeanne L. Tollison*
      DANIEL K. SPRADLIN
      JEANNE L. TOLLISON
      Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663948.1

# **PROOF OF SERVICE**

## **STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On February 21, 2022, I served the foregoing document(s) described as **RESPONSE TO PLAINTIFF ASHLEY BLACKMON'S REQUESTS FOR ADMISSION, SET ONE BY DEFENDANT STEPHEN COMP**

☐  by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐  by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐  **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒  **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be transmitted electronically via electronic mail to the offices of the addressee whose email address is listed on the attached service list.

☐  **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by GSO/GLS and/or FedEx to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by GSO/GLS and/or FedEx on said date in the ordinary course of business.

☐  **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on February 21, 2022, at Costa Mesa, California.

*s/Jeanne L. Tollison*_____
Jeanne L. Tollison

1663948.1

WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN – State Bar No. 82950
dspradlin@wss-law.com
JEANNE L. TOLLISON – State Bar No. 238970
jtollison@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BLACKMON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BEVERLY HILLS; BEVERLY HILLS POLICE SERGEANT KEVIN ORTH, JAMES KEENAGHAN, BEVERLY HILLS POLICE OFFICER ADAM FALOSSI (#04678), BEVERLY HILLS POLICE OFFICER STEPHEN COMP, BEVERLY HILLS POLICE OFFICER JONATHAN DE LA CRUZ, BEVERLY HILLS POLICE OFFICER MICHAEL DOWNS, all sued in their individual capacities; and DOES 1-10, inclusive;<br><br>Defendants. | CASE NO.: 2:21-cv-08381 AB (AFMx)<br><br>BEFORE THE HONORABLE ANDRE BIROTTE, JR. COURTROOM 7B<br><br>**RESPONSE TO PLAINTIFF ASHLEY BLACKMON'S REQUESTS FOR ADMISSION, SET ONE BY DEFENDANT OFFICER JONATHAN DE LA CRUZ**<br><br>HEARING DATES PENDING:<br>Type: Final Pre-Trial Conference<br>Date: February 17, 2023<br>Time: 11:00 a.m.<br>Ctrm: 7B<br><br>Type: Trial<br>Date: March 7, 2023<br>Time: 8:30 a.m.<br>Ctrm: 7B |

PROPOUNDING PARTY:      Plaintiff, ASHLEY BLACKMON

RESPONDING PARTY:      Defendant, JONATHAN DE LA CRUZ

SET NO.:      ONE

1

1663949.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 116:**

Admit that you learned within six months of the stop that Plaintiff had filed a complaint about your conduct at the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Objection.  This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

**REQUEST FOR ADMISSION NO. 117:**

Admit that you were never counseled or disciplined for anything you did or failed to do at the traffic stop of Ashley Blackmon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence. This request is also argumentative in nature as it assumes defendants' actions or inactions were a violation or law or policy. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly,

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

65

without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to and without waiving the foregoing, admit.

## REQUEST FOR ADMISSION NO. 118:

Admit that former Beverly Hills Police Chief Sandra Spagnoli, interim Police Chief Dominic Rivetti, and current Chief Mark Stainbrook all learned of the complaint filed by Ashley Blackmon about you.

## RESPONSE TO REQUEST FOR ADMISSION NO. 118:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 119:

Admit that you have pointed your guns at vehicle occupants during every traffic stop you have ever participated in, if you suspected the vehicle you were stopping might be stolen.

## RESPONSE TO REQUEST FOR ADMISSION NO. 119:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Overly broad and unduly burdensome in that the request is not limited with respect to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 3:

Admit that you have participated in at least ten traffic stops in which you suspected the vehicle you were stopping might be stolen.

1

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request calls for speculation and is an incomplete and improper hypothetical.

Subject to and without waiving the same, Defendant is unable to admit or deny this request because individual's subjective reaction to a situation may be different from another individual.

DATED:  February 21, 2022          WOODRUFF, SPRADLIN & SMART, APC


By:*/s/ Jeanne L. Tollison*_____
DANIEL K. SPRADLIN
JEANNE L. TOLLISON
Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN – State Bar No. 82950
dspradlin@wss-law.com
JEANNE L. TOLLISON – State Bar No. 238970
jtollison@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BLACKMON, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BEVERLY HILLS; BEVERLY HILLS POLICE SERGEANT KEVIN ORTH, JAMES KEENAGHAN, BEVERLY HILLS POLICE OFFICER ADAM FALOSSI (#04678), BEVERLY HILLS POLICE OFFICER STEPHEN COMP, BEVERLY HILLS POLICE OFFICER JONATHAN DE LA CRUZ, BEVERLY HILLS POLICE OFFICER MICHAEL DOWNS, all sued in their individual capacities; and DOES 1-10, inclusive;<br><br>    Defendants. | CASE NO.:  2:21-cv-08381 AB (AFMx)<br><br>BEFORE THE HONORABLE ANDRE BIROTTE, JR. COURTROOM 7B<br><br>**RESPONSE TO PLAINTIFF ASHLEY BLACKMON'S REQUESTS FOR ADMISSION, SET ONE BY DEFENDANT OFFICER MICHAEL DOWNS**<br><br>HEARING DATES PENDING:<br>Type:  Final Pre-Trial Conference<br>Date:  February 17, 2023<br>Time:  11:00 a.m.<br>Ctrm:  7B<br><br>Type:  Trial<br>Date:  March 7, 2023<br>Time:  8:30 a.m.<br>Ctrm:  7B |

PROPOUNDING PARTY:          Plaintiff, ASHLEY BLACKMON

RESPONDING PARTY:          Defendant, MICHAEL DOWNS

SET NO.:          ONE

1

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 116:**

Admit that you learned within six months of the stop that Plaintiff had filed a complaint about your conduct at the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Objection. This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

**REQUEST FOR ADMISSION NO. 117:**

Admit that you were never counseled or disciplined for anything you did or failed to do at the traffic stop of Ashley Blackmon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Assumes unknown and/or potentially disputed facts not in evidence. This request is also argumentative in nature as it assumes defendants' actions or inactions were a violation or law or policy. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly,

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to and without waiving the foregoing, admit.

## REQUEST FOR ADMISSION NO. 118:

Admit that former Beverly Hills Police Chief Sandra Spagnoli, interim Police Chief Dominic Rivetti, and current Chief Mark Stainbrook all learned of the complaint filed by Ashley Blackmon about you.

## RESPONSE TO REQUEST FOR ADMISSION NO. 118:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 119:

Admit that you have pointed your guns at vehicle occupants during every traffic stop you have ever participated in, if you suspected the vehicle you were stopping might be stolen.

## RESPONSE TO REQUEST FOR ADMISSION NO. 119:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Overly broad and unduly burdensome in that the request is not limited with respect to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 3:

Admit that you have participated in at least ten traffic stops in which you suspected the vehicle you were stopping might be stolen.

1663950.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request calls for speculation and is an incomplete and improper hypothetical.

Subject to and without waiving the same, Defendant is unable to admit or deny this request because individual's subjective reaction to a situation may be different from another individual.

DATED: February 21, 2022          WOODRUFF, SPRADLIN & SMART, APC


By:*/s/ Jeanne L. Tollison*_____
DANIEL K. SPRADLIN
JEANNE L. TOLLISON
Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

1  WOODRUFF, SPRADLIN & SMART, APC
   DANIEL K. SPRADLIN – State Bar No. 82950
2  dspradlin@wss-law.com
   JEANNE L. TOLLISON – State Bar No. 238970
3  jtollison@wss-law.com
   555 Anton Boulevard, Suite 1200
4  Costa Mesa, California 92626-7670
   Telephone: (714) 558-7000
5  Facsimile: (714) 835-7787

6  Attorneys for Defendants CITY OF BEVERLY HILLS, a public
   entity and SERGEANT KEVIN ORTH, SERGEANT JAMES
7  KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN
   COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER
8  MICHAEL DOWNS, as employees of the CITY OF BEVERLY
   HILLS, a public entity
9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  ASHLEY BLACKMON, an individual,        CASE NO.:  2:21-cv-08381 AB
                                           (AFMx)
14                Plaintiffs,
                                           BEFORE THE HONORABLE
15  v.                                     ANDRE BIROTTE, JR.
                                           COURTROOM 7B
16  CITY OF BEVERLY HILLS;
    BEVERLY HILLS POLICE             **RESPONSE TO PLAINTIFF**
17  SERGEANT KEVIN ORTH, JAMES       **ASHLEY BLACKMON'S**
    KEENAGHAN, BEVERLY HILLS         **REQUESTS FOR ADMISSION, SET**
18  POLICE OFFICER ADAM FALOSSI      **ONE BY DEFENDANT**
    (#04678), BEVERLY HILLS POLICE   **OFFICER ADAM FALOSSI**
19  OFFICER STEPHEN COMP,
    BEVERLY HILLS POLICE OFFICER     HEARING DATES PENDING:
20  JONATHAN DE LA CRUZ, BEVERLY     Type:  Final Pre-Trial Conference
    HILLS POLICE OFFICER MICHAEL     Date:  February 17, 2023
21  DOWNS, all sued in their individual  Time:  11:00 a.m.
    capacities; and DOES 1-10, inclusive;  Ctrm:  7B
22
                  Defendants.
23                                         Type:  Trial
                                           Date:  March 7, 2023
24                                         Time:  8:30 a.m.
                                           Ctrm:  7B
25

26  PROPOUNDING PARTY:        Plaintiff, ASHLEY BLACKMON

27  RESPONDING PARTY:         Defendant, ADAM FALOSSI

28  SET NO.:                  ONE

1663947.1                            1

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 116:**

Admit that you learned within six months of the stop that Plaintiff had filed a complaint about your conduct at the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Objection.  This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

**REQUEST FOR ADMISSION NO. 117:**

Admit that you were never counseled or disciplined for anything you did or failed to do at the traffic stop of Ashley Blackmon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence. This request is also argumentative in nature as it assumes defendants' actions or inactions were a violation or law or policy. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly,

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to and without waiving the foregoing, admit.

## REQUEST FOR ADMISSION NO. 118:

Admit that former Beverly Hills Police Chief Sandra Spagnoli, interim Police Chief Dominic Rivetti, and current Chief Mark Stainbrook all learned of the complaint filed by Ashley Blackmon about you.

## RESPONSE TO REQUEST FOR ADMISSION NO. 118:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 119:

Admit that you have pointed your guns at vehicle occupants during every traffic stop you have ever participated in, if you suspected the vehicle you were stopping might be stolen.

## RESPONSE TO REQUEST FOR ADMISSION NO. 119:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Overly broad and unduly burdensome in that the request is not limited with respect to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 3:

Admit that you have participated in at least ten traffic stops in which you suspected the vehicle you were stopping might be stolen.

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

66

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request calls for speculation and is an incomplete and improper hypothetical.

Subject to and without waiving the same, Defendant is unable to admit or deny this request because individual's subjective reaction to a situation may be different from another individual.

DATED:  February 21, 2022          WOODRUFF, SPRADLIN & SMART, APC

By:*/s/ Jeanne L. Tollison*_____
　　　DANIEL K. SPRADLIN
　　　JEANNE L. TOLLISON
　　　Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

1663947.1

WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN – State Bar No. 82950
dspradlin@wss-law.com
JEANNE L. TOLLISON – State Bar No. 238970
jtollison@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BLACKMON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BEVERLY HILLS; BEVERLY HILLS POLICE SERGEANT KEVIN ORTH, JAMES KEENAGHAN, BEVERLY HILLS POLICE OFFICER ADAM FALOSSI (#04678), BEVERLY HILLS POLICE OFFICER STEPHEN COMP, BEVERLY HILLS POLICE OFFICER JONATHAN DE LA CRUZ, BEVERLY HILLS POLICE OFFICER MICHAEL DOWNS, all sued in their individual capacities; and DOES 1-10, inclusive;<br><br>Defendants. | CASE NO.:  2:21-cv-08381 AB (AFMx)<br><br>BEFORE THE HONORABLE ANDRE BIROTTE, JR. COURTROOM 7B<br><br>**RESPONSE TO PLAINTIFF ASHLEY BLACKMON'S REQUESTS FOR ADMISSION, SET ONE BY DEFENDANT SERGEANT JAMES KEENAGHAN**<br><br>HEARING DATES PENDING:<br>Type:  Final Pre-Trial Conference<br>Date:  February 17, 2023<br>Time:  11:00 a.m.<br>Ctrm:  7B<br><br>Type:  Trial<br>Date:  March 7, 2023<br>Time:  8:30 a.m.<br>Ctrm:  7B |

PROPOUNDING PARTY:     Plaintiff, ASHLEY BLACKMON

RESPONDING PARTY:     Defendant, JAMES KEENAGHAN

SET NO.:     ONE

1663945.1

1

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Objection.  Compound.  Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).   This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 116:**

Admit that you learned within six months of the stop that Plaintiff had filed a complaint about your conduct at the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Objection.  This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

**REQUEST FOR ADMISSION NO. 117:**

Admit that you were never counseled or disciplined for anything you did or failed to do at the traffic stop of Ashley Blackmon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Objection.  Compound.  Multiple facts not separately stated.   [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence. This request is also argumentative in nature as it assumes defendants' actions or inactions were a violation or law or policy. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly,

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1663945.1

without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to and without waiving the foregoing, admit.

## REQUEST FOR ADMISSION NO. 118:

Admit that former Beverly Hills Police Chief Sandra Spagnoli, interim Police Chief Dominic Rivetti, and current Chief Mark Stainbrook all learned of the complaint filed by Ashley Blackmon about you.

## RESPONSE TO REQUEST FOR ADMISSION NO. 118:

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 119:

Admit that you have pointed your guns at vehicle occupants during every traffic stop you have ever participated in, if you suspected the vehicle you were stopping might be stolen.

## RESPONSE TO REQUEST FOR ADMISSION NO. 119:

Objection. Compound. Multiple facts not separately stated. [FRCP Rule 36(a)(2)]. Overly broad and unduly burdensome in that the request is not limited with respect to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 3:

Admit that you have participated in at least ten traffic stops in which you suspected the vehicle you were stopping might be stolen.

1663945.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request calls for speculation and is an incomplete and improper hypothetical.

Subject to and without waiving the same, Defendant is unable to admit or deny this request because individual's subjective reaction to a situation may be different from another individual.

DATED:  February 21, 2022            WOODRUFF, SPRADLIN & SMART, APC


By:*/s/ Jeanne L. Tollison*_____
      DANIEL K. SPRADLIN
      JEANNE L. TOLLISON
      Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

1   WOODRUFF, SPRADLIN & SMART, APC
    DANIEL K. SPRADLIN – State Bar No. 82950
2   dspradlin@wss-law.com
    JEANNE L. TOLLISON – State Bar No. 238970
3   jtollison@wss-law.com
    555 Anton Boulevard, Suite 1200
4   Costa Mesa, California 92626-7670
    Telephone: (714) 558-7000
5   Facsimile: (714) 835-7787

6   Attorneys for Defendants CITY OF BEVERLY HILLS, a public
    entity and SERGEANT KEVIN ORTH, SERGEANT JAMES
7   KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN
    COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER
8   MICHAEL DOWNS, as employees of the CITY OF BEVERLY
    HILLS, a public entity
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

| 13  ASHLEY BLACKMON, an individual, | CASE NO.:  2:21-cv-08381 AB (AFMx) |
|---|---|
| 14              Plaintiffs, | BEFORE THE HONORABLE ANDRE BIROTTE, JR. COURTROOM 7B |
| 15  v. | |
| 16  CITY OF BEVERLY HILLS; BEVERLY HILLS POLICE | **RESPONSE TO PLAINTIFF ASHLEY BLACKMON'S** |
| 17  SERGEANT KEVIN ORTH, JAMES KEENAGHAN, BEVERLY HILLS | **REQUESTS FOR ADMISSION, SET ONE BY DEFENDANT SERGEANT** |
| 18  POLICE OFFICER ADAM FALOSSI (#04678), BEVERLY HILLS POLICE | **KEVIN ORTH** |
| 19  OFFICER STEPHEN COMP, BEVERLY HILLS POLICE OFFICER | HEARING DATES PENDING: Type:  Final Pre-Trial Conference |
| 20  JONATHAN DE LA CRUZ, BEVERLY HILLS POLICE OFFICER MICHAEL | Date:  February 17, 2023 Time:  11:00 a.m. |
| 21  DOWNS, all sued in their individual capacities; and DOES 1-10, inclusive; | Ctrm:  7B |
| 22              Defendants. | Type:  Trial Date:  March 7, 2023 |
| 23 | Time:  8:30 a.m. Ctrm:  7B |
| 24 | |

25

26  PROPOUNDING PARTY:    Plaintiff, ASHLEY BLACKMON

27  RESPONDING PARTY:     Defendant, KEVIN ORTH

28  SET NO.:              ONE

1663937.1                    1

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence.  Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).  This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36.  *Caruso v. Coleman Co.*, 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995).

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

**REQUEST FOR ADMISSION NO. 116:**

Admit that you learned within six months of the stop that Plaintiff had filed a complaint about your conduct at the stop.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Objection.  This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

**REQUEST FOR ADMISSION NO. 117:**

Admit that you were never counseled or disciplined for anything you did or failed to do at the traffic stop of Ashley Blackmon.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Assumes unknown and/or potentially disputed facts not in evidence. This request is also argumentative in nature as it assumes defendants' actions or inactions were a violation or law or policy. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly,

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1663937.1

without qualifications, and it is not intended to be used to cover the entire case and every item of evidence.  (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)).

Subject to and without waiving the foregoing, admit.

## REQUEST FOR ADMISSION NO. 118:

Admit that former Beverly Hills Police Chief Sandra Spagnoli, interim Police Chief Dominic Rivetti, and current Chief Mark Stainbrook all learned of the complaint filed by Ashley Blackmon about you.

## RESPONSE TO REQUEST FOR ADMISSION NO. 118:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  This request is not likely to lead to the discovery of relevant and/or admissible evidence nor it is proportional to the needs of the case.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 119:

Admit that you have pointed your guns at vehicle occupants during every traffic stop you have ever participated in, if you suspected the vehicle you were stopping might be stolen.

## RESPONSE TO REQUEST FOR ADMISSION NO. 119:

Objection.  Compound.  Multiple facts not separately stated.  [FRCP Rule 36(a)(2)].  Overly broad and unduly burdensome in that the request is not limited with respect to time.

Subject to and without waiving the foregoing, Defendant lacks sufficient information and belief at this time to admit or deny this request for admission and therefore denies the request in its entirety.

## REQUEST FOR ADMISSION NO. 3:

Admit that you have participated in at least ten traffic stops in which you suspected the vehicle you were stopping might be stolen.

1663937.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Objection. Rule 36 was designed to obtain admission of facts as to which there is no real dispute and which the adverse party can admit cleanly, without qualifications, and it is not intended to be used to cover the entire case and every item of evidence. (*Benton v. McCarthy*, 23 F.R.D. 235 (S.D.N.Y.1959)). This request for admission is also unreasonably cumulative and duplicative of other discovery conducted in this case and this request does not serve the purpose of Rule 36. *Caruso v. Coleman Co*., 1995 WL 347003 at *2 (E.D.Pa. June 07, 1995). This request calls for speculation and is an incomplete and improper hypothetical.

Subject to and without waiving the same, Defendant is unable to admit or deny this request because individual's subjective reaction to a situation may be different from another individual.

DATED:  February 21, 2022          WOODRUFF, SPRADLIN & SMART, APC


By:*/s/ Jeanne L. Tollison*_____
       DANIEL K. SPRADLIN
       JEANNE L. TOLLISON
       Attorneys for Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity

1663937.1

Ex. 21

5/19/23, 6:56 PM
Case 2:21-cv-08381-AB-AFM Document 84 Filed 05/19/23 Page 253 of 329 Page ID
#:1426
Governor Brown Issues Statement on Death of Whittier Police Officer | Governor Edmund G. Brown Jr.

This is historical material "frozen in time". The website is no longer updated and links to external websites and some internal pages may not work.





# Governor Brown Issues Statement on Death of Whittier Police Officer

Published: Feb 20, 2017

SACRAMENTO – Governor Edmund G. Brown Jr. today issued the following statement regarding the death of Whittier Police Department Officer Keith Boyer:

"Anne and I were saddened to learn of the tragic death of Officer Boyer today and we extend our deepest condolences to his family, friends and coworkers."

Officer Boyer, 53, was fatally shot today while responding to a report of a traffic collision in Whittier. Another Whittier Police Department officer was also shot and is receiving treatment at the University of California, Irvine Medical Center.

Officer Boyer served at the Whittier Police Department for 28 years. He is survived by two adult sons, Joshua and Joseph Boyer.

In honor of Officer Boyer, Capitol flags will be flown at half-staff.

<div align="center">###</div>

## Latest News

Governor Brown Announces Appointments

EXECUTIVE ORDER B-62-18

Form 801 Gift to Agency Reports

Governor Brown Announces Appointments

Governor Brown Swears In Justice Groban to California Supreme Court, Releases Judicial Appointment Data

                                                                              



## CALIFORNIA PEACE OFFICERS' MEMORIAL FOUNDATION
*Honoring Our Fallen Heroes*

---

Honor Roll

Officer
# Keith Boyer

**Department**
  Whittier Police Department

**End of Watch**
  February 20, 2017



At approximately 8:30am on Sunday, February 20, 2017,
Whittier police officers responded to a traffic collision in
the area of Colima Road and Mar Vista Street in Whittier.  Reportedly, one vehicle
had rear-ended multiple vehicles.  When officers arrived on scene the victims
stated the suspect had pushed his vehicle around the corner.  Officers made
contact with the suspect and as they moved to pat him down the suspect produced
a hand gun and opened fire, striking both officers. At least one officer returned fire,
striking the suspect. Both officers were rushed to UC Irvine Medical Center.
Tragically, Officer Keith Boyer did not survive. His partner was last listed in stable
condition in the ICU.

Case 2:21-cv-08381-AB-AFM   Document 84   Filed 05/19/23   Page 255 of 329   Page ID #:1428

It was later learned the suspect, a 26 year old known gang member, had been released on parole 10 days prior and was driving a stolen vehicle. The investigation is on-going.

Officer Keith Boyer, age 53, was a 27-year veteran of the Whittier Police Department.  He is survived by his children and parents.

## Tributes in honor of *Officer Keith Boyer*

### Mrs.

Although I didnt know Officer Boyer personally, hearing of his murder has deeply saddened me. I pray for peace for his family, may they be comforted during this devastating time. Godspeed Sir, thank you for your many years of service to protect and to serve our community.You're a true hero, and you will never be forgotten.

Posted by *Mariana Villaseñor*
March 3, 2017 at 9:45 pm

« **Paul M. Carlisle**
**Lucas F. Chellew** »

★ ★ ★ ★ ★

## Honor Roll Search



SEARCH

★ ★ ★ ★ ★

## Submit A Tribute

In Honor of
**Officer Keith Boyer**

Name *

Email *

☐ Save my
name,
email,
and
website
in this
browser
for the
next time
I
comment.

Title *

Tribute Message *

SUBMIT TRIBUTE

## California Peace Officers' Memorial Foundation

### 640 BERCUT DRIVE, SACRAMENTO, CA 95811

Copyright © 2023 California Peace Officers' Memorial Foundation. All Rights Reserved.  |  Website designed and
maintained by



Member Login (/login)    Donate (/donate/)

Search



# Our Fallen

(htt (htt
ps: ps:
//w //w
ww ww
.fac .ins
eb tag
oo ra
k.c m.
om co
/w m/
hitt wh
ier itti
po erp
a) oa/
)



## Corporal
## John Lawrence Pierce

Whittier Police Department, California

End of Watch: Wednesday, May 18, 1977

On September 21, 1976 while working an undercover investigation regarding the sale of narcotics, Corporal John Pierce sustained serious injuries. These injuries ultimately resulted in his death May 18, 1977.

John graduated from El Rancho High School and Fullerton City College. After a stint in the National Guard, he joined the Whittier Police Department on October 2, 1967 as a uniformed Patrol Officer and in the early 1970's he served as a Liaison Officer in the Whittier Police Explorer Post. In 1973, John was promoted to the Investigative Division, assigned to Narcotics and Vice. He also served on the SWAT TEAM. In 1976, he attained the rank of Agent. John also served

as a Training Officer in the Investigative Division. In
April 1977, John was named "California Outstanding
Narcotics Officer" by the We TIP organization.

---



## Policeman
## Michael Lee Lane

Whittier Police Department, California

End of Watch: Thursday, December 13, 1979

On December 13, 1979, Mike Lane was working
undercover on a motorcycle theft investigation. When
shots were exchanged, he sustained fatal injuries.

Mike graduated from Loara High School, Anaheim. He
joined the Whittier Police Department on January 22,
1968 as a Police Cadet and attained the position of
Police Officer on May 23, 1969. In 1973, he was

assigned to the Detective Division, Criminal Tactical Unit, and Major Crimes Investigations. Mike was also a member of the Southeast Burglary Investigation Team from its inception in April 1975, until March 4, 1977 when he became a Detective in the Investigative Division, Narcotics Detail.

---



## Officer
## Keith Wayne Boyer

Whittier Police Department, California

End of Watch: Monday, February 20, 2017

Police Officer Keith Boyer was shot and killed as he and another officer investigated an accident near the intersection of Colima Road and Mar Vista Street.

Unbeknownst to the officers, the vehicle that caused the crash was stolen and being driven by a gang member who had just been paroled. The parolee had just committed another murder hours earlier. As Officer Boyer attempted to conduct a pat down on the subject, the man suddenly pulled a handgun from his waistband and opened fire. Officer Boyer was killed and a second officer was wounded. Despite the wounds, the officers returned fire and wounded the subject.

Officer Boyer was transported to a local hospital where he succumbed to his wounds.

Officer Boyer had served with the Whittier Police Department for 27 years and was preparing to retire. He is survived by three adult children, mother, and stepfather.

---

# These three heroic officers were killed in the line of duty while protecting the community against dangerous criminals. They will never be forgotten.

Unveiling Ceremony for Memorial Sign Dedicated to Fallen Whittier Police Officers Mike Lane and John Pierce – Whittier

Officer Down Memorial Page (http://www.odmp.org)

The California Peace Officers Memorial (http://www.camemorial.org)

About (https://whittierpoa.org/about/)

Resources (https://whittierpoa.org/resources/)

Donate (https://whittierpoa.org/donate/)

Contact Us (https://whittierpoa.org/contact-us/)

© 2022 - Whittier Police Officers' Association | Accessibility Statement (/accessibility-statement) | Member Login (/login)

Ex. 22

1   WOODRUFF, SPRADLIN & SMART, APC
    DANIEL K. SPRADLIN – State Bar No. 82950
2   dspradlin@wss-law.com
    JEANNE L. TOLLISON – State Bar No. 238970
3   jtollison@wss-law.com
    555 Anton Boulevard, Suite 1200
4   Costa Mesa, California 92626-7670
    Telephone: (714) 558-7000
5   Facsimile: (714) 835-7787

6   Attorneys for Defendants CITY OF BEVERLY HILLS, a public
    entity and SERGEANT KEVIN ORTH, SERGEANT JAMES
7   KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN
    COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER
8   MICHAEL DOWNS, as employees of the CITY OF BEVERLY
    HILLS, a public entity
9

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12

13  ASHLEY BLACKMON, an individual,        CASE NO.: 2:21-cv-08381 AB (AFMx)

14          Plaintiffs,                     BEFORE THE HONORABLE
                                            ANDRE BIROTTE, JR.
15  v.                                      COURTROOM 7B

16  CITY OF BEVERLY HILLS; BEVERLY          **RESPONSE TO PLAINTIFF ASHLEY**
    HILLS POLICE SERGEANT KEVIN             **BLACKMON'S REQUESTS FOR**
17  ORTH, JAMES KEENAGHAN,                  **PRODUCTION OF DOCUMENTS,**
    BEVERLY HILLS POLICE OFFICER            **SET FIVE BY DEFENDANT CITY**
18  ADAM FALOSSI (#04678), BEVERLY          **OF BEVERLY HILLS**
    HILLS POLICE OFFICER STEPHEN
19  COMP, BEVERLY HILLS POLICE              HEARING DATES PENDING:
    OFFICER JONATHAN DE LA CRUZ,            Type:  Final Pre-Trial Conference
20  BEVERLY HILLS POLICE OFFICER            Date:  February 17, 2023
    MICHAEL DOWNS, all sued in their        Time:  11:00 a.m.
21  individual capacities; and DOES 1-10,   Ctrm:  7B
    inclusive;
22                                          Type:  Trial
            Defendants.                     Date:  March 7, 2023
23                                          Time:  8:30 a.m.
                                            Ctrm:  7B
24

25  PROPOUNDING PARTY:      Plaintiff, ASHLEY BLACKMON

26  RESPONDING PARTY:       Defendant, CITY OF BEVERLY HILLS

27  SET NO.:                FIVE

28  ///

1692379.1                          1

1  documents:

2  2019-00045417

3  2019-00045411

4  2019-00039686

5  2017-00061293

6  2017-00037606

7  2017-00003525

8  2016-00060102

9  2016-00035488

10  2016-00034244

11  2016-00005108

12  2015-00064410)

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

14      Objection.  This request seeks information not relevant to any party's claim or

15  defense and not proportional to the needs of the case.  [FRCP 26(b)(1).]  Further, this

16  request is overbroad and unduly burdensome.  Defendant further objects to the extent

17  this request seeks information protected from disclosure by Federal and State

18  constitutional and statutory privacy rights of third parties.  Subject to and without

19  waiving the foregoing objections, Defendant will produce documents responsive to

20  this request.

21  **REQUEST FOR PRODUCTION NO. 58:**

22      Please produce all police reports created by Beverly Hills police officers

23  between January 1, 2015 and February 9, 2020 which documented incidents in which

24  an automated license plate reader hit resulted in Beverly Hills police officers

25  responding to investigate a vehicle, unless the outcome was coded as UTL (unable to

26  locate), GOA (gone on arrival), or CANCEL.

27  (For YOUR convenience, and in reliance on the report YOU produced at BH02067-

28  BH02072, a list of the 469 report numbers believed to represent this group of

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

documents is identified below and also included in Attachment C; however, if YOU have reason to believe that document is incomplete or incorrect, or if that document is later shown to be incomplete or incorrect, YOU are still obligated to produce all responsive documents:

The following 18 reports from 2020:

2020-00007635

2020-00007634

2020-00007120

2020-00006679

2020-00006431

2020-00005081

2020-00004855

2020-00004046

2020-00003655

2020-00003527

2020-00003326

2020-00003225

2020-00002695

2020-00001351

2020-00000568

2020-00000298

2020-00000276

2020-00000253

The following 135 reports from 2019:

2019-00069150,

2019-00068765

2019-00067633

2019-00067510

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

| | |
|---|---|
| 1 | 2019-00067430 |
| 2 | 2019-00067424 |
| 3 | 2019-00067210 |
| 4 | 2019-00066506 |
| 5 | 2019-00066331 |
| 6 | 2019-00066325 |
| 7 | 2019-00066273 |
| 8 | 2019-00065506 |
| 9 | 2019-00065277 |
| 10 | 2019-00064496 |
| 11 | 2019-00063627 |
| 12 | 2019-00063620 |
| 13 | 2019-00063233 |
| 14 | 2019-00063198 |
| 15 | 2019-00063176 |
| 16 | 2019-00061172 |
| 17 | 2019-00054847 |
| 18 | 2019-00059212 |
| 19 | 2019-00057978 |
| 20 | 2019-00057617 |
| 21 | 2019-00057593 |
| 22 | 2019-00057452 |
| 23 | 2019-00057432 |
| 24 | 2019-00056979 |
| 25 | 2019-00056807 |
| 26 | 2019-00056310 |
| 27 | 2019-00055908 |
| 28 | 2019-00055388 |

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

| | |
|---|---|
| 1 | 2019-00055734 |
| 2 | 2019-00054622 |
| 3 | 2019-00054598 |
| 4 | 2019-00053493 |
| 5 | 2019-00053226 |
| 6 | 2019-00053017 |
| 7 | 2019-00052956 |
| 8 | 2019-00052817 |
| 9 | 2019-00051411 |
| 10 | 2019-00051312 |
| 11 | 2019-00050755 |
| 12 | 2019-00050651 |
| 13 | 2019-00050556 |
| 14 | 2019-00050300 |
| 15 | 2019-00049923 |
| 16 | 2019-00049850 |
| 17 | 2019-00049752 |
| 18 | 2019-00049451 |
| 19 | 2019-00049321 |
| 20 | 2019-00049199 |
| 21 | 2019-00049016, |
| 22 | 2019-00048629, |
| 23 | 2019-00047920 |
| 24 | 2019-00047570 |
| 25 | 2019-00047383 |
| 26 | 2019-00046686, |
| 27 | 2019-00046587 |
| 28 | 2019-00046226 |

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1692379.1

11

1   2019-00045573

2   2019-00045447

3   2019-00045023

4   2019-00044963

5   2019-00044228

6   2019-00042160

7   2019-00041708

8   2019-00041165

9   2019-00040627

10   2019-00040482

11   2019-00040385

12   2019-00040164

13   2019-00040101

14   2019-00039646

15   2019-00039614

16   2019-00039214

17   2019-00038394

18   2019-00038211

19   2019-00038207

20   2019-00036778

21   2019-00034620

22   2019-00034564

23   2019-00034470

24   2019-00034295

25   2019-00033379

26   2019-00033355

27   2019-00032487

28   2019-00032585

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1692379.1

| | |
|---|---|
| 1 | 2019-00032414 |
| 2 | 2019-00032055 |
| 3 | 2019-00029448 |
| 4 | 2019-00028912 |
| 5 | 2019-00027971 |
| 6 | 2019-00027954 |
| 7 | 2019-00027854 |
| 8 | 2019-00027800 |
| 9 | 2019-00027642 |
| 10 | 2019-00027240 |
| 11 | 2019-00026920 |
| 12 | 2019-00025560 |
| 13 | 2019-00025135 |
| 14 | 2019-00024014 |
| 15 | 2019-00023979 |
| 16 | 2019-00021381 |
| 17 | 2019-00020042 |
| 18 | 2019-00019352 |
| 19 | 2019-00019254 |
| 20 | 2019-00018593 |
| 21 | 2019-00017003 |
| 22 | 2019-00016494 |
| 23 | 2019-00014590 |
| 24 | 2019-00013097 |
| 25 | 2019-00011775 |
| 26 | 2019-00011593 |
| 27 | 2019-00011587 |
| 28 | 2019-00011465 |

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1692379.1

13

1 | 2019-00011257
2 | 2019-00010801
3 | 2019-00010068
4 | 2019-00009074
5 | 2019-00007520
6 | 2019-00006390
7 | 2019-00005980
8 | 2019-00005003
9 | 2019-00004946
10 | 2019-00004359
11 | 2019-00004213
12 | 2019-00003854
13 | 2019-00003750
14 | 2019-00002755
15 | 2019-00005679
16 | 2019-00002672
17 | 2019-00000799
18 | 2019-00000294
19 | The following 101 reports from 2018:
20 | 2018-00069496
21 | 2018-00069487
22 | 2018-00068982
23 | 2018-00066540
24 | 2018-00066294
25 | 2018-00065795
26 | 2018-00064248
27 | 2018-00063835
28 | 2018-00063073

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

14

1   2018-00061533
2   2018-00061260
3   2018-00059932
4   2018-00058748
5   2018-00057519
6   2018-00056994
7   2018-00055449
8   2018-00053851
9   2018-00052718
10  2018-00052684
11  2018-00051692
12  2018-00051075
13  2018-00050736
14  2018-00050706
15  2018-00050579
16  2018-00050294
17  2018-00049713
18  2018-00049673
19  2018-00047426
20  2018-00046470
21  2018-00045576
22  2018-00043746
23  2018-00043401
24  2018-00043089
25  2018-00043082
26  2018-00041499
27  2018-00039573
28  2018-00038818

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1692379.1

15

| | |
|---|---|
| 1 | 2018-00038509 |
| 2 | 2018-00037439 |
| 3 | 2018-00036829 |
| 4 | 2018-00036544 |
| 5 | 2018-00035181 |
| 6 | 2018-00034918 |
| 7 | 2018-00034914 |
| 8 | 2018-00034760 |
| 9 | 2018-00034336 |
| 10 | 2018-00033464 |
| 11 | 2018-00033411 |
| 12 | 2018-00033174 |
| 13 | 2018-00032980 |
| 14 | 2018-00032735 |
| 15 | 2018-00031827 |
| 16 | 2018-00031330 |
| 17 | 2018-00031156 |
| 18 | 2018-00030820 |
| 19 | 2018-00029470 |
| 20 | 2018-00029071 |
| 21 | 2018-00027652 |
| 22 | 2018-00025891 |
| 23 | 2018-00025831 |
| 24 | 2018-00025213 |
| 25 | 2018-00024048 |
| 26 | 2018-00024014 |
| 27 | 2018-00023382 |
| 28 | 2018-00022481 |

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1692379.1

16

| 1 | 2018-00021882 |
| 2 | 2018-00021842 |
| 3 | 2018-00020637 |
| 4 | 2018-00020291 |
| 5 | 2018-00019923 |
| 6 | 2018-00019090 |
| 7 | 2018-00018760 |
| 8 | 2018-00017617 |
| 9 | 2018-00017615 |
| 10 | 2018-00017550 |
| 11 | 2018-00017476 |
| 12 | 2018-00017260 |
| 13 | 2018-00017256 |
| 14 | 2018-00016283 |
| 15 | 2018-00016206 |
| 16 | 2018-00016205 |
| 17 | 2018-00016168 |
| 18 | 2018-00016160 |
| 19 | 2018-00016008 |
| 20 | 2018-00014661 |
| 21 | 2018-00014575 |
| 22 | 2018-00014096 |
| 23 | 2018-00013598 |
| 24 | 2018-00013291 |
| 25 | 2018-00011328 |
| 26 | 2018-00009115 |
| 27 | 2018-00008870 |
| 28 | 2018-00008018 |

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

17

1692379.1

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1 | 2018-00003826

2 | 2018-00003475

3 | 2018-00003414

4 | 2018-00002301

5 | 2018-00001999

6 | 2018-00000731

7 | 2018-00000689

8 | 2018-00000043

9 | The following 75 reports from 2017:

10 | 2017-00062793

11 | 2017-00061633

12 | 2017-00061476

13 | 2017-00061078

14 | 2017-00060827

15 | 2017-00060266

16 | 2017-00060183

17 | 2017-00059848

18 | 2017-00059160

19 | 2017-00058545

20 | 2017-00058139

21 | 2017-00058125

22 | 2017-00058123

23 | 2017-00058093

24 | 2017-00057364

25 | 2017-00057099

26 | 2017-00056299

27 | 2017-00055246

28 | 2017-00054665

18

| 1 | 2017-00053502 |
| 2 | 2017-00053408 |
| 3 | 2017-00051565 |
| 4 | 2017-00051560 |
| 5 | 2017-00051387 |
| 6 | 2017-00049797 |
| 7 | 2017-00049502 |
| 8 | 2017-00049327 |
| 9 | 2017-00039311 |
| 10 | 2017-00049235 |
| 11 | 2017-00048157 |
| 12 | 2017-00047850 |
| 13 | 2017-00047527 |
| 14 | 2017-00046184 |
| 15 | 2017-00043850 |
| 16 | 2017-00043406 |
| 17 | 2017-00043027 |
| 18 | 2017-00041689 |
| 19 | 2017-00040764 |
| 20 | 2017-00038950 |
| 21 | 2017-00037942 |
| 22 | 2017-00036309 |
| 23 | 2017-00036089 |
| 24 | 2017-00036053 |
| 25 | 2017-00036003 |
| 26 | 2017-00035200 |
| 27 | 2017-00035188 |
| 28 | 2017-00034150 |

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1 | 2017-00033589
2 | 2017-00030309
3 | 2017-00030265
4 | 2017-00030074
5 | 2017-00029943
6 | 2017-00028910
7 | 2017-00028802
8 | 2017-00025413
9 | 2017-00024579
10 | 2017-00020842
11 | 2017-00020736
12 | 2017-00020591
13 | 2017-00019676
14 | 2017-00018488
15 | 2017-00012281
16 | 2017-00011359
17 | 2017-00010372
18 | 2017-00009973
19 | 2017-00009714
20 | 2017-00009293
21 | 2017-00008994
22 | 2017-00008514
23 | 2017-00007235
24 | 2017-00006524
25 | 2017-00004099
26 | 2017-00002836
27 | 2017-00001655
28 | 2017-00000132

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1692379.1

The following 62 reports from 2016:

2016-00066090

2016-00065840

2016-00063508

2016-00062239

2016-00059907

2016-00049770

2016-00056123

2016-00055009

2016-00049308

2016-00047973

2016-00047723

2016-00047607

2016-00047119

2016-00046855

2016-00045901

2016-00045227

2016-00045140

2016-00044540

2016-00043733

2016-00043405

2016-00042351

2016-00038740

2016-00036760

2016-00036432

2016-00034965

2016-00034864

2016-00032459

1692379.1

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

| | |
|---|---|
| 1 | 2016-00022976 |
| 2 | 2016-00022406 |
| 3 | 2016-00020504 |
| 4 | 2016-00019060 |
| 5 | 2016-00018332 |
| 6 | 2016-00017587 |
| 7 | 2016-00016534 |
| 8 | 2016-00015315 |
| 9 | 2016-00014663 |
| 10 | 2016-00014321 |
| 11 | 2016-00014310 |
| 12 | 2016-00013600 |
| 13 | 2016-00012243 |
| 14 | 2016-00011600 |
| 15 | 2016-00011098 |
| 16 | 2016-00009965 |
| 17 | 2016-00009474 |
| 18 | 2016-00009205 |
| 19 | 2016-00008037 |
| 20 | 2016-00008015 |
| 21 | 2016-00007888 |
| 22 | 2016-00007743 |
| 23 | 2016-00007108 |
| 24 | 2016-00006364 |
| 25 | 2016-00005518 |
| 26 | 2016-00004362 |
| 27 | 2016-00004842 |
| 28 | 2016-00004689 |

1   2016-00004000

2   2016-00001985

3   2016-00001379

4   2016-00001297

5   2016-00000378

6   2016-00000328

7   2016-00000113

8   The following 78 reports from 2015:

9   2015-00067186

10   2015-00066307

11   2015-00066067

12   2015-00065812

13   2015-00065290

14   2015-00065229

15   2015-00062618

16   2015-00062080

17   2015-00061957

18   2015-00060650

19   2015-00058517

20   2015-00058184

21   2015-00058106

22   2015-00057999

23   2015-00057117

24   2015-00055423

25   2015-00055240

26   2015-00054995

27   2015-00052891

28   2015-00052524

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

| | |
|---|---|
| 1 | 2015-00052132 |
| 2 | 2015-00052118 |
| 3 | 2015-00051894 |
| 4 | 2015-00051302 |
| 5 | 2015-00051075 |
| 6 | 2015-00050569 |
| 7 | 2015-00050383 |
| 8 | 2015-00050254 |
| 9 | 2015-00050013 |
| 10 | 2015-00049674 |
| 11 | 2015-00048784 |
| 12 | 2015-00047524 |
| 13 | 2015-00046918 |
| 14 | 2015-00045996 |
| 15 | 2015-00045956 |
| 16 | 2015-00044922 |
| 17 | 2015-00044713 |
| 18 | 2015-00044414 |
| 19 | 2015-00044110 |
| 20 | 2015-00043735 |
| 21 | 2015-00043675 |
| 22 | 2015-00034506 |
| 23 | 2015-00034203 |
| 24 | 2015-00032288 |
| 25 | 2015-00031488 |
| 26 | 2015-00031422 |
| 27 | 2015-00028118 |
| 28 | 2015-00027978 |

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

1692379.1

| 1  | 2015-00027166 |
| 2  | 2015-00026259 |
| 3  | 2015-00026223 |
| 4  | 2015-00025751 |
| 5  | 2015-00024790 |
| 6  | 2015-00024497 |
| 7  | 2015-00023356 |
| 8  | 2015-00023078 |
| 9  | 2015-00022099 |
| 10 | 2015-00021872 |
| 11 | 2015-00021315 |
| 12 | 2015-00020419 |
| 13 | 2015-00019798 |
| 14 | 2015-00018353 |
| 15 | 2015-00016721 |
| 16 | 2015-00016243 |
| 17 | 2015-00015914 |
| 18 | 2015-00014486 |
| 19 | 2015-00013657 |
| 20 | 2015-00013442 |
| 21 | 2015-00013318 |
| 22 | 2015-00010778 |
| 23 | 2015-00010535 |
| 24 | 2015-00009390 |
| 25 | 2015-00006193 |
| 26 | 2015-00006146 |
| 27 | 2015-00004988 |
| 28 | 2015-00003916 |

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1   2015-00002902

2   2015-00001306)

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

4       Objection.  This request seeks information not relevant to any party's claim or

5   defense and not proportional to the needs of the case.  [FRCP 26(b)(1).]  Further, this

6   request is overbroad and unduly burdensome.  Defendant further objects to the extent

7   this request seeks information protected from disclosure by Federal and State

8   constitutional and statutory privacy rights of third parties.  Subject to and without

9   waiving the foregoing objections, Defendant will produce documents responsive to

10  this request.

11  **REQUEST FOR PRODUCTION NO. 59:**

12      Please produce all police reports created by Beverly Hills police officers

13  between January 1, 2015 and February 9, 2020 documenting incidents in which a

14  Beverly Hills police officer was assaulted while in the process of conducting a traffic

15  stop, regardless of whether the stop was a routine stop or a high-risk stop.

16  (For your convenience, and in reliance on the report you produced at BH02073-

17  BH02075, the responsive police report number is identified below; however, if you

18  have reason to believe that BH02073-BH02075 is incomplete or incorrect, or if

19  BH02073-BH02075 is later shown to be incomplete or incorrect, please be sure

20  nevertheless to produce all responsive documents:

21  2015-00006701)

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

23      Objection.  This request seeks information not relevant to any party's claim or

24  defense and not proportional to the needs of the case.  [FRCP 26(b)(1).]  Further, this

25  request is overbroad and unduly burdensome.  Defendant further objects to the extent

26  this request seeks information protected from disclosure by Federal and State

27  constitutional and statutory privacy rights of third parties.  Subject to and without

28  waiving the foregoing objections, Defendant will produce report No. 2015-00006701.

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

26

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

2       Objection. This request seeks information not relevant to any party's claim or

3   defense and not proportional to the needs of the case. [FRCP 26(b)(1).] Further, this

4   request is overbroad and unduly burdensome. Defendant further objects to the extent

5   this request seeks information protected from disclosure by Federal and State

6   constitutional and statutory privacy rights of third parties.

7   DATED: July 5, 2022          WOODRUFF, SPRADLIN & SMART, APC

8

9                       By:*/s/ Brian A. Moore*

10                        DANIEL K. SPRADLIN

                      JEANNE L. TOLLISON

11                        BRIAN A. MOORE

12                        Attorneys for Defendants CITY OF

13                        BEVERLY HILLS, a public entity and

SERGEANT KEVIN ORTH, SERGEANT

14  JAMES KEENAGHAN, OFFICER ADAM

FALOSSI, OFFICER STEPHEN COMP,

15  OFFICER JONATHAN DE LA CRUZ and

OFFICER MICHAEL DOWNS, as

16  employees of the CITY OF BEVERLY

HILLS, a public entity

17

18

19

20

21

22

23

24

25

26

27

28

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On July **5** 2022, I served the foregoing document(s) described as: **RESPONSE TO PLAINTIFF ASHLEY BLACKMON'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET FIVE BY DEFENDANT CITY OF BEVERLY HILLS**

☐    by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐    **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒    **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be transmitted electronically via electronic mail to the office of the addressee whose email address is listed on the attached service list.

☐    **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by GSO/GLS and/or FedEx to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by GSO/GLS and/or FedEx on said date in the ordinary course of business.

☐    **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on July **5**, 2022 at Costa Mesa, California.

Diane Castillo

1692379.1

30

<u>**ASHLEY BLACKMON v. CITY OF BEVERLY HILLS, et al.**</u>

**USDC, CENTRAL DISTRICT OF CALIFORNIA**
**CASE NO. 2:21-cv-08381-AB (AFMx)**

**ASSIGNED FOR ALL PURPOSES TO**
**HONORABLE ANDRE BIROTTE, JR.**
**COURTROOM 7B**
**MAGISTRATE JUDGE ALEXANDER F. MACKINNON**
**COURTROOM 780**

<u>**SERVICE LIST**</u>

Morgan Ricketts
RICKETTS LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone: (213) 995-3935
Facsimile: (213) 995-3963
Email: morgan@morganricketts.com

Attorney for Plaintiff
**ASHLEY BLACKMON**

9/28/21

WOODRUFF, SPRADLIN & SMART ATTORNEYS AT LAW COSTA MESA

1692379.1

31

Ex. 23

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

Roger Clark
Police Procedures Consultant, Inc.
10207 Molino Road, Santee, CA 92071
Phone: (208) 351-2458, Fax: (619) 258-0045
Rclark9314@aol.com
April 5, 2023

Dear Ms. Ricketts:

Thank you for retaining me to analyze and render opinions regarding the February 9, 2020, contact between Ashley Blackmon and officers of the Beverly Hills Police Department. Pursuant to the requirements of Rule 26, I have studied the reports, recordings, photographs, interviews, deposition transcripts, video and audio recordings, and other material (as listed below) provided to me thus far regarding this case. I am informed that additional data may be pending. Please be advised that if any additional data is provided, it is likely that a supplementary report will be necessary in order to express my complete opinion.

It is also necessary to state at the beginning of this report that I do not make credibility determinations in expressing my opinions. That is, where there are differences in the events proffered by the Defendants versus the allegations and testimony proffered by Ms. Blackmon, and/or others, I do not opine for the trier of fact regarding who are the more believable witnesses. I consider that the resolution of any such conflicts are the purview of a jury to decide; that said, there are number key uncontested facts that call into question the reasonableness of force used against Ms. Blackmon.

Additionally, it is necessary to state that I am not a lawyer nor a public official who hears and decides cases brought in court. My opinions rest on the training given to every certified law enforcement officer and the reasonable professional standard of care as expressed and required pursuant to the training provided to every certified law enforcement officer.

**Material Reviewed Thus Far:**

1. Pleadings:
    a. Third Amended Complaint
    b. Defendant Beverly Hills' Answer to Third Amended Complaint

2. Deposition Transcripts in this Action:
    a. Ashley Blackmon, March 25, 2021

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

    b. Sergeant Orth, January 26, 2021
    c. Officer Adam Falossi, January 22, 2021
    d. Beverly Hills Police Department (Sylvia Gelfman), May 5, 2022
    e. Beverly Hills Police Department (Lt. Giovanni Trejo), May 5, 2022
    f. Beverly Hills Police Department (Lt. Giovanni Trejo), March 14, 2023

3. Reports Relating To The Incident
    a. Incident Report (BH00016)
    b. CAD Narrative (BH00017)
    c. Case Report Detail (BH00019-BH00025)
    d. Case Report (BH00026-BH00037)
    e. Hot List Alert (BH00038-BH00039)

4. Body-Worn Camera Video Footage (electronic file names)
    a. (BH00001) AXON_Body_2_Video_2020-02-09_0954.mp4
    b. (BH00002) AXON_Body_2_Video_2020-02-09_0954-2.mp4
    c. (BH00003) AXON_Body_2_Video_2020-02-09_0955.mp4
    d. (BH00004) AXON_Body_2_Video_2020-02-09_0956.mp4
    e. (BH00005) AXON_Body_2_Video_2020-02-09_0957.mp4
    f. (BH00006) AXON_Body_2_Video_2020-02-09_1001.mp4
    g. (BH00007) AXON_Body_2_Video_2020-02-09_1005.mp4
    h. (BH00008) AXON_Body_2_Video_2020-02-09_1007.mp4
    i. (BH00009) AXON_Body_2_Video_2020-02-09_1009.mp4
    j. (BH00010) AXON_Body_2_Video_2020-02-09_0826.mp4

5. Other Video Footage (electronic file names)
    a. (BH00011) 01748@20200209095306.mpeg
    b. (BH00012) 04446@20200209095217.mpeg
    c. (BH00013) 04678@20200209092756.mpeg
    d. (BH00014) 05206@20200209095133.mpeg

6. Radio Traffic
    a. (BH00015) 20-7634 radio traffic.wav

7. Beverly Hills Policies
    a. Beverly Hills Police Department Policy Manual

8. POST Learning Domains
    a. Learning Domain # 1—Leadership, Professionalism, and Ethics
    b. Learning Domain # 2—Criminal Justice System
    c. Learning Domain # 3—Principled Policing in the Community
    d. Learning Domain # 5 – Introduction to Criminal Law

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

    e. Learning Domain # 15—Laws of Arrest
    f. Learning Domain # 16—Search and Seizure
    g. Learning Domain # 20—Use of Force De-escalation
    h. Learning Domain # 21 – Patrol Techniques
    i. Learning Domain # 22 – Vehicle Pullovers
    j. Learning Domain # 33—Arrest and Control
    k. Learning Domain # 35 – Firearms/Chemical Agents
    l. Learning Domain # 36—Information Systems
    m. Learning Domain # 42—Cultural Diversity Discrimination

9. Documents Produced By Beverly Hills Police Department
    a. LEOKA List (BH02073 – BH 02075)
    b. Vehicle Theft Reports 2016-2021 (BH01696 – BH02049)
    c. Police Reports of Similar Incidents (BH02125 – BH04952)
    d. Investigation Report in response to Citizen Complaint by Ms. Blackmon (BH02121-BH02124)
    e. List of ALPR Hits (BH02067 – BH02072)
    f. Report of All Stolen Car Stops 2016- (BH03051 – BH03056)

10. Documents produced By Ashley Blackmon
    a. Photographs (P000006-P000021)
    b. Cell phone videos (P001400 and P001401)
    c. Declaration of Chase Ziegler (P001406-P001409)
    d. First Amended Spreadsheet, Excel file produced by Plaintiff

**Brief Overview of Events:**

On February 9, 2020, at or around 9:30 a.m., Ashley Blackmon, a 30 year old Black woman, was driving on La Cienega to her Sunday morning yoga class. She was wearing leggings, a jeans jacket, gold earrings, gold-rimmed sunglasses, and had her hair in a ponytail.

Ms. Blackmon has no criminal history, and did not commit any traffic infractions or legal violations while driving that day.

Unbeknownst to Ms. Blackmon, a thief had stolen her legitimately issued license plate of her legitimately leased black 2019 Toyota Rav-4, which was numbered 8KYC428, and replaced it with the license plate of a stolen car, 8HCW465. That license plate had been reported as associated with a stolen car on November 20, 2019.

On February 9, 2020, Ms. Blackmon drove through the intersection at La Cienega and Gregory Way in Beverly Hills, which is equipped with an automated license plate reader

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

device ("ALPR"). The ALPR device read Plaintiff's license plate, 8HCW465, which was associated with a stolen gray 2018 Toyota, and the ALPR reader reported Plaintiff's license plate as stolen.

Dispatch in turn notified Officer Adam Falossi and Officer Stephen Comp, who began to follow Plaintiff north out of Beverly Hills on La Cienega Boulevard in separate patrol vehicles. They requested additional backup officers, and Officers De La Cruz and Downs responded, in addition to Sergeants Orth and Keenaghan. Officer Falossi additionally requested an airship.

It is a common patrol scenario, and it is common knowledge among all police officers, that sometimes stolen plate hits are the result of "plate swaps" in which a car thief steals one car, then replaces its license plates with plates from another car, thereby ensuring that the stolen car can be driven without arousing suspicion. Often, the thief will take the additional step of replacing the other car's now-missing license plates with the stolen plates, so that it is less obvious that the license plates have been stolen, and the plate theft may go undiscovered for longer. Thieves know that when police run a license plate to see if it is associated with a stolen car, some information about the stolen car is provided to the inquiring officer, such as make, model, color, and year; therefore, thieves often steal license plates from cars that are the same as the stolen car in make, model, color, and year, when possible.

In this case, the stolen car was a 2019, whereas the stolen vehicle was a 2018 model; in addition, the stolen car was a gray Toyota while the Toyota Plaintiff was driving was black. Prior to pulling Plaintiff over, Falossi communicated about the color discrepancy to dispatch, stating, "I don't know if this was a plate swap or not." Dispatch responded and acknowledged the discrepancy, stating that Plaintiff's car "looks black in the photo" (meaning the photo of Plaintiff's car taken by the Automated License Plate Reader device as she drove through the intersection) "but it states it's a gray color" referring to the reported information about the stolen car.

Without observing any traffic violations on Ms. Blackmon's part, mere streets away from her yoga class, Falossi ordered her to pull over. Ms. Blackmon immediately complied and parked the car, and noticed at that same moment that there were three guns pointed at her.

In fact, at least four officers pointed their guns at Ms. Blackmon during that stop: Defendants Falossi, Comp, De La Cruz, and Downs, while Orth and Keenaghan supervised. The stop occurred on La Cienega Boulevard, which is a main thoroughfare in the City of Beverly Hills. All of these Defendants had either seen her driving the car alone or had been made aware that the lone driver was Black. Falossi and other officers ordered her to put her hands outside of the car, and she complied. Then, officers ordered

her to unbuckle her seatbelt, toss her keys out of the window, open her car door, and get out of her car.

Prior to pulling Ms. Blackmon over at gunpoint, Officer Falossi made a note of her race on the radio to dispatch and requested air support. Beverly Hills does not have an air support division, and so the responding helicopter was sent by the Los Angeles Police Department instead.

Empirical evidence, media coverage, and life experience show that Black people are frequently pulled over by police and immediately treated as threats, as evidenced by orders to put their hands up, throw their keys out of the car, step out of their cars, kneel down or lie prone, and submit to handcuffing, all at gunpoint, whereas Caucasian people are rarely asked to do any of these things and rarely treated as threats – even if they are not cooperative or even actively hostile.

Although Ms. Blackmon was at all times compliant, communicative, and cooperative with officers, the situation was loud and chaotic in part because of the air support: the helicopter audibly disrupted the officer's ability to give commands that would be heard by Ms. Blackmon.

In addition, she was initially unable to immediately comply with Falossi's directions because he, Officer Comp, Officer De La Cruz, and Officer Downs were each pointing loaded guns directly at her head, and she was too afraid to move her hands to reach for her keys or seatbelt buckle; she verbally communicated with the officers to ensure they did not believe she was disobeying them on purpose. Ms. Blackmon was afraid of them because in several high-profile cases, Black drivers have been instructed to do something by police officers, and then been shot when they moved to comply – or even without moving. Ms. Blackmon explained that she could not reach her keys because they were in her purse, and asked if an officer would come and help her undo her seatbelt and open the car door so that she would not have to move her hands.

No officer provided assistance or intervened to tell the other officers present to lower their weapons so that Ms. Blackmon could safely move her hands to unbuckle her seat belt and open her door.

Eventually, Ms. Blackmon was able to unbuckle herself and get out of her car. She was ordered to walk backward towards the sound of Officer Falossi's voice, until she reached him, when he ordered her to get onto her knees in the street. Ms. Blackmon asked to know what was happening, but no officer explained.

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

After Ms. Blackmon had knelt down on the asphalt in the middle of La Cienega Boulevard, Officer Comp ordered her to put her hands behind her back and to place her palms together as though she were praying.

Ms. Blackmon is a person of deep faith who regularly prays and attends church; at hearing this, she experienced extreme anguish, fear, and humiliation, and did not understand what she was supposed to be praying for; in her terrified state, she was in fear that she was about to be killed.

Although Ms. Blackmon pleaded to know what was going on, Defendant Comp placed handcuffs on Ms. Blackmon without even telling her why she had been stopped, much less why she was being handcuffed and having guns pointed at her, or what would happen next. No officer at the scene attempted to use any less lethal means to protect themselves, in the event Ms. Blackmon ceased to comply with police orders. No officer made any effort to prepare a Taser, beanbag gun, rubber bullet gun, or chemical weapon such as pepper spray. All officers present went directly to the most extreme weapon available to them: firearms.

According to sworn testimony by the sergeant at scene (Orth) and lead officer (Falossi) on the scene, this entire procedure was done to Ms. Blackmon pursuant to Beverly Hills Police Department policy and practice, which allows and encourages officers to use this high risk traffic stop procedure on every potentially stolen vehicle, regardless of what other information officers do or do not have about the person subjected to the procedure, such as whether they may be armed, whether they are compliant, or whether they have committed a violent crime or are about to commit a violent crime.

All officers are trained never to point a gun at anything they are not willing to destroy, which is a basic tenet of gun safety. Rather than pointing their guns at Ms. Blackmon without any probable cause to believe she had committed or would commit any violent crime, the officers should not have displayed force at all and simply used verbal skills to have Ms. Blackmon get out of the car showing her hands and come and talk to them. They could then have made the decision to investigate her Vehicle Identification Number to learn whether the car was stolen. As a next alternative, officers absolutely should have prepared less lethal force and communicated among each other so that there was a plan to avoid potentially deadly force unless absolutely necessary. At a bare minimum, no officer should have lifted his gun from the "low ready" position, because at no time did Ms. Blackmon show behavior that indicated an intent to flee or resist. The low ready position means that the barrel of the gun is pointed at the ground some distance in front of the possible target instead of at a human being, but is able to be quickly pointed if the situation escalates. None of the officers present used the low ready position to provide

6

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

Ms. Blackmon with greater safety; this signifies that each officer was willing to risk Ms. Blackmon's life and threaten her life, based solely on a report of a stolen license plate.

Other individuals at the scene saw Ms. Blackmon being stopped by police, which caused embarrassment and humiliation.

Officers searched Ms. Blackmon's person and her entire car, including her trunk, as well as her purse and wallet; Ms. Blackmon consented while in handcuffs or while in handcuffs and in the back of a police car and after having had her life threatened, which is antithetical to the concept of voluntary consent.

After all this had been done, the officers present realized they had pulled over an innocent person, at which they unhandcuffed Ms. Blackmon and released her with no apology after confiscating her license plates. They gave her a handwritten piece of paper with a case number on it that she could cite to if pulled over again by police while driving without a license plate. Ms. Blackmon sensibly refused to drive her car without a plate, and instead called a towing company to go home.

In the five years leading up to the detention and *de facto* arrest of Ms. Blackmon on February 9, 2020, the Beverly Hills Police Department pulled over a number of drivers as a result of ALPR hits, as was the circumstance in Ms. Blackmon's case. The total number of similar cases for which reports were available for review – similar meaning, an ALPR hit had been generated based on a license plate being reported as associated with a stolen car, and not with a felony want (which might suggest a crime of violence); the driver had not made attempts to evade police; and the vehicle was not found unoccupied; was 310 over the course of five years. Twenty four responsive reports were withheld by Beverly Hills. Only 232 of those were high risk stops, according to the officer's narratives in their incident reports. In other words, 78 drivers – or 25% overall – were not exposed to the kind of display of firearms that Ms. Blackmon was exposed to. Further, the percentage likelihood that a given driver would be treated as "high risk" varied from 33% for Asian drivers to 69% for Black drivers to 75% for white drivers to 82% for Hispanic drivers.

No Defendant was violently resisted at a traffic stop – whether ALPR generated or otherwise – in the five years leading up to the officers' detention and *de facto* arrest of Ms. Blackmon. Specifically, although Sergeant Orth was listed as having responded to 88 ALPR hits in the time period, none of those involved any acts of violence, including violent resistance, by either a driver, passenger, or bystander; moreover, none of the hits to which he responded yielded any sort of weapon or tool that could be used as a weapon. The same was true for Falossi, except that the number of ALPR hits he responded to in that time frame was 51. The same was true for Defendant Comp, but the number of ALPR hits in which he was recorded as responding was 16. Defendant Keenaghan also met with no violence, including violent resistance, and no weapons, in his 23 listed

ALPR hit responses. Defendant De La Cruz and Defendant Downs responded to 39 and 67 of the ALPR hits, respectively, and together they found two objects that could be used as weapons (at the same two stops): a Milwaukee pocket knife and a small heavily used wire cutting tool. Neither object was used, or attempted to be used, as a weapon during the stops where they were found. And in fact, although Beverly Hills recorded a single assault on a police officer during a traffic stop in the five year period preceding Ms. Blackmon's detention and *de facto* arrest, there was no injury reported – and it was just one of the approximately 15,000 traffic stops conducted by the Beverly Hills Police Department *every single year*. In addition, it does not seem to have been a traffic stop that was associated with an ALPR hit. There is no information provided to learn what type of traffic stop it was. But given that approximately 75,000 traffic stops or more yielded only one assault and no injuries from that assault, the evidence is clear that the risk of even a minor assault during any kind of traffic stop is vanishingly low.

This demonstrates that the individual officers in this case, and the Beverly Hills department as a whole, know or should know that there is no basis to conclude that people driving cars with license plates that trigger ALPR hits are inherently likely to be dangerous, assaultive, or otherwise deserving of the drawing and exhibiting of weapons in the manner that these Defendants did.

**Selected Testimony from Officer Falossi's Deposition**

```
 9        Q.   At the time that Ashley Blackmon had guns pointed
10   at her during that high-risk traffic stop, did you
11   yourself have any specific information to suggest that she
12   had ever committed a violent crime?
13        A.   No, I didn't know anything about her.          13:34:06
14        Q.   Okay.
15             And did you have any information that a violent
16   crime had just been committed and she might be the
17   perpetrator?
18        A.   No.
19        Q.   Did you have any specific information to suggest
20   that Ashley Blackmon was armed at the time that you were
21   conducting this high-risk traffic stop and pointing guns
22   at her?
23        A.   No.
24        Q.   Was she cooperative with your instructions during
25   the -- for the duration of the stop?           13:34:36
```

s Deposition

1    A.   Yes.

2    Q.   At the time that you pulled her over and engaged

3  in the high-risk vehicle stop and had guns pointed at her,

4  did you have any information that a violent crime was

5  about to occur?

6    A.   Nothing in particular, ma'am.

7    Q.   Did you have any specific information to suggest

8  that Ashley was a -- the person who had stolen the car          13:35:08

9  that you suspected to be stolen?

10   A.   Ma'am, based on my training and experience,

11 usually the drivers of stolen cars would -- oftentimes are

12 either the ones who stole them or associated with the

13 person who stole them.

14   Q.   Okay.

15        Anything specifically in relation to Ashley in

16 this particular stop other than the fact that she was        13:35:38

17 driving a car that came back reported as stolen to suggest

18 that she had stolen a car or that car?

19   A.   At that time, she's the driver in a car that had

20 been reported as stolen to the best of my knowledge.

21   Q.   Okay.

22        So nothing specific about her other than the fact

23 that she was driving a car that came back reported as

24 stolen; correct?

25   A.   Correct.

Adam Falossi
January 22, 2021                                    105

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

**Selected Testimony From The Deposition of Beverly Hills Police Department:**

```
14        Q.  Is it the Beverly Hills Police Department's
15   position that its policy requires officers to treat
16   every high-risk stop in Beverly Hills the same in the
17   sense that they must point guns at the driver during the
18   traffic stop?
19        A.  Using their primary weapons, drawing them out, is
20   part of the high-risk stop procedure that we utilize.
21        Q.  I'm sorry, did you say "drawing them out"?
22        A.  Yes.  Drawing their primary weapon out and -- and
23   pointing it at what the officer feels is the threat at
24   the time.
25        Q.  Okay.  So it is the Beverly Hills Police


                          178
```

CAPT. GIOVANNI TREJO, 30(B)(6) - VOL. 3

10

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

```
1    Department's policy to have officers who are executing a
2    high-risk traffic stop draw their weapons and point the
3    weapon at whatever is the threat at the time, meaning
4    the driver?
5              MS. TOLLISON:  Well, objection.  Misstates
6    the testimony.  Lacks foundation.  It's argumentative.
7              THE WITNESS:  That's the -- the high-risk
8    stop procedures that we use.  That's the procedures.
9    BY MS. RICKETTS:
10      Q.  Do Beverly Hills police officers have Tasers
11   available to them to use?
12      A.  Beverly Hills police officers are issued Tasers,
13   yes.
```

**POST Fourth Amendment Rights and Training:**

All individuals in the United States are protected by the Fourth Amendment of the United States Constitution. The freedom they are afforded under the Fourth Amendment includes the freedom to be free from search and seizure absent consent, lawful warrant based upon probable cause or obvious exigency and the freedom not to be subjected to excessive force. In Ms. Blackmon's case, Officers Falossi, Comp, De La Cruz, and Downs, together with Sergeants Orth and Keenaghan, initiated a stop and detention of her vehicle and then effected a de facto arrest without probable cause of Ms. Blackmon when they drew and exhibited their weapons. Officers Falossi, Comp, De La Cruz, and Downs, together with Sergeants Orth and Keenaghan, further exercised excessive force against Ms. Blackmon by drawing, exhibiting, and pointing their weapons at Ms. Blackmon unnecessarily without substantial cause to believe that they or others may be in danger. None of the criteria for executing a vehicle stop, effecting an arrest, or drawing and aiming a service firearm at an individual were met in this set of facts.

The following POST Basic training provided to all law enforcement officers in California (Learning Domain 16, Search and Seizure) is as follows:

**Basic Principles of Search and Seizure Law**

"Peace officers must have a clear understanding of their authority, responsibility, and potential for liability in the areas of search and seizure law, as well as the

protections provided by constitutional law, statutory law, and case law against unreasonable search and seizures."

## Fourth Amendment Protections

The Fourth Amendment to the Constitution prohibits unreasonable searches and seizures by the state and establishes that any search or seizure by the state must be based on probable cause.

## Policing in the community

The community expects their peace officers to abide by a set of rules and work within the limitations and restrictions placed on them to ensure a free and democratic society. Doing so fosters trust. Trust is the critical link in the community/law enforcement partnership.

## Constitutional protections

A priority of the authors of the United States Constitution and the California Constitution was to avoid unlimited actions and intrusions by the government and to protect a person's:

• privacy
• liberty
• possession of property

## Fourth Amendment

The Fourth Amendment to the United States Constitution (Article 4 of the Bill of Rights) states:

*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized.*

Article 1, Section 13, of the California Constitution states:

*The right of the people to be secure in their persons, houses, papers, and effects against unreasonable seizures and searches, shall not be violated, and a warrant may not be issued except on probable cause, supported by oath or affirmation,*

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

*particularly describing the place to be searched and the persons and things to be seized.*

## POST Training Regarding Force Options

Officers are trained that a subjects' resistance/actions to an arrest coupled with the totality of circumstances will determine the type of force used by peace officers. The following chart illustrates how a subject's resistance/actions can correlate to the force applied by an officer. (Listed as Subject's Actions, Description of Resistance and Possible Force Option):

*Cooperative* - Subject offers no resistance:
- Mere professional appearance
- Nonverbal actions
- Verbal requests and commands

*Passive non-compliance* - Does not respond to verbal commands but also offers no physical form of resistance:
- Verbal requests and commands.
- Officers' strength to take physical control, including lifting/carrying.
- Control holds and techniques to direct movement or immobilize a subject.

*Active resistance* - Physically evasive movements to defeat an officer's attempt at control, including bracing, tensing, running away, or verbally signaling an intention to avoid or prevent being taken into or retained in custody:
- Control holds and techniques to control the subject and situation
- Use of personal weapons in self-defense and to gain advantage over the subject
- Use of devices to secure compliance and ultimately gain control of the situation

*Assaultive* - Aggressive or combative; attempting or threatening to assault the officer or another person:
- Use of devices and/or techniques to secure compliance and ultimately gain control of the situation
- Use of personal body weapons in self-defense and to gain advantage over the subject

*Life-threatening* - Any action likely to result in serious injury or possibly the death of the officer or another person
- Utilizing firearms or any other available weapon or action in defense of self and others

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

Officers are trained that they must take into account the *totality of the circumstances* when selecting a reasonable force option. It is not the intent of the chart to imply that an officer's force options are limited based on any single factor.

Taking Ms. Blackmon's set of facts, Officer Orth's and Officer Falossi's own narratives, and video recordings, as true, then Ms. Blackmon was certainly not resistive or posing a risk of harm to officers or to the public, any force used against Ms. Blackmon violated their training, the law, and Ms. Blackmon's constitutional rights (as trained).

Peace officers are also trained that they must use the force option appropriate for the situation as conditions may change rapidly. Officers must continually reevaluate the subject's action and must be prepared to transition as needed to the appropriate force options. (LD 20: Chapter 2 –Force Options, pages 2-6 & 2-7)

In this case, Officers Orth, Keenaghan, Falossi, Comp, De La Cruz, and Downs perceived immediately that Ms. Blackmon had pulled over and was responding to commands. Indeed, Orth and Falossi conceded in sworn testimony that Ms. Blackmon was compliant with all commands. She was therefore not a credible threat. The six officers present were trained and equipped to verify Ms. Blackmon's license plate in some other manner besides placing her in reasonable fear for her life, and unreasonably failed to do so.

Competent police officers are also trained at the POST Basic Academy that the "totality of the circumstances" are an important aspect in the decision to use force and that California law requires that the use of force must meet an "Objectively Reasonable" standard. The following quotes typify the training:

> "A reasonable officer is defined as an officer with similar training, experience, and background in a similar set of circumstances, who will react in a similar manner."

> "Unreasonable force occurs when the type, degree and duration of force employed was not necessary or appropriate." (Learning Domain #20: "Introduction to the Use of Force," page 1-4.)

Additionally, an entire chapter in POST Learning Domain #20 is devoted to the

> "Consequences of Unreasonable Force." Cruelty and malicious assaults are absolutely forbidden:

> "**Unreasonable force** occurs when the type, degree and duration of force employed was not necessary or appropriate."

14

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

"Malicious assaults and batteries committed by peace officers constitute unlawful conduct. When the force used is unreasonable, the officer can face criminal and civil liability, and agency disciplinary action." (Learning Domain #20, page 6-4.)

Under the facts cited above, Ms. Blackmon was never "assaultive" or "combative" or "life threatening." Nor was there any "passive resistance" given by Ms. Blackmon. Nor did Ms. Blackmon pose a credible threat warranting classifying this encounter as a "high risk stop."

**Constant reevaluation requirement:**

Peace officers must use the force option appropriate for the situation as conditions may change rapidly. Officers must continually reevaluate the subject's action and must be prepared to transition as needed to the appropriate force options. (LD 20: Chapter 2 – Force Options, pages 2-6 & 2-7)

**POST Training Regarding Patrol Techniques and Vehicle Stops**

POST Learning Domain # 21, Chapter 1, "Basic Concepts of Law Enforcement Patrol" states as follows, in pertinent part:

**Contact and Cover Officers**

*Introduction:*

The first officer on scene must take a leadership role for the initial assessment, making contact with the involved parties, and determining if law enforcement action is required. To accomplish these tasks safely, this officer may need to rely on additional support from one or more officers.

*Definitions:*

The **contact officer** is the officer initiating an action who becomes responsible for conducting the contact.

The **cover officer** is the officer responsible for surveillance and control of a suspect in order to free the contact officer to perform a thorough investigation.

…

*Responsibilities:*

15

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

It is vital that each officer understand the roles and responsibilities of contact and cover officers.

**The *contact* officer is responsible for…**

• initiating action
• conducting the essential business required, such as, but not limited to:
>  - alerting cover officer that a weapon or contraband is located on the suspect
>  - conducting thorough systematic searches
>  - maintaining control of the suspect
>  - recovering evidence
>  - recording necessary suspect or incident information
>  - handling radio communication
>  - writing traffic or misdemeanor citation
>
>  - communicating with the cover officer, as appropriate, regarding force option selection (i.e, Electronic Weapons, Less-Lethal)

**The *cover* officer is responsible for…**

• protecting the contact officer from possible interference (e.g. onlookers or associates of the suspect(s))

• alerting the contact officer that a weapon or contraband is located on the suspect

• maintaining constant observation of the overall situation; being aware of possible dangers and potential interferences

• providing a command presence to discourage hostile acts, assaults, or escapes by the suspect

• securing any weapons or contraband; this allows the contact officer to continue searches

• preventing the destruction of evidence

• intervening with appropriate force to protect the contact officer if a suspect reacts violently

• communicating with the contact officer, as appropriate, regarding force option selection (i.e, Electronic Weapons, Less-Lethal)

16

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

**Opinions Thus Far:**

1. Taking Ms. Blackmon's set of facts as true, that Officers Orth, Keenaghan, Falossi, Comp, De La Cruz, and Downs pulled over Ms. Blackmon's vehicle when Ms. Blackmon had not committed any traffic infractions or other offenses, and drew and exhibited their service firearms in Ms. Blackmon's direction, with no alternative less-lethal force option available to use, when she had been fully cooperative and compliant with all orders, was visibly alone, female, nonthreatening and responsive, and the officers refused to allow Ms. Blackmon's the opportunity to first discuss the stolen license plate, but ordered her out of her vehicle at gun point and commanded her to kneel on the road surface, and putting her in fear for her life, and, finally, that Ms. Blackmon was not cited with any infraction or charged with any offense following the incident, Officers Orth, Keenaghan, Falossi, Comp, De La Cruz, and Downs violated Ms. Blackmon's Fourth (4th) Amendment constitutional right to be free from unreasonable searches and seizures and to not have excessive force exercised against her. Under these circumstances, all six officers' conduct was unreasonable and uncalled for, and their exercise of force unnecessary in several respects.

2. Officers in California are trained that they "must not point a firearm at anything they are not willing to kill or destroy". Accordingly, pointing a loaded firearm under color of law is an infliction of potentially lethal force. *See Greene v. City and County of San Francisco*, 751 F.3d 1039 (9th Cir. 2014). It is uncontested that Officers Falossi, Comp, De La Cruz, and Downs drew their firearm and pointed it in Ms. Blackmon's direction in violation of their training and the law (as instructed in training), and that Sergeants Keenaghan and Orth watched and failed to intervene.

3. It is uncontested and recorded that, during the vehicle stop, all four officers had the opportunity to perceive that Ms. Blackmon was fully compliant with their orders, that she was likely alone, that she was a female. Their decision to proceed with lethal weapons, and for not a single officer to prepare to use a Taser or other less-lethal weapon such as a beanbag launcher or a 40mm launcher, indicates an obvious, dangerous, reckless, unreasonable, and potentially fatal overreaction to a merely potentially stolen license plate, that cannot be excused or forgiven.

4. Additionally, Officer Falossi's request of a helicopter in the situation unreasonably caused a lack of effective communication between the officers and Ms. Blackmon during the encounter, which could have proved fatal to Ms. Blackmon in the event she failed to hear or understand the orders she was being given. The video demonstrates that at times Officer Falossi had difficulty communicating with Ms.

17

Blackmon, and that this fact was noticed by Officer Comp, who commented on this.

5. According to Sergeant Orth and Officer Falossi's deposition testimonies, they believed the Beverly Hills Police Department's practice and policy, at the time of the encounter, allowed and in fact required officers investigating a potentially stolen vehicle to point guns directly at the vehicle's occupants until they are being handcuffed. If these Defendants are wrong, and this is not the Department's policy, then the Department has seriously failed to ensure that its officers are adequately trained on its own policies, rendering them policies in name only, and superseded by an actual custom and practice which is unconstitutional. If these Defendants are telling the truth about the Beverly Hills stolen vehicle pullover policy, then that policy likely caused or contributed to their unconstitutional decisions and actions  with respect to Ms. Blackmon.

6. The Beverly Hills Police Department testified consistently with the officers' purported beliefs – in other words, that it is in fact Department policy to point firearms at drivers of all potentially stolen vehicles, regardless of the other individualized circumstances that might undermine a conclusion that such force is necessary or appropriate. Such practice and policy will foreseeably result in an accidental discharge and unintended death. I note that a few months after this encounter, the Chief of Police of the Los Angeles Police Department, a much larger police department in the same area, issued a revision of that department's written use of force policy, adding additional language that clarified this issue:

> ***Drawing or Exhibiting Firearms.*** *Unnecessarily or prematurely drawing or exhibiting a firearm limits an officer's alternatives in controlling a situation, creates unnecessary anxiety on the part of citizens, and may result in an unwarranted or accidental discharge of the firearm. Officers shall not draw or exhibit a firearm unless the circumstances surrounding the incident create a reasonable belief that it may be necessary to use the firearm. When an officer has determined that the use of deadly force is not necessary, the officer shall, as soon as practicable, secure or holster the firearm. Any drawing and exhibiting of a firearm shall conform with this policy on the use of firearms. Moreover, any intentional pointing of a firearm at a person by an officer shall be reported. Such reporting will be published in the Department's year-end use of force report.*

Office of the Chief of Police, Special Order No. 23, "Policy On The Use Of Force—Revised", Aug 26, 2020

7. Beverly Hills Police Department did not provide any discipline or retraining regarding the violations of the required professional standards of care that resulted in the unnecessary use of force inflicted on Ms. Blackmon, and in fact, the

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

investigation that was performed appears to have purposely missed the main problem about which Ms. Blackmon complained – that guns were pointed at an innocent civilian without a proper justification. The high level of authority possessed by the person who performed the investigation further contributes to my opinion that the Department, through its chain of command, appears to have endorsed the dangerous and unreasonable actions and tactics that are connected to this incident.

8. Because there is available data that tells the Beverly Hills Police Department that traffic stops are not especially dangerous to police officers, it is not reasonable for a police department to fail to take that data into account in policies, procedures, and training. The Department had to look no further than its own LEOKA list, a document approximately 3 pages in length, to learn that traffic stops are not inherently dangerous to officers. In addition, there are national LEOKA statistics available to police departments that are commonly reviewed by police departments, which echo the same conclusions. The Department cannot arbitrarily determine that some classes of suspects are less deserving of constitutional rights based on their offense without some sort of empirical evidence or at least a rational reason to find that the suspects cause harm to officers and merit increased restrictions during interactions.

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

**My Qualifications for Reviewing this Case:**

My opinions are based in part on my training, professional experience and education. I
am a twenty seven year veteran of the Los Angeles County Sheriff's Department
(LASD). I was hired on December 1, 1965, and I retired from active service on March 31,
1993.

My career included six years at the rank of Deputy Sheriff, six years as a Sergeant, and
fifteen years as a Lieutenant. I retired holding a California Peace Officer Standards and
Training (POST) Advanced Certificate, and I am a graduate of the POST Command
College (class #5, 1988). The POST Command College was a Masters level two-year
course of study requiring a thesis, in Police Administration, with the diploma awarded by
the California Department of Justice (and not the California University system).
During the course of my service with the department, I had a wide range of duties. Those
duties included an 18 month assignment as a staff jail deputy and two years as an
Administrator/Lieutenant in the same jail facility (Men's Central Jail). I also served on
the department as a patrol officer, field supervisor, jail watch commander and
administrator, station watch commander, and commanding officer of investigative units. I
was a field training officer while assigned as a patrol deputy, and I trained new officers in
POST and department approved patrol procedures, field investigations, apprehension
techniques, and emergency procedures.

I was a Station Detective and, as such, reviewed and assessed cases passed on to me by
the patrol officers. Those cases included possible complaints relating to both
misdemeanor and felony crimes. They frequently required follow up investigations and
interviews before the exact nature of the case could be determined. As a field officer and
detective, I was trained in interview and interrogation methods and subsequently trained
other officers.

Among other assignments as a Sergeant, I supervised field officers and station detectives
as they took complaints and conducted preliminary investigations regarding criminal and
administrative matters.

As a Sergeant and as a Lieutenant, I served on the training staff of the Los Angeles
County Sheriff's Department's Patrol School which taught the POST accepted patrol
tactics, and investigation and apprehension methods.

As a Watch Commander and as a Lieutenant, I responded to, investigated, and reported
on the use of force and officer-involved shootings. I was also assigned by my Department
to sit as a member of Departmental review committees regarding the reasonable or
unreasonable use of force and tactics.

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

As stated above, during my career I was assigned to the Los Angeles County Men's Central Jail (MCJ) for a period of 18 months as a line officer. Upon my subsequent promotion to Lieutenant, I returned to the same facility approximately 10 years later. During that time, I was assigned as a Jail Watch Commander, and as the Facility Training and Logistics Administrator. At the time of my assignment, the MCJ held a daily population in excess of 7,000 inmates, including a hospital, which was serviced by a staff of more than 900 sworn and civilian personnel.

During my assignment as the Administrative Lieutenant of the Department's Reserve Forces Bureau, I worked closely with the State of California Peace Officer Standards and Training in revamping our Reserve Academy to bring it into state compliance. This process gave me an expertise in the POST Basic curriculum. I also supervised the training of cadets at our Reserve Training Academy. They were taught proper investigation, interview, and apprehension procedures. Among other topics, I lectured the Reserve Academy on the POST syllabus: "The Legal and Moral Use of Force and Firearms."

During the 1984 Olympics held in Los Angeles, I was assigned and served as the Department's Intelligence Officer at the Los Angeles Olympics Emergency Operations Center.

During the last five and one half years of my career, I commanded a specialized unit known as the North Regional Surveillance and Apprehension Team (N.O.R.S.A.T.), which was created to investigate, locate, observe and arrest major (career) criminals. I held this position until my retirement from the Department on March 31, 1993. Criminals investigated and arrested by N.O.R.S.A.T. included suspects involved with homicide, robbery, kidnaping, extortion, burglary, major narcotics violations and police corruption. The majority of our cases were homicide cases, including the murder of police officers. Arrests frequently occurred in dynamic circumstances including crimes in progress.

My unit also conducted major narcotics investigations including undercover narcotics buys, buy busts, and reverse stings. We frequently deployed at the request of investigative units, such as Narcotics, which provided the initial investigative leads for our operations. These narcotics cases usually involved multiple kilogram quantities of drugs and amounts of money ranging from one hundred thousand to more than one million dollars.

Approximately 80% of cases assigned to N.O.R.S.A.T. were active Homicide investigations. In that regard, the unit processed, under my command and supervision, various aspects (depending on the complexity of the cases involved) of approximately 1,000 Homicides ranging from deaths of police officers to serial homicide suspects.

21

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

Additionally, the majority of the over 2,300 cases for which I have been retained as a consultant (since 1993) have involved injuries or deaths connected with some aspect of force during either apprehension or while in police custody.

During the first three months of my command of N.O.R.S.A.T., the unit had three justifiable shooting incidents. From that time, and over the next five years of my command, N.O.R.S.A.T. established a remarkable record of more than two thousand arrests of career criminals without a single shot fired – either by my officers or by the suspects whom we arrested.

Many of these suspects were armed and considered to be very dangerous. Some were apprehended during the course of their crimes and were very prone to use firearms to escape apprehension. This record of excellence was accomplished through the use of proper tactics, management and supervision of personnel, training in correct apprehension methods, and adherence to the moral and ethical standards endorsed by California POST and my Department. These methods and principles are also embraced by every state training commission of which I am aware, as well as the national standards established by the U.S. Department of Justice.

As a result of my position and record as the commanding officer of N.O.R.S.A.T., I was assigned to author Field Operations Directive 89-3, "Tactical Operations Involving Detective Personnel." This order remained in force 20 years (until September 30, 2009), and included the basic standards and considerations with which investigative officers must comply in the event of a tactical deployment such as the dynamic entry into a building for the purpose of an arrest and/or seizure of evidence.

Since my retirement, I have testified as an expert on use of force, jail procedures and jail administration, investigations, police procedures, police tactics, investigative procedures, shooting scene reconstruction, and police administration in Arizona State Courts, California State Courts, Washington State Courts and Federal Courts in Arizona, California, Colorado, Florida, Illinois, Indiana, Louisiana, Missouri, Nevada, Ohio, Oregon, Pennsylvania, Texas, Utah, Washington, New Mexico, New York and Wisconsin. I have testified before the Los Angeles Police Department Board of Rights and the Los Angeles County Civil Service Commission. I have testified before the Harris County (Texas) Grand Jury and the Cleveland Grand Jury. I have also submitted written opinions in matters before Alaska, Delaware, Idaho, Montana, North Carolina, New York, Oregon, Kentucky, and Wyoming Federal and State Courts. I was selected (January 20, 2007) to present on the topic of: "Police Experts" at the National Police Accountability Project held at Loyola Law School, Los Angeles, California. I was selected (September 23, 2010) to present on the topic of: "Using POST Modules to Establish Police Officer' Standard of Care" at the National Police Accountability Project, National Lawyers Guild Convention, in New Orleans, Louisiana. I was selected (March 30, 2012) to present to the Kern County Public Defenders in Bakersfield, California, on the topics of "Ethics, Police Investigations, the California POST Curriculum, and the

22

M26 and X26 Taser weapons." On August 7, 2013 I was invited and presented to the Texas Civil Rights Project (TCRP) 2013 Annual Legal Summit in Austin, Texas on the topic: "Ethically Working with Experts from the Prospective of a Police Expert." On October 15, 2015 I was the invited presenter at a Community Forum in Victorville, California on the topics of Police Procedures, Community Policing, Use of Force, and features of the M26, X26 and X2 Taser weapons. I was selected (January 24, 2020) to present on the topic of: "Use of force litigation under California's negligence standard and the impact of AB 392" at the National Police Accountability Project held at Loyola Law, Los Angeles, California. On February 18, 2020, and on March 10, 2021, I lectured (at request) at the University of California - Irvine, School of Law, Civil Rights Litigation Clinic.

I have worked on several projects with the Paso Del Norte (El Paso, Texas) Civil Rights Project and the Texas Civil Rights Project (Austin, Texas). As a result of my expert testimony in *Border Network, et al. v. Otero County, et al.*, Case No. 07-cv-01045 (D.N.M. 2008), a federal court issued a temporary injunction to stop the illegal and widespread immigration raids in Chaparral, New Mexico, implemented pursuant to Operation Stonegarden. The case resulted in the adoption of a model policy for inquiring into a person's immigration status, which has been adopted nationwide and has also been presented to the United States Senate, the Secretary of Homeland Security, and other government officials seeking to reform immigration enforcement.

I have been recognized, and my expert report was quoted by the USDC in *Burns v. City of Redwood City*, 737 F.Supp.2d.1047. I have been recognized, and my expert report was quoted by, the United States Court of Appeals for the Ninth Circuit as an expert in Police Administration and Use of Force in *Blankenhorn v. City of Orange, et al.*, 485 F.3d 463, 485 (9th Cir. 2007). The Ninth Circuit also drew from my expert report in a second published case involving Police Detective Investigations. *Torres, et al. v. City of Los Angeles, et al.*, 540 F.3d 1031, 1042-43 (9th Cir. 2008). The *Torres* case was appealed to the U.S. Supreme Court and returned for trial. I provided the expert opinion in *Chavies Hoskin v. City of Milwaukee, et al.* (E.D. Wis Case No. 13-cv-0920), regarding field strip and cavity searches, hiring, training, discipline and supervision, and which resulted in significant policy changes within the MPD. My opinions supported argument in the Ninth Circuit case: *A. D., a Minor; J. E., a Minor; Sue Casey, Plaintiffs-Appellees, v. State of California Highway Patrol, Defendant, and Stephen Markgraf.*, No. 09-16460, D.C. No. 3:07-cv-05483-SI (9th Circuit, Published Opinion). My opinions supported argument in the Ninth Circuit case: *Chaudhry v. City of Los Angeles*, 751 F.3d 1096, 1102 (9th Cir. 2014). The Ninth Circuit also drew from my expert reports regarding credible threats justifying the use of force, *Hayes v. County of San Diego*, 658 F.3d 867 (9th Cir. 2011), and *(Baton use) Young v. County of Los Angeles*, 655 F.3d 1156 (9th Cir. 2011). The Ninth Circuit also drew from my expert reports regarding Jail Administration and Administrative Responsibilities, *Starr v. Baca*, 652 F.3d 1202 (9th Cir. 2011). The Ninth Circuit also drew from my expert reports regarding an officer's violation of the 14th

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

Amendment if an officer kills a suspect when acting with the purpose to harm, unrelated to a legitimate law enforcement objective, in *AD v. California Highway Patrol*, 712 F. 3d 446 (9th Cir. 2013). The Fifth Circuit drew from my expert report regarding search and seizure, investigations and no-knock requirements in *Bishop et al. v. Arcuri et al.*, 674 F.3d 456 (5th Cir. 2012). The Ninth Circuit also drew from my expert report regarding the use of impact weapons (PepperBall) on civilians in *Nelson v. City of Davis*, 685 F.3d 867 (9th Cir. 2012). I was the expert in the Ninth Circuit opinion regarding the allegations proffered by police officers and their use/display of firearms against civilians in *Green v. City and County of San Francisco*, 751 F. 3d 1039 (9th Cir. 2014). Most recently, I was the expert in an important Ninth Circuit opinion regarding the allegations proffered by police officers and their use of lethal force against unarmed persons in *Jennifer Cruz, et al., v. City of Anaheim, et al.*, 765 F.3d 1076 (9th Cir. 2014). I was the expert at trial in the Ninth Circuit opinion regarding the order of evidence at trial in *Estate of Manuel Diaz, v. City of Anaheim*, et al., No. 14-55644. My opinion is quoted in the Ninth Circuit opinion regarding the use of lethal force in *A.K.H. a minor, et al, v. City of Tustin, et al.*, No. 14-55184. My opinions supported argument in the Ninth Circuit case: *Estate of Angel Lopez, et al., v. Kristopher Michael Walb*, No. 14-57007 (not for publication) wherein the Ninth Circuit Affirmed the Denial of Summary Judgement by the District Court. My opinions supported argument in the Ninth Circuit case: *Estate of Shakina Ortega, et al., v. City of San Diego, et al.* No. 14-56824 (not for publication) wherein the Ninth Circuit Affirmed the Denial of Summary Judgement by the District Court. My opinions supported argument in the Ninth Circuit case: *Jerry Newmaker, et al., v. City of Fortuna, et al.* No. 14-15098 (for publication). My opinions supported argument in the Ninth Circuit Case: *Tonya E. Shirar, v. Miguel Guerrero, et al.* regarding use of lethal force and "suicide by cop," No. 15-55029 (not for publication). My opinions supported argument in the Ninth Circuit Case *Angel Mendez; Jennifer Lynn Garcia, v County of Los Angeles, et al.,* Nos. 13-56686, and 13-57072 (for publication) and which was settled before the Supreme Court, No. 16-369, regarding the use of lethal force and searches. My opinions supported argument in the Ninth Circuit case: *Chien Van Bui, et al, v City and County of San Francisco, et al*, No. 14-16585 (not for publication), regarding the use of lethal force. My opinions supported argument in the Sixth Circuit opinion, Case No. 16-5322, *Carey Woodcock v. City of Bowling Green, et al,* Originating Case No. 1:13-cv-00124 regarding the use of lethal force. My opinions supported argument in the Ninth Circuit opinion, Case No. No. 14-17388 (for publication), *Johnathan Jones, et al v. Las Vegas Metropolitan Police Department, et al,* Originating Case No. 2:12-cv-01636- regarding the use of lethal force and Taser weapons. My opinions supported argument in the Ninth Circuit opinion, Case No. 16- 15606 (for publication), *Christian Longoria, et al v. Pinal County, et al,* Originating Case No. 2:15-cv-00043, PHX SRB, regarding the use of lethal force after a vehicle pursuit. My opinions supported argument in the Ninth Circuit case: *S. B. v. County of San Diego,* 864 F.3rd 1010 (9th Cir. 2017), (for publication) regarding issues of qualified immunity. My opinions supported argument in the Tenth Circuit case: *Russell Tenorio v. Brian Pitzer,* Case No. 2012-CV-01295 (U.S. Supreme Court No. 15-795) regarding issues of

24

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

qualified immunity and use of deadly force. I participated as a retained expert in the
USDC Fifth District case, *Stephen McCollum et al., v. Texas Department of Criminal
Justice, et al.,* Case No.3:12-CV-02037 regarding in-custody hyperthermia deaths. My
opinions supported argument (and I was cited by name) in the Ninth Circuit opinion,
Case No. 17-55116 (for publication), *Susan Mellen, et al v. Marcella Winn, et al,* D.C.
Case No. 2:15-cv-03006, GW AJW, regarding Detective Investigations and Qualified
Immunity. My opinions supported argument in the Ninth Circuit Case *Richard Vos;
Jenelle Bernacchi, v City of Newport Beach, et al.,* Nos. 16-56791 (for publication) and
which was settled by the Supreme Court, No. 16-56791, regarding the use of lethal force
and mental illness. My opinions (and quoted by name) supported argument in the Ninth
Circuit Case *S.R. Nehad, et al. v. Browder, et al.,* No. 18-55035 (for publication)
regarding the use of lethal force and custom and practice. My opinions supported
argument in the Ninth Circuit opinion, Case No. 17-55930 (not for publication), *Estate of
Kevin Brown, et al. v. Michael Lambert, et al.*, D.C. No. 3:15-cv-01583-DMS-WVG,
regarding Detective Investigations and Qualified Immunity. My opinions supported
argument in the Ninth Circuit opinion, Case No. 15-56339 (for publication), *Shane
Horton, by his Guardian Ad, Litem Yvonne Horton, v. City of Santa Maria; Santa Maria
Police Department; Andrew Brice*, D.C. Case No. 2:14-cv-06135- SJO-PJW, and
*Jonathan Michael Castro v. County of Los Angeles, et al,* D.C. Case No. CV 10-5425
DSF (JEMx), 833 F.3d 1060 (9th Cir. 2016) (en banc), regarding jail standards, in-
custody suicidal prisoners and qualified immunity. My opinions supported argument in
the Ninth Circuit opinion, Case No. 17-56270 (not for publication), *James Soler v.
County of San Diego, et al.,* D.C. No. 3:14-cv-02470-MMA-RBB, regarding required
verification of persons taken into custody pursuant to a warrant of arrest. My opinions
supported argument in the Ninth Circuit opinion, Case No. 18-17404 (for publication)
*Tan Lam, v. City of Los Banos, et al.* D.C. No. 2:15-cv-00531-MCE-KJN, regarding the
use of lethal force. My opinions supported argument (and I was cited by name) in the
Ninth Circuit opinion, Case No. 19-56035 (for publication), *Tiffany Tabares, et al v. City
of Huntington Beach, et al,* D.C. Case No. 8:18-cv-00821, JLS-JDE, regarding use of
force and subjects suffering mental illness. I was retained as consultant regarding the
October 15, 2019 Law Enforcement Activity Related Death (including positional
asphyxia) of Mr. Angel Zapata-Hernandez by San Diego Metropolitan Transit System
(MTS) Code Compliance Officers. My consultations included recommendations and
resulted in significant changes in policy and training by the MTS. I was a retained expert
in the Temporary Restraining Order restricting the use of kinetic weapons during
demonstrations issued April 19, 2021 in *Black Lives Matter v. City of Los Angeles, et al*,
Case No.: CV 20-5027 CBM (Asx). My opinions supported argument in the Ninth
Circuit opinion, Case No. 20-16351 (not for publication), *Terrance Amons, et al., v.
Dillon Tindall et al.* D.C. No. 4:19-cv-00301 KAW regarding use of lethal force. My
opinions supported argument in the Ninth Circuit opinion, Case No. 20-56254, D.C.
No.2:19-cv-05370-CAS-JC (for publication), *Paulette Smith, individually and as
Successor in Interest to Albert Dorsey, deceased, v. Edward Agdeppa, and City of Los
Angeles, et al.*, regarding the use of lethal force. My opinions supported argument in the

25

*Blackmon v. Beverly Hills Police Department*
Roger A. Clark
Report, FRCP 26

Ninth Circuit opinion, Case No. 21-16709 (for publication), *Jose Murguia for himself and for the Estates of Mason and Maddox Murguia, v. Heather Langdon, et al.* D.C. No. 4:19-cv-00942 DAD-RAM regarding "State-created danger." My opinions supported argument in the Ninth Circuit opinion, Case No. 20-15651, D.C. No.2: 17-cv-02776 - JCM-NJK (for publica☐on), *Rudy Rivera, v. Corrections Corporation of America*, regarding false imprisonment and callous disregard.

The California Court of Appeal (Second Appellate District) drew in part from my expert report regarding search warrant service, *Macias v. County of Los Angeles*, 144 Cal.App.4th 313, 50 Cal. Rptr.3d 364 (2006). The California Supreme Court drew in part from my expert opinion regarding police tactics and the use of deadly force, *Hayes et al. v. County of San Diego et al.*, 57 Cal.4th 622 (2013). I was quoted by the California Appellate Court (Second Appellate District, Division Three) and the California Supreme Court in *B.B., a Minor, etc., et al., v. County of Los Angeles, et al., Case No. B264946 Super. Ct. Nos. TC027341, TC027438, BC505918* regarding positional asphyxia issues. On February 10, 1989, I was personally commended at the Los Angeles County Hall of Administration by United States Attorney General, the Honorable Edwin Meese III, for my work to establish California Penal Code Section 311.11 (forbidding the Possession of Child Pornography). On February 22, 1993 (at the time of my retirement), Mr. Meese presented a second personal commendation for the success of this critical five-year effort to bring this law into effect. California Penal Code Section 311.11 is required training for all Law Enforcement Officers in California and taught extensively in the POST Basic Learning Domain #9: "Crimes Against Children," pages 1-18 to pages 1-21.

On December 7, 2015 I was requested by the Cleveland District Attorney to present my opinions to the Cleveland Grand Jury regarding the November 22, 2014 shooting death of Tamir Rice by City of Cleveland police officers. In March, 2016 I was requested by the Delaware Attorney General to review and provide my opinions regarding the shooting death of Jeremy McDole. The AG report was published May 12, 2016. I provided a written Opinion for New Mexico AG regarding the shooting Death of Teresa Anaya that included requested training opinions. I have also consulted with, and provided written opinions at the request of the U.S. Attorney (New York), the Santa Clara County District Attorney, and the San Francisco District Attorney. On June 16, 2021, I was selected by the Los Angeles County District Attorney as a member of FACCT - an independent team assigned to re-examine fatal use of force incidents by law enforcement officers and recommend further action when appropriate. On November 7, 2021, I was an Honoree of the 2021 National Lawyers Guild of Los Angeles at their annual Awards Gala as a recognized defender of Constitutional Rights. I was the retained Use of Force consultant regarding the May 28, 2010 homicide of Mr. Anastacio Rojas (USDC Case No. 11-CV-0522-L NLS) and which was taken under formal consideration by the Inter-American Commission on Human Rights (an international human rights tribunal) on November 2022.

I have been found competent by both Federal and State Courts to render opinions as to responsibilities as occurred in this case. A number of my cases have involved law enforcement officers as civil and as criminal defendants.

Since my retirement, I have become an expert in the features and the use of TASER International's products, including the Model M26, Model X26 and Model X2 ECDs. I own each, along with the download software. I have reviewed all the TASER training materials and am familiar with the risks and tactics associated with these potentially lethal devices. I have qualified as an expert on TASER products and testified both in deposition and before juries on their usage. Two published examples are *Lee v. Nashville*, 596 F. Supp. 2d 1101, 1121-22 (M.D. Tenn. 2009), and *Heston v. City of Salinas*, 2007 U.S. Dist. LEXIS 98433, *25-*26 (E.D. Cal. 2007). My most recent Federal acceptance/certifications as an expert in the general use and deployment of the TASER weapon (including Taser International product warnings/bulletins sent to every agency using the Taser weapon) occurred in Los Angles, California on November 7, 2017 in *William Mears, et al., v. City of Los Angeles, et al,* USDC Case No.: CV 15-08441 JAK (AJWx) and on February 22, 2018 in *Maria Hernandez; A.J., Jr., et al, v. City of Los Angeles, et al,* USDC Case No. 2:16-c-02689 AB (JEMx), and on May 3, 2018 in Heleine Tchayou, et al. v. City of Los Angeles, et al., Case No. 16-cv-06073-TJH-MRW, and on November 1, 2018 in *Alma Rosa Godinez, v. San Diego County, et al. Case No. 3:16-cv-00236 BAS-NLS*. There are many others.

Attached as **Exhibit "A"** is a statement listing my law enforcement qualifications and experience; **Exhibit "B"** is my fee schedule; **Exhibit "C"** is a listing of matters in which I have testified in the last four years as an expert.

I reserve the right to modify my opinions to the extent additional information is provided. I declare under the penalty of perjury of the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed this date of April 17, 2023, at Santee, California.

Roger A. Clark

**ROGER A. CLARK**

*10207 Molino Road • Santee CA 92071 • Telephone: (208) 351-2458.  Fax: (619) 258-0045.*

EXPERIENCE

### Police Procedures Consultant (self employed)
April 1, 1993 to Present.................................................................. **29 years**

I have been certified by Federal and State courts as expert in jail and police procedures in Federal and State Courts.  I select my cases carefully and have consulted in approximately 2400 cases thus far since my retirement from the Los Angeles County Sheriff's Department.

### Substitute Teacher, Madison School District
August 1994 to 2003........................................................................ **9 years**

I substitute teach at all levels in the school district (elementary to high school).  As a volunteer, I wrote and managed a $85,000.00 federal grant for our Central High School.  This grant is in its sixth year and has generated $510,000.00 for the school.

### District Liaison, State of Idaho Department of Juvenile Corrections
August 1, 1995 to March 1, 1997.........................................**1 year, 7 months**

I represented the new Department of Juvenile Corrections to the ten counties in the Seventh Judicial District.  As such, I worked closely with Probation Officers, County Commissioners, Judges, other state agencies, private care providers, etc. in the implementation of the new Idaho Juvenile Corrections Act of 1995.  I wrote or participated in the writing of several federal grants for the District.  I conducted training - both formal and informal - and developed a series of new therapy programs for juveniles with private care providers.  I also served as the Director of the Detention Center and the State Placement Coordinator during this time.

-1-

**Los Angeles County Sheriff's Department**
December 1, 1965 to March 31, 1993................................**27 years 4 months**

**Note:**  In 1993 the Los Angeles County Sheriff's Department had 7,000 sworn and 3,000 civilian personnel and a daily County Jail inmate population of 23,000.

**Service as a Lieutenant (15 Years, 0 Months):**

1. **Field Operations Region I**
   **NORSAT**                    11/15/87 to 3/31/93   **64 months**

I commanded a specialized unit created to investigate, locate, observe and arrest major (career) criminal offenders.  This unit was designed as a multijurisdictional effort for the cities in the northern region of Los Angeles County.  The command consisted of four (4) Sergeants, seventeen (17) Deputies, four (4) Police Officers, twenty five (25) Reserves, and three (3) civilian employees.  The 1992 budget set at $1.5 million.  The arrest rate averaged 500 career criminal arrests per year with a 97% conviction rate and no shots fired (on either side) for 61 consecutive months.

Significant contributions while assigned at this Bureau were:

- Increase in participating police agencies.
- Direct participation with corporate (private) agencies.
- Formation of a reserve and volunteer unit.
- Establishment of NORSAT Foundation private funding.
- Computerization of the unit.
- Promotion of fourteen personnel.
- Fleet expansion from 13 to 28 vehicles (donated).
- Formation of the DEA Valley Task Force.
- Field Operations Directive 89-3.

2. **Executive Offices**
   **Reserve Forces Bureau**       05/01/84 to 11/15/87  **42 months**

I was the administrative officer to a specialized bureau responsible for coordinating the activities of 1,000 sworn reserve personnel, 900 civilian

-2-

volunteers, and 450 law enforcement explorer scouts.  The Bureau identifies programs for their effective utilization throughout the Department; develops and tracks training programs; sponsors activities designed to promote growth and keep morale at high levels.

Significant contributions while assigned at this bureau are:

- Total restructure of the Academy training process for reserve Deputies.
- Implementation of upgrade programs to move lower level reserves to level I status.
- Departmental Reserve Certification procedures.
- Annual leadership seminar.
- The Reserve News, a nationally recognized police magazine.
- Computerization of the Bureau.


3.    **Field Operations Region I**
      **Crescenta Valley Station**      04/01/80 to 05/01/84  **49 months**

Crescenta Valley Station is a full service police facility of 100 personnel serving a population of 50,000 (including the Contract City of La Canada-Flintridge) and a total area of 250 square miles. During my four years service at this facility I served in every management role:

- **Nine months** as the Station Commander during an extended absence by the Captain (08/01/83 TO 05/01/84).
- **Sixteen months** as the Operations Lieutenant (03/01/82 TO 08/01/83).
- **Twelve months** as the station Detective Bureau Commander (03/01/81 to 01/01/82).
- **Twelve months** as a Watch Commander (04/01/80 to 03/01/81).

Significant contributions while assigned at this command are:

- Negotiation of an enhanced city contract (at a savings to the City).
- Formation of a volunteer community support group.
- Development and implementation of an integrated community emergency response plan.
- High School undercover narcotics operation.
- Restructure of the Station Detective Bureau.
- The annual station picnic, which was effective in boosting station morale.

4.      **Custody Division**
        **Central Jail**          04/01/78 to 04/01/80  **24 months**

The Los Angeles County Central Jail is the largest jail facility in the State of California, with a daily inmate population of seven thousand (7,000), an assigned staff of six hundred (600), and two hundred (200) civilian personnel. My service at this command was equally divided into two major assignments:

•       Training and Logistics Lieutenant (04/01/79 to 04/01/8).
•       Watch Commander (04/01/78 to 04/01/79).

Significant contributions while assigned at this command are:

•       "Hot Fire" Training program, which is now a State (POST) mandated
        training module for all custody personnel throughout California.
•       The "Defend in Place" fire safety operational plan for jail facilities.
•       New fire safety specifications for jail bedding and mattresses.
•       The development of fire safe jail mattress material.
•       The development of a facility emergency response plan.
•       The computerization of training, timekeeping, and scheduling for the
        facility (800 sworn and 200 civilian personnel).
•       "Spouse day at CJ"--A program for spouses of employees.


**Service as a Sergeant (6 Years, 4 Months):**


5.      **Administrative Division**
        **Federal Surplus Property**   01/12/76 to 04/01/78  **27 months**

This program was entirely my idea and developed while I was assigned at my previous assignment (Emergency Operations Bureau). The unit provides millions of dollars in free federal excess and surplus food and property from clothing to heavy equipment and aircraft to the department each year. I am very proud of this contribution to the Department.

During this time I remained staff (Personnel Sergeant) of the Emergency Operations Bureau. This was simply a technical (paper) transfer.


6.      **Patrol Division**
        **Emergency Operations**   02/01/74 to 01/12/76  **23 months**

I was among the original personnel that formed this unit which blended the

-4-

activities of the Department's planning    unit with emergency operations planning and preparation.  I was assigned as the Personnel and Logistics Sergeant.

Significant contributions while assigned at this command are:

- Formation of a new County Emergency Operations Center.
- Participation in the 1974 Federal earthquake studies of Los Angeles County.
- Development of the Department's specialized Field Command Post equipment.
- Development of the Department's Field Booking Team.
- Collateral assignment to the Patrol School

7.    **Patrol Division**
      **Civil Defense Bureau**        12/01/73 to 02/01/74  **02 months**

I was assigned to this unit to facilitate the orderly transition into the new Emergency Operations Bureau.

8.    **Patrol Division**
      **San Dimas Station**        12/12/72 to 12/01/73  **12 months**

I performed all the duties of a Watch and Patrol Sergeant.  I also frequently served as the Watch Commander.

9.    **Technical Serviced Division**
      **Communications Bureau**    12/01/71 to 12/12/72  **12 months**

I served as the Watch Commander in The Sheriff's Department's old radio room located at the Hall of Justice, and assisted in the transition to the existing communications facility.

**Service as a Deputy (6 Years, 0 Months):**

10.    **Patrol Division**
       **San Dimas Station**
       **Detective Bureau**        01/01/70 to 12/01/71  **23 months**

I served as a Station Detective assigned to the evening watch.  I handled the first response to all crimes requiring investigations.  I processed all evening juvenile matters, prepared criminal complaints and juvenile petitions.

11.     **Patrol Division**
        **San Dimas Station Patrol**    01/29/68 to 01/01/70  **24 months**

I performed all duties assigned to Station Patrol:  Jailer, Desk, Watch Deputy, Patrol, and Traffic.

12.     **Technical Services Division**
        **Transportation Bureau**      11/01/67 to 01/29/68  **02 months**

I was temporarily assigned to the Beverly Hills Municipal Court pending my assignment to a Patrol Station.

13.     **Custody Division**
        **Central Jail**               05/06/66 to 11/01/67  **18 months**

I returned to my previous assignment at the Central Jail after graduation from the Academy.  I performed all aspects of a Custody Deputy i.e. Module Officer, Prowler, Control Booth, High Power, etc.

14.     **Administrative Division**
        **Academy**                    01/17/66 to 05/06/66  **04 months**

I was a Sheriff's trainee assigned to Class #110.

15.     **Custody Division**
        **Central Jail**               12/01/65 to 01/17/66  **01 month**

I was a pre-academy Custody Deputy assigned to the Central Jail as an "off the street" Deputy Sheriff.

## DEGREES AND CERTIFICATION

-6-

| | | |
|---|---|---|
| P.O.S.T. Command College (Class #5) | POST | 1988 |
| Management Certification | POST | 1980 |
| Advanced Certification | POST | 1975 |
| Associate of Science Degree | Chaffey College | 1971 |

**ROGER A. CLARK**

*10207 Molino Road • Santee CA 92071 • Telephone: (208) 351-2458.  Fax: (619) 258-0045.*

EXPERIENCE

### Police Procedures Consultant (self employed)
April 1, 1993 to Present................................................................. **29 years**

I have been certified by Federal and State courts as expert in jail and police procedures in Federal and State Courts.  I select my cases carefully and have consulted in approximately 2400 cases thus far since my retirement from the Los Angeles County Sheriff's Department.

### Substitute Teacher, Madison School District
August 1994 to 2003........................................................................ **9 years**

I substitute teach at all levels in the school district (elementary to high school).  As a volunteer, I wrote and managed a $85,000.00 federal grant for our Central High School.  This grant is in its sixth year and has generated $510,000.00 for the school.

### District Liaison, State of Idaho Department of Juvenile Corrections
August 1, 1995 to March 1, 1997.........................................**1 year, 7 months**

I represented the new Department of Juvenile Corrections to the ten counties in the Seventh Judicial District.  As such, I worked closely with Probation Officers, County Commissioners, Judges, other state agencies, private care providers, etc. in the implementation of the new Idaho Juvenile Corrections Act of 1995.  I wrote or participated in the writing of several federal grants for the District.  I conducted training - both formal and informal - and developed a series of new therapy programs for juveniles with private care providers.  I also served as the Director of the Detention Center and the State Placement Coordinator during this time.

**Los Angeles County Sheriff's Department**
December 1, 1965 to March 31, 1993................................**27 years 4 months**

**Note:**  In 1993 the Los Angeles County Sheriff's Department had 7,000 sworn and 3,000 civilian personnel and a daily County Jail inmate population of 23,000.

**Service as a Lieutenant (15 Years, 0 Months):**

1.  **Field Operations Region I**
    **NORSAT**                    11/15/87 to 3/31/93   **64 months**

I commanded a specialized unit created to investigate, locate, observe and arrest major (career) criminal offenders.  This unit was designed as a multijurisdictional effort for the cities in the northern region of Los Angeles County.  The command consisted of four (4) Sergeants, seventeen (17) Deputies, four (4) Police Officers, twenty five (25) Reserves, and three (3) civilian employees.  The 1992 budget set at $1.5 million.  The arrest rate averaged 500 career criminal arrests per year with a 97% conviction rate and no shots fired (on either side) for 61 consecutive months.

Significant contributions while assigned at this Bureau were:

•        Increase in participating police agencies.
•        Direct participation with corporate (private) agencies.
•        Formation of a reserve and volunteer unit.
•        Establishment of NORSAT Foundation private funding.
•        Computerization of the unit.
•        Promotion of fourteen personnel.
•        Fleet expansion from 13 to 28 vehicles (donated).
•        Formation of the DEA Valley Task Force.
•        Field Operations Directive 89-3.

2.        **Executive Offices**
          **Reserve Forces Bureau**        05/01/84 to 11/15/87   **42 months**

I was the administrative officer to a specialized bureau responsible for coordinating the activities of 1,000 sworn reserve personnel, 900 civilian

volunteers, and 450 law enforcement explorer scouts.  The Bureau identifies programs for their effective utilization throughout the Department; develops and tracks training programs; sponsors activities designed to promote growth and keep morale at high levels.

Significant contributions while assigned at this bureau are:

- Total restructure of the Academy training process for reserve Deputies.
- Implementation of upgrade programs to move lower level reserves to level I status.
- Departmental Reserve Certification procedures.
- Annual leadership seminar.
- The Reserve News, a nationally recognized police magazine.
- Computerization of the Bureau.


**3.      Field Operations Region I**
**Crescenta Valley Station**      04/01/80 to 05/01/84  **49 months**

Crescenta Valley Station is a full service police facility of 100 personnel serving a population of 50,000 (including the Contract City of La Canada-Flintridge) and a total area of 250 square miles. During my four years service at this facility I served in every management role:

- **Nine months** as the Station Commander during an extended absence by the Captain (08/01/83 TO 05/01/84).
- **Sixteen months** as the Operations Lieutenant (03/01/82 TO 08/01/83).
- **Twelve months** as the station Detective Bureau Commander (03/01/81 to 01/01/82).
- **Twelve months** as a Watch Commander (04/01/80 to 03/01/81).

Significant contributions while assigned at this command are:

- Negotiation of an enhanced city contract (at a savings to the City).
- Formation of a volunteer community support group.
- Development and implementation of an integrated community emergency response plan.
- High School undercover narcotics operation.
- Restructure of the Station Detective Bureau.
- The annual station picnic, which was effective in boosting station morale.

4.      **Custody Division**
        **Central Jail**          04/01/78 to 04/01/80  **24 months**

The Los Angeles County Central Jail is the largest jail facility in the State of California, with a daily inmate population of seven thousand (7,000), an assigned staff of six hundred (600), and two hundred (200) civilian personnel. My service at this command was equally divided into two major assignments:

•       Training and Logistics Lieutenant (04/01/79 to 04/01/8).
•       Watch Commander (04/01/78 to 04/01/79).

Significant contributions while assigned at this command are:

•       "Hot Fire" Training program, which is now a State (POST) mandated training module for all custody personnel throughout California.
•       The "Defend in Place" fire safety operational plan for jail facilities.
•       New fire safety specifications for jail bedding and mattresses.
•       The development of fire safe jail mattress material.
•       The development of a facility emergency response plan.
•       The computerization of training, timekeeping, and scheduling for the facility (800 sworn and 200 civilian personnel).
•       "Spouse day at CJ"--A program for spouses of employees.


**Service as a Sergeant (6 Years, 4 Months):**


5.      **Administrative Division**
        **Federal Surplus Property**   01/12/76 to 04/01/78  **27 months**

This program was entirely my idea and developed while I was assigned at my previous assignment (Emergency Operations Bureau). The unit provides millions of dollars in free federal excess and surplus food and property from clothing to heavy equipment and aircraft to the department each year. I am very proud of this contribution to the Department.

During this time I remained staff (Personnel Sergeant) of the Emergency Operations Bureau. This was simply a technical (paper) transfer.


6.      **Patrol Division**
        **Emergency Operations**   02/01/74 to 01/12/76  **23 months**

I was among the original personnel that formed this unit which blended the

-4-

activities of the Department's planning    unit with emergency operations planning and preparation.  I was assigned as the Personnel and Logistics Sergeant.

Significant contributions while assigned at this command are:

• Formation of a new County Emergency Operations Center.
• Participation in the 1974 Federal earthquake studies of Los Angeles County.
• Development of the Department's specialized Field Command Post equipment.
• Development of the Department's Field Booking Team.
• Collateral assignment to the Patrol School

**7.   Patrol Division**
**Civil Defense Bureau**       12/01/73 to 02/01/74  **02 months**

I was assigned to this unit to facilitate the orderly transition into the new Emergency Operations Bureau.

**8.   Patrol Division**
**San Dimas Station**          12/12/72 to 12/01/73  **12 months**

I performed all the duties of a Watch and Patrol Sergeant.  I also frequently served as the Watch Commander.

**9.   Technical Serviced Division**
**Communications Bureau**    12/01/71 to 12/12/72  **12 months**

I served as the Watch Commander in The Sheriff's Department's old radio room located at the Hall of Justice, and assisted in the transition to the existing communications facility.

**Service as a Deputy (6 Years, 0 Months):**

**10.   Patrol Division**
**San Dimas Station**
**Detective Bureau**            01/01/70 to 12/01/71  **23 months**

-5-

I served as a Station Detective assigned to the evening watch.  I handled the first response to all crimes requiring investigations.  I processed all evening juvenile matters, prepared criminal complaints and juvenile petitions.

11.   **Patrol Division**
      **San Dimas Station Patrol**    01/29/68 to 01/01/70  **24 months**

I performed all duties assigned to Station Patrol:  Jailer, Desk, Watch Deputy, Patrol, and Traffic.

12.   **Technical Services Division**
      **Transportation Bureau**    11/01/67 to 01/29/68  **02 months**

I was temporarily assigned to the Beverly Hills Municipal Court pending my assignment to a Patrol Station.

13.   **Custody Division**
      **Central Jail**    05/06/66 to 11/01/67  **18 months**

I returned to my previous assignment at the Central Jail after graduation from the Academy.  I performed all aspects of a Custody Deputy i.e. Module Officer, Prowler, Control Booth, High Power, etc.

14.   **Administrative Division**
      **Academy**    01/17/66 to 05/06/66  **04 months**

I was a Sheriff's trainee assigned to Class #110.

15.   **Custody Division**
      **Central Jail**    12/01/65 to 01/17/66  **01 month**

I was a pre-academy Custody Deputy assigned to the Central Jail as an "off the street" Deputy Sheriff.

## DEGREES AND CERTIFICATION

-6-

| | | |
|---|---|---|
| P.O.S.T. Command College (Class #5) | POST | 1988 |
| Management Certification | POST | 1980 |
| Advanced Certification | POST | 1975 |
| Associate of Science Degree | Chaffey College | 1971 |

# Roger A. Clark

## Police Procedures Consultant, Inc.

10207 Molino Road.  Santee, CA 92071
Phone: (208) 351-2458,  Fax: (619) 258-0045
rclark9314@aol.com

April 17, 2023

Morgan Ricketts, Esq.
RICKETTS LAW
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010-2015

**Regarding:**     **Kyle Johnson, v. City of San Jose, et al.  Case No. Case No.: 2:21-CV-08381.**

Dear Ms. Ricketts:

My Fee Schedule is as follows:

- Travel time at the rate of $50.00 per hour.
- (Travel via automobile to and from San Diego to Los Angeles 8 hours $400.00)
- All case review, consulting, and writing of expert opinions (such as Rule 26 reports) at $250.00 per hour.
- All testimony (either at trial or deposition) at $350.00 per hour, with a two hour minimum required.
- A retainer fee of $4,000.00 when initially retained will be used against the above listed fees.  Subsequent billings at the rates specified.
- A "rush fee" of $500.00 for work required less than three weeks from notice/retention.
- An invoice will be submitted periodically upon request reflecting the activities and charges associated with the account.  Payment is due upon receipt of the invoice.

There is no formal contract required.  My Federal Tax ID Number is **72-1576857.**

Sincerely,

Roger A. Clark

Page 1 of  1