1  HADSELL STORMER RENICK & DAI, LLP
   MORGAN RICKETTS (Bar No. 268892)
2  128 N. Fair Oaks Avenue, Suite 204
   Pasadena, CA 91103
3  Telephone:  (626) 775-7870
   Email:  mricketts@hadsellstormer.com
4  Attorneys for Plaintiff,
   ASHLEY BLACKMON
5

6

   Jeanne L. Tollison, Esq. SBN 238970
7  KOLAR & ASSOCIATES,
   A LAW CORPORATION
8  12241 Newport Avenue
   Santa Ana, California 92705
9  Tel   :   (714) 544-0041
   jeanne@kolarandassociates.com
10

   Attorneys for Defendants CITY OF BEVERLY HILLS, a public
11 entity and SERGEANT KEVIN ORTH, SERGEANT JAMES
   KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER
12 STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and
   OFFICER MICHAEL DOWNS, as employees of the CITY OF
13 BEVERLY HILLS, a public entity

14

15                UNITED STATES DISTRICT COURT

16               CENTRAL DISTRICT OF CALIFORNIA

17 | ASHLEY BLACKMON, an individual, | CASE NO.:  2:21-cv-08381 AB (AFMx)
18 |        Plaintiff,                |
19 | v.                               | BEFORE THE HONORABLE ANDRE BIROTTE, JR. COURTROOM 7B
20 | CITY OF BEVERLY HILLS;           |
21 | BEVERLY HILLS POLICE SERGEANT KEVIN ORTH, JAMES | **AMENDED [PROPOSED] JOINT WITNESS LIST**
22 | KEENAGHAN, BEVERLY HILLS POLICE OFFICER ADAM FALOSSI |
23

- 1 -

| | |
|---|---|
| (#04678), BEVERLY HILLS POLICE OFFICER STEPHEN COMP, BEVERLY HILLS POLICE OFFICER JONATHAN DE LA CRUZ, BEVERLY HILLS POLICE OFFICER MICHAEL DOWNS, all sued in their individual capacities; and DOES 1-10, inclusive;<br><br>            Defendants. | HEARING DATES PENDING:<br><br>Type:  Final Pre-Trial Conference<br>Date:  September 15, 2023<br>Time:  11:00 a.m.<br>Ctrm:  7B<br><br>Type:  Trial<br>Date:  October 3, 2023<br>Time:  8:30 a.m.<br>Ctrm:  7B |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ASHLEY BLACKMON and Defendants CITY OF BEVERLY HILLS, a public entity and SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ and OFFICER MICHAEL DOWNS, as employees of the CITY OF BEVERLY HILLS, a public entity, hereby submit their [Proposed] Joint Witness List which sets forth all the witnesses one or all of the Parties may seek to call as a witness at the time of trial. The parties reserve their rights to object to any of these witnesses.

| Witness Name | Summary of Testimony/ Why Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Baker-Griffin, Aprill | Plaintiff's therapist | 1.5 | .5 | |
| Blackmon, Ashley | Plaintiff, will testify as to the incident and damages | 1.5 | 1.5 | |

| Clark, Roger | Plaintiff's police practices expert | 1.5 | 2.0 | |
|---|---|---|---|---|
| Comp, Stephen | Defendant | 1.0 | .5 | |
| De La Cruz, Jonathan | Defendant | 1.0 | .5 | |
| Downs, Michael | Defendant | 1.0 | .5 | |
| Falossi, Adam | Defendant | 1.0 | 1.0 | |
| Gelfman, Sylvia | BHPD's 30(b)(6) regarding records | .5 | .5 | |
| Keenaghan, James | Defendant | .5 | .5 | |
| Martin, Jeffrey | Defendants' police practices expert | 1.5 | 1.5 | |
| Murphy, Lisa, Ph.D. | Defendants' psychologist expert | .7 | 1.5 | |
| Orth, Kevin | Defendant | 1.5 | .7 | |
| Redman-Howard, Courtney | Plaintiff's voluminous records witness | .7 | .5 | |
| Trejo, Giovanni | Defendant BHPD's 30(b)(6) witness; will testify as to BHPD policies and procedures | 1.5 | 1.2 | |
| Tucker, Bethany | Plaintiff's psychiatrist | .5 | .5 | |
| Williams, Rhonda | Plaintiff's psychiatrist | .5 | .5 | |
| Ziegler, Chase | Plaintiff's voluminous records witness | .7 | .5 | |

| | | |
|---|---|---|
| 1 | DATED:  September 22, 2023 | **HADSELL STORMER RENICK & DAI, LLP** |
| 2 | | |
| 3 | | By:/s/ *Morgan Ricketts* |
| 4 | |     MORGAN RICKETTS<br>    Attorney for Plaintiff ASHLEY |
| 5 | |     BLACKMON |
| 6 | | |
| 7 | DATED:  September 22, 2023 | **KOLAR & ASSOCIATES,**<br>**A LAW CORPORATION** |

By:    /s/ *Jeanne L. Tollison*
       JEANNE L. TOLLISON, ESQ.
       Attorneys for Defendants,
       CITY OF BEVERLY HILLS, A PUBLIC ENTITY, SERGEANT KEVIN ORTH, SERGEANT JAMES KEENAGHAN, OFFICER ADAM FALOSSI, OFFICER STEPHEN COMP, OFFICER JONATHAN DE LA CRUZ AND OFFICER MICHAEL DOWNS, AS EMPLOYEES OF THE CITY OF BEVERLY HILLS, A PUBLIC ENTITY