1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BLACKMON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>BEVERLY HILLS POLICE DEPARTMENT; BEVERLY HILLS POLICE SERGEANT KEVIN ORTH, BEVERLY HILLS POLICE SERGEANT JAMES KEENAGHAN, BEVERLY HILLS POLICE OFFICER ADAM FALOSSI (#04678), BEVERLY HILLS POLICE OFFICER COMP, BEVERLY HILLS POLICE OFFICER JONATHAN DE LA CRUZ, BEVERLY HILLS POLICE OFFICER MICHAEL DOWNS, all sued in their individual capacities; and DOES 1-10, inclusive;<br><br>  Defendants. | Case No.: 2:21-CV-08381-AB (AFMx)<br><br>[PROPOSED] ORDER RE REQUEST TO DISMISS FOURTH AMENDMENT CLAIM AGAINST INDIVIDUAL DEFENDANT OFFICERS |

Having considered Plaintiff's Request to Dismiss Fourth Amendment Claim Against Individual Defendant Officers (Sixth Claim for Relief) and finding good cause therefor,

The Court hereby **DISMISSES WITHOUT PREJUDICE** the Plaintiff's Sixth Claim for Relief.

**IT IS SO ORDERED.**

DATED:  September 27, 2023



HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE